AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| City of Syracuse, NY et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms and Explosives, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-06885-GHW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
c/o Regina Lombardo, Acting Director
U.S. Department of Justice
99 New York Avenue, NE
Washington, DC 20226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Len Hong Kamdang
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  08/28/2020            s/ G. Pisarczyk
                              *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND, UNITED STATES OF AMERICA

Plaintiff

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,

Defendants.
---------------------------------------- X

Index No. 1:20-cv-06885-GHW

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ss.:
COUNTY OF BRONX            )

**LUIS JAQUEZ**, being duly sworn, deposes and says:

I am over the age of eighteen years, am not party to this action and am a resident of Bronx County, New York. On September 3rd, 2020, I served the foregoing Complaint with Accompanying Exhibits 1-6, Civil Cover Sheet, Summonses, Rule 7.1 Corporate Disclosure Statements, Notice of Appearance of Eric Tirschwell, Pretrial Conference Schedule, USDC-SDNY Electronic Case Filing Rules and Instructions with Accompanying Temporary Provisions Related to COVID-19, Individual Rules and Practices in Civil Cases of Judge Gregory H. Woods and Emergency Individual Rules and Practices in Light of COVID-19 of Jude

Gregory H. Woods upon the United States Attorney's Office for the Southern District of New York, 1 Saint Andrews Plaza, New York, NY 10007 by delivering a true copy of each to the United States Attorney's office for the Southern District of New York at the aforementioned address.

_____
Luis Jaquez

Sworn to before me this
3rd day of September, 2020

_____
Notary Public

MARTHA DELGIUDICE
Notary Public, State of New York
No. 01DE6117966
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 1, 20 20