USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF SYRACUSE, NY, *et al.*,    :
                                    :
                         Plaintiffs,    :
      -against-    :   1:20-cv-6885-GHW
                                    :
BUREAU OF ALCOHOL, TOBACCO,    :   <u>ORDER</u>
FIREARMS AND EXPLOSIVES, *et al.*,    :
                                    :
                       Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On November 12, 2020, Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., and Firearms Policy Coalition, Inc. moved to intervene in this action. Dkt. No. 43. The briefing schedule for that motion is as follows: any oppositions are due no later than December 3, 2020. Replies, if any, are due no later than December 10, 2020.

      SO ORDERED.

Dated: November 12, 2020
New York, New York

                                                 GREGORY H. WOODS
                                          United States District Judge