# Exhibit 1

# Webster's Third New International Dictionary

OF THE ENGLISH LANGUAGE
UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF

VOLUME I



G. & C. MERRIAM COMPANY, Publishers

SPRINGFIELD, MASSACHUSETTS, U.S.A.

1965

[L, fr. *desiderare* to desire] **:** an ardent desire or longing; *esp* **:** a feeling of loss or grief for something lost

**de·sight** \'dē+ ,-\ *n* [*de-* + *sight*] **:** an unsightly object **:** EYESORE

¹**de·sign** \də'zīn, dē'-\ *vb* -ED/-ING/-S [MF *designer*, fr. L *designare*, lit., to mark out, fr. *de-* + *signare* to mark — more at SIGN] *vt* **1 a :** to conceive and plan out in the mind ⟨a savage on seeing a watch would at once conclude that it was ∼*ed* —Samuel Butler †1902⟩ **b :** DEVOTE, CONSIGN, DESTINE ⟨a city ∼*ed* to destruction⟩ ⟨grants ∼*ed* in his will for making amends⟩ **c :** to make up one's mind to set apart **:** settle in mind to reserve ⟨mementos of his travels that he had ∼*ed* for friends⟩ **d :** to plan or have in mind as a purpose **:** INTEND, PURPOSE, CONTEMPLATE ⟨he was sociable by disposition, and I believe he ∼*ed* particularly to shine in the world of talk and manners —Osbert Sitwell⟩ ⟨when some other foreign power ∼*ed* division or seizure —Roger Burlingame⟩ **e** *archaic* **:** to have in mind or include as a matter of consideration **f :** to devise or propose for a specific function ⟨a book ∼*ed* primarily as a college textbook⟩ ⟨a program obviously ∼*ed* as a first approach to this problem⟩ **g :** to create, plan, or calculate for serving a predetermined end **:** prepare or lay out deliberately ⟨the challenging problem of ∼*ing* a college curriculum for young women⟩ ⟨a little group of members which is ∼*ed* for study, propaganda, and energetic canvassing — R.M.Dawson⟩ ⟨∼*ed* to form a frame for what was to come after —E.M.Lustgarten⟩ **2 a** *obs* **:** to indicate with a distinctive mark or sign **b** *archaic* **:** to indicate by name or distinctive phrase **c :** to designate for office or function ⟨∼*ing* a friend to act as substitute⟩ ⟨the other parties named and ∼*ed* in the summons⟩ **d** *archaic* **:** ASSIGN, GRANT **3** [MF *desseigner*, fr. It *disegnare*, fr. L *designare*] **a** *archaic* **:** to make a drawing or sketch of (an object or scene) **b :** to outline or sketch in proportion for creating a work of art or to serve as a pattern in the practical arts ⟨she has ∼*ed* the dances for several Broadway hits⟩ ⟨a curious woman whose dresses always looked as if they had been ∼*ed* in a rage —Oscar Wilde⟩ **c :** to plan and plot out the shape and disposition of the parts of and the structural constituents of **:** draw the plans for ⟨he ∼*ed* many buildings and bridges⟩ **d :** to create, fashion, execute, or construct according to plan ⟨he was also a clever artist and ∼*ed* scenes with a flair for color —Winifred Bambrick⟩ ⟨buildings of the institution are so ∼*ed* that each patient's room opens upon a porch —*Amer. Guide Series: Mich.*⟩ **e :** to originate, draft, and work out, set up, or set forth **:** DEVISE, CONTRIVE ⟨a landscaping authority to ∼ the city's park system⟩ ⟨can start to ∼ and execute a foreign policy without fear —H.W.Barber⟩ ⟨like most Communist propaganda it was

Case 1:20-cv-06885-GHW   Document 64-1   Filed 12/09/20   Page 4 of 5

Spanish . . . \kən-vərsəs . . .
ver·sus \. . . \ fr. L. past part. of convertere] . . : convers·i
\-,si, \ . . . 2 : an administrator of episcopal or monastic prop-
brother

