# Exhibit 4



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

December 13, 2019

Eric Tirschwell
Everytown Law
450 Lexington Ave, P.O. Box 4184
New York City, NY 10017

Dear Friend:

Thank you for your letter dated December 11, 2019 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on December 13, 2019 and assigned ID number 4366110.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 4366110 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice