# Exhibit 6

# The Trace

November 18, 2020



[Photo illustration: Daniel Nass]

**GHOST GUNS**

# Ghost Guns Are Everywhere in California

## Feds say nearly a third of firearms recovered in the state are homemade, unserialized, and untraceable.

by **Alain Stephens**  · **@AlainStephens**  ·May 17, 2019

This story was reported in partnership with **NBC Bay Area**, **NBC San Diego**, and **NBC Los Angeles**.
For the better part of a year, Kevin Savangsy allegedly sold caches of weapons to federal agents out of parking lots and garages in Sacramento. The 29-year-old told his customers that he could get "hella shit," including guns that police would never trace.

Court documents suggest he lived up to that promise.

At first, Savangsy's offerings were conventional: handguns, AK-47s, and AR-15s. Then, on the morning of October 23, 2018, he unveiled his newest product: a homemade, unserialized pistol modeled after a Glock. Over the next three months, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives bought a dozen more unserialized weapons, including AR-15s modified to shoot fully automatic. A raid on Savangsy's home in late January turned up thousands of dollars of cash, pounds of drugs, and 24 machine guns.

Unserialized weapons, colloquially known as "ghost guns," entered the American imagination as the creation of hobbyists and backyard tinkerers. But as they've grown in popularity, criminals have identified ghost guns as a way to get around California's restrictive gun laws. This class of weapons is easy to buy, and undetectable to authorities, because they are built without the government's knowledge.

An investigation by The Trace in partnership with NBC Bay Area, NBC San Diego, and NBC Los Angeles found that law enforcement agencies across California are recovering record numbers of ghost guns. According to the ATF, 30 percent of all guns now recovered by agents in the state are unserialized. And without a serial number, they cannot be traced in criminal investigations.

California police departments that track ghost gun recoveries are seeing a similar trend. "This is not just something for enthusiasts. This has become something for people that are actual practitioners of violence," said Graham Barlowe, the resident agent in charge at the ATF's Sacramento field office.

Ghost Guns Are Everywhere in California



*Graham Barlowe, the special agent in charge at the ATF's Sacramento field office, displays a ghost gun. [Kevin Fiscus for*

A ghost gun is a firearm manufactured outside of the traditional supply chain. It can be printed on a 3-D printer, or assembled with parts sold by the dozens of companies that create nearly completed firearms — known as "80 percent receivers," which require no background check to sell.

California police records show that ghost guns were recovered in homicides, robberies, active shooter incidents, and domestic violence cases. In July 2014, bank robbers in Stockton took three hostages on a high-speed chase with police. The rolling gun battle ended with one hostage and two suspects killed. Police recovered a homemade AK-47 at the scene. A year later, a 21-year-old man shot and killed a 19-year-old woman before killing himself at his home in Walnut Creek. The former Stanford engineering student had assembled pieces purchased online into a working gun.

In several cases reviewed in detail by The Trace and NBC, perpetrators specifically sought out ghost guns because they knew they would fail a background check. In 2013, John Zawahari assembled an unserialized AR-15 after failing a screening at a gun store. He used the weapon to kill five people on a college campus in Santa Monica. Four years later, in 2017, Kevin Neal, a 44-year-old cannabis farmer with a criminal record barring him from gun ownership, went online and purchased the parts to build an AR-15. In a 25-minute shooting spree across Tehama County, he killed five people and injured 18 more.



*A law enforcement officer is seen at one of many crime scenes after a shooting on November 14, 2017, in Rancho Tehama. Four people were killed and nearly a dozen were wounded when Kevin Neal, 44, used a homemade rifle to go on a shooting spree. [ Elijah Nouvelage/Getty]*

Experts say the accessibility of ghost guns is aided by a cottage industry of retailers selling nearly completed firearms that require no screening to purchase.

As ghost guns proliferate across the state, lawmakers and police are scrambling to understand the scale of the problem, let alone remedy it. In 2016, the California Legislature passed a law requiring residents to register homemade weapons with law enforcement. A separate requirement outlawed the possession of unregistered ghost guns.

But records obtained by The Trace and NBC indicate that the law has had little effect. Compliance with the law is low, and prosecutors have never brought charges under the new statute.

Now California law enforcement members are encountering ghost guns being made by criminals building them in their basement, as well as organized groups churning out untraceable firepower by the hundreds. "We've seen machine shops where they are lining them up and and completing them in 20-minute intervals, with three or four machines going at once," said Barlowe, the ATF agent in Sacramento.

