# Exhibit 9



**PISTOL ACCESSORIES**



**80% PISTOL FRAME**

## PARTS & ACCESSORIES

### PF9SS™ 80% SINGLE STACK FRAME KIT



$140.00

**OUT OF STOCK**

### P80 SLIDE - PF9SS™/G43 SINGLE STACK - BLACK NITRIDE



$250.00

**ADD TO CART**

### POLYMER80 17RD MAGAZINE



$22.99

**ADD TO CART**

**VIEW ALL PARTS »**

## ATF DETERMINATION LETTER




### Is it legal?

The Polymer80 G150™, RL556v3™ and PF-Series™ 80% Frames are well within the defined parameters of a "receiver blank" defined by the ATF and therefore has not yet reached a stage of manufacture that meets the definition of firearm frame or receiver found in the Gun Control Act of 1968 (GCA). As always Polymer80 advises EVERYONE to check with their local state laws prior to making a purchase on our website, as they may differ from federally allowed regulations.

**VIEW LETTER »**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV*
*25405*

www.atf.gov

907010:AG
3311/302663

FEB   3

Jason Davis, Esq.
The Law Offices of Davis & Associates
41593 Winchester Rd, Suite 200
Temecula, California  92591

Dear Mr. Davis,

This is in reference to your submitted item, an AR-15 pattern receiver casting, along with supporting correspondence recently received by the Firearms Technology Industry Services Branch (FTISB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). You have submitted this item (see photo, last page) on behalf of your client, POLYMER 80, INC. (P80) for classification under the Gun Control Act of 1968 (GCA).

As you are aware, FTISB has previously determined that an AR-15 type receiver casting which is completely solid in the area of the trigger/hammer (fire-control) recess might not be classified as a firearm. Such a receiver casting could incorporate all other features of a functional firearm receiver, including pivot-pin and takedown-pin hole(s) and clearance



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

www.atf.gov

JAN 1 8 2017

907010:WJS
3311/305402

Mr. Jason Davis
The Law Offices of Davis & Associates
27201 Puerta Real, Suite 300
Temecula, California 92691

Mr. Davis:

This is in reference to your correspondence, with enclosed samples, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB).  In your letter, you asked for a classification of two Glock-type "PF940C Blank" on behalf of your client, Polymer 80 Incorporated (see enclosed photos).  Specifically, you wish to know if each of these items would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

You state the submitted **PF940C** has critical machining operations <u>not</u> yet "implanted" as follows: