# Exhibit 10

Polymer80 | Premier Manufacturer of Polymer AR Receivers, Pistol Frames, and Handguns

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.



 (/)



(/arreceivers)

# .308 LOWER SYSTEM

Foundation for Accuracy

SHOP NOW (/ARRECEIVERS)

() ()

● ● ● ●

**BUY BUILD SHOOT KITS**

(/pistols/bbskits)

**SLIDES**

(/partsandaccessories/slides)

**PARTS**

(/partsandaccessories)

**ACCESSORIES**

(/partsandaccessories)

Case 1:20-cv-06885-GHW Document 64-10 Filed 12/09/20 Page 3 of 3

(/partsandaccessories) (/partsandaccessories)

## Who We Are

Polymer80, Inc. designs and develops innovative firearms and after-market accessories that provide ways for our customer to participate in the build process, while expressing their right to bear arms. This provides a fun learning experience and a greater sense of pride in their completed firearm, strengthening our brand loyalty. We summarize this with our motto of "Engage Your Freedom".

LEARN MORE (/ABOUT-US)

^
Back to Top


(/)

om/pages/Polymer80/138959999623430) (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos) (https://www.instagram.com/polymer80inc/) (https://www.linkedin.

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.