# Exhibit 11

**facebook**

Log In



 **Polymer80**
September 13, 2016 · Instagram · 🌐

•••

Winter is coming.

Improved ergonomics, aggressive new aesthetics and features, textured and blank grip options, stainless steel locking block rail systems, stainless steel rear rail modules. Are you ready? **#pf940c #polymer80 #polymer80inc #9mm #40cal #diy #80percentlower #80percenter #glock #glockfanatics #customglock #glockfeed #glockporn #gunsdaily #guns #winteriscoming**

👍❤️😮 230

144 Comments  24 Shares

👍 Like          💬 Comment          ↗ Share

Most Relevant ▾

**Ryan Olson**
Any chance of getting this out early in CA to avoid the Jan 1 laws?
4y
👍 1

**Lance Starin**
I just picked up the FDE Spectre P80 frame. Is there going to be a version 2 for the full size?
4y
↳ 2 Replies

**Eugene Lee**
My most favorite of them all... the G-ONE-NINE 👍👍👍

### See more of Polymer80 on Facebook

Log In   or   Create New Account

**facebook**  Log In





**Polymer80**
January 13, 2017 · Instagram · 🌐                                    •••

PF940C Textured Frame and Jig as promised. Get yours preordered from a Polymer80 dealer www.polymer80.com

👍❤️😮 285                                          60 Comments  34 Shares

👍 Like                    💬 Comment                    ↪ Share

Most Relevant ▾

**Daniel Shepard**
Can you use the lower parts from a glock 17 in this?
3y

**James Sarver**
Are y'all going to be making any .45 compatible frames?
3y

**Chris McGee**
So stoked
3y

**Erick Kuty**
Kenton Matchell
3y              👍 1

## See more of Polymer80 on Facebook

Log In          or          Create New Account

facebook

**facebook**                                                                    Log In



damaged during this evaluation.

As a result of this FTISB evaluation, the submitted "**PF940C**" is <u>not</u> sufficiently complete to be classified as the frame or receiver of a firearm and thus is not a "firearm" as defined in the GCA. Consequently, the aforementioned items are therefore not subject to GCA provisions and implementing regulations.

To reiterate the conclusion of FTISB's evaluation, our Branch has determined that the submitted Polymer 80, Incorporated Glock-type receiver blanks incorporating the aforementioned design features are <u>not</u> classified as the frame or receiver of a weapon designed to expel a projectile by the action of an explosive, thus each of these items are <u>not</u> a "firearm" as defined in GCA, 18 U.S.C. § 921(a)(3)(B).

Please be aware, while not classified as a "firearm"; the submitted items are each classified as a "defense article" as defined in 27 CFR Section 447.11. The U.S. Department of State (USDS) regulates all exports from, and particular imports into, the United States.  Firearms, parts, and accessories for firearms are all grouped as "defense articles" by the USDS and overseen by their Directorate of Defense Trade Controls. Information regarding import/export of defense articles can be found on their web site at www.pmddtc.state.gov.

Correspondence from our Branch is dependent upon the particular facts, designs, characteristics or scenarios presented. Please be aware that although other cases (submissions to our Branch) may appear to present identical issues, this correspondence pertains to a particular issue or item.  We caution applying this guidance in this correspondence to other cases, because complex legal or technical issues may exist that differentiate this scenario or finding from others that only appear to be the same.

Please be aware, this determination is relevant to the item as submitted.  If the <u>design</u>, <u>dimensions</u>, <u>configuration</u>, <u>method of operation</u>, <u>processes</u> or <u>utilized materials</u>, this classification would be subject to review and would require a submission to FTISB of a complete functioning exemplar.

 **Polymer80**
January 26, 2017 · Instagram · 🌐

Just uploaded to www.polymer80.com; the ATF Determination letter that deems the PF940C 80% Compact Pistol Frame NOT a Firearm. Download the full letter in our Pistol Frame section under PF940C tab and keep for your personal records. **#polymer80 #pf940c #80percentlower #glock19 #compactpistol #9mm #40cal #glock23**

👍❤️ 81                                               21 Comments  7 Shares

👍 Like                    💬 Comment                    ➤ Share

Most Relevant ▾



**Adam Lahart**
When is expected date we can purchase these?

3y

↳ 7 Replies

**Erik Jose Zúñiga**
Side note this link is broken:

http://www.polymer80.com/pf940-80-pistol-frame-faq

POLYMER80.COM
Polymer80 - 404 Not Found 2

## See more of Polymer80 on Facebook

Log In     or     Create New Account