# Exhibit 12

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

 (/)

# FAQ

**Q: What is your return policy?**

A: After receiving the product, our customers have up to 14 days to contact our Customer Support by emailing support@polymer80.com (mailto:support@polymer80.com) or calling 800-517-1243 option 4 to initiate a return. Once we receive the product back we will issue a full credit card refund, provided the product is undamaged and ready for restock/re-sale.

**Q: I just want to talk to someone about the product and concept!**

A: It would be an honor to talk to you. Email: support@polymer80.com (mailto:support@polymer80.com). Our industry leading customer service is one of the things that sets us apart!

**Q: May I lawfully make a firearm for my own personal use, provided it is not being made for resale?**

A: A: The following is taken from the ATF Website (http://www.atf.gov/files/firearms/industry/0501-firearms-top-10-qas.pdf): "Firearms may be lawfully made by persons who do not hold a manufacturer's license under the GCA provided they are not for sale or distribution and the maker is not prohibited from receiving or possessing firearms." However, firearms are regulated by federal, state, and local laws, regulations, rules, and case law interpretations. And, we are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction.

**Q: Does the Polymer80 80% lower receiver require transfer or registration through an FFL?**

A: It is important to note that the G150 AR15 80% Receiver Kit, .308 80% Receiver Kit, & the PF940C™ 80% Pistol Frame Kits (https://www.polymer80.com/CMS-Images/ATF-DetLetters.pdf) were classified by the Bureau of Alcohol, Tobacco, Firearms and Explosives as not falling within the federal definition of "firearm" or "frame or receiver." All other Polymer80 80% lower receivers are dimensional based on the designs classified by the Bureau of Alcohol, Tobacco, Firearms and Explosives as not being "firearms" or "frames or receivers," under federal law. Firearms are regulated by federal, state, and local laws, regulations, rules, and case law interpretations. We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction.

NOTE: *See the How To (http://polymer80.production.na3.netsuitestaging.com/how-to-manuals) section on our website for detailed instructions. This unit requires special tools and skills to complete.*

**Q: Can I build and then transfer a finished firearm to another individual?**

A: We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction. Protect yourself and don't put a completed firearm in anyone's hands unless you have gone through proper channels and background checks. Following the proper channels will protect us, our family, and our friends, it's also the best way to ensure you can come back to this site again and again as you finish your project. For any firearm transfer it is your responsibility to understand the federal and local laws and how they apply.

**Q: Can I use separate shipping and billing addresses?**

A: No, unfortunately we do not accept separate shipping and billing addresses. This is to protect you, the customer, and Polymer80, Inc. from potential fraudulent transactions.

**Q: Can you ship an order outside of United States?**

A: We do not currently ship any orders outside of the continental U.S. We do have international dealers that are happy to ship out of the country. Check out Brownells (https://www.brownells.com/) and Rainier Arms (https://www.rainierarms.com/).

**Q: Is it legal to assemble a firearm from commercially available parts kits that can be purchased via internet or shotgun news?** (From the ATF website: http://www.atf.gov/firearms/faq/firearms-technology.html)

A: We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction. We can, however, reference the ATF website which addresses this question as it relates to federal law generally: http://www.atf.gov/firearms/faq/firearms-technology.html (http://www.atf.gov/firearms/faq/firearms-technology.html): "For your information, per provisions of the Gun Control Act (GCA) of 1968, 18 U.S.C. Chapter 44, an unlicensed individual may make a firearm as defined in the GCA for his own personal use, but not for sale or distribution." For further information on rulings and classifications go to the ATF Firearms (http://www.atf.gov/content/Firearms/firearms-industry) website.

**Q: Are felons restricted from owning a firearm that was built from an 80% receiver?**

According to the ATF website at https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download (https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download) (https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download) Felons are restricted from owning and receiving a firearm. We have a strict policy against selling 80% lower receivers to persons known to us to be convicted felons or otherwise prohibited persons.

However, we are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local legal counsel to obtain an opinion letter for your jurisdiction.

Q: **Are you storing my credit card information?**
A: No, our payment gateway system passes the credit card information directly through to the credit card processor. This protects all of us. Send us your request to support@polymer80.com (mailto:support@polymer80.com)

Q: **I need to add something to an order I just sent.**
A: If you need to add something to your order, send us a quick email support@polymer80.com (mailto:support@polymer80.com) and we'll contact you via phone to add it to your order. At that time we'll need to take your credit card info directly over the phone. Please do not email us any credit card information.

NOTE: *Not finding an answer for your question? Go to our Contact page (https://www.polymer80.com/contact/) and send us your question. Or send an **Email** to:* *support@polymer80.com (mailto:support@polymer80.com)*

---


Back to Top

---



/Polymer80/138959999623430)   (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)   (https://www.instagram.com/polymer80inc/)   (https://www

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.



