# Exhibit 13

  

Home / 80% PRODUCTS / 80% HANDGUN KITS / POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH

**OUT OF STOCK**



Chat message 360-553-2377 or email for stock availability



# POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH

POLYMER 80

⭐⭐⭐⭐⭐ (No reviews yet)      Write a Review

Options

⚠ **OUT OF STOCK**

| Info | SKU:819925022390 | ••• |
|---|---|---|

| Specifications | MANUFACTURE, PRODUCT, COLOR, | ••• |
|---|---|---|

Description

**The Polymer80® Buy Build Shoot™ kit contains all the necessary components to build a complete PF940C™ or PF940v2™ pistol.**

**Kit Includes:**

- **PF-Series™ 80% Pistol Frame Kit**
- **9mm Complete Slide Assembly**

| 🏠 Home | 📖 Categories | 👤 Account | 📍 Contact | ••• More |
|---|---|---|---|---|

LIMITLESS AMERICA *limitless*

- **15 round Magazine**
- **COLOR: Flat Dark Earth (FDE)**

Related Products

OUT OF STOCK



POLYMER80 80% SUBCOMPACT FRAME - BLACK
**$160.00**

OUT OF STOCK



POLYMER80 PF940V2FD G17/22 GEN 3 COMPATIBLE FRAME KIT POLYMER - FLAT DARK EARTH
**$160.00**

OUT OF STOCK



POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - BLACK
**$590.00**

OUT OF STOCK



POLYMER80 PF940SC 80% SUBCOMPACT FRAME - FLAT DARK EARTH
**$160.00**

Customers Also Viewed

OUT OF STOCK



80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - BLACK
**$595.00**   MSRP: ~~$680.00~~



80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - FDE

OUT OF STOCK



POLYMER80 PF940V2FD G17/22 GEN 3 COMPATIBLE FRAME KIT POLYMER - FLAT DARK EARTH
**$160.00**



80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - COBALT

### Subscribe to our newsletter

Your email address

**SUBSCRIBE**


Home


Categories


Account


Contact


More

Case 1:20-cv-06885-GHW   Document 64-13   Filed 12/09/20   Page 4 of 35

BRANDS ⟩

LIMITLESS AMERICA

501 26TH ST WASHOUGAL, WA 98671

360.553.2377

Sales@limitlessamerica.com

Contact

**Connect With Us**

**Accepted Payments**

  

© 2020 LIMITLESS AMERICA.

| | | | | |
|---|---|---|---|---|
| Home | Categories | Account | Contact | More |

POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT FLAT DARK EARTH - LIMITLESS AMERICA

# Hooper Gun Works

≡ Menu

🏠 Home  ›  Brands  ›  Rock Island Armory  ›  POLYMER80 – PF940CV1 80% FRAME TEXTURED FOR GLOCK 19/23/32



# POLYMER80 – PF940Cv1 80% FRAME TEXTURED FOR GLOCK 19/23/32

## $160.00

🙁 Out of stock

SKU: RIA-P80-PF940Cv1-BLK

Categories: **Handgun Parts**, **Frame Parts**, **Frame 80%**, **Rock Island Armory**

**Share this:**

🔵 🔴 🔵 ✉️ 🖨️

---

DESCRIPTION  ⌄

---

## Description

The PF940Cv1 is Polymer80's next generation of polymer 80% frames for Glock® handguns, bringing improved

Case 1:20-cv-06885-GHW Document 64-13 Filed 12/09/20 Page 7 of 35

application. Available in three configurations: standard PF940Cv1 with textured grips. PF940Cv1-ReadyMod with blank grips for custom stippling – the customization possibilities are endless.

- Compatible with Gen3 Glock® Components. Not Compatible with Gen4
- Improved next generation ergonomics make for a great shooting pistol
- High strength reinforced polymer construction provides a great basis for a reliable & durable gun
- Picatinny rail is compatible with all standard lights, lasers & accessories
- Stainless steel locking block ensures positive operation & a lifetime of use
- Stainless steel drop-in rear rail module interfaces with the slide and holds up to hard abuse
- Hardened front and rear rail system pins ensure slide/rail/frame interface is rock solid
- Includes complete finishing jig
- Jig includes drill bits and end mill, allowing for complete construction

The 80% frame features are carried over from the original Polymer80 frames, making your build incredibly straightforward to complete. New grip profiling and improved overall design, make this not only an easier frame to operate and shoot, but looks great mounted to your favorite slide.

The PF940Cv1 is compatible with Glock® 19/23/32 frame components.

To download the ATF Determination letter that deems the PF940C is NOT a Firearm in it's unfinished state, please click http://www.polymer80.com/media/wysiwyg/porto/LegalDocs/2017-01_PF940C_ATF_Determination_Letter_Approval.pdf

As always we urge you to research your own state and local laws regarding finishing an 80% Receiver and ownership of the compact frame.

Returns will not be accepted once the receiver is modified in any way.

