# Exhibit 14

brokenarmory.com/wp-content/uploads/2017/05/AR15_ATF_LETTER-min.pdf    Case 1:20-cv-06885-GHM   Document 64-14   Filed 12/09/20    Page 2 of 16

Research   ◆ Scholar   🗁 Drafting   🗁 Federal   🗁 States   🗁 Litigation   🗁 Reading   🗁 Topics   🗁 Style   🗁 To Read

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

www.atf.gov

NOV 1 5 2013

903050:WJS
3311/301436

Broken Arms

San Jose, CA 95131

Dear ▮▮▮▮▮,

This is in reference to your correspondence, with enclosed sample, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB). In your letter, you asked for a classification of the partially completed AR-15 type receiver your company is planning to manufacture (see enclosed photos). Specifically, you wish to know if this item would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

During the examination of your sample, FTB found that the following machining/drilling operations were completed:

1. Front and rear assembly/pivot pin holes drilled.
2. Selector-retainer hole drilled.
3. Magazine-release and catch slots cut.
4. Trigger-guard machined.
5. Rear of receiver drilled and threaded to accept buffer tube.
6. Buffer-retainer hole drilled.
7. Pistol-grip mounting area faced off, drilled, and threaded.
8. Magazine well completed.

The machining operations not yet performed are as follows:

1. Milling out of fire-control cavity.
2. Drilling of selector-lever hole.

BROKENARMORY.COM





**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

www.atf.gov

DEC 2 0 2015          907010: WJS
                      3311/304221

Broken Arms

San Jose, California 95131

Dear ▮▮▮▮▮▮▮:

This is in reference to your correspondence, with enclosed sample, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB). In your letter, you asked for a classification of the partially completed AR-10 type receiver blank your company is planning to manufacture (see enclosed photos). Specifically, you wish to know if this item would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

For your reference in this matter, the amended GCA, 18 U.S.C. § 921(a)(3), defines the term **"firearm"** to include *any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and]...the frame or receiver of any such weapon....*

Additionally, please note that 27 CFR § 478.92 states the following:

*...each licensed manufacturer or licensed importer of any firearm manufactured or imported shall legibly identify each such firearm by engraving, casting, stamping (impressing), or otherwise conspicuously placing or causing to be engraved, cast, stamped (impressed) or placed on the frame or receiver thereof in a manner not susceptible of being readily obliterated, altered, or removed, an individual serial number not duplicating any serial number placed by the manufacturer or importer on any other firearm, and by engraving, casting, stamping (impressing), or otherwise conspicuously placing or causing to be engraved, cast, stamped (impressed), or placed on the frame or receiver, or barrel thereof in a manner not susceptible of being readily obliterated, altered or removed, the model, if such designation has been made; the caliber or gauge; the name (or recognized abbreviation of same) of the manufacturer and also, when applicable, of the importer; in the case of a domestically made firearm, the city and State*

BROKENARMORY.COM



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV
25405

www.atf.gov

SEP 1 5 2017

907010:DLH
3311/307459

Mr. TJ Osman
1911 Builders
825 Kuhn Drive
Suite 107
Chula Vista, CA 91914

Dear Mr. Osman:

This is in response to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), which accompanied your sample of one 1911-style frame. This sample was submitted for evaluation and classification with respect to the Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(3).

As background, the GCA, § 921(a)(3), defines the term "**firearm**" to include:

*... (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the <u>frame or receiver</u> of any such weapon....*

Please note that any frame-casting or frame-blank that has been manufactured or otherwise finished to the point at which it can be recognized as the frame or receiver of a firearm, is itself a "**firearm**" as defined.

FTISB had generally provided guidance that a 1911-style frame-blank or frame-casting reaches a stage of manufacture and would be classified as a firearm if any one of the following features is indexed or completed:

a) slide rails;
b) sear pin hole; or
c) hammer pin hole.



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

_Martinsburg, WV 25405_

www.atf.gov

JUN 1 2 2014

903050: WJS
3311/302036

Mr. James Jusick
Manager
Tactical Machining, LLC
1270 Biscayne Blvd, Suite 5
Deland, FL 32724-2139

Dear Mr. Jusick,

This is in response to your request and accompanying submissions to the Firearms
Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).
In your cover letter, you asked for a classification of the items—two unfinished
1911-type pistol frames (see enclosed photos). Specifically, you want to know if each
frame would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

In general, to be classified as **_firearms_**, pistol forgings or castings must incorporate the
following critical features:

- Slide rails or similar slide-assembly attachment features.
- Hammer pin hole.
- Sear pin hole.

