# Exhibit 16

- American Resistance, American Resistance™ Glock 9mm AR Stripped Lower 80% (NO FFL NEEDED!!), https://americanresistancegear.com/product/american-resistance-glock-9mm-ar-stripped-lower-80-no-ffl-needed/
- 5D Tactical, *80% Build Kits*, https://www.5dtactical.com/80-build-kits-s/160.htm
- 80% Arms, *80% Lowers*, https://www.80percentarms.com/80-lowers/
- Anderson Manufacturing, *AM-15 80% LOWER RECEIVER - ANODIZE*, https://andersonmanufacturing.com/am-15-80-lower-receiver-anodize.html
- AR-15part.com, *80 Percent Lower Receiver AR15 Forged Anodized Black*, https://www.ar15part.com/80-Percent-Lower-Receiver-AR15-Forged-Anodized-Bla-p/80pflr-15ab.htm
- Arm or Ally, *Polymer80 – PF940C Pistol Frame Kit*, https://www.armorally.com/shop/polymer80-pf940c-pistol-frame-kit/
- Classic Firearms, *Anderson AR-15 80% Lower Receiver - Black Anodized - No FFL Required*, https://www.classicfirearms.com/anderson-ar-15-80-percent-lower-anodized-no-ffl-required/
- Davidson Defense, *Custom Deal AR-15 80% Lower Build Kit featuring JMT Equalizer 80% Polymer Lower with Jig + KAK Industries Complete Mil-Spec Lower Parts Kit (LPK)*, https://davidsondefense.com/Custom-Deal-AR-15-80-Lower-Build-Kit-featuring-JMT-Equalizer-80-Polymer-Lower-with-Jig-KAK-Industries-Complete-Mil-Spec-Lower-Parts-Kit-LPK_p_8954.html
- Delta Team Tactical, *JMT AR-15 Equalizer 80% Polymer Lower with Jig*, https://www.deltateamtactical.com/jmt-ar15-equalizer-80-polymer-lower-with-jig.html
- JSD Supply, *80% AR Lower Parts and Kits*, https://jsdsupply.com/80-ar-15/
- Limitless America, 80% Handgun Kits, https://limitlessamerica.com/80-handgun-kits/
- Arms of America, *Polish Radom AKM 7.62x39 80% Receiver Blank - RESTOCK ETA: 12/12*, https://armsofamerica.com/polish-radom-akm-7-62x39-80-percent-receiver-100-made-in-poland-w-rails-and-center-support-installed-fully-heat-treated-and-black-oxide-finish/
- Modulus Arms, *80 Lower Receivers*, https://www.modulusarms.com/lower-receivers/80-lower
- Moriarti Armaments, *AR-10 .308 80% BILLET LOWER RAW (DPMS PATTERN)*, https://moriartiarmaments.com/pack-of-6-black-anodized-billet-.308-80-lower-receivers-by-80-arms-ar-10-.308-6-pack-80-anodized-lower-receiver?keyword=80%20
- OutdoorSports-USA, *80% Lower Receiver*, https://outdoorsportsusa.com/AR-15-Parts/80-percent-Lower-Receiver
- Tactical Machining, *80% Lower Anodized*, https://www.tacticalmachining.com/80-lower-anodized.html
- Thunder Guns, *AR-15 80% Lowers*, https://thundertactical.com/product-category/ar-15/ar-15-80-lowers/

1

- Wise Arms, *Wise Arms Billet 80% AR-15 Lower Cerakote Aromorer Black*, https://shop.wisearms.com/wise-arms-billet-80-ar-15-lower-cerakote-aromorer-black/
- Wolfpack Armory, *80% Rifle and Pistol Kits*, https://www.wolfpackarmoryusa.com/80-kits
- Tennessee Arms Company, *308 80% Receiver w Drilling Jig\* Presale\**, https://www.tnarmsco.com/308-80-receiver-w-drilling-jig-presale/
- Midway USA, *Polymer80 PF940Cv1 Compact 80% Pistol Frame Kit Glock 19, 23, 32 Polymer*, https://www.midwayusa.com/product/1018339425
- Polymer80, *P80 80% Pistol Frame Kits*, https://www.polymer80.com/pistols/80percentpistolkits
- E P Armory, *80% Receivers*, https://www.eparmory.com/80-RECEIVERS_c_1.html
- Glock Store, *SS80 80% LOWER*, https://www.glockstore.com/SS80-M-Model
- KM Tactical, Polymer 80 Warrhogg AR-308 80% Lower Receiver, https://kmtactical.net/product/polymer-80-warrhogg-ar-308-80-lower-receiver/
- JSE Surplus, *80% 1911 5" Stainless Steel Railed Frame – Tactical*, https://www.jsesurplus.com/8019115railedtacticalframe.aspx
- Grid Defense, *80% Lowers*, https://www.ghostrifles.com/80-lower/
- Always Armed, *Glock 17 Full Size 9MM Build Kit with Polymer 80% Lower*, https://alwaysarmed.com/glock-17-full-size-9mm-build-kit-with-polymer-80-lower/
- 80LowerJig.com, *80 Percent Lower*, https://www.80lowerjig.com/80-percent-lower/
- BUDK, *AR-15 80% Lower Receiver and Jig Kit – Polymer80*, https://www.budk.com/AR15-Lower-Receiver-And-Jig-Kit-80-Percent-33484
- AAO Manufacturing, *AR15 80% Lowers*, https://aaomfg.com/ar15-80-lowers/
- Tactical Shit, *PF940C (G19) Polymer 80% Compact Pistol Frame*, https://shop.tacticalshit.com/new-polymer80-compact-80-frame
- 1776 Supply Co., *P80 PF45 Frame*, https://www.1776supplyco.com/product/p80-pf45-frame/
- 1911 Builders, *80% Kits*, https://www.1911builders.com/product-category/80kits/
- 3CR Tactical, *Polymer80 PF940C 80% Glock 19 Buy Build Shoot Kit*, https://3crtactical.com/product/polymer80-pf940c-80-buy-build-shoot-kit/
- 80% Lowers, *80 Lowers With Jigs*, https://www.80-lower.com/80-lowers-with-jigs/
- 80 Percent Builder, *Black PF940v2 80% Frame - Fits G17, G34...*, https://80pbuilder.com/black-pf940v2-80-frame-g17-g34
- American Made Tactical, *80 Lower Receivers*, https://americanmadetactical.com/product-category/80lowers/
- American Weapons Components, *Polymer80 PF940V2 Buy Build Shoot ("BBS") – 10 Round Magazine*,

