# Exhibit 17

 **MODULUSARMS**
*Quality & Value Since 2014*

What are you looking fo

 (0)

Home / News / ATF Clarifies Previous Ruling Regarding 80% Lower Receiver Manufacturing Processes



Posted by Andy on 26th Jan 2015

## ATF Clarifies Previous Ruling Regarding 80% Lower Receiver Manufacturing Processes

ATF Ruling 2015-1 ; Dated January 2, 2015

**General Synopsis:**

*"Held*, any person (including any corporation or other legal entity) engaged in the business of performing machining, molding, casting, forging, printing (additive manufacturing) or other manufacturing process to create a firearm frame or receiver, or to make a frame or receiver suitable for use as part of a "weapon … which will or is designed to or may readily be converted to expel a projectile by the action of an explosive," i.e., a "firearm," must be licensed as a manufacturer under the GCA; identify (mark) any such firearm; and maintain required manufacturer's records.

*Held further*, a business (including an association or society) may not avoid the manufacturing license, marking, and record keeping requirements of the GCA by allowing persons to perform manufacturing processes on blanks or incomplete firearms (including frames or receivers) using machinery, tools, or equipment under its dominion and control where that business controls access to, and use of, such machinery, tools, or equipment.

*Held further*, this ruling is limited to an interpretation of the requirements imposed on persons under the GCA, and does not interpret the requirements of the National Firearms Act, 26 U.S.C. 5801 et. seq."

**Further Interpretation:**

Unlicensed individuals occasionally purchase castings or machined/molded or other manufactured bodies (sometimes referred to as "blanks" or "80% receivers") that have not yet reached a stage of manufacture in which they are classified as "firearm frames or rec

**Norton** SHOPPING GUARANTEE 11/19/2020

Get Notifications

11/19/2020
ATF Clarifies Previous Ruling Regarding 80% Lower Receiver Manufacturing Processes | Modulus Arms | 80% Lower Receivers and 80 Lower Jigs

Case 1:20-cv-06885-GHW Document 64-17 Filed 12/09/20 Page 3 of 42



A business (including an association or society) may not avoid the manufacturing license, marking, and recordkeeping requirements under the GCA simply by allowing individuals to initiate or manipulate a CNC machine, or to use machinery, tools, or equipment under its dominion or control to perform manufacturing processes on blanks, unfinished frames or receivers, or incomplete weapons."

View and download full document here: ATF Ruling 2015-1 Maufacturing and Gunsmithing

#atf    #2015-1    #80% ruling    #80% legal    #80% arms    #80% lower    #80% receiver



Recommend 0

## CATEGORIES ⌄

Universal 80 Lower Jigs
80 Lower Receivers
Upper Receivers
Parts & Accessories

## INFORMATION ⌄

Email Us!
100% Customer Lifetime Guarantee
Shipping & Return Policies
Privacy Policy
Terms of Service
About Us
Sitemap

## Modulus Arms | 80% Lower Receivers and 80 Lower Jigs

Modulus Arms
7108 Katella
Suite 411
Stanton, CA 90680

© 2020 Modulus Arms | 80% Lower Receivers and 80 Lower Jigs

Get Notifications ✕

80 Lower Jig, Cut the 80 percent lower Receiver Jig Kits for Sale | 80% Arms



Proudly Made in the United States of AmericaProudly Made in the United States of America

How Can We Arm You?

**Account**    **Cart** $0.00

MENU

| 80% LOWERS | 80% GLOCK | 80% LOWER JIGS | UPPERS | GUN BUILD KITS | ENGRAVING | PARTS & ACCESSORIES | CONTACT |

HOME   |   80 LOWER JIGS

## 80 LOWER JIGS

### WHAT IS AN 80% LOWER JIG?

Jigs are sophisticated mechanical templates (or "fixtures"), that make it SIMPLE and FAST to perform a repeatable mechanical process. Our jigs provide you an outline for working on an 80% lower receiver, and creating your very own firearm! Our jigs are built for a lifetime of use, and can be used on both the AR-15 and .308 platforms.

Best of all - Our jigs make creating your very own firearms easy and affordable!

Jigs allow you to transform an 80 percent lower receiver, viewed by the ATF as an unregulated hunk of metal, into a fully functional AR15 receiver! Not only do we sell world-class 80% lower receivers for you to make a precision rifle, we are home to the world's first router-based jig to complete milling your lower.

Our jigs allow you to easily take tools found around your home to complete your 80% lower, while producing results similar to a CNC machine in a professional machine shop. Order one of our 80 lower jigs and corresponding toolkits, and the only items you'll need to finish the process at home are:

One of our industry leading jigs and corresponding toolkits

Any standard hand drill or drill press if you're so inclined

A little WD40

A high quality and precision milled 80% lower

A standard router used for woodworking

**UNPARALLELED QUALITY AND ENGINEERING**



Norton SHOPPING GUARANTEE
11/19/2020

Made of heavy machined aluminum here in the USA, these jigs are designed to be used for years. Care is taken in every step of our manufacturing process, with extreme measures in our quality control process to ensure any 80% lower receiver you manufacture will be compatible with the full array of AR-15 or .308 equipment available on the market.

**CHOOSING THE RIGHT JIG**

Choosing a jig is simple! First, what kind of rifle are you looking to build? We offer AR 15 and AR10 jigs designed to milling out AR-15 80% lower receivers or .308 lower receivers for universal milspec compatibility.

Can't decide where you want to start or want to future proof your setup? We offer the world's simplest most versatile multi platform option that allows you to quickly and easily mill out a variety of lowers. The Easy Jig Gen 2 Multi-Platform upended the industry and can be used for years to build a personal collection of homemade firearms.

Ready to hit the ground running? We offer a everything you need to get started in our MinuteMan kit, available with three (3) lower receivers. AR-15 or .308 packages available.

