# Exhibit 18





## FEATURED CATEGORIES



**80 PERCENT LOWERS**

SHOP NOW



**80 LOWER JIGS**

SHOP NOW






How Can We Arm You?

Account          Cart  $0.00

MENU

80% LOWERS    80% GLOCK    80% LOWER JIGS    UPPERS    GUN BUILD KITS    ENGRAV



SHOP NOW

## FEATURED PRODUCTS



### Easy Jig Gen 3 Multi-Platform - AR-15, AR-9 and .308 80% Lower Jig

★★★★★  908 Reviews

~~$329.99~~ $299.99



### All You Need Kit + (1) 80% Lower

$529.97







How Can We Arm You?

Account          Cart   $0.00

MENU

80% LOWERS    80% GLOCK    80% LOWER JIGS    UPPERS    GUN BUILD KITS    ENGRAV

Type III Hard Anodized Billet AR-15 80% Lower Receiver

★★★★★    1338 Reviews

$99.99

**BUILD AT HOME**

80% Arms sells AR-15 and .308 80% Lower Receivers, 80% Lower Jigs and other accessories which allow you to legally build a firearm at home in most states.

**INCREDIBLY PRECISE**

We utilize state of the art 5-axis CNC machines to mill all our .308 and AR-15 80 percent lower receivers to incredibly precise tolerances using premium billet aluminum.

**RIDICULOUSLY EASY**

We also offer our patented AR-15 and .308 Easy Jigs which is the first 80% lower jig that makes it ridiculously easy for a non-machinist to finish their 80% lower in under 1 hour with no drill press required.

RECENTLY VIEWED

**80% BLOG**

BY shooters, FOR shooters

**JOIN THE 80% ARMY**

Be first to know about promotions and new product launches.

Email

**SUBSCRIBE**



 **100% SATISFACTION GUARANTEED**





How Can We Arm You?

Account

Cart $0.00

MENU

80% LOWERS    80% GLOCK    80% LOWER JIGS    UPPERS    GUN BUILD KITS    ENGRAV

Monday-Thursday 12pm to 5pm PST
Closed Friday, Saturday, & Sunday

   

**CATEGORIES**

80% Lower Jigs          Gun Build Kits

80% Lowers             Engraving

80% Glock               Parts & Accessories

Uppers                   Gift Certificates

**ABOUT US**

Product Manuals

Backorder Information

80 Lower Laws

Blog

**STORE POLICIES**

Terms of Service

Privacy Policy

Shipping Info

Warranty/ Guarantee/ Returns



**CONTACT US**

80 Percent Arms
12282 Monarch St.
Garden Grove, CA 92841
United States of America

**Proudly Manufactured In the USA**

   

© 2020 80 PERCENT ARMS


RECENTLY VIEWED



80% lower build kits are used to create fully functional firearms with no registration or serial numbers required. Build a reliable pistol or rifle in your own garage with absolutely no paperwork. Find the parts and tools you need here at JSD supply.

**Up Coming Gun Shows - January 18/19 - Costa Mesa CA & Raleigh NC**

## FEATURED PRODUCTS



Sig Sauer P320 Full Build Kit - X Series

~~$699.99~~ $649.99

**CHOOSE OPTIONS**



Sig Sauer P320 Full Build Kit - M17 X Carry

~~$799.99~~ $699.99

**ADD TO CART**



PF940c Full Build Kit

★★★★☆ 127 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



Polymer 80 PF45

★★★★★ 28 Reviews

~~$179.99~~ $129.99

**OUT OF STOCK**



80% P320 Compatible Insert - MUP 1

★★★★☆ 46 Reviews

~~$149.99~~ $99.99

**CHOOSE OPTIONS**

## CURRENT TOP SELLERS



PF940c Full Build Kit

★★★★☆ 127 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



80% P320 Compatible Insert - MUP 1

★★★★☆ 46 Reviews

~~$149.99~~ $99.99

**CHOOSE OPTIONS**

SALE



PF940sc Full Build Kit

★★★★☆ 106 Reviews

~~$650.00~~ $429.99

**OUT OF STOCK**



PF940v2 Full Build Kit

★★★★☆ 79 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**



Jig for 80% P320 Compatible Insert - MUP 1

★★★★★ 28 Reviews

~~$179.99~~ $149.99

**ADD TO CART**

# How to Finish an 80 Percent Lower Receiver as a Functional Firearm

If you're handy with simple tools and can follow basic instructions, you can turn an 80 lower receiver into an effective and reliable firearm with a few hours of work. To finish them precisely, you'll need a drill press or power drill, a <u>router jig</u>, a vise, and other components included in the gun parts kit.

