# Exhibit 19

80 Percent Arms | Best 80% Receivers, Jigs, Parts & More



How Can We Arm You?

Account    Cart $0.00

MENU

80% LOWERS    80% GLOCK    80% LOWER JIGS    UPPERS    GUN BUILD KITS    ENGRAV



GST-9

MODULAR. RELIABLE. ACCURATE

## FEATURED CATEGORIES



**80 PERCENT LOWERS**

SHOP NOW



**80 LOWER JIGS**

SHOP NOW


Norton
SHOPPING GUARANTEE
11/24/2020





How Can We Arm You?

Account     Cart $0.00

MENU

| 80% LOWERS | 80% GLOCK | 80% LOWER JIGS | UPPERS | GUN BUILD KITS | ENGRAV |
|---|---|---|---|---|---|

SHOP NOW

## FEATURED PRODUCTS



### Easy Jig Gen 3 Multi-Platform - AR-15, AR-9 and .308 80% Lower Jig

★★★★★    908 Reviews

~~$329.99~~ $299.99



### All You Need Kit + (1) 80% Lower

$529.97





80% Arms | Best 80% Receivers, Jigs, Parts & More

How Can We Arm You?

80% ARMS

Account

Cart $0.00

MENU

80% LOWERS | 80% GLOCK | 80% LOWER JIGS | UPPERS | GUN BUILD KITS | ENGRAV

Type III Hard Anodized Billet AR-15 80% Lower Receiver

★★★★★     1338 Reviews

$99.99

## BUILD AT HOME

80% Arms sells AR-15 and .308 80% Lower Receivers, 80% Lower Jigs and other accessories which allow you to legally build a firearm at home in most states.

## INCREDIBLY PRECISE

We utilize state of the art 5-axis CNC machines to mill all our .308 and AR-15 80 percent lower receivers to incredibly precise tolerances using premium billet aluminum.

## RIDICULOUSLY EASY

We also offer our patented AR-15 and .308 Easy Jigs which is the first 80% lower jig that makes it ridiculously easy for a non-machinist to finish their 80% lower in under 1 hour with no drill press required.

RECENTLY VIEWED



## 80% BLOG

BY shooters, FOR shooters

## JOIN THE 80% ARMY

Be first to know about promotions and new product launches.

Email

**SUBSCRIBE**



100% SATISFACTION GUARANTEED





How Can We Arm You?

Account     Cart $0.00

MENU

80% LOWERS    80% GLOCK    80% LOWER JIGS    UPPERS    GUN BUILD KITS    ENGRAV

Monday-Thursday 12pm to 5pm PST
Closed Friday, Saturday, & Sunday

  

**CATEGORIES**

| | |
|---|---|
| 80% Lower Jigs | Gun Build Kits |
| 80% Lowers | Engraving |
| 80% Glock | Parts & Accessories |
| Uppers | Gift Certificates |

**ABOUT US**

Product Manuals

Backorder Information

80 Lower Laws

Blog

**STORE POLICIES**

Terms of Service

Privacy Policy

Shipping Info

Warranty/ Guarantee/ Returns

   

**CONTACT US**

80 Percent Arms
12282 Monarch St.
Garden Grove, CA 92841
United States of America



**Proudly Manufactured In the USA**

   

RECENTLY VIEWED



© 2020 80 PERCENT ARMS

**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)



Home (https://www.5dtactical.com/) > Build Kits (https://www.5dtactical.com/80-build-kits-s/160.htm)

# 80% Build Kits

At 5D Tactical, we offer a wide array of 80% lower kits for the AR and Glock platforms, which take all of the hassle and guesswork out of your next 80% build! Buy as a complete AR kit and save! Don't let our competitive pricing fool you, our AR-15 Build Kits contain only high-quality American [made] parts. As a manufacturer and high volume distributor, we're able to pass our savings onto our customers. In addition, our complete AR-15 [build] kits are discounted versus buying all the items individually. We offer multiple customization options, including a selection of popular frame [color]s for our G19 80% Build Kit (https://www.5dtactical.com/g19-glock-80-build-kit-p/5d-g19build.htm) and G17 80% Build Kit (https://www.5dtactical.com/g17-glock-80-build-kit-p/5d-g17build.htm). For the AR platform, our 16" AR-15 80% Build Kit (https://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm) is offered with a variety of free float handguard and barrel options. Browse our AR [15] build kits below and please do not hesitate to contact us with any questions along the way!