¹con·vert \kən'vərt, -vȯt, -vȯit, usu -d·+V\ vb -ED/-ING/-s
[ME converten, fr. OF convertir, fr. ML convertere, fr. L, to
turn around, employ, transform, fr. com- + vertere to turn —
more at WORTH] vt 1 a (1) : to bring over or persuade (a per-
son or group) to a particular belief, view, course, party, or
principle often from a previously held position ⟨he was ~ed to
the Copernican theory by . . . the professor of astronomy —
S.F.Mason⟩ ⟨~ young people to the pleasures of reading⟩ ⟨an
ex-Tory who . . . had gone to give a Socialist editor a good
piece of her mind and come away ~ed —N.F.Busch⟩; specif
: to bring over or persuade to the Christian faith ⟨no attempt
was made to ~ the Moslems —W.H.Prescott⟩ (2) : to bring
about a spiritual conversion in (as a religious conversion in a
person or group) b (1) : to change or turn from one state to
another : alter in form, substance, or quality : TRANSFORM,
TRANSMUTE ⟨sheepskins are ~ed into parchment⟩ ⟨ideas . . .
~ed into deeds —John Mason Brown⟩ (2) : to turn (iron) into
steel by the Bessemer process : turn (matte) into copper : make
(Bessemer steel) from iron : make (copper) from matte (3) : to
change the chemical nature of (as by changing starch into
dextrose) (4) : to finish (gray goods) by dyeing, bleaching, or
printing (5) : to score on (a try for point after touchdown in
football or a free throw in basketball) (6) : to process (paper)
as by gumming or waxing; also : to fabricate (paper) into
finished products ⟨~ paper into envelopes or paperboard into
cartons⟩ c (1) : to change or turn from one use, purpose, or
function to another ⟨~ing some newly unpacked article . . .
into a missile against the head of some unfortunate servant —
T.L.Peacock⟩ ⟨every possible industry was ~ed to produce
war goods —Morris Sayre⟩ (2) : to remodel in order to accom-
modate to a new manner of operation or change from one type
to another ⟨~ a coal furnace to oil⟩ ⟨a trawler ~ed into a mine
sweeper⟩ (3) : to appropriate dishonestly or illegally ⟨~ing to
its own . . . use 80,000 bushels of corn stored for the Com-
modity Credit Corp. —Time⟩ 2 a obs : to cause to turn
: TURN, DIRECT ⟨which way shall I first ~ myself —Ben Jonson⟩
b obs : to turn back : cause to return : turn in the opposite
direction 3 [ME converten, fr. OF convertir, fr. LL convertere
to convert, fr. L, to turn around, transform] a obs : to trans-
late into another language ⟨which story . . . Catullus more
elegantly ~ed —Ben Jonson⟩ b logic : to make a conversion
of (a proposition) c : to exchange for a specified equivalent
⟨~ stock holdings into cash⟩ d : to create a situation that
causes (property of one nature) to be deemed in equity
changed into property of another nature — compare CON-
VERSION 3 d e : to exchange (one security) for another
under a conversion privilege or an offer made by the issuer
f : to turn (one type of money) into another in the market or
merely for purposes of calculation ⟨~ francs into dollars⟩
g : to exchange (an insurance policy) for one of a different
type ~ vi 1 : to make or undergo a conversion : undergo
physical, moral, or functional change ⟨let grief ~ to anger —
Shak.⟩ ⟨factories were ~ing to war production⟩ ⟨a sofa that
~s into a bed⟩ 2 : to make a score on a try for point or a free
throw syn see TRANSFORM

²con·vert \'kän,v-\ n -s : a person or group that is converted
to a religious faith or to a particular belief, attitude of mind or
feeling, course, party, or principle ⟨a ~ and disciple of Saint
Paul⟩ ⟨the first American novelist to become a . . . ~ to naturalism
—Malcolm Cowley⟩; esp : one who has experienced conversion