The majority of America's guns begin their life with a stream of paperwork mandated by the federal government. These weapons, each with a unique serial number, enter the civilian market through licensed firearms dealers, which require background checks. Over time, every additional sale is recorded, providing a log of a gun's life that can be a little tricky to piece together, but an absolutely critical tool to criminal investigations.

A ghost gun subverts this system entirely — because it doesn't automatically get stamped with a serial number, isn't sold by a federally licensed dealer, and doesn't generate paperwork.

Federal law permits the creation of firearms for personal use. Homemade weapons have long been treasured by gunsmiths and hobbyists seeking a firearm to meet their precise specifications. After the mass shooting at Sandy Hook Elementary School, however, that changed. Fearing increased gun controls, some activists identified ghost guns as a means to create and own the weapons that some Democratic lawmakers wanted to regulate.

That charge was lead by Cody Wilson, a gun rights activist who lives in Austin, Texas. His company, Defense Distributed, made headlines by publishing online schematics to produce nearly completed guns on 3D printers. With a few additional parts purchased from a gun store, anyone could make their own firearm. "It's very, very cheap now to make these things for yourself, just because of where we are with the state of technology," Wilson, who is currently facing charges of sexually assaulting a minor, told The Trace in 2015.

Several companies picked up on the trend, selling what are known as "80 percent lower receivers." In layman's terms, a receiver is a gun's spine, akin to the chassis of a car or the foundation of a building. Once a lower receiver is "complete," it is legally a firearm, and requires a background check to sell. But in the eyes of the government, an 80 percent lower is nothing more than a hunk of metal, even though it can easily be fashioned into a completed firearm. "If you can put Ikea furniture together, you can make one of these," said Carlos Canino, the Special Agent in Charge of the ATF's Los Angeles Division. "They could make one thousand or ten thousand of these. Nobody would know."



*Dimitri Karras, an employee at Firearms Unknown in Oceanside, demonstrates how an 80 percent lower receiver can be assembled into a complete AR-15. The unpolished and incomplete receiver bears no markings, and is not considered a firearm by the ATF. [Tara Pixley for The Trace]*

It's this anonymity that makes ghost guns attractive, and valuable, to criminals. According to Barlowe, the going rate for a completed ghost gun on the black market is between $1,500 and $2,000. (For comparison, the going rate for a store-bought AR-15 is around $500.)

"Most people are looking to double their money on their investment. However, we are seeing in some cases they're they're quadrupling their money." he said.

Many gun rights advocates have dismissed fears by law enforcement that ghost guns pose an acute threat to public safety.

Rick Vasquez, the former head of the ATF's Firearms Technology Division, disagrees. He's seen ghost guns, pieced together with parts originating in the United States, recovered by law enforcement in countries as far away as Brazil and Australia. "It's so common, it's absolutely everywhere," he said.

On the night of June 28, 2018, police and firefighters in San Diego responded to a domestic disturbance at a condo in the College Area neighborhood. After 20 minutes of knocking on the door, the officers started smelling and seeing smoke.

Bodycam footage, released on May 13 by the San Diego County District Attorney's Office, shows a firefighter pry open the door. Within seconds, the building's hallway explodes with gunfire. An officer falls backward to the floor, struck by a rifle round. "I can't move!" he cries.

Officers scramble to return fire at the suspect, identified as 28-year-old Joe Darwish after he was found dead from a self-inflicted gunshot wound. In a report from the prosecutor's office, one officer noted that, during the confrontation, Darwish seemed to be tracing the officers' movements, punching round after round through the condo's wall to get at them. The officer shot in the incident survived his wounds.

Police found in Darwish's possession a rifle and pistol — both homemade and unserialized. The Trace and NBC confirmed with the San Diego County District Attorney that Darwish was prohibited from owning firearms because of his criminal record.

San Diego's is one of several California police departments that reports startling increases in ghost gun recoveries. In 2017, officers recovered just five ghost guns in criminal investigations. The following year, recoveries ballooned to 52 — a 940 percent increase.

"It did definitely catch me by surprise" recalled Toniann Rebick, a criminalist with the San Diego Police Department, of the first ghost gun that came across her desk. "Then a few weeks later, I had another one. All of a sudden these are common."