 (/)





# P80 G150 AR-15 80% RECEIVER KIT - BLACK

SKU: P80-NKIT-BLK

## $80.00

❗ Out of Stock

Quantity

-   1   +

ADD TO WISHLIST

ADD TO QUOTE



**Shipment Not Available to: District of Columbia, New Jersey, New York, Washington**

## Product Description

The Polymer80, Phoenix2, AR15 80% Lower and Jig System Includes the Phoenix2 system

This system is designed as a complete kit. There's NO expensive jig kits and parts to purchase - our system is a COMPLETE, all inclusive package in one price!

The Phoenix, Gen2 version features Polymer80's proprietary polymer composite, a solid core design, stiffened magwell and MILSPEC buffer tube housing. The pistol grip area features a unique no-thread design specific to Polymer80 lowers.

The jig is included in the price of this system The kit comes with drill bits and the end mill bit that's required to finish your AR project the right way. Instructions are online HERE (https://www.polymer80.com/infopage.asp?page=41).

The 80% "reciever blank" is defined by the ATF and therefore has not yet reached a stage of manufacture that meets the definition of firearm frame or receiver found in the Gun Control Act of 1968 (GCA).
http://www.atf.gov/content/contact-us/pressroom/receiver-blanks-Q%26As (http://www.atf.gov/content/contact-us/pressroom/receiver-blanks-Q%26As)

P80 G150 AR-15 80% Receiver Kit - Black

Parts List: Each Lower and Jig Kit comes with the following:

| Part Description | ITEM | Qty per Lower |
|---|---|---|
| AR15 Lower Receiver | G150 Gen2 | 1 |
| Set Screw Bolt Catch Pin | 3mm | 1 |
| Dowel Pin for Bolt Catch | 5/8in | 1 |
| Pistol Grip Nut | 3/8in | 1 |
| Pistol Grip Screw | 1.5in | 1 |
| Allen Wrench | 1/16th | 1 |
| Jig Parts List | ITEMty per Jig | |
| AR15 Jig | J150 | 1 |
| End Mill with laser-etched depth mark for Fire Control Pocket | 7/16" end mill | 1 |
| Drill Bit, Trigger Pin Hole | 5/16" drill bit | 1 |
| Drill Bit, Safety Selector Switch Hole | 3/8" drill bit | 1 |

## Ratings & Reviews

**NO REVIEWS AVAILABLE**

Be the first to     WRITE A REVIEW (/P80-G150-AR-15-80-RECEIVER-KIT-BLACK/NEWREVIEW)

^
Back to Top



(/)

/Polymer80/138959999623430) (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos) (https://www.instagram.com/polymer80inc/) (https://www

Customer Support (/customer-support)                     About Us (/about-us)
How-To Manuals (/how-to-manuals)                         Contact Us (/contact-us)
FAQs (/faqs)
Our Dealers (/our-dealers)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

  (/)



# 308 80% LOWER RECEIVER AND JIG SYSTEM - BLACK

SKU: P80-308KIT-BLK

## $100.00

🛈 Out of Stock

Quantity

-    1    +

| ADD TO WISHLIST |
| --- |

| ADD TO QUOTE |
| --- |



**Shipment Not Available to: District of Columbia, New Jersey, New York, Washington**

## Product Description

**.308 80% Lower Receiver & Jig**

Includes a jig and all the drill bits.

After two years of planning, design, engineering, and testing, we're proud to introduce the industry's first reinforced polymer receiver designed for the DPMS styled .308 in an 80% format.

- Industrial strength, finest reinforced polymer material....nothing held back.
- Feel the difference the second you pick it up.
- Rock solid frame, injection molded from a fully automated system that was two years in the making.

The .308 80% Lower Receiver  Design features:

- Unique reinforced polymer design with solid core design
- ATF compliant design

- Beefed up buffer tube ring and ribbing across the entire upper surface area.
- No-thread design on pistol grip area.
- Stiffened magwell, ultra-light design.
- See product page for additional parts list

Is it legal?

YES! The 308 unit is well within the defined parameters of a "reciever blank" defined by the ATF and therefore has not yet reached a stage of manufacture that meets the definition of firearm frame or receiver found in the Gun Control Act of 1968 (GCA).

http://www.atf.gov/content/contact-us/pressroom/receiver-blanks-Q%26As (http://www.atf.gov/content/contact-us/pressroom/receiver-blanks-Q%26As)

P80-308 Kit List: Each Lower and Jig Kit comes with the following:

| | Lower Description | ITEM | Qty per Lower |
|---|---|---|---|
| | 308 Lower Receiver | W308 Lower | 1 |
| | Pistol Grip Nut | 3/8in | 1 |
| | Pistol Grip Screw | 1.5in | 1 |

| Jig Description | ITEM | Qty per Lower |
|---|---|---|
| Warrhogg .308 Jig | J100 | 1 |
| End-Mill Bit with Laser Etched Depth Mark | 7/16" end mill bit | 1 |
| Drill Bit, Safety Selector Switch Hole | 3/8" drill bit | 1 |
| Drill Bit, Pin Holes for Trigger & Hammer | 5/32" drill bit | 1 |
| Drill Bit, for Trigger Hole | 5/16" drill bit | 1 |
| Trigger Guide | TG100 | 1 |