---

**Related**



POLYMER80 - PF940Cv1-READY MOD 80% FRAME FOR GLOCK 19/23/32



Lone Wolf for Glock 19 Gen 3 Complete Upper Assembly Stainless Steel Slide 9mm Barrel



Poly 80 Compact Pistol Frame Kit G19/23/32 FDE Textured Grip

# Related products

  



$19.97

Wolff 1911 Magazine Catch Spring #2 Reduced Power – 10 Pack

In stock

**Add to cart**

$11.97

Wolff 1911 Recoil Spring 14lb Chrome Silicon

In stock

**Add to cart**

$15.97

Wolff Pistol Service Pak Type-2 Colt 1903/1908 Pocket Hammerless .32 / .380 ACP 69082

☺ In Stock .

**Add to cart**

## Product Types

| Rock Island Armory  (150) | × ▾ |
| --- | --- |

📁 **Accessories**

📁 **Brands**

    📁 **ACT-MAG**

    📁 **Caspian Arms**

    📁 **Check-Mate**

    📁 **CMC Products (Chip McCormick)**

    📁 **Ed Brown**

    📁 **EGW**

    📁 **HGW Italy**

    📁 **Hogue Grips**

    📁 **Hooper Gun Works**

    📁 **Kimber**

    📁 **Lone Wolf (LWD)**

  

- 📁 **Rock Island Armory**
- 📁 **Wilson Combat**
- 📁 **Wolff Gunsprings**
- 📁 **Zev Technologies**
- 📁 **Glock Parts**
  - 📁 **Accessories**
  - 📁 **Backplate**
  - 📁 **Barrels**
  - 📁 **Basepad**
  - 📁 **Channel Liner**
  - 📁 **Extractor**
  - 📁 **Guide Rod**
  - 📁 **Mag Release**
  - 📁 **Magwell**
  - 📁 **Pins**
  - 📁 **Safety**
  - 📁 **Sights**
  - 📁 **Slide**
  - 📁 **Slide Lock Lever**
  - 📁 **Spring**
  - 📁 **Striker**
  - 📁 **Triggers**
  - 📁 **Upper**
- 📁 **Handgun Parts**
  - 📁 **Barrel Parts**
    - 📁 **Barrel Bushings**
    - 📁 **Barrel Links**
    - 📁 **Barrels**
  - 📁 **Builder Kits**
  - 📁 **Frame Parts**
    - 📁 **Ejectors**
    - 📁 **Frame 80%**
    - 📁 **Mag Release**
    - 📁 **Mainspring housings**

  

Case 1:20-cv-06885-GHW Document 64-13 Filed 12/09/20 Page 11 of 35

📁 **Frontstrap**

📁 **Grip Screw Bushings**

📁 **Grip Screws**

📁 **Grips**

📁 **Magwell**

📁 **Recoil Parts**

📁 **Guide Rod/Recoil Spring Plugs**

📁 **Guide Rods**

📁 **Recoil Springs**

📁 **Reverse Plugs**

📁 **Safety Parts**

📁 **Grip Safeties**

📁 **Thumb Safeties**

📁 **Sights**

📁 **Slide Parts**

📁 **Extractors**

📁 **Firing Pin Stops**

📁 **Firing Pins**

📁 **Slide Stops**

📁 **Slides**

📁 **Trigger Parts**

📁 **Disconnectors**

📁 **Hammer Struts**

📁 **Hammers**

📁 **Sear**

📁 **Triggers**

📁 **Magazines**

📁 **Rifle Parts**

📁 **Springs**

📁 **1911**

📁 **Firing Pin Spring**

📁 **Magazine Release Spring**

📁 **Magazine Spring**

📁 **Mainspring**

  

📁 **AMT**

📁 **Astra**

📁 **Benelli**

📁 **BERETTA 1931 & 1934**

📁 **BERETTA 81 & 84**

📁 **BERETTA 92, 96, AND CENTURION**

📁 **BERETTA VP 6.35MM**

📁 **BERNARDELLI**

📁 **BROWNING 1900**

📁 **BROWNING 1910/1922**

📁 **BROWNING 1935 (HI POWER)**

📁 **BROWNING 84 9MM (.380)**

📁 **BROWNING BDA 9MM (.380)**

📁 **CENTAUR SYSTEMS**

📁 **COLT 1903/1908 POCKET HAMMERLESS**

📁 **COLT 1908 VEST POCKET .25 ACP**

📁 **COLT DELTA ELITE**

📁 **COLT DOUBLE EAGLE**

📁 **COLT GOVERNMENT .380**

📁 **COLT KART 1911 .22 CONVERSION**

📁 **COLT MUSTANG & PONY**

📁 **COLT POCKET 9**

📁 **COLT WOODSMAN**

📁 **CZ**

📁 **DETONICS**

📁 **DREYSE**

📁 **EAA**

📁 **FEG**

📁 **FEMARU**

📁 **FRENCH**

📁 **GALESI**

📁 **GECADO**

📁 **GLISENTI**

📁 **GLOCK®**

  