During the examination of the submitted items, FTB found that the following
machining/drilling operations have been performed on each (designated as Samples A
and B):

**Sample A**:

1. Plunger-tube holes have been drilled.
2. Slide-stop pin hole drilled.
3. Slide-stop engagement area machined.
4. Ejector pin hole drilled.
5. Safety-lock hole drilled.

Case 1:20-cv-06885-GHW   Document 64-14   Filed 12/09/20   Page 6 of 16



What are you looking for?

🛒 (0)

Home / 80% AR15 Style BLANKS / 80% Receiver Blank (Blank Only)



   

# 80% Receiver Blank (Blank Only)

$51.00

★ ★ ★ ★ ★   (17 reviews)   ✚ **Write a Review**

**Weight:**   0.48 LBS

**Width:**   8.00 (in)



**(0)**

What are you looking for?

**LIBERATOR 80%S COLOR OPTIONS:** *

- ⦿ 80%: Black
- ○ 80%: Flat Dark Earth (Matches Magpul FDE)
- ○ 80%: Stealth Grey(MAtches Magpul Stealth)
- ○ 80%: Rifle Green(Matches Magpul OD)

**ADD ON ::** *

- ⦿ WITHOUT DRILL BITS AND END MILL SET
- ○ WITH DRILL BITS AND END MILL SET +$18.95

**QUANTITY:**

⌄  1  ⌃

| ADD TO CART | ADD TO WISH LIST ⌄ |
|---|---|

f ✉ 🖨 𝕏 in 𝔭

Recommend 1

**DESCRIPTION** —

Updates and Shipping times are listed on the bottom of the front page of our website!

https://www.tnarmsco.com/

You wanted it, you got it. TN Arms NOW offers Hybrid-80's Liberator AR15 STYLE in our Magpul matching colors. The color is throughout and will not expose a different color if scratched. Your trigger pocket will be the same color as the outside of your receiver blank.

Want to take your AR build game to another level?  Tennessee Arms Company is proud to offer the first Hybrid 80 Percent Receiver Blank on the market, The Liberator . Using the same Nylon 6-6 with 50% fiber fill for the body and brass inserts near high stress or threaded areas , we are confident when we say that this is the best 80% on the market today, in a class all its own. Now you can have the ease of machining Nylon with the strength of our brass inserts.



 (0)

What are you looking for?



In instances where the trigger pocket is milled improperly at the discretion of the consumer, replacement is available. All that is required is payment for shipment to & from our location. **Please include $8** in some form or a way to contact for payment or your request will not be processed. Return requests shipped without a completed Return Form will be refused.

All you need is a drill press and the following bits to complete your 80% project!

- 5/16" End Mill
- 5/16" Drill Bit
- 3/8" Drill Bit
- 5/32" Drill Bit

All Liberators will be shipped to the address in the "Shipping Address" portion of the checkout process . If you have special shipment needs , please list them in the "Comments" section of the checkout process.

ATF Letter:

 



RELATED PRODUCTS     +

CUSTOMERS ALSO VIEWED     +

# REVIEWS

★★★★☆

**Great product**
Posted by Clayborn Keith on 20th Aug 2020

Great lower had to be cleaned up after milling but 0therwise solid lower.

★★★★★

**80% Blank**
Posted by Michael Beason on 9th Aug 2020

Made the mistake of ordering without the jig. The customer service responded quickly and professionally and helped me see my mistake. Great company. Great product!

★★★★★

**80% polymer AR15**
Posted by THOMAS J HEPLER, CEO on 21st Jul 2020

the product is good quality, the instructions were clear and easy to follow. The communication was bad, tracking was bad.

★★★★★

**light weight and simple to mill**
Posted by STEVEN GIBSON on 23rd Jun 2020

Easy milling and works great!!