2

https://americanweaponscomponents.com/product/polymer80-pf940v2-buy-build-shoot-bbs-10-round-magazine

- AR-15 Lowers, *80 Lower*, https://www.ar-15lowerreceivers.com/80-lower/
- Broken Arms, *AR15 80% Lowers*, https://www.brokenarmory.com/product-category/ar15-80-percent-lower-receivers/
- Brownells, *Polymer80 – PF940Cv1 80% Frame Textured for Glock 19/23/32*, https://www.brownells.com/handgun-parts/frame-parts/frames/pf940cv1-80-frame-textured-for-glock-19-23-32-prod97837.aspx
- Ceratac, *G19 Kit 80% - Compact – Sig Pink*, https://www.ceratac.com/G19-Kit-80-Compact-Sig-Pink-p/kit-g19-9mm-spk.htm
- Daytona Tactical, *80% Lower Receivers*, https://daytonatactical.com/collections/80-lower-receivers
- Durkin Tactical, *Polymer80 80% Lower Receivers*, https://www.durkintactical.com/product-category/lower-parts/polymer80-80-lower-receivers/
- Firearms Unknown, *80% Receivers*, https://www.firearmsunknown.com/builds-parts/80-receivers/
- Fusion Firearms, *Pro-Series 80% 1911 Frame - Officer Size*, https://fusionfirearms.com/pro-series-80-1911-frame-officer-size
- Ghost Guns, *Black Polymer80 PF940V2 80% Full Receiver Textured Frame*, https://ghostguns.com/product/pistols/glock/g22-full-40-sw/black-polymer80-pf940v2-80-full-receiver-textured-frame/
- Granger Tactical, *Polymer80 PF940C 80% Frame for Glock 19/23/32*, https://www.grangertactical.com/product-page/polymer80-pf940c-80-frame-for-glock-19-23-32
- Gun Metal Inc., *Here's Your Serial Number 80% Lower Receiver*, https://gunmetalusa.com/shop/ols/products/heres-your-serial-number-80-lower-reciever
- Hell Fire Armory, *AR-15 80% Lower Receiver*, https://www.hellfirearmory.com/ar15-lower
- Hooper Gun Works, *PF940v2 80% Full Size Frame Kit for Glock 17/17L/22/24/31/34/35 – Flat Dark Earth*, https://www.hoopergunworks.com/product/pf940v2-80-full-size-frame-kit-for-glock-17-17l-22-24-31-34-35-flat-dark-earth/
- James Madison Tactical, *AR-15 80% Polymer Lower*, http://jamesmadisontactical.com/ar-15-80-polymer-lower/
- Joe Bob Outfitters, *80% AR-15 Lowers & Jigs*, https://www.joeboboutfitters.com/80-AR-15-Lower-Receivers-s/186228.htm
- Juggernaut Tactical, *DPMS 308 80% Lower Receiver*, https://jtactical.com/products/10
- Karri's Gun's, *Polymer 80 PF940C Compact 80% Frame w Lower Parts Kit*, https://karrisguns.com/polymer-80-pf940c-compact-80-frame-w-lower-parts-kit-kg.html