*We stand by all our products with a lifetime guarantee!*

**COLLAPSE**
⌃

RECENTLY VIEWED

Sort by   Featured Items ⌄



Easy Jig Gen 3 Multi-Platform - AR-15, AR-9 and .308 80% Lower Jig

★★★★★   908 Reviews

~~$329.99~~ $299.99   **9% OFF**







80 Lower Jig | All Different Lower Receiver Jig Kits for Sale | 80% Arms



All You Need Kit + (1) 80% Lower

$529.97



All You Need Kit + (3) 80% Lower

$739.94



All You Need Kit + (5) 80% Lower

$939.92



Easy Jig ® Gen 3 Tool Kit

$59.99




Norton
SHOPPING
GUARANTEE
11/19/2020

RECENTLY VIEWED



Easy Jig® Gen 3 Premium Tool Kit with SpeedCoat

$99.99



Gen 3 Speedmill™

$49.99



Speed Mill™ - Replacement End Mill

$28.99



Speed Mill™ - Replacement End Mill with SpeedCoat

$48.99







**Large Router Base - Gen 3 Jig**
★★★★★　1 Review
$39.99



**Universal Drill Press 80% AR-15 Jig**
★★★★★　465 Reviews
$99.99



**80% AR-15 Easy Jig Gen 1**
★★★★★　3388 Reviews
$159.99



**Replacement 1/4 End Mill for Easy Jig Gen 1 - $29.99**
★★★★★　681 Reviews
$29.99


Norton
SHOPPING
GUARANTEE
11/19/2020

RECENTLY VIEWED



**5/16" High Speed End Mill for Easy Jig Gen 2**
★★★★★ 157 Reviews
$39.99



**80% .308 Easy Jig Gen 1**
★★★★★ 577 Reviews
$139.99



**Easy Jig Gen 2 Tool Kit**
★★★★★ 268 Reviews
$49.99

RECENTLY VIEWED



Norton
SHOPPING
GUARANTEE
11/19/2020

Gen 1 Easy Jig Tool Kit

★★★★★   405 Reviews

$44.99



Tool Kit for Universal Drill Press Jig (NOT for Easy Jig)

★★★★★   12 Reviews

$79.99



## 80% BLOG

BY shooters, FOR shooters

## JOIN THE 80% ARMY

Be first to know about promotions and new product launches.

Email

**SUBSCRIBE**

## 100% SATISFACTION GUARANTEED

We stand behind all our products and we're here to support you.

RECENTLY VIEWED

### CALL CUSTOMER SERVICE

## 949-354-2767

Monday-Thursday 12pm to 5pm PST
Closed Friday, Saturday, & Sunday

  

**CATEGORIES**


Norton
SHOPPING
GUARANTEE
11/19/2020

| | |
|---|---|
| 80% Lower Jigs | Gun Build Kits |
| 80% Lowers | Engraving |
| 80% Glock | Parts & Accessories |
| Uppers | Gift Certificates |

### ABOUT US

Product Manuals

Backorder Information

80 Lower Laws

Blog

### STORE POLICIES

Terms of Service

Privacy Policy

Shipping Info

Warranty/ Guarantee/ Returns

### CONTACT US

80 Percent Arms
12282 Monarch St.
Garden Grove, CA 92841
United States of America

**Proudly Manufactured In the USA**

© 2020 80 PERCENT ARMS







80% lower build kits are used to create fully functional firearms with no registration or serial numbers required. Build a reliable pistol or rifle in your own garage with absolutely no paperwork. Find the parts and tools you need here at JSD supply.

**Up Coming Gun Shows - January 18/19 - Costa Mesa CA & Raleigh NC**

## FEATURED PRODUCTS



Sig Sauer P320 Full Build Kit - X Series

~~$699.99~~ $649.99

**CHOOSE OPTIONS**



Sig Sauer P320 Full Build Kit - M17 X Carry

~~$799.99~~ $699.99

**ADD TO CART**



PF940c Full Build Kit

★★★★☆ 127 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



Polymer 80 PF45

★★★★★ 28 Reviews

~~$179.99~~ $129.99

**OUT OF STOCK**



80% P320 Compatible Insert - MUP 1

★★★★☆ 46 Reviews

~~$149.99~~ $99.99

**CHOOSE OPTIONS**

## CURRENT TOP SELLERS



PF940c Full Build Kit

★★★★☆ 127 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



80% P320 Compatible Insert - MUP 1

★★★★☆ 46 Reviews

~~$149.99~~ $99.99

**CHOOSE OPTIONS**

SALE



PF940sc Full Build Kit

★★★★☆ 106 Reviews

~~$650.00~~ $429.99

**OUT OF STOCK**



PF940v2 Full Build Kit

★★★★☆ 79 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



Jig for 80% P320 Compatible Insert - MUP 1

★★★★★ 28 Reviews

~~$179.99~~ $149.99

**ADD TO CART**

## How to Finish an 80 Percent Lower Receiver as a Functional Firearm

If you're handy with simple tools and can follow basic instructions, you can turn an 80 lower receiver into an effective and reliable firearm with a few hours of work. To finish them precisely, you'll need a drill press or power drill, a router jig, a vise, and other components included in the gun parts kit.

80 percent lowers are manufactured solid in key areas to ensure quality and meet legal obligations. Guided by one of our completion jigs, you'll drill out the space for the firing mechanisms and other vital components. The amount of drilling needed will depend on the model and type of firearm you are preparing. Once the receiver has been prepared, follow instructions for assembly. It's a great chance to see the ins and outs of your gun and learn how everything works.





## Why Build Your Own Gun?

With any other guns, you go to the gun store, fill out a bunch of forms. They'll run a background check, and depending on your state, you could wait awhile.

With JSD Supply, you'll have the 80 percent lower receiver and all the parts you need to finish a firearm yourself shipped to your door. No paperwork. And without serialization, there is no way to track your purchase. Buy from a supplier that respects your privacy and can actually help you protect it.

## Is it Legal?

Absolutely. It is legal to build your own firearm for personal use in most US States so long as you can legally own a firearm. Always check local laws for your area. Rhode Island and New Jersey recently passed laws that may restrict the purchase or assembly of unserialized firearms.

80 percent lower receivers are parts manufactured just short of the legal definition of a firearm by the Bureau of Alcohol, Tobacco, and Firearms (ATF).

Some US States have additional regulations for firearms once they are completed, including California, Rhode Island, and New Jersey. Be sure to identify and comply with all local laws prior to your purchase

## Why Source with JSD Supply?

JSD is the home of quality gun parts and kits. We know they work because we use them. And if they don't work for you, we'll refund or replace them. It's that simple.

We're here to support you through the ultimate DIY project. All products are guaranteed, and we have some of the quickest shipping times in the industry. Start with just the parts you're looking for here with us online, or order a complete build kit for all the parts and tools you'll need from start to finish.

## What our buyers say about us



**Mark B.** Verified Buyer                                09/29/19
★★★★★

**Lower parts kit**
Best customer service around! I ordered online and received everything pictured within 3 days. Great company You will not be disappointed!

**Bruce B.** Verified Buyer                                07/27/19
★★★★★

**Sig P320 pistol lower parts**
Great parts excellent fits no problems

**Daniel** Verified Buyer                                06/25/19



**Geski@Comcast.Net** Verified Buyer                05/27/19



**Almost perfect**

FCU once assembled fits fine in compact and full size frames but is incredibly right on the subcompact and requires read more...