80 percent lowers are manufactured solid in key areas to ensure quality and meet legal obligations. Guided by one of our completion jigs, you'll drill out the space for the firing mechanisms and other vital components. The amount of drilling needed will depend on the model and type of firearm you are preparing. Once the receiver has been prepared, follow instructions for assembly. It's a great chance to see the ins and outs of your gun and learn how everything works.




## Why Build Your Own Gun?

With any other guns, you go to the gun store, fill out a bunch of forms. They'll run a background check, and depending on your state, you could wait awhile.

With JSD Supply, you'll have the 80 percent lower receiver and all the parts you need to finish a firearm yourself shipped to your door. No paperwork. And without serialization, there is no way to track your purchase. Buy from a supplier that respects your privacy and can actually help you protect it.

## Is it Legal?

Absolutely. It is legal to build your own firearm for personal use in most US States so long as you can legally own a firearm. Always check local laws for your area. Rhode Island and New Jersey recently passed laws that may restrict the purchase or assembly of unserialized firearms.

80 percent lower receivers are parts manufactured just short of the legal definition of a firearm by the Bureau of Alcohol, Tobacco, and Firearms (ATF).

Some US States have additional regulations for firearms once they are completed, including California, Rhode Island, and New Jersey. Be sure to identify and comply with all local laws prior to your purchase

## Why Source with JSD Supply?

JSD is the home of quality gun parts and kits. We know they work because we use them. And if they don't work for you, we'll refund or replace them. It's that simple.

We're here to support you through the ultimate DIY project. All products are guaranteed, and we have some of the quickest shipping times in the industry. Start with just the parts you're looking for here with us online, or order a complete build kit for all the parts and tools you'll need from start to finish.

## What our buyers say about us

|  Mark B. Verified Buyer 09/29/19 ★★★★★ **Lower parts kit** Best customer service around! I ordered online and received everything pictured within 3 days. Great company You will not be disappointed! | B Bruce B. Verified Buyer 07/27/19 ★★★★★ **Sig P320 pistol lower parts** Great parts excellent fits no problems |
| --- | --- |
| D Daniel Verified Buyer 06/25/19 | G Geski@Comcast.Net Verified Buyer 05/27/19 |



 ★★★★☆

**Almost perfect**

FCU once assembled fits fine in compact and full size frames but is incredibly right on the subcompact and requires read more...

 ★★★★★

**Lower parts kit**

I need a 9mm slide lock whereas a .45 slide lock was included in the parts kit. I am happy with all of the other parts.

## Latest News



### Custom Handgun: The Perks of Having a Custom Firearm

*Posted by Jordan Vinroe on Sep 30, 2020*

Owning a gun is an excellent choice for personal protection. Provided you know how to safely use it—and you practice with it regularly—a firearm can help keep you safe from a

Share This Article

   

**READ MORE**



### Where to Hit a Deer and Other Tips for a First-Time Hunter

*Posted by Jordan Vinroe on Sep 24, 2020*

Going hunting for the first time is an exciting experience for everyone involved (well, maybe not for the deer). From choosing your gear to practicing with your firearm or

Share This Article

    

**READ MORE**



## Hunting Tips: How to Prepare for Each Hunting Season

*Posted by Jordan Vinroe on Sep 18, 2020*

No matter what kind of game you hunt, hunting season is an exciting time. However, you can't just wake up on the first day of the season and think you're ready to go. There are

Share This Article

    

**READ MORE**

**JOIN OUR MAILING LIST** for special offers!

Email

**JOIN**

### Contact Us

1052 New Castle Road
Prospect PA 16052

Phone: (724) 213-9721
Email: info@jsdsupply.com

### Accounts & Orders

Wishlist

Login or Sign Up

Order Status

Shipping & Returns

Sitemap

### Quick Links

FAQ

About Us

Gun Show Schedule

Terms and Conditions

Contact Us

Blog

### Recent Blog Posts

Custom Handgun: The Perks of Having a Custom Firearm

Where to Hit a Deer and Other Tips for a First-Time Hunter

Hunting Tips: How to Prepare for Each Hunting Season

 

© 2020 JSD Supply | Sitemap



**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)

Home (https://www.5dtactical.com/) > Build Kits (https://www.5dtactical.com/80-build-kits-s/160.htm)

# 80% Build Kits



At 5D Tactical, we offer a wide array of 80% lower kits for the AR and Glock platforms, which take all of the hassle and guesswork out of your next 80% build! Buy as a complete AR kit and save! Don't let our competitive pricing fool you, our AR-15 Build Kits contain only high-quality American parts. As a manufacturer and high volume distributor, we're able to pass our savings onto our customers. In addition, our complete AR-15 kits are discounted versus buying all the items individually. We offer multiple customization options, including a selection of popular frame for our G19 80% Build Kit (https://www.5dtactical.com/g19-glock-80-build-kit-p/5d-g19build.htm) and G17 80% Build Kit s://www.5dtactical.com/g17-glock-80-build-kit-p/5d-g17build.htm). For the AR platform, our 16" AR-15 80% Build Kit s://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm) is offered with a variety of free float handguard and barrel options. Browse our AR build kits below and please do not hesitate to contact us with any questions along the way!