**Sort By:** [ Price: Low to High ⌄ ]   [Go]       [ 30 per page ⌄ ] **Page** [ 1 ] **of 1**



(https://www.5dtactical.com/lower-build-kit-p/105422315-lower.htm)
Complete AR-15 Lower Kit (https://www.5dtactical.com/lower-build-kit-p/105422315-lower.htm)
Everything you need for the foundation of your first build with high-quality, mil-spec components.

Price: $254.99

[ Add To Cart ] (/ShoppingCart.asp?ProductCode=105422315%2Dlower)



(https://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm)
Complete 16" .223/5.56/300BLK AR-15 80% Build Kit (https://www.5dtactical.com/ar15-build-kit-p/5d-ar15cbk.htm)
The Complete AR-15 80% Build Kit contains all of the parts necessary to build your AR-15 at home with multiple Upper Receiver options available to choose from!

Price: $615.99

[ Add To Cart ] (/ShoppingCart.asp?ProductCode=5D%2DAR15CBK)



(https://www.5dtactical.com/ar15-pistol-build-kit-p/5d-ar15pbk.htm)
Complete 10.5" 5.56/300BLK AR-15 Pistol 80% Build Kit (https://www.5dtactical.com/ar15-pistol-build-kit-p/5d-ar15pbk.htm)
The Complete AR-15 Pistol 80% Build Kit contains all of the parts necessary to build your AR-15 pistol at home with multiple barrel options available to choose from!

Price: $615.99

[ Add To Cart ] (/ShoppingCart.asp?ProductCode=5D%2DAR15PBK)











(https://www.5dtactical.com/762x39-build-kit-p/5d-76239cbk.htm)
Complete 16" 7.62x39 AR-15 80% Build Kit (https://www.5dtactical.com/762x39-build-kit-p/5d-76239cbk.htm)

The Complete AR-15 80% Build Kit contains all the parts necessary to build your 7.62 x 39 AR-15 at home with multiple Upper Receiver options available to choose from!

Price: $615.99

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2D76239CBK)

(https://www.5dtactical.com/ar9-80-build-kit-p/5d-ar916cbk.htm)
Complete 16" AR-9 80% Build Kit (https://www.5dtactical.com/ar9-80-build-kit-p/5d-ar916cbk.htm)

The Complete AR-9 80% Build Kit contains all of the parts necessary to build your AR-15 at home with multiple options available to customize your Pistol Caliber Carbine!

Price: $899.99

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR916CBK)

(https://www.5dtactical.com/ar308-80-build-kit-p/5d-ar308cbk.htm)
Complete 18" AR-308 80% Build Kit (https://www.5dtactical.com/ar308-80-build-kit-p/5d-ar308cbk.htm)

The Complete AR-308 80% Build Kit contains all of the parts necessary to build your AR-308 at home with quality USA made parts.

Price: $912.43

Add To Cart (/ShoppingCart.asp?ProductCode=5D%2DAR308CBK)

## Custom 80% Lower Kits

Customize your complete lower receiver kit and save money by building your 80% AR or Glock the way you want it the first time! Building a custom rifle or Glock from scratch will save you money versus modifying a store bought rifle or handgun! Replacing perfectly functioning parts to customize your rifle is like throwing money away! Build it right the first time and save.