con·vex·ly adv
con·vex \(')kän'v-\
part (as a vault or ar
the sky ⟨half heave
Tickell⟩
³con·vex \'kän,v-, k
: bow outward in a
con·vex·i·ty \kən'v
convexité, fr. L con
-itat-, -itas -ity] 1
degree of ~⟩ 2 :
man . . . with a ripe
con·vexo-concave
concave] 1 : conv
2 : having the co
concave
con·vexo-convex
convex] : BICONVEX
convex polygon n :
a straight angle
¹con·vey \kən'vā\
conveier, fr. (assun
via way) — more a
or escort : LEAD,
2 a : to bear from
⟨the Irish mail wa
b : to impart or co
or indirectly by su
havior, or appeara
—H.S.Truman⟩ ⟨s
could say more if h
: STEAL (2) obs : to
d : to transfer or
transfer (as real es
sealed writing e
carrying or in aidi
other : cause to
: TRANSMIT ⟨an inf
⟨~ this message
cession or descent
esp. with privacy
—Shak.⟩ ~ vi, la
²convey n -s obs :
con·vey·al \-āəl\
con·vey·ance \-ā
a : the communi
meaning ⟨~ of
Davison⟩ b :
⟨the railways are
speed —O.S.Noc
⟨~ of irrigation
erty (as real esta
— compare CON
removal (as felon
act or manner of
honest managem
ARTIFICE 2 : a
or means of con
ing (as from pla
a deed or mortga
from one person
conduction or t
pipes and these
carrying or trans

...*circulation* 3   *b* : a particular class of readers ⟨will appear to an inte...

**re·adhere** \ˌrē+\ *vi* [*re-* + *adhere*] : to adhere again
**re·adhesion** \"+\ *n* [*re-* + *adhesion*] : the action of readhering
**readied** *past of* READY
**readies** *pres 3d sing of* READY, *pl of* READY
**readier** *comparative of* READY
**readiest** *superlative of* READY
**read·i·ly** \ˈredᵊlē, -ᵊli, -dl-, -dᵊl-\ *adv* [ME *redily*, fr. *redy* ready + -*ly*] : in a ready manner : with readiness: as **a** : with prompt willingness : without hesitating, quibbling, or delaying : with alacrity : WILLINGLY ⟨~ accepted my help —Nora Waln⟩  **b** : with fairly quick efficiency : without needless loss of time : reasonably fast : SPEEDILY ⟨information can when needed be ~ acquired by consulting appropriate books —J.B.Conant⟩  **c** : with a fair degree of ease : without much difficulty : with facility : EASILY ⟨ideas that a layman could ~ understand if plainly expressed —E.S.McCartney⟩
**read in** *vt* : to cause (oneself) to enter formally upon a new benefice in the Church of England after appointment by public reading of a set of accepted doctrinal statements and by assenting to the statements  ~ *vi* : to enter formally upon a new benefice in the Church of England by reading oneself in
**read·i·ness** \ˈredēnᵊs, -din-\ *n* -ES [ME *redinesse*, fr. *redy* ready + -*nesse* -ness] : the quality or state of being ready: as  **a** : prompt willingness : ALACRITY ⟨~ to welcome more co-operative relations —*Current Biog.*⟩ ⟨~ to continue discussions —*Wall Street Jour.*⟩  **b** : fairly quick efficiency : reasonable speed ⟨acquired ~ and accuracy in writing —J.S. Reeves⟩  **c** : EASE, FACILITY ⟨a happy ~ of conversation —Jane Austen⟩  **d** : a state of preparation ⟨putting them in ~ —H.E.Scudder⟩ ⟨gauging the child's ~ to begin reading⟩
¹**read·ing** \ˈrēdiŋ, -dēŋ\ *n* -S [ME *redinge*, fr. OE *rǣding*, fr. *rǣdan* to read + -*ing* (suffix forming nouns from verbs)] **1 a** : material designed to be read : matter for reading ⟨chose the ~ for the great books course⟩; *esp* : a particular selection of such material designed to be read at one time or as a unit ⟨~s from contemporary fiction⟩  **b** (1) : the material read (as in a particular field) by an individual ⟨were discriminating in their ~⟩ ⟨thought he had seen the word somewhere in his ~⟩ (2) : the extent to which an individual has read ⟨a person of vast ~⟩  **2 a** : the particular form (as a variation in spelling, style, syntax, choice of vocabulary) used in a particular edition or other source of material designed to be read : a particular version ⟨found an interesting ~ of the same passage in one of the older manuscripts⟩ ⟨the generally accepted ~⟩  **b** : an indication of particular data made by an instrument ⟨examined