The Trace and NBC requested ghost gun seizure data from more than a dozen law enforcement agencies across California. The majority of departments, including Los Angeles and Chula Vista, said they do not track recoveries of unserialized weapons at all. The departments that do keep tabs on unserialized weapons reported marked increases. In Oceanside, police recovered 19 ghost guns in 2018, a 280 percent increase over the previous year. In San Jose, which doesn't separate ghost guns from other firearms without serial numbers, like antique weapons, saw recoveries increase 51 percent during the same period.



*Toniann Rebick, a criminalist with the San Diego Police Department, examines an unserialized AR-15 at the department's crime lab. The weapon was used by Joe Darwish, 28, in a 2018 shootout that left two police officers wounded and Darwish dead.*

"We work so hard in ensuring that individuals pass background checks and are responsible gun owners," said Eddie Garcia, the chief of the San Jose Police Department. "And that really gets thrown out the door when you have individuals that can just make a homemade gun."

State law enforcement sources say that because of a lack of funding and training, plus dated software, police are ill-equipped to track recovered ghost guns, and that the process is laborious and confusing.

Tracking ghost guns isn't just a problem at the local level. Congressional and ATF sources told The Trace and NBC that the bureau does not document recoveries on a national scale. Spokespeople for ATF field divisions in Los Angeles and Sacramento said that approximately 30 percent of all recoveries made by agents are unserialized weapons. The ATF declined The Trace's request to provide a number of weapons recovered, but did say that ghost guns have become a high priority in criminal investigations.

"Whenever you want to affect change the first thing is measure. Measure the issue and then come up with solutions from that," said Barlowe. "We're still at Step One."

In 2016, California lawmakers passed a bill requiring residents who make their own weapons to register them with state authorities. Any person caught with an unregistered, unserialized weapon would face criminal charges.

The bill's author, Assemblymember Jim Cooper, a former sheriff's deputy, described the legislation as a "clear message that the State of California will not sit idly by while innocent people are being killed."

But records obtained by The Trace and NBC show that the law has had little effect. Since July 2018, only 2,214 ghost guns have been registered in accordance with the law, according to the California Department of Justice. That number is a drop in the bucket compared to the 4.2 million Californians who are believed to own at least one firearm.

Furthermore, not a single person has been charged with having an unregistered ghost gun since the criminal penalties kicked in on January 2019.

State law enforcement officials told the Trace and NBC that the law is a low priority for prosecutors and police. Assemblymember Mike Gipson, whose district includes the city of Compton and the Watts neighborhood of Los Angeles, two of California's most violent areas, conceded that the law lacks teeth, added that the current law is entirely based on an "honor system."

Earlier this year, Gipson proposed a new bill, AB 879, which would require background checks to purchase certain gun parts, including 80 percent lower receivers. He says the paper trail will provide an investigative resource for law enforcement if a ghost gun falls into the wrong hands.

For Dimitri Karras, ghost guns were a business opportunity. In 2010, the former Marine founded Ares Armor, a gun parts store in the city of Oceanside. Karras stocked up on 80 percent lowers, and other parts required to complete homemade firearms.

"The idea was to get as many people interested in participating in it as possible, to give it some legitimacy," said Karras.

Ares Armor was one of the dozens of companies founded in recent years to cater to customers wishing to build their own guns. Because the parts they sell are legal, they operate in broad daylight, along with online retailers occupying domain names like ghostguns.com and ghostrifles.com.



*Former Marine Dimitri Karras has been a purveyor of firearm parts for nearly a decade. The Oceanside shop where he works, Firearms Unknown, sells uncompleted gun parts. Clients complete the rest of the build themselves. [Tara Pixley for The Trace]*

These businesses pose a unique challenge to law enforcement. The ATF also wears the hat of industry watchdog, tasked with monitoring products, manufacturers, and retailers.

In 2014, the agency started carefully observing businesses like Ares Armor to see if their products crossed the line from part to firearm, which would require Karras to obtain a federal license to sell guns and and complete a background check with every sale.

The ATF decided that Ares Armor had crossed the line, and raided the stores. Two dozen agents seized 6,000 incomplete receivers, and a list of 5,000 customers. Prosecutors accused Ares Armor of selling AR-15 receivers that passed a thin technical threshold making them "firearms".

But after a series of court battles, and with agency never having officially charged Karras, the ATF gave the gun parts back — parts that Karras would later go on to sell. "They did absolutely nothing about it," he said. "Because at the end of the day, they know they're wrong."