## Ratings & Reviews

**NO REVIEWS AVAILABLE**

Be the first to    WRITE A REVIEW (/308-80-LOWER-RECEIVER-AND-JIG-SYSTEM/NEWREVIEW)

^
Back to Top



(/)

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)

Terms & Conditions (/terms)

Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

  (/)



# PF940C™ 80% COMPACT PISTOL FRAME KIT - COBALT

SKU: P80-PF940Cv1-COB

## $160.00

🛈 Out of Stock

Quantity

-    1    +

ADD TO WISHLIST

ADD TO QUOTE

**Shipment Not Available to: District of Columbia, New Jersey, Washington**

## Product Description

---

**PF940C™ Compact Frame**

**PLEASE NOTE WHEN USING LONE WOLF DIST. COMPLETION PARTS, NOT ALL PARTS MAY BE GEN 3, YOU MUST USE GEN 3 ONLY, ANY OTHER PARTS INSTALLED MAY CAUSE DAMAGE AND WILL IMMEDIATELY VOID THE LIFETIME WARRANTY OF YOUR POLYMER80 PRODUCT. CHECK ALL COMPONENTS PRIOR TO INSTALLATION. POLYMER80, INC. IS NOT RESPONSIBLE FOR DAMAGES CAUSED BY INCORRECT PARTS INSTALLATION.**

Polymer80 is pleased to present the PF940C™ 80% Compact Pistol Frame. Offering compatibility with **Glock® 19/23 Gen3 components,** the PF940C™ is an industry first. The frame comes with an aggressive texture that emulates a stippled pattern. Features like the extended beaver tail, double undercut trigger guard, and a thumb ledge considerably enhance the ergonomics allowing for an effective grip and improved recoil mitigation.

**Product Overview:**
- Enhanced Ergonomics and Features
- High-Strength Reinforced Polymer Construction

- Aggressive and Adaptable Grip Texture
- Picatinny/STANAG Compliant Accessory Rail
- Blank Serialization Plate
- Stainless Steel Locking Block Rail System (LBRS™)
- Stainless Steel Rear Rail Module (RRM™)
- Hardened Pins for LBRS ™ and RRM™
- Complete Finishing Jig, Drill bits
- Compatible with Glock® 19/23 Gen3 Components
- Patent Available

## Ratings & Reviews

**NO REVIEWS AVAILABLE**

Be the first to | WRITE A REVIEW (/PF940C-80-COMPACT-PISTOL-FRAME-KIT-COBALT/NEWREVIEW)

∧
Back to Top

 (/)


/Polymer80/138959999623430) (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos) (https://www.instagram.com/polymer80inc/) (https://www

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

  (/)



# PF940V2™ 80% FULL SIZE FRAME KIT - GRAY

SKU: P80-PF940v2-GRY

## $160.00

ℹ Out of Stock

Quantity

-     1      +

| ADD TO WISHLIST |
| --- |

| ADD TO QUOTE |
| --- |



**Shipment Not Available to: District of Columbia, New Jersey, Washington**

## Product Description

### PF940v2™ Standard Pistol Frame

**PLEASE NOTE WHEN USING LONE WOLF DIST. COMPLETION PARTS, NOT ALL PARTS MAY BE GEN 3, YOU MUST USE GEN 3 ONLY, ANY OTHER PARTS INSTALLED MAY CAUSE DAMAGE AND WILL IMMEDIATELY VOID THE LIFETIME WARRANTY OF YOUR POLYMER80 PRODUCT. CHECK ALL COMPONENTS PRIOR TO INSTALLATION. POLYMER80, INC. IS NOT RESPONSIBLE FOR DAMAGES CAUSED BY INCORRECT PARTS INSTALLATION.**

**POLYMER80 IS PLEASED TO ANNOUNCE THE NEW REDESIGN OF OUR ORIGNAL PF940V1 STANDARD SIZE FRAME, WHICH NOW HAS ALL OF THE FEATURES OUR CUSTOMERS HAVE COME TO ENJOY FROM OUR COMPACT.**
 **Product Overview:**

- The PF940v2™ is compatible with components for 3-pin 9mm G17, 34, 17L; .40S&W G22, 35, 24; and .357Sig G31.
- Next Generation Ergonomics and Features
- High-Strength Reinforced Polymer Construction
- Picatinny/STANAG Compliant Accessory Rail
- Blank Serialization Plate

- Stainless Steel Locking Block Rail System (LBRS™)
- Stainless Steel Drop-In Rear Rail Module (RRM™)
- Hardened Pins for LBRS™ and RRM™
- Complete Finishing Jig and Drill Bits
- Patents Available

## Ratings & Reviews

**NO REVIEWS AVAILABLE**

Be the first to   WRITE A REVIEW (/PF940V2-80-FULL-SIZE-FRAME-KIT-GRAY/NEWREVIEW)

︿
Back to Top


(/)



/Polymer80/138959999623430)   (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)   (https://www.instagram.com/polymer80inc/)   (https://www

Customer Support (/customer-support)           About Us (/about-us)
How-To Manuals (/how-to-manuals)                Contact Us (/contact-us)
FAQs (/faqs)
Our Dealers (/our-dealers)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.