Case 1:20-cv-06885-GHW Document 64-13 Filed 12/09/20 Page 13 of 35

- 📁 **Ithaca**
- 📁 **Kahr Arms**
- 📁 **Keltec**
- 📁 **Kimber**
- 📁 **Mauser**
- 📁 **Remington**
- 📁 **Ruger**
- 📁 **Sig-Sauer**
- 📁 **Smith & Wesson (S&W)**
- 📁 **Taurus**
- 📁 **Walther**
- 📁 **Tools & Jigs & Cleaning Supplies**
- 📁 **Uncategorized**

Hooper Gun Works
PO Box 37
Lakebay, WA 98349

All parts should be installed by a professional gunsmith. Items listed as "drop in" refer to the class of part which would require less fitment than a match grade or full fit item. Improper instillation of any part on a firearm can cause harm. We offer no warranty for improperly installed parts.

- 📄 My Account
- 📄 Cart
- 📄 Checkout
- 📄 Shop
- 📄 On Sale

- 📄 About HGW
- 📄 Contact Us
- 📄 Military

  

© Hooper Gun Works 2020

Built with Storefront & WooCommerce.

**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)

Home (https://www.5dtactical.com/) > 80% Glock (https://www.5dtactical.com/80-percent-glock-s/151.htm) >

## COMPLETE GLOCK 19 80% BUILD KIT



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-2.jpg?v-cache=1604245108)

🔍 Larger Photo    (//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-2.jpg?v-cache=1604245108)

(https://www.5dtactical.com/ProductDetails.asp?ProductCode=5D-G19BUILD)    Like 55 ▫ Share  tactical.com/ProductDetails.asp?ProductCode=5D-G19BUILD)

(https://www.5dtactical.com/ProductDetails.asp?ProductCode=5D-G19BUILD)

Alternative Views:

 (//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-2.jpg?v-cache=1604245108)



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-3.jpg?v-cache=1604245108)



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-4.jpg?v-cache=1604245108)



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-5.jpg?v-cache=1604245108)



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-6.jpg?v-cache=1604245108)



(//cdn3.volusion.com/sycrv.ebdas/v/vspfiles/photos/5D-G19BUILD-7.jpg?v-cache=1604245108)


Norton
SHOPPING
GUARANTEE
11/9/2020

80 Percent Glock 19 Complete Kit | Polymer80 G19

Looking to build a G19 9mm style pistol at home? Look no further! Save time and money by buying our quality kit in 1 easy step! This is a 100% MADE IN USA G19 build kit, manufactured and built to standards at or above OEM quality. Beware of lesser quality slides and barrels sourced overseas! Finishing this 80% Glock style frame with the included finishing jig and bits can be achieved in under an hour with low to to medium difficulty! It's now easier and more satisfying than ever to build your G19 80% lower at home.

As 80% lowers and frames are NOT considered firearms, this G19 Build Kit frame can be shipped directly to your home, no FFL transfer required! Click here to view the ATF Determination Letter (https://5dtactical.com/v/vspfiles/files/p80%20dertermination.pdf). Buy with confidence, Polymer80 provides a Lifetime Warranty against manufacturer's defects. Polymer80 boasts test frames withstanding up to 10,000 rounds, with many enthusiasts reporting 500 to 2500 rounds fired without an issue!

Clarification for Glock legal department: Glock is a trademark of Glock Inc. Polymer80 lowers are not manufactured by Glock Inc. Glock does not manufacture 80% lowers at this time. To be clear, you can build a Glock style pistol with a Polymer80 80% lower, but it will not be a genuine Glock branded product. This 80% complete kit contains a mixture of high-quality aftermarket Glock compatible parts, along with some OEM Glock components.

**Kit Includes:**

- ***Polymer80 80% Textured G19 Frame*** - *Includes Jig and Necessary Bits*
  - Polymer80 Textured PF940C 80% Frame - Your Choice Black, FDE, OD Green or Gray

***- Complete Assembled Slide*** - *Assembled in-house at 5D Tactical*
  - OE Style Gen 3 Slide with Tapered Nose
  - Melonite Coating
  - Heat Treated Stainless Slide
  - Front Rear Serrations
  - Radiused Corner Profile
  - Front and Rear Sight Cuts
  - 9mm 416R Stainless Barrel
  - Slide Completion Parts Kit
  - Factory Glock® Sights

***- G19 Lower Parts Kit (aftermarket)***
  - Trigger with Trigger Bar
  - Trigger Pin
  - Trigger Spring
  - Trigger Housing with Ejector
  - Trigger Housing Pin
  - Extended Slide Lock with Spring
  - Slide Stop
  - Slide Stop Spring
  - 5lb Connector
  - Extended Magazine Catch
  - Magazine Catch Spring

Price: $689.97

**Availability:** Back Order
★★★★★68 Reviews
Product Code: 5D-G19BUILD

CHOOSE YOUR OPTIONS:



80 Percent Glock 19 Complete Kit | Polymer80 Kit

**Choose Frame Color**

19 Frame Color*: ○  ODG

Qty:  [ 1 ]

[ Add To Cart ]

Add To Wishlist

Email me when Back-In-Stock
(/Email_Me_When_Back_In_Stock.asp?
ProductCode=5D%2DG19BUILD)

★ REVIEWS

**Description**



# Polymer 80 G19 Kit

Looking to build a G19 9mm style pistol at home? Look no further! Save time and money by buying the entire Polymer80 kit in 1 easy step! Finishing this 80% Glock® 19 frame with the included finishing jig and bits or a Dremel can be achieved in under an hour with low to medium difficulty! With our complete 80 percent lower kit and precision-engineered components, it's now easier than ever to build your Polymer80 kit at home.