80% Receiver Blank (Blank Only) - Tennessee Arms Company, LLC

≡    What are you looking for?     (0)

**80%**

Posted by Denny Bacon on 31st May 2020

Great quality. Great price. Do not buy another poly lower. This is the best.

★★★★★

**Liberator 80% lower Receiver**

Posted by Donald Charbonneau on 18th May 2020

I receive my lower receiver right away, milled it out everything works great. Material was easy to work with.

★★★★☆

**Liberator 80% receiver**

Posted by Rez on 22nd Feb 2020

I am giving this 4 stars for starters. The receiver arrived as shown in the picture. The mag well fits just fine. My only complaint is when fitting the upper receiver onto the lower, the fitment wasn't right and the area where the buffer tube screws into needed to be sanded down a little bit to fit correctly. Also, I really hope your outfit can be a little more clear on the shipping lead times and what not. I felt waiting almost 3 weeks for something to ship out seemed a little absurd but maybe that will get easier as you guys hit an economy of scale.

★★★★★

**looks great, i can not wait to get started on it**

Posted by robert g childress on 29th Jan 2020

color matches my upper to a tee

★★★★☆

**Solid product**

Posted by Chad on 2nd Dec 2019

Great lower, fits my upper well.

NEXT >

**CATEGORIES** ⌄

BEST SELLERS
Receivers
Bundle Packs
Populated Lowers
80% AR15 Style BLANKS
Complete Lower Receiver
Display Only (CLEAR) Models
Apparel
Engraving Service
Parts
Gift Certificates

**INFORMATION** ⌄

FFL Locator
Login
Other Pages
Sitemap

Case 1:20-cv-06885-GHW Document 64-14 Filed 12/09/20 Page 11 of 16

What are you looking for?

(0)



# Tennessee Arms Company, LLC

708 E Court Street
Dyersburg TN 38024

731-334-5106

© 2020 Tennessee Arms Company, LLC



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV*
*25405*
www.atf.gov

AUG 2 7 2018

907010:GSS
3311/309436

Mr. Michael Faucette
Mark Barnes & Associates
1350 I Street NW, Suite 260
Washington, DC 20005

Dear Mr. Faucette:

This is in response to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Industry Services Branch (FTISB), and one accompanying sample submitted on behalf of your client LMP/ Mail Order Video, Inc., also known as "Glockstore." The submitted sample is a model SS80, polymer pistol frame-blank manufactured by Glockstore. Specifically, you request an evaluation and classification of the SS80 polymer pistol frame-blank with respect to the Gun Control Act of 1968 (GCA).

You submitted this sample in response to the FTISB's request found in letter 308007, dated February 13, 2018, in which FTISB identified that the product submitted by Glockstore was only one component of a larger product known as the "SS80 80% Lower" kit.

In your current correspondence, you state, that the SS80 polymer pistol frame-blank will be marketed and sold as a separate, standalone product, and will not be part of a kit. You request that we omit the fixture, drill bits, front rail-piece, and rear rail-piece previously submitted in the SS80, 80% Lower kit from our evaluation of the current submission.

As background, the GCA, **18 U.S.C. § 921(a)(3)**, defines the term **"firearm"** as *"(A) any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and]...(B) the frame or receiver of any such weapon...."*

SS80 Builder Tool Set and Jig

CREATE ACCOUNT



HOME  /  80 LOWER JIG  /  SS80 BUILDER TOOL

Search

# SS80 Builder Tool Set and Jig

~~$34.99~~  **$24.99**

☆☆☆☆☆







              

**KU:**  SS80-BUILDER-TOOL-SET

**Quantity:**

1

ADD TO CART          Add To Wish List

f  ✉  P

WISHLIST

RESOURCE CENTER

 

Once you've purchased your SS 80% (G43-compatible) Frame, you'll need to pair it up with the SS80 Jig and Tool Kit to have all the components and tools required for fabrication and final assembly. This build kit includes the 80% jig for cutting and drilling the frame blank, as well as the parts needed

Search

## Easy-to-Follow Instructions

No experience is required to cut and drill your 80% frame! The jig includes easy-to-follow video instructions available online . Fabricating the frame requires basic hand tools, like a bench-top vise, handheld drill, Dremel, and some hand files or sandpaper for final fitment.