3

- Lone Wolf Distributors, *Poly 80 Glock Compatible Frame Kit 80% Black Textured Grip*, https://www.lonewolfdist.com/8107/poly-80-pistol-lower/p80-pf9ss-blk
- Lightning Tactical & Training, *DD M1911 80% Lower Receiver*, https://www.lttfirearms.com/index.php?route=product/product&product_id=132&search=80%25
- Mag Commander, *Polymer80 PF940Cv1 Colors 80% Compact Pistol Frame Kit GLOCK® 19/23/32 Compatible*, https://magcommander.com/polymer80-pf940cv1-colors-80-compact-pistol-frame-kit-glock-19-23-32-compatible/
- MDX Arms, *80% Receivers & Kits*, https://mdxarms.com/80-receivers-kits/
- New Frontier Armory, *80% Receivers*, https://www.newfrontierarmory.com/product-category/80-firearms/80-receivers/
- Noreen Firearms, *Noreen Forged 80% AR15 223 Lower Receiver*, https://onlylongrange.com/noreen-forged-80-ar15-223-lower-receiver/?campaign=73627459&variant=1#product-tab-description
- Ormond Arms, *AR-15 80% Lower Receivers*, https://ormondarms.com/ar-15-80-lower-receivers/
- Rainer Arms, *80% Low*ers, https://www.rainierarms.com/lower/stripped-lower-receivers/80-lowers/
- RedCon1 Tactical, *James Madison Tactical 80% Polymer AR-308 Receiver with Jig Black*, https://redcon1tactical.com/james-madison-tactical-80-polymer-ar-308-receiver-with-jig-black.html
- Rifle Supply, *Polymer80 PF45 80% Large Pistol Frame and Jig Kit – Black*, https://riflesupply.com/Polymer80-PF45-80-Large-Pistol-Frame-and-Jig-Kit--Black_p_3154.html
- Right to Bear Arms and Supply, *80% Glock Pistol Frames*, https://www.righttobear.com/80-percent-glock-1911-pistol-frames-s/2006.htm
- Rockey Brass, *80 Percent Frames*, https://www.rockeybrass.com/80-Percent-Frames.html
- Stealth Arms, *1911 80% Complete Build Kit*, https://www.stealtharms.net/1911-complete-build-kit
- T91 Tactical, *Polymer80 PF940v2 80% Pistol Frame Kit GLOCK® 17, 22, 31, 34, 35 Compatible*, https://store.t91tactical.com/Polymer80-PF940v2-80-Pistol-Frame-Kit-GLOCK%C2%AE-17-22-31-34-35-Compatible-p236261470
- Tacticool Firearms, *Polymer80 PF45BLK G21/20 Gen3 Compatible 80% Pistol Frame Kit Glock 21/20 Gen3 Polymer*, https://www.tacticoolfirearms.com/parts-gear/parts-gear/polymer80-pf45blk-g2120-gen3-compatible-80-pistol-frame-kit-glock-2120-gen3-*polymer-2262504*
- *The Armory, Polymer80* G150 Lower With Jig System – Black, https://thearmoryus.com/polymer80-g150-lower-with-jig-system-black/
- The Buffalo, *80 Percent Lowers*, https://thebuffalo.us/product-category/80-lowers/

4

- US Patriot Armory, *80% Frames & Jigs*,
  https://www.uspatriotarmory.com/store/80-Frames-&-Jigs-c32393359
- ZR Tactical Solutions, *80% Lowers*,
  https://www.zrtacticalsolutions.com/product-category/80-lowers/
- Matrix Arms, *Matrix Arms AR15 80% Lower Receiver*,
  https://www.matrixarms.com/product/matrix-arms-ar15-80-lower-receiver/
- Givati Firearms, *Ar 15 80% Lower Receiver*, https://givatifirearms.net/en/74-
  ar-15-80-lower-receiver
- Precision Reflex, *AR15 80% Lower Receiver white finish*,
  https://www.precisionreflex.com/Detail.aspx?PROD=1249839
- Optimus Defense, *AR-15 80% Lower*, https://optimusdefense.com/ar-15-lower
- Total War Tactical, *80% Lower*, https://www.totalwartactical.com/product-
  tag/80-lower/
- Warr Dogz, *80% Lower - Cerakoted w/ Engraving*,
  https://www.warrdogz.com/product-p/wdel-001.htm
- Rock Your Glock, *PF45 80% Frame G/20/21*,
  https://www.rockyourglock.com/custom/PF45.htm
- Urban Survival Arms, *G19 Polymer80 – PF940CV1 80% Frame Textured*,
  http://www.urbansurvivalarms.com/G19-POLYMER80--PF940CV1-80-
  FRAME-TEXTURED_p_1204.html
- Premium Outfitters USA, *PF940C™ 80% Compact Pistol Frame Kit Polymer
  80*, https://premiumoutfittersusa.com/PF940C%E2%84%A2-80-Compact-
  Pistol-Frame-Kit-Polymer-80_p_29.html
- Sarco, Inc., *1911 Frame Casting #500649 Extra Small Para, 80% Frame*,
  https://www.sarcoinc.com/1911-frame-casting-500649-extra-small-para-80-
  frame/
- Midwest Gun Works, *Polymer80 Glock 17/22 80% Pistol Frame Kit,
  Standard Texture*, https://www.midwestgunworks.com/page/mgwi/prod/p80-
  pf940v2

5