**Lower parts kit**

I need a 9mm slide lock whereas a .45 slide lock was included in the parts kit. I am happy with all of the other parts.

# Latest News



## Custom Handgun: The Perks of Having a Custom Firearm

*Posted by Jordan Vinroe on Sep 30, 2020*

Owning a gun is an excellent choice for personal protection. Provided you know how to safely use it—and you practice with it regularly—a firearm can help keep you safe from a

Share This Article

    

**READ MORE**



## Where to Hit a Deer and Other Tips for a First-Time Hunter

*Posted by Jordan Vinroe on Sep 24, 2020*

Going hunting for the first time is an exciting experience for everyone involved (well, maybe not for the deer). From choosing your gear to practicing with your firearm or

Share This Article

   

**READ MORE**



## Hunting Tips: How to Prepare for Each Hunting Season

*Posted by Jordan Vinroe on Sep 18, 2020*

No matter what kind of game you hunt, hunting season is an exciting time. However, you can't just wake up on the first day of the season and think you're ready to go. There are

Share This Article

    

**READ MORE**

**JOIN OUR MAILING LIST** for special offers!

Email

**JOIN**

### Contact Us

1052 New Castle Road
Prospect PA 16052

Phone: (724) 213-9721
Email: info@jsdsupply.com

### Accounts & Orders

Wishlist

Login or Sign Up

Order Status

Shipping & Returns

Sitemap

### Quick Links

FAQ

About Us

Gun Show Schedule

Terms and Conditions

Contact Us

Blog

### Recent Blog Posts

Custom Handgun: The Perks of Having a Custom Firearm

Where to Hit a Deer and Other Tips for a First-Time Hunter

Hunting Tips: How to Prepare for Each Hunting Season

 

© 2020 JSD Supply | Sitemap



**We are backordered and our shop is working 24/7. Orders are shipping in 4 to 8 weeks. (https://info.5dtactical.com/2020/11/23/production-updates/)**



(/)

Home (https://www.5dtactical.com/) > 80% Lowers (https://www.5dtactical.com/80-lowers-s/101.htm)

# 80% Lower AR Receivers and Parts

Our AR-15 and AR-308 80% lower AR receivers can be shipped directly to your home because they are not considered firearms per the ATF's definition. In order for them to become functional firearm components, they require some basic machining and drilling which can easily be completed in 45 minutes or less with our innovative AR-15 and AR-308 Router Jigs (https://www.5dtactical.com/80-lower-jigs-s/100.htm). 80% lowers require the fire control group pocket to be milled out, which is completed with a handheld compact router. A hand drill or a drill press can be used to drill the safety selector, hammer, and trigger pin holes. We offer a variety of billet and forged AR-15 80% lower receivers (https://www.5dtactical.com/ar-15-forged-80-lower-(5.ar15-7075f-black.htm) of the highest quality. All of our products are proudly made in the USA to exacting standards.

★ REVIEWS



(https://www.5dtactical.com/ar-15-80-lower-receivers-s/109.htm)

**AR-15 80% LOWER RECEIVERS (HTTPS://WWW.5DTACTICAL.COM/AR-15-80-LOWER-RECEIVERS-S/109.HTM)**



(https://www.5dtactical.com/ar-308-80-lower-receivers-s/110.htm)

**AR-308 80% LOWER RECEIVERS (HTTPS://WWW.5DTACTICAL.COM/AR-308-80-LOWER-RECEIVERS-S/110.HTM)**

SIGN UP AND WIN

Every month one lucky subscriber is chosen for a grab bag of swag. Shirts, Koozies, Stickers, and more! Subscribe to enter this month's drawing!

Enter your Email          SUBSCRIBE



(https://www.5dtactical.com/ar9-80-lower-s/167.htm)

**AR-9 80% LOWERS (HTTPS://WWW.5DTACTICAL.COM/AR9-80-LOWER-S/167.HTM)**

(https://www.5dtactical.com/80-pistol-frames-s/122.htm)

**80% PISTOL FRAMES (HTTPS://WWW.5DTACTICAL.COM/80-PISTOL-FRAMES-S/122.HTM)**

Sort By: Availability ▾  Go

30 per page ▾ | Page **1** of **2**

Next

 Norton SHOPPING GUARANTEE 12/4/2020



(https://www.5dtactical.com/ar-15-80-lower-p/10015-blk.htm)
Billet AR-15 80% Lower - Black Anodized (https://www.5dtactical.com/ar-15-80-lower-p/10015-blk.htm)
Price: $89.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10015%2DBLK)



(https://www.5dtactical.com/ar-15-billet-80-lower-p/10015-raw.htm)
AR-15 Billet 80% Lower - Raw (https://www.5dtactical.com/ar-15-billet-80-lower-p/10015-raw.htm)
Price: $79.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10015%2DRAW)



(https://www.5dtactical.com/billet-ar15-fde-p/10015-fde.htm)
BILLET AR-15 80% CERAKOTE LOWER - FDE (https://www.5dtactical.com/billet-ar15-fde-p/10015-fde.htm)
Price: $119.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10015%2DFDE)


★ REVIEWS



(https://www.5dtactical.com/billet-ar15-odg-p/10015-odg.htm)
BILLET AR-15 80% CERAKOTE LOWER - OD GREEN (https://www.5dtactical.com/billet-ar15-odg-p/10015-odg.htm)
Price: $119.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10015%2DODG)



(https://www.5dtactical.com/billet-ar15-pink-p/10015-pnk.htm)
BILLET AR-15 80% CERAKOTE LOWER - PINK (https://www.5dtactical.com/billet-ar15-pink-p/10015-pnk.htm)
Price: $119.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10015%2DPNK)



(https://www.5dtactical.com/ar-15-80-lower-raw-p/5d-ar15-7075f-raw.htm)
AR-15 80% Lower - Forged 7075-T6 - Raw (https://www.5dtactical.com/ar-15-80-lower-raw-p/5d-ar15-7075f-raw.htm)
Price: $69.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DAR15%2D7075F%2DRAW)




## SIGN UP AND WIN

Every month one lucky subscriber is chosen for a grab bag of swag. Shirts, Koozies, Stickers, and more! Subscribe to enter this month's drawing!