Sort By: Price: Low to High ⌄     Go                    30 per page ⌄   Page **1**   of 1



(https://www.5dtactical.com/lower-build-kit-p/105422315-lower.htm)
Complete AR-15 Lower Kit (https://www.5dtactical.com/lower-build-kit-p/105422315-lower.htm)
Everything you need for the foundation of your first build with high-quality, mil-spec components.

Price: $254.99

Add To Cart   (/ShoppingCart.asp?ProductCode=105422315%2Dlower)



(https://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm)
Complete 16" .223/5.56/300BLK AR-15 80% Build Kit (https://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm)
The Complete AR-15 80% Build Kit contains all of the parts necessary to build your AR-15 at home with multiple Upper Receiver options available to choose from!

Price: $615.99

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DAR15CBK)



(https://www.5dtactical.com/ar15-pistol-build-kit-p/5d-ar15pbk.htm)
Complete 10.5" 5.56/300BLK AR-15 Pistol 80% Build Kit (https://www.5dtactical.com/ar15-pistol-build-kit-p/5d-ar15pbk.htm)
The Complete AR-15 Pistol 80% Build Kit contains all of the parts necessary to build your AR-15 pistol at home with multiple barrel options available to choose from!

Price: $615.99

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DAR15PBK)









(https://www.5dtactical.com/762x39-build-kit-p/5d-76239cbk.htm)
Complete 16" 7.62x39 AR-15 80% Build Kit
(https://www.5dtactical.com/762x39-build-kit-p/5d-76239cbk.htm)

The Complete AR-15 80% Build Kit contains all the parts necessary to build your 7.62 x 39 AR-15 at home with multiple Upper Receiver options available to choose from!

Price: $615.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D76239CBK)

(https://www.5dtactical.com/ar9-80-build-kit-p/5d-ar916cbk.htm)
Complete 16" AR-9 80% Build Kit
(https://www.5dtactical.com/ar9-80-build-kit-p/5d-ar916cbk.htm)

The Complete AR-9 80% Build Kit contains all of the parts necessary to build your AR-15 at home with multiple options available to customize your Pistol Caliber Carbine!

Price: $899.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DAR916CBK)

(https://www.5dtactical.com/ar308-80-build-kit-p/5d-ar308cbk.htm)
Complete 18" AR-308 80% Build Kit
(https://www.5dtactical.com/ar308-80-build-kit-p/5d-ar308cbk.htm)

The Complete AR-308 80% Build Kit contains all of the parts necessary to build your AR-308 at home with quality USA made parts.

Price: $912.43

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DAR308CBK)



## Custom 80% Lower Kits

Customize your complete lower receiver kit and save money by building your 80% AR or Glock the way you want it the first time! Building a custom rifle or Glock from scratch will save you money versus modifying a store bought rifle or handgun! Replacing perfectly functioning parts to customize your rifle is like throwing money away! Build it right the first time and save.

## SIGN UP FOR OUR E-NEWSLETTER

EMAIL ADDRESS

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

 (https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)
(https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

  (https://www.geotrust.com/ssl/)



  

Home / 80% PRODUCTS / 80% HANDGUN KITS / POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH

**OUT OF STOCK**



Chat message 360-553-2377 or email for stock availability



## POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH

POLYMER 80

⭐⭐⭐⭐⭐ (No reviews yet)     Write a Review

Options

 OUT OF STOCK

| Info | SKU:819925022390 | ••• |
|---|---|---|
| Specifications | MANUFACTURE, PRODUCT, COLOR, | ••• |

Description

**The Polymer80® Buy Build Shoot™ kit contains all the necessary components to build a complete PF940C™ or PF940v2™ pistol.**

**Kit Includes:**

- **PF-Series™ 80% Pistol Frame Kit**
- **9mm Complete Slide Assembly**

| Home | Categories | Account | Contact | More |
|---|---|---|---|---|

POLYMER80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH - LIMITLESS AMERICA