## SIGN UP FOR OUR E-NEWSLETTER

EMAIL ADDRESS

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

 (https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)
(https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

  (https://www.geotrust.com/ssl/)



Delta Team Tactical - 80% Lowers & Frames



(/)

☰
**Menu**

🔍
**Search**

Home (/)  >  Products (/products.html)  >  80% Lowers & Frames (/gun-parts-80-lowers-frames.html)

# 80% Lowers & Frames



**80 lowers and frames are partially completed parts for firearms, including AR-15, Glocks, and LR-308 weapons. By completing an 80 lower, you can build your firearm from scratch. This allows you to custom make your desired rifle. Browse our supplies and find just the parts you need. Order with us today.**

Sort by:

| | |
|---|---|
| Use Default Sorting | Products [12] |

- ### 80 Lower Jigs
  (80-Lower-Jigs_c_6445.html)

- ### AR-15
  (frames-and-ar-15-lower-parts-kit.html)

- ### Glock Compatible
  (Glock-Compatible_c_3168.html)

- ### LR-308
  (LR-308_c_3166.html)

(polymer80-te›         ck-17-22-33-34-        (P‹                                    :it-





**Subscribe To Our Email Alerts**

❓ Support

**Polymer 80 Glock 80% Frame Full Sized 9mm Or 40 Cal Fits Glock 17, 22 , 33 , 34 , 35 Gen 2 Slides (Builds In**

★★★★★

~~$199.99~~ $149.99

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=6402)

**Polymer 80 PF940C 80% Compact Pistol Frame Kit Black Fits All Gen 3 Glock 19 & 23 (Newest Gen II Better**

★★★★★

~~$179.99~~ $149.99

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=7146)

(Davidson-De...-Buffer-Tube-Kit-with-...06.html)



(jmt...tml)

**Davidson Defense Heavy Duty Pistol Buffer Tube Kit with QD Adapter & Mount (Davidson-Defense-Heavy-**

☆☆☆☆☆

~~$39.99~~ $38.95

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=7706)

**Subscribe To Our Email Alerts** ✕

**Save 5% Off of your First Order when you opt-in to be a subscriber to our newsletter. Join our mailing list for specials Up to 80% off tactical accessories.**

**We send out emails a few times a week with specials on all sorts of tactical accessories and goods. Sign up today so you can receive these great deals up to 80% off your tactical goods.**

**To Follow us on Facebook (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c To Follow us on Instagram (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=1**

JMT AR-15 Equalizer 80% Polymer Lower with Jig (jmt-ar-15-equalizer-80-polymer-lower-with-jig.html)

☆☆☆☆☆

~~$104.99~~ $84.99

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=12751)

(De...Equ... JMT-...es-

Deals AR-15 80% Lower Build Kit featuring JMT Equalizer 80% Polymer Lower with Jig + KAK Industries

☆☆☆☆☆

~~$179.99~~ $124.99

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=15873)



**United Defense AR-15 80% Jig (united-defense-ar-15-80-jig.html)**

☆☆☆☆☆

~~$89.99~~ $71.99

ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=14410)

(del...172...3-



(de...172...t-



**Subscribe To Our Email Alerts**  ⌃

Delta Deals Polymer80 Textured 80% Frame For Glock 17/22/33/34/35 + Alpha One Glock 17 Compatible, Gen 1-3,

☆☆☆☆☆

$299.99 $169.99

**ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=17298)**

Delta Deals Polymer 80 Textured 80% Frame For Glock 17/22/33/34/35 + Lighting Tap "SPSR" (Short Pull Short

☆☆☆☆☆

$309.99 $199.99

**ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=17339)**



Mercury Precision 'Carme' Billet AR-15 80% Aluminum Lower Receiver - Made In The USA (mercury-precision

☆☆☆☆☆

$119.99 $79.99

**ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=17902)**



Delta Deals Adaptive Tactical Finish Your 80% Lower Rifle Kit (delta-deals-adaptive-tactical-finish-your-80-

☆☆☆☆☆

$274.99 $184.99

**ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=19116)**



Delta Deals Glock 19 Polymer 80% lower and Glock 19 9mm Stainless Steel Barrel *Pick your thread pitch*

☆☆☆☆☆

$384.99 $139.99

**SELECT OPTIONS (ADD_CART.ASP?QUICK=1&ITEM_ID=9088)**

Delta Deals Poly 80 Glock Lower + *Pick Your Glock Slide* (Delta-Deals-Poly-80-Glock-Lower-Pick-Your-

☆☆☆☆☆

**SELECT OPTIONS (ADD_CART.ASP?QUICK=1&ITEM_ID=11233)**

## Subscribe To Our Email Alerts

**Save 5% Off of your First Order When you opt-in to be a subscriber to our newsletter.** Join our mailing list for specials up to 80% off tactical accessories. We send out emails a few times a week with specials on all sorts of tactical accessories and goods. Sign up today so you can receive these great deals up to 80% off your tactical goods.