The ATF declined to comment on the case.

In 2014, Polymer80, one of the nation's larger producers of 80 percent receivers, was also raided. The case was dropped.

ATF sources told The Trace that the U.S. Attorney's Office dropped the case because of fears that a courtroom loss would create a bad legal precedent.



*An unserialized pistol completed with parts from Polymer80 at the San Diego Police Department's crime lab. [Sandy Huffaker for The Trace]*

The office declined to comment on that, but a spokesperson, Lauren Horwood, said its methods for dealing with ghost guns are constantly evolving. "Unserialized AR-15-style firearm prosecutions, like other prosecutions, must adapt to new technology and new attempts to evade the law," she said.

In the years since, federal law enforcement has moved away from going after manufacturers and storefronts — and now focus on known criminal elements seeking out ghost guns.

EP Armory and Polymer80 continue their business. Karras, who now works at another gun parts store, also continues to sell ghost gun parts on the legal market.

What happens in California doesn't occur in a vacuum. Ghost guns are now spreading across the United States.

"I see this as a wave that started in California and is going to move east," said Steve Lindley, the former head of the Bureau of Firearms at the California Department of Justice, who now works at the Brady Campaign to Prevent Gun Violence.

Lindley concludes that with political sentiment moving toward tougher gun control measures, more gun buyers across the country will go underground. "Even though you can buy an assault weapon in Minnesota or Texas — why not buy one that the government doesn't know anything about?"

In a scramble to curtail the trend outside of California, lawmakers from other states have rushed to implement legislation to regulate the homemade gun market.

In 2019 alone, legislators in Washington, Oregon, Connecticut, New York, and Maryland have introduced bills to regulate ghost guns. At the federal level, House Bill 1266, known as the "Ghost Guns are Guns Act" was introduced in February. The bill's author, Representative Adriana Espilliat, a Democrat from New York, wrote that the proposal could close "the ghost gun loophole."

While lawmakers debate how to close the loophole, criminals across the country seek to exploit it.

In February, a Texas man was sentenced to eight years in prison after he was found test-firing a 3D-printed gun in the woods. The man was legally barred from buying guns, and after failing to purchase one from a gun store, built his own. He had a hit list of lawmakers.

In April, a teenager in suburban Chicago arrested a college student with suspected ties to white supremacist groups. The teenager had five homemade rifles in various stages of development.

And in Denver, late last year, as a testament to advancing knowledge of federal gun laws by criminals, two men, one of them a Sureno 13 gang member, were busted for allegedly trying to sell over a dozen homemade rifles and a number of silencers to undercover ATF agents.

According to court documents, when the agents asked the arms dealers about their guns, one of the traffickers extolled the virtues of the unserialized weapons before saying that law enforcement would be none the wiser to their exploits because the law, or lack thereof, was on their side.

"You just have to tell 'em that you build 'em," he said.

*Additional reporting by Alex Yablon.*

× Close



47° ☀

☰

**‹ WEATHER ALERTS** / Flood Warning: **Charles City, New Kent**      WE **›**



# SUNY Online

Schedule An Appointment With A SUNY Online Admissions Counselor To Learn More.

SUNY Online           **Learn More**

**NATIONAL**

# Demand increasing for ghost guns, ATF says



**by: Andy Fox**

**Posted: Jul 2, 2020 / 02:43 PM EDT / Updated: Jul 2, 2020 / 07:52 PM EDT**

PORTSMOUTH, Va. (WAVY) — As gun demand hits record levels due to COVID-19, demand is also increasing for a new type of gun you build at home. It is untraceable with no serial number, no background check and no waiting period.

47°          

A ghost gun cannot legally be sold without the seller serializing the gun.

As part of WAVY's investigation, we called local police. They don't see a growing trend with ghost guns, but the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is seeing them pop up at crime scenes.

There have been widespread ghost gun cases reported in New York, one in which a ghost gun was used by a man to shoot his 6-year-old nephew.

In Indiana, two brothers **were indicted on charges related to making 55 fully automatic ghost guns for ISIS.**

One of the most horrifying examples occurred in November 2017.

In Northern California, Kevin Neal who was prohibited from owning a gun, and who was under prosecution for other crimes, assembled two assault-style ghost guns from parts he ordered online and went on a rampage with them, killing five people and injuring 12 before turning the gun on himself and dying.