As 80% lowers and frames are NOT considered firearms, our 80 percent Glock 19 complete kit and frame can be shipped directly to your home, no FFL transfer required! View the ATF Determination Letter here (https://5dtactical.com/v/vspfiles/files/p80%20dertermination.pdf). Buy with confidence. Polymer80 provides a Lifetime Warranty against manufacturer's defects and boasts test frames withstanding up to 10,000 rounds. In fact, many enthusiasts reported 500 to 2500 rounds fired without a single issue!

Our Complete 80 Percent 9mm G19 Kit Includes:

**Polymer80 80% Textured G19 Frame** - Includes Jig and Necessary Bits, Rear Rail Module and Front Rail/Locking Block Module

- Polymer80 Textured PF940C 80% Frame - Your Choice Black, FDE, OD Green or Gray

**Complete Assembled Slide** - Assembled in-house at 5D Tactical

- OE Style Slide with Tapered Nose
- Melonite Finish
- Heat Treated Stainless Steel
- Front and Rear Serrations
- Radiused Corner Profile
- Front and Rear Sight Cuts
- 9mm 416R Stainless Barrel
- Slide Completion Glock 19 Parts Kit
- Factory Glock® Sights

**Glock 19 OEM Lower Parts Kit**

- Trigger with Trigger Bar
- Trigger Pin
- Trigger Spring
- Trigger Housing with Ejector
- Trigger Housing Pin
- Extended Slide Lock with Spring
- Slide Stop
- Slide Stop Spring
- 5lb Connector
- Extended Magazine Catch
- Magazine Catch Spring

**About the PF940C 80% Glock 19 compatible Frame**: The PF940Cv1 frame features next generation ergonomics and features, molded from high-strength reinforced 80 percent lower polymer. All you will need to complete your PF940Cv1 80% frame is a drill press and an XY cross slide vise or a Dremel.

- Color: Your Choice Black of FDE, OD Green or Gray
- Textured PF940Cv1 80% Frame, Complete Finishing Jig, Drill bits and End Mill Included
- Compatible with Glock® 19/23 Compact Frame Components
- Stainless Steel Locking Block Rail System
- Stainless Steel Drop-In Rear Rail Module
- Hardened Rail System Pins for Locking Block and Rear Rails
- Aggressive and Adaptable Laser Grip Texture
- Picatinny/STANAG Compliant Accessory Rail
- Blank Serialization Plate, Custom Serial Engraving Coming Soon!

# Contact Us

For more information about our 80 percent Glock 19 complete kit, the PF940Cv1 G19 80-percent Glock frame (https://www.5dtactical.com/polymer-80-pf940cv1-p/5d-pf940cv1.htm), or any of the other parts included in this package, please contact us. (https://www.5dtactical.com/contact-us-s/125.htm)

Powered by  (http://my.yotpo.com/landing_page?redirect=https%3A%2F%2Fwww.yotpo.com%2Fpowered-by-yotpo%2F&utm_campaign=branding_link_reviews_widget_v2&utm_medium=widget&utm_source=5dtactical.com)

★★★★★ **4.9**

68 Reviews

Questions \ 1 Answers



| | |
|---|---|
| ★★★★★ | (62) |
| ★★★★☆ | (6) |
| ★★★☆☆ | (0) |
| ★★☆☆☆ | (0) |
| ★☆☆☆☆ | (0) |

 WRITE A REVIEW

 ASK A QUESTION

80 Percent Glock 19 Complete Kit | Polymer80

**Reviews (68)**    Questions (1)



J    **Julio Z.** Verified Buyer                                                                03/31/20
★★★★★

**I've purchased multiple P80 lowers**

I've purchased multiple P80 lowers from 5D Tactical but now I'm going to stick to their all new GTS-9 lowers!
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 2   👎 0

---

R    **Randy M.** Verified Buyer                                                                11/18/19
★★★★★



**Pistol**

It was easy to put together.
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 0   👎 2

---

E    **Eddie H.** Verified Buyer                                                                11/13/19
★★★★★

**Awesome from Start to Finish**

My daughter and I assembled the build kit for the 80% Glock 19 - what a blast - it was challenging enough for us to have a good (bonding) time. Thanks 5D Tactical.
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 5   👎 1