Please note: The locking block for this item used to require the builder to drill the holes for the locking block pin his/herself. However, this step is no longer necessary, as the locking block for this item now comes with its pin holes pre-drilled. When referencing the accompanying instructional video, this step may be skipped.

## What's Included

- (1) SS80 80% Frame Jig & Screws
- (1) Pre-Drilled Locking Block
- (1) Trigger Housing Pin
- (1) Rear Rail System
- (1) Set of Drill Bits

## Important Information

Due to ATF policy, the SS80 Jig and Tool Kit must be bought and shipped separate from the SS80 80% Frame. Neither component is considered a firearm under ATF determinations and federal law.

The ATF Determination Letter is available here.



## Shipping Restrictions

AR-15Lowerreceivers.com only ships within the United States. Federal legislation dictates we cannot ship our products internationally. Shipping of various parts and/or accessories are prohibited to states and locales (ie New Jersey, California, New York, etc…) with restrictions against certain parts and/or accessories (i.e. states with high-capacity magazine restrictions, manufacturing of semi-automatic weapons, etc..). It is your responsibility to be aware of your local firearms laws before purchasing from our website. We try our best to keep our shipping page current, but laws change daily.

☆☆☆☆☆

 Write a Review

0  Reviews

WISHLIST

RESOURCE CENTER



LOG IN

CREATE ACCOUNT

Search

RELATED PRODUCTS    CUSTOMERS ALSO VIEWED


Out Of Stock


Out Of Stock


Out Of Stock


Out Of Stock


Out Of Stock

**Premium 80% Lower Fire/Safe Marked Billet (1-pack) & Elite Builder 80% Lower Jig – AR15/AR9 (With Tooling)**

~~$449.94~~ $319.99

**Premium 80% Lower Fire/Safe Marked Billet (3-pack) & Elite Builder 80% Lower Jig – AR15/AR9 (With Tooling)**

~~$709.84~~ $569.99

**Premium 80% Lower Fire/Safe Marked Billet (5-pack) & Elite Builder 80% Lower Jig – AR15/AR9 (With Tooling)**

~~$969.74~~ $799.99

**Elite Builder (for 80% Jig) Tooling**

~~$119.99~~ $74.99

★★★★★
1 review

**Elite Builder 80% Lower Jig with To (AR-10/.308**

~~$324.98~~ $219

★★★★★
2 reviews

We are a national retailer of individual components and not all products depicted on this website are legal in every state. Shipping of various products found on this website are prohibited to some states (such as California, Connecticut, District of Columbia, New Jersey, New York, Rhode Island, and Washington). The information, pictures, text or products presented on this website are not a representation by us, and should not be understood by you, that any product or completed firearm is legal to assemble or own in your state of residence. We encourage each and every builder to perform their own research about the state and federal laws that apply to them. It is your responsibility to understand the law and we encourage you to consult with an attorney or your local ATF representative.



WHY IS IT LEGAL TO
**BUILD YOUR OWN AR-15?**

VIEW OUR INFOGRAPHIC ➔

WISHLIST

RESOURCE CENTER

SS80 Builder Tool Set and Jig

LOG IN

CREATE ACCOUNT



## GET THE DEALS BEFORE YOUR BUDDIES DO

Search

Enter your email address

Subscribe

Be the first to know about our product launches and deals!

| NAVIGATE | CATEGORIES | POPULAR BRANDS | CONNECT WITH US |
|---|---|---|---|
| 80% LOWER NEWS | 80 LOWER | POLYMER80 | (888)-581-0750 |
| FAQS | 80 LOWER JIG | VIEW ALL | |
| CONTACT OUR TEAM | AR RIFLE KITS | | |
| ABOUT AR-15LOWERRECEVIERS.COM | AR PISTOL KITS | | |
| CUSTOMER SERVICE | HANDGUN KITS | | |
| SHIPPING, REFUND & RETURNS | PARTS & TOOLS | | |
| TERMS & CONDITIONS | | | |
| OUR PRIVACY POLICY | | | |
| SIGN IN OR REGISTER | | | |

AMERICAN EXPRESS    DISCOVER    mastercard    VISA

Authorize.Net
Click
VERIFIED MERCHANT

© 2020 AR-15LowerReceivers.com, a division of Tactical Gear Heads, LLC. All Rights Reserved.