Enter your Email    SUBSCRIBE



(https://www.5dtactical.com/g19-upper-p/g19-upper.htm)
Glock 19 Complete Slide - Black - Stainless Barrel (https://www.5dtactical.com/g19-upper-p/g19-upper.htm)
Price: $439.99

Add To Cart    (/ShoppingCart.asp?ProductCode=G19%2DUPPER)

(https://www.5dtactical.com/15-round-glock-19-p/mf19015.htm)
GLOCK OEM - G19 - 9X19, 15RD MAGAZINE (https://www.5dtactical.com/15-round-glock-19-p/mf19015.htm)
Price: $29.99

Add To Cart    (/ShoppingCart.asp?ProductCode=MF19015)



(https://www.5dtactical.com/forged-fde-ar15-p/10115-fde.htm)
AR-15 80% Lower - Forged 7075-T6 - Cerakote FDE (https://www.5dtactical.com/forged-fde-ar15-p/10115-fde.htm)
Price: $99.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10115%2DFDE)


Norton SHOPPING GUARANTEE 12/4/2020



(https://www.5dtactical.com/forged-odg-ar15-p/10115-odg.htm)
AR-15 80% Lower - Forged 7075-T6 - Cerakote ODG (https://www.5dtactical.com/forged-odg-ar15-p/10115-odg.htm)
Price: $99.99

Add To Cart    (/ShoppingCart.asp?ProductCode=10115%2DODG)



(https://www.5dtactical.com/g17-frame-parts-p/lpk-g17.htm)
G17 Glock Gen 1-3 Frame Parts Kit (https://www.5dtactical.com/g17-frame-parts-p/lpk-g17.htm)
Price: $99.99

Add To Cart    (/ShoppingCart.asp?ProductCode=LPK%2DG17)



(https://www.5dtactical.com/product-p/10115-raw-blem-10.htm)
AR-15 80% LOWER - FORGED 7075-T6 - RAW - BLEMISHED - 10PACK (https://www.5dtactical.com/product-p/10115-raw-blem-10.htm)
Price: $399.90
**Sale Price**: $329.99
*You Save: $69.91*

Add To Cart    (/ShoppingCart.asp?ProductCode=10115%2DRAW%2DBLEM%2D10)

★ REVIEWS





(https://www.5dtactical.com/cmmg-ar15-lpk-p/55ca6cs.htm)
CMMG AR-15 Lower Parts Kit (https://www.5dtactical.com/cmmg-ar15-lpk-p/55ca6cs.htm)
Price: $64.99

Add To Cart    (/ShoppingCart.asp?ProductCode=55CA6CS)



(https://www.5dtactical.com/glock-speed-loader-p/glml0482r2.htm)
Glock Original Mega Mag Speed Loader (https://www.5dtactical.com/glock-speed-loader-p/glml0482r2.htm)
Price: $3.99

Add To Cart    (/ShoppingCart.asp?ProductCode=GLML0482R2)


SIGN UP AND WIN
Every month one lucky subscriber is chosen for a grab bag of swag. Shirts, Koozies, Stickers, and more! Subscribe to enter this month's drawing!

Enter your Email    SUBSCRIBE





✖

(https://www.5dtactical.com/ar-10-308-matched-receiver-set-p/5d-308-set.htm)
AR-308 Forged Upper / Billet 80% Lower Matched Set (https://www.5dtactical.com/ar-10-308-matched-receiver-set-p/5d-308-set.htm)
Price: $244.98
**Sale Price**: $219.98
*You Save: $25.00*

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D308%2DSET)



(https://www.5dtactical.com/product-p/10045015-blem-10pk.htm)
AR-15 80% Lower - Forged 7075-T6 - Black Anodized - Blemished - 10PK (https://www.5dtactical.com/product-p/10045015-blem-10pk.htm)
Price: $499.99
**Sale Price**: $429.90
*You Save: $70.09*

Add To Cart    (/ShoppingCart.asp?ProductCode=10045015%2DBLEM%2D10PK)



(https://www.5dtactical.com/product-p/10045015-blem-5pk.htm)
AR-15 80% Lower - Forged 7075-T6 - Black Anodized - Blemished-5PK (https://www.5dtactical.com/product-p/10045015-blem-5pk.htm)
Price: $249.95
**Sale Price**: $224.95
*You Save: $25.00*

Add To Cart    (/ShoppingCart.asp?ProductCode=10045015%2DBLEM%2D5PK)



(https://www.5dtactical.com/g17-slide-complete-p/g17-upper.htm)
Glock 17 Complete Slide - Black - Stainless Barrel (https://www.5dtactical.com/g17-slide-complete-p/g17-upper.htm)
Price: $439.99

Add To Cart    (/ShoppingCart.asp?ProductCode=G17%2DUPPER)





(https://www.5dtactical.com/ar-10-308-80-lower-fde-p/5d-ar308-6061-fde.htm)
AR-308 6061-T6 Billet 80% Cerakote Lower Receiver - FDE
(https://www.5dtactical.com/ar-10-308-80-lower-fde-p/5d-ar308-6061-fde.htm)
Price: $149.99

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR308%2D6061%2DFDE)



(https://www.5dtactical.com/ar-308-lower-parts-kit-p/lpk-308.htm)
AR-308 Lower Parts Kit (https://www.5dtactical.com/ar-308-lower-parts-kit-p/lpk-308.htm)
Price: $74.99

Add To Cart (/ShoppingCart.asp?ProductCode=LPK%2D308)



(https://www.5dtactical.com/ar-9-80-lower-p/10009-blk.htm)
AR-9 9mm 80% Lower - Glock Mag Compatible - Black Anodized
(https://www.5dtactical.com/ar-9-80-lower-p/10009-blk.htm)
Price: $159.99
**Sale Price**: $129.99
*You Save: $30.00*

Add To Cart (/ShoppingCart.asp?ProductCode=10009%2DBLK)


★ REVIEWS



(https://www.5dtactical.com/product-p/5d-ar15-7075f-black.htm)
AR-15 80% Lower - Forged 7075-T6 - Black Anodized
(https://www.5dtactical.com/product-p/5d-ar15-7075f-black.htm)
Price: $89.99

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR15%2D7075F%2DBLACK)



(https://www.5dtactical.com/product-p/10045015-blem.htm)
AR-15 80% Lower - Forged 7075-T6 - Black Anodized - Blemished
(https://www.5dtactical.com/product-p/10045015-blem.htm)
Price: $79.99
**Sale Price**: $49.99
*You Save: $30.00*



SIGN UP AND WIN

Add To Cart (/ShoppingCart.asp?ProductCode=10045015%2DBLEM)

Every month one lucky subscriber is chosen for a grab bag of swag. Shirts, Koozies, Stickers, and more! Subscribe to enter this month's drawing!