- **15 round Magazine**
- **COLOR: Flat Dark Earth (FDE)**

## Related Products



OUT OF STOCK

POLYMER80 80% SUBCOMPACT FRAME - BLACK

**$160.00**



OUT OF STOCK

POLYMER80 PF940V2FD G17/22 GEN 3 COMPATIBLE FRAME KIT POLYMER - FLAT DARK EARTH

**$160.00**



OUT OF STOCK

POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - BLACK

**$590.00**



OUT OF STOCK

POLYMER80 PF940SC 80% SUBCOMPACT FRAME - FLAT DARK EARTH

**$160.00**

## Customers Also Viewed



OUT OF STOCK

80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - BLACK

**$595.00**   MSRP: ~~$680.00~~

80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - FDE



OUT OF STOCK

POLYMER80 PF940V2FD G17/22 GEN 3 COMPATIBLE FRAME KIT POLYMER - FLAT DARK EARTH

**$160.00**



80% GLOCK 19 POLYMER80 LONE WOLF COMPLETE PISTOL BUILD KIT - COBALT

---

### Subscribe to our newsletter

Your email address

**SUBSCRIBE**

 Home  Categories  Account  Contact ••• More

POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH - LIMITLESS AMERICA

POLYMER 80 PF940V2 STANDARD BUY BUILD SHOOT - FLAT DARK EARTH - LIMITLESS AMERICA

BRANDS 〉



LIMITLESS AMERICA

501 26TH ST WASHOUGAL, WA 98671

360.553.2377

Sales@limitlessamerica.com

Contact

**Connect With Us**

**Accepted Payments**

© 2020 LIMITLESS AMERICA.

Home　　Categories　　Account　　Contact　　More

Case 1:20-cv-06885-GHW Document 64-18 Filed 12/09/20 Page 17 of 21



# 1911 G.I COMPLETE BUILD KIT

HOME / SHOP / ... / 1911 G.I COMPLETE BUILD KIT



## $825.00

There is nothing like a 1911. Now you can build your very own 1911 in your home. These 1911 build kits are designed to be the classic style 1911's that have been use for over 100 years.These kit come with every single part needed to build a classic style 1911. this kit even includes a 1911 PHANTOM JIG What more could you ask for! frames are coated black along with the classic style grips we coated to the period correct brown.Our goal was to design a kit that would make you feel like you owned a piece of history! Everything thing from the sights,grip safety to hammer even the black coating we used was to make the look and feel of authentic period style piece.

1911 the Complete Build Kit – 1776 Supply Co



**OUT OF STOCK**

Category: **1911**

Tag: **1911**

Product ID: **19428**

| DESCRIPTION |
|---|

- 1 x 7 rnd magazine
- phantom Jig included
- Slide Finish Black
- Slide GI serration rear only
- Barrel length: 5 inch
- Completely machined parts
- Novak rear sights
- Novak front sight cut
- Sights installed
- Caliber 45 ACP
- Complete machined set of 1911 caliber 45 small parts
- 1911 caliber 45 small parts have a nice Parkerized Finished
- Trigger Pull: 4-6 lbs
- Weight Unloaded: 2.56 lbs Loaded: 2.82 lbs
- Stealth Arms 80%  Gov't Frame.. Black
- **No FFL is required to purchase this 80% 1911s complete build kit.** This 80% 1911 build kit is **not considered a firearm** a compliant with the gun control act of 1968 as defined in 18 U.S.C. 921(a)(3).This is not an FFI item due the machining req finish the product.Under BATF this is not a firearm.Operations left to be performed are:
  - Cutting of the rails
  - Cutting of the barrel seat.
  - Drilling of the sear pin hole
- drilling of the Hammer pin hole

# RELATED PRODUCTS





1911 Complete Build Kit – 1776 Supply Co.



**1911 COMPLETE BUILD KIT**

**FROM: $733.00**



**COMPETITION MATCH 1911 TRIGGER – LONG PAD / SKELETONIZED**

**$24.99**



**1911 (HALF RAIL) 80% FRAME**

**FROM: $140.00**



**1911 G.I BUILD KIT**

**$700.00**

11/19/2020
Case 1:20-cv-06885-GHW
Document 64-18
Filed 12/09/20
Page 21 of 21

Our the Complete Build Kit - 1776 Supply Co

## CONTACT US

10902 I ave, Hesperia CA 92345

Support@1776SupplyCo

1-442-267-9400

## SHOP HOURS

Mon – Fri:10:00 a.m. – 6:00 p.m.
Saturday/Sunday: Closed

1776SupplyCompany © 2020. All rights reserved.