To Follow us on **Facebook (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c**

To Follow us on **Instagram (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=1**

| Links | ⌄ |
|---|---|

| Stay Connected | ⌄ |
|---|---|

| **Subscribe To Our Email Alerts** | ⌃ |
|---|---|



(https://verify.authorize.net/anetse
pid=386eb516-50a5-
4ca8-9f4f-
f9c1e2fe7e23&rurl=https://www.d
Credit Card
Processing
(https://www.authorize.net/)

(https://www.nra.org)

---

Copyright 2020 Delta Team Tactical. All Rights Reserved. eCommerce Software by 3dcart (https://www.3dcart.com).



## Subscribe To Our Email Alerts

**Save 5% Off of your First Order when you opt-in to be a subscriber to our newsletter. Join our mailing list for specials up to 80% off tactical accessories.**

**We send out emails a few times a week with specials on all sorts of tactical accessories and goods. Sign up today so you can receive these great deals up to 80% off your tactical goods.**

**To Follow us on Facebook (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=c**
**To Follow us on Instagram (https://mc.us8.list-manage.com/pages/track/click?u=3d29cfae02999df4f09e31eb3&id=1**

**Subscribe To Our Email Alerts** ⌃

LIMITLESS AMERICA

We are experiencing large order volumes, in-store traffic and calls due to the COVID-19 and protest. Order fulfillments may have a delay of up to 7-14+ days business days for new orders. For questions on orders please contact limitless.shop@gmail.com Refunds will be issued for those that do not want to wait extended periods of time. We appreciate your patience during these times of increased demands. Our small business is working hard as we can to meet the needs.

- Limitless America Family

## FIREARMS

NEW PRODUCTS



| Home | Categories | Account | Contact | More |

  LIMITLESS AMERICA

SPRINGFIELD XDM ELITE TARGET FULL SIZE 9MM 5.25" BARREL FIBER FRONT & ADJUST REAR SIGHTS 22 ROUND 3 MAGS - BLACK MELONITE
**$653.00**

KEL-TEC CP33 22LR 5.5" ADJUSTABLE FIBER OPTIC SIGHTS 33 ROUND - BLACK
**$504.00**

BERSA THUNDER COMPACT 22LR 3.5" BARREL ALLOY FRAME 10 ROUND - NICKLE FINISH
**$318.00**

S

## NEW PRODUCTS



OUT OF STOCK









FEDERAL POWERSHOK 12 GAUGE 2.75" 4 BUCK MAX DRAM BUCKSHOT 27 PELLETS - 5 ROUND

EOTECH HOLOGRAPHIC HYBRID SIGHT EXPS2-2 SIGHT WITH G33 MAGNIFIER - BLACK
**$1,110.00**

WILSON COMBAT MATCH GRADE BARREL 6.5 CREEDMOOR SUPER SNIPER 22" 1-8 TWIST STAINLESS FLUTED THREADED

WILSON COMBAT MATCH GRADE BARREL 6.5 CREEDMOOR SUPER SNIPER 24" 1-8 TWIST STAINLESS FLUTED THREADED

**ADD TO CART**

**BUY NOW**

BATTLE ARM DEVELOPMENT IN WORKHORSE RAIL FREE FLOAT - BI
**$175.00**

## BEST SELLING

Bestselling in this week

OUT OF STOCK



OUT OF STOCK



OUT OF STOCK



 