More ghost gun incidents via the Giffords Center to Prevent Gun Violence  

Here in Virginia, local police contacted by WAVY have no knowledge of any ghost gun trends.

We did find Matt, who didn't not want to be further identified, who buys the makings of ghost guns online, and then constructs them at his home. However, he will put a serial number on the gun, which will then make the gun a traceable weapon and not a ghost gun.

He can legally construct them at home because he is not getting the entire firearm. He has to add things to what he gets to make it a firearm as defined by the ATF.

**Why do people construct ghost guns?**

"Rather than buy a gun … you can make the gun you want, and you start from the beginning and do it yourself," Matt said.

When you construct a ghost gun you purchase what is known as an 80% lower receiver, which is the basic lower frame of what will become a firearm. It only becomes a firearm when you add the remaining 20%, which you have to do on your own.

As he looks at the lower frame Matt says, "this currently lacks the fire control pocket, the pinholes, and the selector hole … you must also add an upper receiver that includes the barrel and the bolt carrier group."

Matt constructs about 12 guns a year, and uses what is called a **Ghost Gunner**, which is a manufacturing concern managed by Defense Distributed based in Austin, Texas. Ghost Gunner is the company, Ghost Gunner 3 is the product.

47°

**10** ON YOUR SIDE
WAVY.com

☰

Matt takes us through a quick play by play on the process to construct a ghost gun, which again will no longer be a ghost gun once there is a serial number engraved on the gun.

"Here we have an AR-15 ... we have a magazine ... it has a fire control group pocket milled out and it has the trigger and hammer selector holes milled out ... at this point it meets the ATF definition of a firearm ... this is a completed AR 15 ... it started like this and eventually becomes this ... in my right hand is a completed AR-15 lower with fire control group installed."

It is amazing to witness the transformation from beginning to end.

10 On Your Side met with ATF law enforcement outside the Federal Building in Norfolk,.

"I can tell you we are seeing more privately made firearms recovered at crimes in the last 2 to 3 years," says Assistant Special Agent in Charge Jamey VanVliet. He would not give specific statistics, but says ballistic imaging technology ties ghost guns to other crimes,

"I can't tell you how the privately made firearms got to the crime scene, but roughly 10% of those Ghost Guns connected to a crime link back to other shooting events or crime scenes."

Many lawmakers believe ghost guns are loopholes around federal gun laws, "and that's why we need to make sure this new scourge of untraceable firearm is stopped," said Connecticut U.S. Senator Richard Blumenthal, who is trying to push through Congress the **Untraceable Firearms Act.**

"Every purchaser should go through a background check. We want to essentially apply the same rules that now apply to other type of firearms to these build-it-yourself kit ghost guns, Blumenthal said."

**Here are the states currently regulating Ghost Guns:**

- **Connecticut**
- **California**
- **New Jersey**
- **New York**

A few other states are in the process, but have not yet successfully put laws on the books. Virginia is not a state associated with ghost gun legislation.

Gun rights activist and the leader of The Virginia Citizens Defense League, Philip Van Cleave: "The other side is trying make it sound like it's something new and that is something dangerous. That it is a loophole ... these ghost guns ... that's a bunch of baloney, all of it."

Van Cleave says people have made guns at home since the founding of America,

"If a criminal wants a gun, he can get one without a background check. All they have to do is send in someone else to buy the gun, to get the background check, and then the criminal gets his gun."

 

47° ☀

Van Cleave also points out the tracing of a firearm always takes place after the crime's committed.

Adam Skaggs is with the Giffords Law Center.

"Someone with an extensive criminal background who would not be able to pass a background check can simply go online, or go to a gun store, or go to a gun show and acquire these kits."

A New York attorney general called ghost guns "the new frontier of illegal firearms trafficking."

Skaggs continues, "we see criminal enterprises, vast networks that are building these things turning them out, and selling them to networks of people who cannot buy or own guns."

This is an important part involving Matt. He explained it this way,

"Ultimately, I do not create any 'ghost guns' as I serialize all of mine, but during that period of time between milling and engraving the serial number they do exist as a ghost gun."

Matt is a licensed firearms manufacturer and produces about 12 guns a year, and when he sells them, he comes under strict federal guidelines.

"I am able to finish them out, serialize them, and sell them following a background check to make sure the buyer is legally allowed to own a firearm."