---

**Robin R.** Verified Reviewer                                                                09/27/19
★★★★★

**The most fun Ive had in a long time.**

I have done a 19 build kit and a 26 build . Ok your going to pay more than retail, but OMG of all my guns these are special because I built them. I have some Black powder kits I've enjoyed and when you build one it become personal. I did this. These kits are super easy and fail safe. I sent the slide lock sailing on my second build and asked if I ...Read More
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 16   👎 1

---

S    **Shane B.** Verified Buyer                                                                07/18/19
★★★★★

**G19 order**

The order was fast fast fast and accurate! Excellent site and I will be a return customer.
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 5   👎 0

---

A    **Anthony N.** Verified Buyer                                                                07/18/19
★★★★★

**Love it.**

Love it.
(https://yotpo.com/go/b3l5T4Er)

Share  |                                           Was This Review Helpful?  👍 3   👎 0

---

**Aaron S.** Verified Buyer                                                                07/18/19
★★★★★



**Excellent as usual**

Fell together, great quality for the price

(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 2  👎 0

---

**Phillip R.** Verified Reviewer                                07/18/19

★★★★★

**Beautiful, just F-ing beautiful**

I love the speedy delivery, I got it sooner than expected and it took 45 mins to build and 1 magazine to get it running perfectly. Thanks 5D, you're the best.
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 2  👎 1

---

REVIEWS ★

**Dwight L.** Verified Buyer                                04/28/19

★★★★★

**Nice Firearm**

Nice build kit, good instructions and quick and relatively easy build.
Thanks for the product.
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 3  👎 0

---

**Austin C.** Verified Buyer                                03/07/19

★★★★★

**Great product**

This build is so easy its like coloring the numbers and with 5dtactical giving you the whole package to complete it from one place makes it so easy. Highly recommend!!
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 5  👎 0

---

**Cameron S.** Verified Buyer                               03/06/19

★★★★★

**Good reliability. Good prices**

Good reliability. Good prices
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 4  👎 0

---

**Henry M.** Verified Buyer                                02/20/19

★★★★★

**Simple and accurate**

Purchased from 5D based on previous purchase. Kit is easy to complete just take your time. I had to encourage it to chamber very first round, no issues after that. I am really impressed with the accuracy and consistency of this weapon. For me, it points naturally making it easy to shoot well. Thanks 5D
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 4  👎 0

---

**cathleen s.** Verified Buyer                               02/20/19

★★★★★

**got my kit and it**

got my kit and it was put together quickly and easily. very happy with it
(https://yotpo.com/go/b3l5T4Er)

Share |                 Was This Review Helpful? 👍 0  👎 0

Norton SHOPPING GUARANTEE 11/9/2020

P    **Paul M.** Verified Buyer       02/20/19

★★★★★

**Glock 19**

Great complete kit and good price
(https://yotpo.com/go/b3l5T4Er)

Share |          Was This Review Helpful?   👍 0   👎 2

---

K    **Kris B.** Verified Buyer       02/16/19

★★★★★

**Great simple equipment**

Only took me about an hour to mil and assemble and I've put almost 2000 rounds through it at this point and it's holding up really well absolutely great quality would recommend for any "home build" enthusiast. Plan to build more in the near future
(https://yotpo.com/go/b3l5T4Er)

Share |          Was This Review Helpful?   👍 6   👎 0

<    **1**   2   3   4   5    >    (https://www.5dtactical.com/ProductDetails.asp?ProductCode=5D-G19BUILD&yoReviewsPage=2)

## SIGN UP FOR OUR E-NEWSLETTER    EMAIL ADDRESS       ✔

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

 (https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)
(https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

VISA   AMERICAN EXPRESS   DISCOVER   MasterCard    (https://www.geotrust.com/ssl/)





**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV  25405

www.atf.gov

NOV 0 2 2015

907010:WJS
3311/303738

Mr. Jason Davis
The Law Offices of Davis & Associates
41593 Winchester Road, Suite 200
Temecula, California 92590

Mr. Davis:

This is in reference to your correspondence, with enclosed samples, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB).  In your letter, you asked for a classification of an AR10-type item identified by you as a "WARRHOGG BLANK" as well as a Glock-type "GC9 Blank" on behalf of your client, Polymer 80, Incorporated (see enclosed photos).  Specifically, you wish to know if these items would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

You state the submitted **WARRHOGG BLANK** incorporates the following design features:

- *Magazine well.*
- *Magazine catch.*
- *Receiver extension/buffer tube.*
- *Pistol grip area.*
- *Pistol-grip screw hole.*
- *Pistol grip upper receiver tension hole.*
- *Pistol grip tension screw hole.*
- *Bolt catch.*

A well regulated Militia, being necessary to the security of a free State



Home » Polymer80

If you thought building a custom AR was fun, just wait until you get your hands on a 80% Glock pistol frame kit from Polymer80! Polymer80 is the leading manufacturer of 80% Polymer receivers for the Ar15, AR10, and Glock Pistol platforms. In the comfort and privacy of your own home you can assemble your own firearm for personal-use with nothing more than simple hand-tools. Polymer80 has made available, Glock pistol frame kits for every Glock model, in several color variations.