Enter your Email     SUBSCRIBE



(https://www.5dtactical.com/product-p/5d-070419-blk.htm)
The Independence Pack - Black Anodized
(https://www.5dtactical.com/product-p/5d-070419-blk.htm)
Price: $209.97

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2D070419%2DBLK)





(https://www.5dtactical.com/product-p/5d-070419-raw.htm)
The Independence Pack (3 Pack) - Raw Finish
(https://www.5dtactical.com/product-p/5d-070419-raw.htm)
Price: $179.97

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2D070419%2DRAW)



(https://www.5dtactical.com/product-p/mf10019.htm)
GLOCK OEM - G19 - 9X19, 10RD MAGAZINE
(https://www.5dtactical.com/product-p/mf10019.htm)
Price: $29.99

Add To Cart (/ShoppingCart.asp?ProductCode=MF10019)



(https://www.5dtactical.com/ar-10-308-80-lower-p/5d-ar308-6061-black.htm)
AR-308 6061-T6 Billet 80% Lower Receiver - Black Anodized
(https://www.5dtactical.com/ar-10-308-80-lower-p/5d-ar308-6061-black.htm)
Price: $129.99
**Sale Price**: $119.99
*You Save: $10.00*

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR308%2D6061%2DBLACK)


★ REVIEWS



(https://www.5dtactical.com/ar-10-308-80-lower-raw-p/5d-ar308-6061-raw.htm)
AR-308 6061-T6 Billet 80% Lower Receiver - RAW
(https://www.5dtactical.com/ar-10-308-80-lower-raw-p/5d-ar308-6061-raw.htm)
Price: $109.99

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR308%2D6061%2DRAW)



(https://www.5dtactical.com/ar-15-80-lower-forged-5-p/5d-raw-blem-5.htm)
AR-15 80% LOWER FORGED 7075 - T6 - RAW - BLEMISHED - 5 PACK
(https://www.5dtactical.com/ar-15-80-lower-forged-5-p/5d-raw-blem-5.htm)
List Price: $199.95
Price: $199.95
**Sale Price**: $174.95
*You Save: $25.00*

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DRAW%2DBLEM%2D5)



(https://www.5dtactical.com/ar-9-80-lower-fde-p/10009-fde.htm)
AR-9 9mm 80% Cerakote Lower - Glock Mag Compatible - FDE
(https://www.5dtactical.com/ar-9-80-lower-fde-p/10009-fde.htm)
Price: $179.99

Add To Cart (/ShoppingCart.asp?ProductCode=10009%2DFDE)


SIGN UP AND WIN
Every month one lucky customer is chosen for a grab bag of swag. Shirts, Koozies, Stickers, and more! Subscribe to enter this month's drawing!

Enter your Email    SUBSCRIBE

Next

## Easy and Fast Assembly

Easily finish our 80% AR-15 or AR-10 lower receivers to fully working receivers with our 80% Lower Jigs (https://www.5dtactical.com/80-lowers-s/101.htm). Shop our AR-15 or 80% AR-308 complete lower receivers and kits to get all the parts you need to complete your custom build with precision. Enjoy easy and fast assembly for AR-15 and AR-308 with our 80% lower receiver kits.

With 80 percent lower kits and parts engineered for durability, precision machined aircraft-grade aluminum for superior strength, our 80% lower AR receivers ensure that you'll be starting your AR build off on the right foot.

## Visit Our Online Store

At 5D Tactical, we know that DIY AR builders rely on the best quality parts to finish their projects. That's why we aim to bring you the best 80% lower AR receivers and parts in the market.

Enjoy free shipping on all orders over $200

✉ SIGN UP FOR OUR E-NEWSLETTER !   EMAIL ADDRESS   ✔

COMPANY INFO        MY ACCOUNT        HELPFUL INFO        {{!--
QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

 (https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)  (https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

  (https://www.geotrust.com/ssl/)





Proudly Made in the United States of AmericaProudly Made in the United States of America

How Can We Arm You?

80% ARMS

Account

Cart $0.00

MENU

| 80% LOWERS | 80% GLOCK | 80% LOWER JIGS | UPPERS | GUN BUILD KITS | ENGRAVING | PARTS & ACCESSORIES | CONTACT |

HOME   |   CALIFORNIA 80 LOWER LAWS & FAQS

# CALIFORNIA 80 LOWER LAWS & FAQS

## ARE 80 LOWERS LEGAL IN CALIFORNIA?

Yes! California does have certain stipulations that other states don't have (as usual), but it is 100% legal for you to purchase, complete, and own an 80% firearm in the Golden State.

From the ATF: Individuals manufacturing sporting-type firearms for their own use need not hold Federal Firearms Licenses (FFLs). However, we suggest that the manufacturer at least identify the firearm with a serial number as a safeguard in the event that the firearm is lost or stolen. Also, the firearm should be identified as required in 27 CFR 478.92 if it is sold or otherwise lawfully transferred in the future.

## IF I LIVE IN CALIFORNIA, ARE COMPLETED 80 LOWERS SUBJECT TO THE CA ASSAULT WEAPONS BAN? DO I NEED A BULLET BUTTON?

Completed 80% lowers are subject to all the same laws that apply to any normal firearm. If you live in CA, you need to be careful to follow the laws related to the assault weapons ban. In general, if you build AR-15 style rifle with a pistol grip, you will need a device that prevents the removal of the magazine without disassembly of the action. A "bullet button" no longer counts to make the rifle California compliant. There are also "featureless" configurations that do not require a device to lock the magazine in place while the action is assembled. Check out our blog post on featureless rifles for a step by step instruction on what to do, and most importantly what NOT to do when building an AR in California.

RECENTLY VIEWED





Case 1:20-cv-06885-GHW   Document 64-17   Filed 12/09/20   Page 24 of 42

And for even more information on the incredible number of CA gun laws, Calguns.net has a very helpful flowchart that you can checkout here.

## ATF SERIAL NUMBER REQUIREMENTS FOR AN 80 LOWER

Per federal law, an individual building a firearm for personal use is not required to mark it with a serial number. However some states (including California), have more restrictive regulations which do require you to serialize your firearm upon manufacture. Notice I said upon manufacture. Simply owning an unfinished 80% lower does not require a serial number, but the second you finish drilling and milling out your 80% lower, there better be a serial number on it. For your convenience, 80% Arms offers an 80% lower receiver serialization service, where we will serialize your completed 80% lower. However we also sell 80% lowers with serial numbers already on them, so there is no need to send back in your lower for engraving once it is completed.

## THE FOLLOWING IS FOR CALIFORNIA RESIDENTS ONLY

In July 2016, California passed AB 857 . This legislation requires all completed firearms to have a serial number applied by Jan 1, 2019. As stated in the paragraph above, an 80% lower receiver is not a firearm, so a serial number is only required once the 80% lower receiver is completed. Again to reiterate: unfinished 80% lower receivers do not need a serial number.