LIMITLESS AMERICA

$59.95           BOX                  $23.95

$33.95



## BUILD YOUR OWN FIREARM

80% PRODUCTS



### 5D TACTICAL JIGS



### 80% ARMS JIGS



### 80% LOWERS

---

|  |  | |  | |
| :---: | :---: | :---: | :---: | :---: |
| Home | Categories | Account | Contact | More |

  LIMITLESS AMERICA





### 80% PISTOL KITS



### 80% RIFLE KITS

### 80% HANDGUN KITS


Home


Categories


Account


Contact

•••
More

LIMITLESS AMERICA *limitless*



## CERAKOTED RECEIVERS



## AR-10 COMPLETE UPPERS



## AR-15 COMPLETE UPPERS




Home


Categories


Account


Contact

•••
More

LIMITLESS AMERICA

LIMITLESS AMERICA

NEW PRODUCTS

| | | |
|---|---|---|
| **ADD TO CART** | **ADD TO CART** | **ADD TO CART** |
| BUY NOW | BUY NOW | BUY NOW |

SPRINGFIELD XDM ELITE TARGET FULL SIZE 9MM 5.25" BARREL FIBER FRONT & ADJUST REAR SIGHTS 22 ROUND 3 MAGS - BLACK MELONITE

**$653.00**

KEL-TEC CP33 22LR 5.5" ADJUSTABLE FIBER OPTIC SIGHTS 33 ROUND - BLACK

**$504.00**

BERSA THUNDER COMPACT 22LR 3.5" BARREL ALLOY FRAME 10 ROUND - NICKLE FINISH

**$318.00**

## Subscribe to our newsletter

| Your email address | **SUBSCRIBE** |
|---|---|

| NAVIGATE | ⟩ |
|---|---|

| CATEGORIES | ⟩ |
|---|---|

| BRANDS | ⟩ |
|---|---|



Home     Categories     Account     Contact     More

 



501 26TH ST WASHOUGAL, WA 98671

360.553.2377

Sales@limitlessamerica.com

Contact

**Connect With Us**

**Accepted Payments**

© 2020 LIMITLESS AMERICA.


Home


Categories


Account


Contact


More

LIMITLESS AMERICA

80 Lower Jig .com | 80% Lowers, Jigs, Build Kits & amp; More!

**ALL ORDERS ARE SHIPPING WITHIN 14 DAYS!**
We are replenishing high demand out of stock products frequently.  Please sign up for in stock no

CREATE ACCOUNT

Search

## 80 PERCENT LOWERS

### ON SALE TODAY

**SAVE NOW**





## MOST POPULAR









**Universal 80 Lower Jig - RJ556U for Mil-spec AR-15/AR9 80% Lower Receivers by Polymer80**

**Elite Builder 80% Lower Jig with Tooling - AR-10/.308**

$324.98  $219.98

**JMT AR-15 80% Gen 2 Polymer Lower with Jig - FDE**

$109.99  $79.99

**Polymer80 PF320PTEXT Grip Module - BLACK**

$59.99  $54.99

Case 1:20-cv-06885-GHW Document 64-19 Filed 12/09/20

Search

## Other Builders Have Searched For:

| | | |
|---|---|---|
| 80 Percent Lower Jig | 80 Lower Jig Tool Kits | 80 Lower Jig Replacement Parts |
| Polymer 80 Jigs | 80 Percent Lowers | 308 & AR-10 80 Lowers |
| Forged Lower Receiver | Polymer 80 | 1911 Frame |
| 1911 Build Kit | 1911 Jig | 1911 Parts Kit |