Copyright 2020 Nexstar Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SHARE THIS STORY**

**AROUND THE WEB**

revcontent



**New York Launches New Policy for Cars Used Less Than 50 Miles/day**

Smart Lifestyle Trends



**Doctor: Tinnitus? when the Ringing Won't Stop, Do This (It's Genius)**

Newhealthylife



**The Most Successful Attorneys in New York. See the List**

Top Attorney | Sponsored Links





≡ **KETV7** OMAHA abc     ☼ 68°

Omaha, NE 68106     ‹ 5 / 5 › ❚❚

**68°** ☼ Sunny 💧 0% 📍 ➤



FEDS SAY UNTRACEABLE, HOMEMADE GUNS ARE HITTING THE STREETS; TREND GROWING    INVESTIGATES    7 KETV

≡ SHOW TRANSCRIPT

**DAILY CORONAVIRUS UPDATES BY EMAIL** ✕

Receive daily coronavirus & public health news straight to your inbox.

| Your Email Address | **SUBMIT** |

Privacy Notice

Advertisement

# Untraceable 'ghost gun' trend growing nationwide, showing up in Omaha



Updated: 11:00 PM CDT Jul 1, 2020

Infinite Scroll Enabled ⬤



**Sarah Fili** ✉

Reporter

**OMAHA, Neb. —** Law enforcement works hard taking guns off the street. It's even tougher when they're homemade. Something called "Ghost guns" by some in law enforcement are impossible to track.

Another one just showed up in Omaha.



Advertisement

With a quick online search, you can find a gun that's 80% complete and have it shipped to your door.

"You can get kits that will allow you to put together, kind of show you where to make the folds, and the metal where to do some drilling, that sort of thing," said John Ham, with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

"You're allowed to manufacture a gun and a lot of people do it as a hobby. That's really how it started."

They take a bit of assembly and some know how. Ham said if they're assembled wrong, it can have dire consequences.

To order one doesn't require a background check or permit, Ham said.

"The Gun Control Act of 1969, which regulates most of the firearms in the United States, looks at those separate things as parts and not as an assembled firearm," Ham said.

Some in law enforcement call them 'Ghost Guns.'

The ATF said these guns are causing big problems in places like California and the east coast.

"The federal firearms rights do not, however, require on these privately made firearms, that they have any markings," Ham said.

They don't have serial numbers, which makes them untraceable by the ATF.

"(When they're found it) limits ATF's ability, or actually completely stops ATF's ability to be able to tell our law enforcement partners where those firearms came from," Ham said.

Ham said they won't know about the guns until they show up at a crime scene or someone reports them stolen.

"It's very hard to put together a data set of guns that we don't know exist," Ham said.

Omaha Police know of at least one, because it was stolen last Saturday. They said a homemade AR-15 was taken out of a man's pick-up overnight.

"There are organized groups of folks that are breaking into cars looking primarily for firearms," Ham said.

Ham said that's a rising trend nationwide. Burglaries and straw-purchasing remain the easiest way for criminals to get a hold of guns, H

He also said the ATF recovered at least 50 homemade guns in the Midwest.

It's not clear who made them, since they don't carry serial numbers.

"It is a trend that we're certainly watching, one we're concerned about. Several states have really been impacted heavily and as it grows, and we watched the trend, I'm certain that we'll see more recovered here in the Midwest," Ham said.

It is legal to have a homemade firearm as long as you meet the qualifications to own a regular gun: you can't be a felon, convicted of domestic violence or have drug or mental health issues, among others.

But again, there's no way to check that unless the law changes.

"Whether Congress makes a determination at some point that the federal firearms laws need to be reviewed in that capacity will certainly be up to them," Ham said.

States have different laws for ghost guns and gun ownership in general.

Nebraska law considers it a firearm by definition, but it's not clear if they need to be registered within city limits since there's no way to identify it.

Ham said it's a good reminder for gun owners to lock up their firearms and keep track of identifying markers, or add your own, in case something happens to them.



## KETV OMAHA

Contact Us
News Team
Apps & Social
Email Alerts

Careers
Internships
Advertise
Digital Advertising Terms & Conditions
Broadcast Terms & Conditions
RSS

EEO Reports
Captioning Contacts
Public Inspection File
Public File Assistance
News Policy Statements

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on purchases made through our links to retailer sites.

©2020, Hearst Television Inc. on behalf of KETV-TV.
Privacy Notice     Your California Privacy Rights     Interest-Based Ads     Terms of Use     Site Map