Polymer80 pistol frame kits include an 80% Polymer pistol frame, jig, and all tooling required to finish the pistol using a drill press & cross-vise.  If you don't have a drill press, don't worry, there are many tutorials online for alternatives. Milling instructions can be downloaded at the bottom of this page.

## Which model do I need?

### PF940C – Compact



**Polymer80 – PF940C Pistol Frame Kit**

80% G19/23 Frame, Jig, and Tooling…

**$160.00**

★★★★★

(76 Reviews)

→ SELECT OPTIONS

### PF940V2 – Standard



**Polymer80 – PF940V2 Pistol Frame Kit**

80% G17/22/24/31/35 Frame, Jig, and Tooling…

**$160.00**

★★★★★

(45 Reviews)

→ SELECT OPTIONS

### PF940SC – Sub Compact

**Polymer80 – PF940SC Pistol Frame Kit**

80% G26/27 Frame, Jig, and Tooling…

**$160.00**

★★★★★

(26 Reviews)

→ SELECT OPTIONS

### PF9SS – 9mm Single Stack



**Polymer80 – PF9SS G43 Pistol Frame Kit**

80% G43 Frame, Jig, and Tooling…

**$140.00**

★★★★★

(11 Reviews)

→ SELECT OPTIONS

### PF45 – Large



**Polymer80 – PF45 Pistol Frame Kit**

80% G20SF/21SF Large Frame, Jig, and Tooling…

**$128.99 – $139.00**

★★★★★

(33 Reviews)

→ SELECT OPTIONS

#### GLOCK LOWER PARTS KITS

Glock OEM Compact Lower Parts Kit G19 G23 G32

**$90.99**

★★★★★

(10 Reviews)

SELECT OPTIONS

Glock OEM Full Size Lower Parts Kit G17 G22 G24 G31 G33 G34 G35

**$90.99**

★★★★★

(8 Reviews)

SELECT OPTIONS

#### BUY BUILD SHOOT KITS

**Polymer80 PF940C G19 Buy Build Shoot Kit**

G19 Glock in a Box

4.9 / 5 ★★★★★ Verified **Customer Feedback** REVIEWS.io



**OUT OF STOCK**

No FFL Required!

**$590.00**

→ SELECT OPTIONS



### Polymer80 PF940V2 G17 Buy Build Shoot Kit

G17 Glock in a Box
No FFL Required!

**$590.00**

→ SELECT OPTIONS



**4.9** / 5
★★★★★
Verified
**Customer Feedback**

⊘REVIEWS.io

### IS IT LEGAL?

YES! The Polymer80 G150 unit is well within the defined parameters of a "receiver blank" defined by the ATF and therefore has not yet reached a stage of manufacture that meets the definition of firearm frame or receiver found in the Gun Control Act of 1968 (GCA)

### MILLING INSTRUCTIONS

Detailed Step-by-step directions for completing your 80% Pistol Frame.  If your questions can't be answered here, call Polymer80 support at 1-800-517-1243 or send a Customer Support ticket through https://www.polymer80.com/contact







## CONNECT WITH US

**E-mail Sign Up**

Your email address    Sign Up

✉ Email: support@armorally.com

🕐 Available: Mon-Fri: 8am - 5pm; Sat: 8am-noon CST

**CUSTOMER SUPPORT**

Contact Us

Current Deals

My Account



**OUR COMPANY**

About Us

Ratings and Reviews

News







ARM or ALLY

© Copyright 2019. All Rights Reserved.

Terms & Conditions | Site Map

**4.9** / 5

★★★★★
Verified
**Customer
Feedback**

REVIEWS.io

Home > GLOCK >



   ⊕ Larger Photo

Like 1

Alternative Views:

# G19 Kit 80% - Compact - Unfinished

Price: $389.99

Quantity in Stock:(Out of Stock)
**Availability::** Usually Ships in 3 to 5 Business Days
Product Code: KIT-G19-9MM

## Choose your options:

### BASE OPTIONS
Configuration:

| Unassembled ⌄ |
|---|

Slide:

| Unfinished ⌄ |
|---|

Frame 80%:

| None ⌄ |
|---|

### UPPER PARTS OPTIONS
Barrel:

| Parkerized ⌄ |
|---|

Upper Parks Kit:

| Standard ⌄ |
|---|

Firing Pin:

| Standard ⌄ |
|---|

### LOWER PARTS OPTIONS
Lower Parts Kit:

| Standard ⌄ |
|---|

### ACCESSORIES



Sights:

| Polymer ▾ |

## ORDER PROCESSING

Processing Time:

| Basic (10-14 Business Days) ▾ |

## SHIPPING OPTIONS

Insurance & Signature:

| Insurance [Add $3.99] ▾ |

## POLICY & DETAILS

Upgrade Policy*:

☐ I Agree to the Upgrade Policy

Shipping Policy*:

☐ I Agree to the Shipping Policy

Qty:  | 1 |

Add To Cart

⊕  Add To Wishlist

Description        Specifications

# G19 Kit 80% - Compact - Unfinished



80% Polymer Pistol Frame Milling Video

Description:

**G19 80% BUILD KIT - GLOCK 19 COMPATIBLE\***

The **G19 80% Build Kit** is our most **Popular Pistol Ki**t based on the **Glock 19\*** platform **Best Handgun** for **Beginners** & **Home Defense**. The Ceratac **G19 80% Build Kit** comes complete with **EVERY** piece and part to complete your build **EXCEPT** the **80% Lower Frame** (PF940CV1) - **Optional**. When you indude the optional **80% Lower Frame** (PF940CV1) you get the following added features;

- Improved next generation ergonomic make for a great shooting pistol.

- High strength reinforced polymer construction provides a great basis for a reliable & durable gun.

- Aggressive texture on the frame ensures positive retention.

- Picatinny rail is compatible with all standard lights, lasers & accessories.

- Stainless steel locking block ensures positive operation & a lifetime of use.

- Stainless steel drop-in rear rail module interfaces with the slide and holds up to hard abuse.

- Hardended front and rear rail system pins ensure slide/rail/frame interface is rock solid.

**Returns will not be accepted once the receiver is modified in any way. All warranty issues will be directed to the manufacturer.**

**UPGRADE POLICY:**

We do our best to ship all products as quickly as possible. If a particular option is not available at the time of purchase then we may **Upgrade** that option at **No Additional Charge** and **Without Notice**. If you require a **Specific Configuration** please contact us **Prior** to placing your order so that we can **Verify Availability**. A complete list of specifications can be found by clicking on the Specifications tab on this page. **WE WILL NOT PAY FOR SHIPPING TO REPLACE UPGRADED ITEMS UNLESS YOU CONTACT US PRIOR TO PLACING YOUR ORDER.**

**FREQUENTLY ASKED QUESTIONS (FAQ's):**

**What is an 80% Frame?**

An 80% Frame is a part that has not reached the level of completion to be considered a firearm.

Click Here to download the PF940C™ ATF Determination Letter

**How do I complete an 80% Frame?**

**80% Polymer Pistol Frame Instructions (PDF)**

G19 Kit 80% - Compact - Unfinished

**What Ammunition can I use with this Kit, 9x19mm?**

The barrel is chambered in 9x19mm.

**What is the Difference between the Configuration Options?**

**Unassembled** - Unassembled Kit, includes Every piece and part except the 80% Lower Frame and Frame Parts. (Included with the 80% Lower Frame)

**Headspaced** - Unassembled Kit in which the Slide and Barrel Combination have been checked with Headspace Gauges to ensure the minimum and maximum dimensions are within acceptable tolerances.

**Assembly** - Completely Assembled & Headspaced Upper Receiver. Includes the following components - Slide, Barrel, Recoil Guide Rod Assembly, Extractor, Firing Pin, Firing Pin Spring, Spacer Sleeve, Channel Liner, Firing Pin Safety, Firing Pin Safety Spring, Spring Cups, Slide Cover Plate, Rear Sight, Front Sight, and Front Sight Screw. **Sights may require minor adjustments.**

**What else do I need to purchase to finish my Kit?**

The **G19 80% Build Kit** comes complete with **EVERY PART** necessary to complete your build **EXCEPT** the 80% Lower Frame (Optional).

*Glock is a federally registered trademark of Glock, Inc. and is one of many trademarks owned by Glock, Inc or Glock Ges.m.b.H. Ceratac is an independent dealer of parts and accessories for Glock pistols, and is not affiliated with or endorsed by Glock, Inc. or Glock Ges.m.b.H. The use of Glock on this page is merely to advertise the sale of Glock/Glock Compatible parts or components. As indicated in the product descriptions, not all parts and accessories on this site are official Glock products.

We are not lawyers and we do not provide legal advise. Please check all Federal, State and Local Laws to ensure compliance prior to purchasing.

**Restrictions** - No 80% Lower Frames ship to New Jersey.

## Related Items

| G19 Kit 80% - Compact - Stormtrooper<br>Price: $419.99 | G19 Kit 80% - Compact - Sig Pink<br>Price: $419.99 | G19 Kit 80% - Compact - Magpul FDE<br>Price: $409.99 | G19 Kit 80% - Compact - Zombie Green<br>Price: $419.99 |
|---|---|---|---|
|  |  |  |  |
| G19 Kit 80% - Compact - Wild Purple<br>Price: $419.99 | G19 Kit 80% - Compact - Stealth Bronze<br>Price: $409.99 | G19 Kit 80% - Compact - Patriot Brown<br>Price: $399.99 | G19 Kit 80% - Compact - Hunter Orange<br>Price: $419.99 |
| |  | |  |

## Customer Reviews

 Average Rating: 5 of 5   Total Reviews: 2   Write a review »

1 of 1 people found the following review helpful:

⭐⭐⭐⭐⭐ **$473 shipped to my house**       April 18, 2020

Reviewer: Anonymous Person
Processing took 9 business days
Shipping 3 days

Tape the sides of your jig for precise holes. The lower took about 15 minutes to drill/mill and assembly took another 15 minutes. This is my first handgun build.