If you build an 80% lower into a 100% lower receiver after July 1, 2018, you must FIRST apply to the California DOJ for a serial number, pay a fee, and they will then assign a serial number that you must apply to your firearm. If you built your firearm prior to July 2018 and already engraved a serial number of your choosing that is compliant with ATF regulations, the text of the law seems to indicate that this should be in compliance. However, we have heard that CA DOJ has made statements suggesting that people must engrave a new DOJ issued serial number on their lower even though the lower receiver already has a ATF compliant serial number engraved on it. In our personal opinion, it doesn't seem like this what AB 857 actually requires, however we are not lawyers and can't offer legal advice. I am not a lawyer, and i highly suggest you read the law yourself and come to your own conclusion, but if you want to minimize your risk of encountering problems with the CA DOJ, it may be advisable to engrave a CA DOJ issued serial number.

## DO YOU HAVE TO REGISTER AN 80 LOWER IN CALIFORNIA?





Case 1:20-cv-06885-GHW    Document 64-17    Filed 12/09/20    Page 25 of 42

If you build an 80% lower and do not use a CA DOJ issued serial number after July 2018, it is a misdemeanor. Getting a serial number for a lower in CA is not the same thing as registering it as an assault weapon. That is a whole different process.

## WHAT ARE THE ATF REQUIREMENTS FOR SERIALIZING A LOWER?

According to the ATF, home built rifles for personal use are not required by federal law to have a serial number. However, some people wish to engrave one anyway, or you may be required to engrave one if you live in California (see above).

For firearms manufactured in the United States by a personal firearms manufacturer, federal law requires the following information to be present:

1. A serial number (must not duplicate a previous serial number)

2. Caliber. Most individuals use "Caliber: Multi"

3. The manufacturer's name. Generally this would be your first and last name.

4. Manufacturer's city and state. This would be the city and state in which you live.

The above information must be engraved to a depth of .003 inches and the text size must be at least .125 inches tall.

## DOES 80% ARMS HAVE ATF DETERMINATION LETTER?

Yes, we have received a letter from the ATF certifying that they do not consider our 80% lowers a firearm. You can download a copy of this letter here.

As stated previously, 80% Arms can assist you with AR 15 engraving a serial number onto your completed or unfinished 80% lower. Using a high powered laser, we will ensure that your engraving is clean, precise, and holds a professional high quality look.

## HOW DO I FINISH AN 80% LOWER RECEIVER?

You do not need to have any machining experience in order to finish out our 80% lower receivers. All you need is a drill press, a few drills and end mills, and the 80% arms jig. You can view our step by step guide by clicking here.

*Disclaimer: We are not lawyers. The above information is not intended to be legal advice. Please do your own research, consult a lawyer, and do not rely on the above information. Check*





80 Percent Lower Receiver Laws in California & AR15/308/80% Arms

*your local laws, such as in New York, and make sure to follow all of them.*



# 80% BLOG

BY shooters, FOR shooters

## JOIN THE 80% ARMY

Be first to know about promotions and new product launches.

Email

SUBSCRIBE

## 100% SATISFACTION GUARANTEED

We stand behind all our products and we're here to support you.

## CALL CUSTOMER SERVICE

## 949-354-2767

Monday-Thursday 12pm to 5pm PST
Closed Friday, Saturday, & Sunday

   

**CATEGORIES**

| | |
|---|---|
| 80% Lower Jigs | Gun Build Kits |
| 80% Lowers | Engraving |
| 80% Glock | Parts & Accessories |
| Uppers | Gift Certificates |

**ABOUT US**

Product Manuals

Backorder Information

80 Lower Laws

Blog

**STORE POLICIES**

Terms of Service

Privacy Policy





Shipping Info

Warranty/ Guarantee/ Returns

**CONTACT US**

80 Percent Arms
12282 Monarch St.
Garden Grove, CA 92841
United States of America

**Proudly Manufactured In the USA**

© 2020 80 PERCENT ARMS





Case 1:20-cv-06885-GHW   Document 64-17   Filed 12/09/20   Page 28 of 42



**Due to high volume of orders shipping times are 14-21 Business Days. We apologize for inconvenience thank you for your patience.**

Call Us:
**(386) 255-7860**

♡ 0   🛍 0

AR-15 ⌄   AR-10 ⌄   .300 Blackout ⌄   AR 9MM ⌄   Handguns ⌄   Accessories & Optics   Jigs

My account

Home  /  Blog  /  80 Lower Guide | When Are Serial Numbers Necessary

# 80 Lower Guide | When Are Serial Numbers Necessary

By Niko   /   Date February 26, 2019

Blog

80 lower builds gained popularity in the firearm world primarily because they were a way to get rifles and pistols without the need for registration. Buyers can order them online and complete their 80 lowers with many different tiers of tools. But for those who have just come into the 80 lower build scene, understanding why and when an 80 lower does not need a serial can be a fuzzy area. So here we are to clear up some of the fog about serial number's and other regulations in relation to 80 lowers.

## ATF And NFA

The Bureau of Alcohol Tobacco and Firearms (ATF) is the federal power that regulates firearms. According to ATF, the part of the rifle which controls shooting, or the fire control group, must be under 80% complete to not be considered a firearm. This gives birth to the name 80% lower, as the fire control group is in the lower receiver of the AR-15.

If the receiver is under 80% complete, then it cannot be under regulation under the ATF, meaning no serial numbers are required.

However, some states, like California and New Jersey have tried to crack down on 80% lowers. The Dept. of Justice of California has issued AB 857, a law that forces legal gun owners to register any lawfully unserialized firearm with a state issued serial number.

The best way to be sure about whether your rights are protected in the state you are in, is to research and take actions with a legal attorney.

The National Firearms Act prevents unserialized firearms from containing destructive or explosive ammo. If the firearm is fully automatic, the firearm must also be serialized.

## Exchanging

Purchasing an 80 lower is all fine and good if you intend to keep it. However, if you plan to sell your 80 lower built firearm to someone else, you could be in violation of the law. 80 lowers are strictly prohibited from being bought with intent to sell. In a court, it is usually harder to justify selling or exchanging these firearms.

However, if you do wish to sell your rifle, or any rifle for that matter, do so with an attorney, and make sure it is registered. Any firearm that is made to sell must be registered according to the law.

Hopefully this gave some insight into the nature of serialization and registration in relation to 80 lower firearms. We at Thunder Tactical understand the importance of protecting individual rights.

We are dedicated to providing our customers, and all who fight fight to preserve their rights, with parts, guides, and information to help them in all their endeavors. And what trouble is there if you're having fun doing it? Visit our website for more information, and premium store for the best parts around!