## BEST VALUE









### 308 80% Lowers Fire/Safe Marked (2-pack)

$199.99



1 review

Add To Cart

Add To Wishlist

### Phantom 1911 80% Jig by Stealth Arms

$199.95

Add To Cart

Add To Wishlist

### CMMG AR-15 Lower Parts Kit

$84.95

Add To Cart

Add To Wishlist

### 45 ACP / 5" Government Anodized Black Frame

$205.00

Add To Cart

Add To Wishlist

## Why Builders Buy from Us?

 Your order is shipped in a discreet box

 Thousands of real, honest product reviews

Expert builders on staff providing customer support 7 days/week

 Providing products for builders for over 5 years

 Competitive pricing and sales

American made products curated through years of experience

80 Lower Jig.com | 80% Lowers, Jigs, Build Kits & amp; More!



LOG IN

CREATE ACCOUNT

**JMT AR-15 80% Gen 2 Polymer Lower with Jig - Black (5-pack)**

$549.95  $369.99

**JMT AR-15 80% Gen 2 Polymer Lower with Jig - Black (3-pack)**

$329.97  $229.99

**Tennessee Arms - Polymer 80% Lower "Liberator" with Jig (AR-15, Stealth Grey)**

$99.99  $89.99

**Tennessee Arms - Polym 80% Lower "Liberator" with Jig (AR-15, OD Green)**

$89.99 - $109.99

We are a national retailer of individual components and not all products depicted on this website are legal in every state. Shipping of various products found on this website are prohibited to some states (such as California, Connecticut, District of Columbia, New Jersey, New York, Rhode Island, and Washington). The information, pictures, text or products presented on this website are not a representation by us, and should not be understood by you, that any product or completed firearm is legal to assemble or own in your state of residence. We encourage each and every builder to perform their own research about the state and federal laws that apply to them. It is your responsibility to understand the law and we encourage you to consult with an attorney or your local ATF representative.

## GET THE DEALS BEFORE YOUR BUDDIES DO

Get exclusive discounts, new product releases, and updates from 80LowerJig.com, before anyone else!

| Email Address | Sign Up |

WISHLIST

RESOURCE CENTER



LOG IN

CREATE ACCOUNT

FAQS

CONTACT OUR TEAM

ABOUT 80 LOWER JIG, CO.

CUSTOMER SERVICE

SHIPPING, REFUND & RETURNS

LIFETIME WARRANTY INFORMATION

TERMS & CONDITIONS

OUR PRIVACY POLICY

SIGN IN OR REGISTER

80% LOWER JIG

AR RIFLE KITS

AR PISTOL KITS

HANDGUN KITS

PARTS & TOOLS

VIEW ALL

Search

© 2020 80lowerjig.com, a division of Tactical Gear Heads, LLC. All Rights Reserved.

**YOUR ORDER WILL SHIP WITHIN 14 DAYS or SOONER!**
We are replenishing high demand out of stock products frequently.  Please sign up for in stock notific



## Your Next Build Awaits

**GET STARTED TODAY**

 



### 5.56 AR 15 Rifle Kit (16" Parkerized Barrel & 15" MLok Handguard) w/ 80% Lower - (1:8 Twist)

**$649.99 – $729.99**



35 reviews



### LJ's AR15 80% Lower Jig - (With Tooling)

~~$319.99~~ **$199.99**



10 reviews



### Elite Builder 80% Lower Jig - AR15/AR9 (With Tooling)

~~$319.99~~ **$199.99**



164 reviews



### Polymer80 PF940C™ 80% Compact Pistol Frame and Jig Kit (Glock® 19/23/32 Compatible)

**$199.99**



18 reviews





| 80 Lower | AR 15 Kits | Polymer 80 |
| --- | --- | --- |
| 9mm AR9 80 Lower | Lower Parts Kit | Glock® Compatible 80 Frame Kit |
| 80% 1911 | AR10 80 Lower | 80 Percent Lower Jig |
| AR 15 Parts | AR Pistol | AR15 Lower Parts Kit |