Everything went together perfect and the slide was smooth.

If your build doesn't eject casings and chamber another round DON'T PANIC!!! The first 50-75 rounds it wouldn't eject any casings. After that it would eject but not chamber another round for another 100 rounds. Once i put about 200 rounds through it, it ran perfectly and haven't had any misfires, stovepipes or any hiccups whatsoever.

I highly recommend this product!

Was this review helpful to you? Yes No

---

1 of 1 people found the following review helpful:

⭐⭐⭐⭐⭐ **$479 shipped to my house.**       April 7, 2020

Reviewer: The moss is silver on the other side. from Tennessee, United States

7 business days to process my order.
2 business days to arrive to my house.l
The slide I received had front serrations like the Gen 5 glocks.
The OEM Gen 3 lower kit and steel sights are of typical glock quality; use electrical tape to ensure the jig is closed & dremel tool for 15% of the 20% to complete this frame. Dremel collet fit the m3 drill bit perfectly & a true hole with minimal damage to the jig. Use the dremel accessory kit for the channel for the slide-spring too.
Polish the glock rails with the dremel.

Once its all assembled DO NOT FREAK OUT because the assembly with be suuuuper tight. Use a lot of gun lube & rack the slide a million times with constant relubing. Glock uses an abrasive lubricant on the slide and rails from factory so take that for what its worth. It took me as a novice 60 minutes to prep, polish, and complete my build.

I WILL be purchasing another one as soon as this apocalypse is over.

Was this review helpful to you? Yes No



951-223-8086                                                    Gift Certificate   Login or Sign Up

**MDX ARMS**

SEARCH

/ Polymer80 PF940v2™ 80% Textured Full Size Pistol Frame Kit for Glock Gen3 17/34/24/35

RECOMMENDED



    

# Polymer80 PF940v2™ 80% Textured Full Size Pistol Frame Kit for Glock Gen3 17/34/24/35

Polymer80

## $149.99

★★★★★   (9 reviews)   Write a Review

**Shipping:** $8.00 (Fixed Shipping Cost)



Enter your email address to be notified when this item is back in stock

Email Address

**NOTIFY ME**

**Frame Colors:** *

- ~~BLACK~~
- ~~BLUE TIN~~
- ~~COBALT~~
- ~~FDE~~
- ~~GRAY~~
- ~~OD~~

## ADD TO WISH LIST

   

Overview

Reviews

## PRODUCT DESCRIPTION

**UPDATE: 08/09/2020 - ORDER WILL SHIP AS EARLY AS 8/12/20.**

Polymer80 is pleased to announce the new redesign of our orignal PF940v1 standard size frame, which now has all of the features our customers have come to enjoy from our compact.

**Product Overview:**

- The PF940v2™ is compatible with components for 3-pin 9mm G17, 34, 17L; .40S&W G22, 35, 24; and .357Sig G31.
- Next Generation Ergonomics and Features
- High-Strength Reinforced Polymer Construction
- The ReadyMod® frame features a blank grip design that is ready for stippling and other grip customization.
- Picatinny/STANAG Compliant Accessory Rail
- Blank Serialization Plate



**80 Percent Arms Hand Dr**
**Stabilizers for Easy Jig G**



☆☆☆☆☆

**$19.99**

OUT OF STOCK



**Polymer80 PF940C 80% T**
**Compact Pistol Frame Kit**

★★★★★

**$149.99**

OUT OF STOCK



Case 1:20-cv-06885-GHW Document 64-13 Filed 12/09/20 Page 34 of 35

- Stainless Steel Locking Block Rail System (LBRS™)
- Stainless Steel Drop-In Rear Rail Module (RRM™)
- Hardened Pins for LBRS™ and RRM™
- Complete Finishing Jig, Drill bits and End Mill Included
- Patent Pending

# Click Here to download the PF940C™ ATF Determination Letter

# Click Here to download the PF940C™ Milling Instructions

## YOU MAY ALSO LIKE...





**Polymer80 PF940SC 80% Textured Pistol Frame Kit for**

★★★★☆

$149.99

CHOOSE OPTIONS





**Polymer80 PF940C 80% Textured Compact Pistol**

★★★★★

$149.99

OUT OF STOCK





**MDX Arms V1 G19 9mm Compact 80% Build Kit**

★★★★★

$364.95

CHOOSE OPTIONS



## Contact Us

MDX Corp
P.O. BOX 70809
RIVERSIDE, CA. 92513
info@mdxarms.com

## Accounts & Orders

Gift Certificates

Wishlist

Login or Sign Up

Shipping & Returns

## Quick Links

Home

About Us

Terms and Conditions

Privacy Policy

Shipping & Returns

Contact Us

Gallery

Videos

## Connect with Us:

 

   

© 2020 MDX Arms | Sitemap