Tags: AR, AR 15, ar 15 laws, ar parts, laws, serial number

f 🐦 📌 G+ in

## Related Posts

BLOG
### The AR-15 Is Not As Dangerous As People Think

BLOG
### Why Should You Buy An 80 Lower AR-15?

BLOG
### Why Should You Build An 80 Lower AR-15?

November 11, 2019                    October 06, 2019                    October 06, 2019

Search...

## Recent Posts

Top 10 Best AR-15 Forum Communities

AR-15 Cleaning: How Often Should I Clean My AR-15?

The AR-15 Pistol ; Why Bother?

Why You Should Get Into AR-15 Hunting

How Long Can Your AR-15 Barrel Be?

## Recent Comments

## Archives

August 2020

June 2020

May 2020

November 2019

October 2019

May 2019

April 2019

March 2019

February 2019

January 2019

November 2018

## Categories

Blog

## Meta

Log in
Entries feed
Comments feed
WordPress.org

IMPORTANT LINKS

POPULAR PRODUCTS

About Us

Jigs



At Thunder Tactical, we pride ourselves on product quality, honesty, integrity, and outstanding customer service. With this philosophy, we take excellent care of every customer and help in selecting that perfect piece. We are in constant communication with our customers, striving to improve our services and products.

### NEED HELP?

## (386) 255-7860

   

Copyright © Thunder Guns LLC. All Right Reserved.

Terms And Conditions

Privacy Policy

Shipping & Returns

Blog

Contact

AR-15 80% Lowers

AR-15 Parts

AR-10 Parts

9MM Parts

T19

## NEWSLETTER

Sign up for our e-mail to get latest news.

| Your email address... | SUBSCRIBE |



**YOUR ORDER WILL SHIP WITHIN 15 D**
We are replenishing high demand out of stock products frequently.

# RECENT ARTICLES

AR-15 Finishes & Coatings Explained

5.56 NATO vs .223 Remington vs .223 Wylde

AR-10 vs AR-15: History, Compatibility & Specs

# BEST SELLERS



LR-308 Lower Build Kit | Lower Parts Kit | Stock & Buffer Tube Assembly



★★★★★
6 reviews

**$139.99**



Polymer80 RJ556U - Universal 80 Lower Jig for Mil-spec AR-15/AR9 80% Lower Receivers



★★★★★
22 reviews

**$49.99**



5.56 AR 15 Rifle Kit (16" Parkerized Barrel & 15" MLok Handguard) w/ 80% Lower - (1:8 Twist)



★★★★★
38 reviews

**$729.99**





★★★★★

4 reviews

**$729.99**

 300 Blackout AR 15 Rifle Kit (16" Parkerized Heavy Barrel & 15" M-Lok Handguard) w/ 80% Lower (1:8 Twist)

We are a national retailer of individual components and not all products depicted on this website are legal in every state. Shipping of various products found on this website are prohibited to some states (such as California, Connecticut, New Jersey, New York, Pennsylvania, and Washington). The information, pictures, text or products presented on this website are not a representation by us, and should not be understood by you, that any product or completed firearm is legal to assemble or own in your state of residence. We encourage each and every builder to perform their own research about the state and federal laws that apply to them. It is your responsibility to understand the law and we encourage you to consult with an attorney or your local ATF representative.

## Are 80% Lowers Legal?

Posted by 80-Lower.com on Jun 11th 2020



So, you want to build a gun at home from scratch. You've heard this may or may not be legal. If this sounds like you, then probably have an idea of what 80% lowers are. If not, start with this quick guide to



## What the ATF Says About 80% Lowers

If you read that guide above (or you're already familiar), then you know 80% lowers are not considered firearms. They're not capable of meeting the <u>definition of a firearm under federal law (18 U.S.C. § 921)</u>.



*Receiver blanks that do not meet the definition of a "firearm" are not subject to regulation under the Gun Control Act (GCA). ATF has long held that items such as receiver blanks, "castings" or "machined bodies" in which the fire-control cavity area is completely solid and un-machined have not reached the "stage of manufacture" which would result in the classification of a firearm according to the GCA.* (<u>Bureau of Alcohol, Tobacco, and Firearms</u>)

## Are 80% Lowers Legal?

Because 80% lower receivers are not considered firearms, they are federally legal to own. You don't need to go through an FFL (Federal Firearms Licensed) dealer to buy one, nor do you need to conduct a background check or fill out a Firearm Transaction Record, Form 4473 to purchase one. Some states have placed restrictions on owning 80% lowers, while other states have banned their sale and ownership, are detailed below.

 

An FFL is defined as — A Federal Firearms License (FFL) in the United States that enables an individual or company to engage in a business pertaining to the manufacturing or importation of firearms and ammunition.

## Is it legal to buy an 80% lower receiver without an FFL?

This means (in most states) you can buy and complete an 80% lower as long as you keep it for your own use, do not sell it or transfer ownership of once you have begun to mill out the fire control group.

A private individual producing a firearm for personal use and not for sale or distribution does not need an FFL transfer. This is a great plus for the average American with a family to protect because if the government decides they want to take away our firearms, your AR-15 build is 'off the books' since you completed it yourself. However, it is "recommended" by those agencies and government institutions who want to control your rights that you serialize and/or place special markings or identifiers on your finished firearm. Sure thing.

## Other Types of Receiver Blanks



As the 80% firearms market grows, more types of receiver blanks get introduced for new weapon platforms. For example, 80% frames (technically "frame blanks") have been made for the 1911, Glock series of handguns, and the Sig Sauer P320. There are new versions of AR-type 80% lowers, too, like polymer versions that are easier to machine. Some lowers include the tools required for fabricating it into a firearm, too. This is also legal to buy and own under federal law and ATF policy. Again, some states th. they know better than the ATF, so their laws may vary.



firearm or not. As long as the unit doesn't meet the definition of a firearm, it can be considered an 80% lower or receiver blank, sold without an FFL, Form 4473, or NICS check.

## Can I sell a completed 80% lower? Does it a serial number?

illegal if you don't possess an FFL.

If, however, you build an 80% lower-based firearm for personal use and later decide to sell it, you can under federal law. You don't need to serialize an 80% lower receiver to sell it wherever a state allows private gun sales to take place without an FFL transfer. Some states require background checks or transfers on *all* gun purchases, including private sales, and some states have again banned 80% lowers. If you built one in a state that has now banned them, it is probably best not to attempt to sell that firearm. It is most likely *very* illegal.

If you were to sell the weapon to an individual in another state, the transaction will require the weapon to be transferred through an FFL. Whenever a weapon is transferred through an FFL, paperwork must be filled out and a background check must be conducted. To do that, the completed lower or frame needs a unique serial number engraved on it.