## BEST VALUE









### Polymer80 RJ556U - Universal 80 Lower Jig for Mil-spec AR-15/AR9 80% Lower Receivers

**$49.99**

⭐⭐⭐⭐⭐

21 reviews

Add To Cart

Add To Wishlist

### 5.56 AR 15 Rifle Kit (16" Parkerized Barrel & 15" MLok Handguard) w/ 80% Lower - (1:8 Twist)

**$729.99**

⭐⭐⭐⭐⭐

35 reviews

Add To Cart

Add To Wishlist

### .223 Wylde AR 15 Rifle Kit (16" Parkerized Barrel & 15" MLok Handguard, Side-Charged) w/ 80% Lower (1:8 Twist)

**$729.99**

⭐⭐⭐⭐⭐

3 reviews

Add To Cart

Add To Wishlist

### Tennessee Arms - AR-15 Liberator Polymer 80% Lower with Jig - Black

**$89.99**

⭐⭐⭐⭐⭐

5 reviews

Add To Cart

Add To Wishlist

## Why Builders Buy from Us?

 Packages shipped in a discreet box

Thousands of reviews from builders like you

Excellent customer service with expert builders on staff

 Serving our customers since 2014

Competitive pricing and sales

 American made products carefully selected by shooters & professionals

## NEW PRODUCTS





Out Of Stock

80% Lowers | Huge Selection of 80 lowers, 80 lower jigs, build kits





### JMT AR-15 80% Gen 2 Polymer Lower with Jig - OD Green

~~$109.99~~ **$79.99**

### LJ's AR15 80% Lower Jig - (With Tooling)

~~$319.99~~ **$199.99**

★★★★★
10 reviews

### 300 Blackout AR 15 Rifle Kit (16" Parkerized Heavy Barrel & 15" M-Lok Handguard) w/ 80% Lower (1:8 Twist)

**$649.99 – $729.99**

### 80% Lowers Hat - Richardson 115 Heather Grey - Black

**$24.99**

★★★★★
4 reviews

## REAL REVIEWS FROM BUILDERS LIKE YOU

★★★★★ 4125 Reviews  ‹  ›

★★★★★                                          11/19/2020

### 5 stars



*Best build ever*

Khalif

Polymer80
PF940SC™ 80%
Subcompact
Frame and Jig
Kit (Glock®
26/27
Compatible)

★★★★★                                          11/17/2020

### 80% lower



*Awesome!! Shipped out fast!!!!*
*\*\*\*\*\**

Michael K.

80% Lower (1-
pack)

★★★★★                                          11/18/2020

### Great buy!!!



*Of course a must with the SS80 frame. But it was so easy to finish. Very happy and impressed with the overall quality. Will buy again!*

Cory Y.

SS80 Builder
Tool Set and Jig

We are a national retailer of individual components and not all products depicted on this website are legal in every state. Shipping of various products found on this website are prohibited to some states (such as California,

product or completed firearm is legal to assemble or own in your state of residence. We encourage each and every builder to perform their own research about the state and federal laws that apply to them. It is your responsibility to understand the law and we encourage you to consult with an attorney or your local ATF representative.



THE COMPLETE
AR-15 PARTS LIST

VIEW OUR INFOGRAPHIC ❯

 

## GET THE DEALS BEFORE YOUR BUDDIES DO

Get exclusive discounts, new product releases, and updates from 80-lower.com, before anyone else!

Email address     **SIGN UP**

### NAVIGATE

ABOUT 80% LOWERS

80 LOWER BLOG

CONTACT US

CUSTOMER SERVICE

SHIPPING & RETURNS

FAQS

ELITE BUILDER JIG INSTRUCTIONS

TERMS

PRIVACY POLICY

SIGN IN  OR  REGISTER

### CATEGORIES

80 PERCENT LOWER

AR RIFLE KITS

HANDGUN KITS

AR PISTOL KITS

80% LOWER JIG

PARTS & TOOLS

CLOTHING

### POPULAR BRANDS

POLYMER80

STEALTH ARMS

BROKEN ARMS

JAMES MADISON TACTICAL

80% LOWERS

GLOCKSTORE

MAGPUL

TENNESSEE ARMS COMPANY

RISE ARMAMENT

WHEELER

VIEW ALL

### CONNECT WITH US



(888)-920-6630

 

 

80% LOWERS 8500 E 116TH ST PO BOX 400 FISHERS, IN 46038

(888)-920-6630



© 2020 80% Lowers, a division of Tactical Gear Heads, LLC. All Rights Reserved.