## States Where 80% Lowers are Regulated or Banned

### New Jersey

80% lowers are illegal in New Jersey. Attorney General Gerbir Grewal in 2018 <u>submitted a written letter to gun parts manufacturers</u> "demanding" they halt sales of 80% lowers and any other receiver blanks in New Jersey.

### New York

80% lowers are illegal in New York. Like New Jersey, state Attorney General for New York <u>Letitia James submitted a "Cease and Desist" letter</u> to gun parts manufacturers in September of 2019 demanding they

Are 80% Lowers Legal? 80%Lowers



# Washington

Legislators in Washington state passed a  bill banning untraceable and undetectable firearms in mid-2019. Although the legislation doesn't expressly ban 80% lowers, it bans the firearms that one would build using a receiver blank. Polymer 80% lowers are banned outright, too. As a result, 80% manufacturers have stopped selling to residents in Washington.

# California

Surprisingly, 80% lowers are legal in California, but only for rifle builds. Handguns and pistols cannot be built from scratch in California by an individual or non-FFL using a frame blank or receiver blank. California requires all weapons built or owned in the state to be serialized with a unique serial number provided by the state's own Department of Justice.

# Connecticut

80% lowers are illegal in Connecticut. Connecticut passed legislation banning the sale and ownership of un-serialized receiver blanks and all other un-serialized firearms in the state. Since 80% lowers aren't regulated by the ATF, they aren't manufactured with unique serial numbers and they don't ship with one. This effectively bans their sale and ownership in Connecticut.

# Washington D.C.

The mayor of Washington D.C. passed the "Ghost Guns Prohibition Emergency/Temporary Amendment Act of 2020." The bill amends a D.C. law (Official Code 7-2501.01) that includes unfinished firearm receivers such as 80% lowers and 80% frames in a list of prohibited firearms. Because of this legislation, firearm and receiver blanks can no longer be sold to residents in the D.C. area.

# Rhode Island

The Rhode Island state legislature passed the "Julie Cardinal Act", which bans the sale, transit, and ownership of "ghost guns" or un-serialized and untraceable firearms, which includes unfinished firearm







**DISCLAIMER:** If you are new to the world of DIY gun building, you likely have a lot of questions and rightfully so. It's an area that has a lot of questions that, without the correct answers, could have some serious

respective State laws as well as educating themselves on the Federal laws. When performing your own research, please be sure that you are getting your information from a reliable source.

We are a national retailer of individual components and not all products depicted on this website are legal in every state. Shipping of various products found on this website are prohibited to some states (such as California, Connecticut, District of Columbia, New Jersey, New York, Rhode Island, and Washington). The information, pictures, text or products presented on this website are not a representation by us, and should not be understood by you, that any product or completed firearm is legal to assemble or own in your state of residence. We encourage each and every builder to perform their own research about the state and federal laws that apply to them. It is your responsibility to understand the law and we encourage you to consult with an attorney or your local ATF representative.



THE COMPLETE
AR-15 PARTS LIST





## GET THE DEALS BEFORE YOUR BUDDIES DO

| Email address | **SIGN UP** |

else!

## NAVIGATE

ABOUT 80% LOWERS

80 LOWER BLOG

CONTACT US

CUSTOMER SERVICE

SHIPPING & RETURNS

FAQS

ELITE BUILDER JIG INSTRUCTIONS

TERMS

PRIVACY POLICY

SIGN IN OR REGISTER

## CATEGORIES

80 PERCENT LOWER

AR RIFLE KITS

HANDGUN KITS

AR PISTOL KITS

80% LOWER JIG

PARTS & TOOLS

CLOTHING





STEALTH ARMS

JAMES MADISON TACTICAL

80% LOWERS

GLOCKSTORE

MAGPUL

RISE ARMAMENT

TENNESSEE ARMS COMPANY

WHEELER

ANDERSON MANUFACTURING

VIEW ALL

## CONNECT WITH US

  

(888)-920-6630



 

80% LOWERS 8500 E 116TH ST PO BOX 400 FISHERS, IN 46038

(888)-920-6630



© 2020 80% Lowers, a division of Tactical Gear Heads, LLC. All Rights Reserved.



Case 1:20-cv-06885-GHW Document 64-17 Filed 12/09/20 Page 40 of 42

  

80 LOWER NEWS AND NOTES

# ATF Answers Some Common Questions About 80% Lower Receivers

POSTED ON MAY 12, 2019 BY AMERICAN TAC

Still have some questions about 80 lowers, their impact, and what exactly is legal? Well, we found this handy article for you that answers some common questions about 80% receivers or unfinished receivers.

Check out the article directly from the ATF, here.

In this article you can learn what exactly constitutes and 80 lower, who can legally purchase them, and what you have to do around serializing your 80 lower.

Remember, it is important to consult multiple sources, especially state laws, to find out what you need to do to legally finish your 80%'ers. The law can differ from state to state. When in doubt, reach out to the proper individuals or organizations if you still have questions. But this article is definitely a good place to start!



This entry was posted in 80 Lower News and Notes and tagged lower receivers, lower who can legally purchase, unfinished receivers.



**AMERICAN TAC**

 Does filing off the serial number of a gun do any good?

How much does it cost to buy or build a good AR-15? >

## Leave a Reply

Your email address will not be published. Required fields are marked *

**Comment**

**Name ***

Email *

Website

I'm not a robot

reCAPTCHA
Privacy - Terms

**POST COMMENT**

## BEST SELLERS

AR-Style .556/.223 Caliber Crush Washer

~~$4.00~~ **$2.00**

AR-15 Anodized Billet 80% Lower Receiver

★★★★★

**$85.00** – **$90.00**

AR-10 Gen 1 DPMS Anodized Billet 80% Lower Receiver

★★★★★

**$95.00** – **$105.50**

## TOP RATED PRODUCTS

AR-10 Anodized Upper Receiver

★★★★★

~~$105.00~~ **$92.99**

Low Profile Gas Block for .750 Barrels

★★★★★

~~$21.00~~ **$12.00**

AR-10 Lower Receiver Jig Kit

★★★★★

**$135.00** – **$209.00**

## ABOUT AMERICAN MADE TACTICAL

American Made Tactical strives to bring you the highest-quality, lowest priced 80 lowers, uppers, jig kits and more to you at the best prices. We're proud to be Made in the USA!

## RECENT POSTS



Keeping Your AR-15 Pistol Legal



5 Common Questions about AR-15 Pistols

09 Oct

What is an 80 % AR-15 Lower Receiver?



**PROUDLY AND FOREVER MADE IN THE USA**

80 LOWER RECEIVERS   UPPERS   ASSEMBLIES

Copyright 2020 © Bluffpoint Media