# Exhibit 20

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

☰

 (/)

P80 Buy Build
Shoot™ Kits

# POLYMER80 BBS™ KITS

🔍 🛒

**20 PRODUCTS**

SORT & FILTER ⌄



(/P80-Buy-Build-Shoot-kit-PF940C-10-Round-Magazine_2)

P80® Buy Build Shoot™ Kit PF940C™ - 10 Round Magazine - OD Green (/P80-Buy-Build-Shoot-Kit-PF940C-10-Round-Magazine_2)
$590.00

★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-OD-Green)

P80® Buy Build Shoot™ Kit PF940C™ - OD Green (/P80-Buy-Build-Shoot-Kit-PF940C-OD-Green)
$590.00

★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-10-Round-Magazine-Gray)

P80® Buy Build Shoot™ Kit PF940C™ - 10 Round Magazine - Gray (/P80-Buy-Build-Shoot-Kit-PF940C-10-Round-Magazine-Gray)
$590.00

★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-Gray)

P80® Buy Build Shoot™ Kit PF940C™ - Gray (/P80-Buy-Build-Shoot-Kit-PF940C-Gray)
$590.00

★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-10-Round-Magazine-Flat-Dark-Earth)

P80® Buy Build Shoot™ Kit PF940C™ - 10 Round Magazine - Flat Dark Earth (/P80-Buy-Build-Shoot-Kit-PF940C-10-Round-Magazine-Flat-Dark-Earth)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-Flat-Dark-Earth)

P80® Buy Build Shoot™ Kit PF940C™ - Flat Dark Earth (/P80-Buy-Build-Shoot-Kit-PF940C-Flat-Dark-Earth)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-10-Round-Magazine-Cobalt)

P80® Buy Build Shoot™ Kit PF940C™ - 10 Round Magazine - Cobalt (/P80-Buy-Build-Shoot-Kit-PF940C-10-Round-Magazine-Cobalt)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-Cobalt)

P80® Buy Build Shoot™ Kit PF940C™ - Cobalt (/P80-Buy-Build-Shoot-Kit-PF940C-Cobalt)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C-10-Round-Magazine)

P80® Buy Build Shoot™ Kit PF940C™ - 10 Round Magazine - Black (/P80-Buy-Build-Shoot-Kit-PF940C-10-Round-Magazine)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940C)

P80® Buy Build Shoot™ Kit PF940C™ - Black (/P80-Buy-Build-Shoot-Kit-PF940C)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-10-Round-Magazine-OD-Green)

P80® Buy Build Shoot™ Kit PF940v2™ - 10 Round Magazine - OD Green (/P80-Buy-Build-Shoot-Kit-PF940v2-10-Round-Magazine-OD-Green)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-OD-Green)

P80® Buy Build Shoot™ Kit PF940v2™ - OD Green (/P80-Buy-Build-Shoot-Kit-PF940v2-OD-Green)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-10-Round-Magazine-Gray)

P80® Buy Build Shoot™ Kit PF940v2™ - 10 Round Magazine - Gray (/P80-Buy-Build-Shoot-Kit-PF940v2-10-Round-Magazine-Gray)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-Gray-Polymer80)

P80® Buy Build Shoot™ Kit PF940v2™ - Gray (/P80-Buy-Build-Shoot-Kit-PF940v2-Gray-Polymer80)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-10-Round-Magazine-Flat-Dark-Earth)

P80® Buy Build Shoot™ Kit PF940v2™ - 10 Round Magazine - Flat Dark Earth (/P80-Buy-Build-Shoot-Kit-PF940v2-10-Round-Magazine-Flat-Dark-Earth)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-Flat-Dark-Earth)

P80® Buy Build Shoot™ Kit PF940v2™ - Flat Dark Earth (/P80-Buy-Build-Shoot-Kit-PF940v2-Flat-Dark-Earth)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-10-Round-Magazine-Cobalt)

P80® Buy Build Shoot™ Kit PF940v2™ - 10 Round Magazine - Cobalt (/P80-Buy-Build-Shoot-Kit-PF940v2-10-Round-Magazine-Cobalt)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-Cobalt)

P80® Buy Build Shoot™ Kit PF940v2™ - Cobalt (/P80-Buy-Build-Shoot-Kit-PF940v2-Cobalt)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-10-Round-Magazine-Black)

P80® Buy Build Shoot™ Kit PF940v2™ - 10 Round Magazine - Black (/P80-Buy-Build-Shoot-Kit-PF940v2-10-Round-Magazine-Black)
$590.00
★★★★★



(/P80-Buy-Build-Shoot-kit-PF940v2-Black)

P80® Buy Build Shoot™ Kit PF940v2™ - Black (/P80-Buy-Build-Shoot-Kit-PF940v2-Black)
$590.00
★★★★★

⌃
Back to Top



(/)

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.

How-To Manuals | Polymer80

Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

☰

 (/)

🔍  🛒

# How To

These are the How-To instructions for the Polymer80 jig and lower systems.

Select the instructions based on the version of the product you own. Please note that while the videos are very informative, you will need to download and read the PDF instructions. The videos do not contain the sizing info that is required to properly mill out the lower receiver. We urge you to use the videos as a secondary visual guide after reading the instructions.

**G100 (legacy product)**
- G100 PDF: Click Here (/CMS-Images/Polymer80_Lower_AR15-G100_Build_Instructions6.pdf)
- How-to Video: Click Here (https://www.youtube.com/watch?v=hQGF6wQuYXY&t=7s)

**G150 - Phoenix versions 1 and 2** (Use for RL556v3™)
- G150 Phoenix (All Black Core) PDF: Click Here (/CMS-Images/Polymer80_Lower_AR15-G150_Build_Instructions-Phoenix_Version2_1.pdf)
- How-to Video: Click Here (https://www.youtube.com/watch?v=hQGF6wQuYXY&t=7s)

**RJ556U Universal Jig for Milspec 80% AR-15 Lower Receivers**
- RJ556U Instructions PDF: Click Here (/CMS-Images/Polymer80-RJ556U-Build-Instructions.pdf)

**.308 WarrHogg Lower Receiver**
- WarrHogg instructions (PDF): Click Here (/CMS-Images/Polymer80Lower308BuildInstructions.pdf)

**PF940V1.5 80% Pistol Frame**
- PF940V1.5 80% Polymer Pistol Frame Instructions (PDF): Click Here (/CMS-Images/Polymer80-PF940-Instructions.pdf)

**PF-Series™ 80% Pistol Frames**
- PF9SS™ Single Stack 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF9SS_Series_Pistol_Kit_instructions.pdf)
- PF940SC™ SubCompact 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF940SC_Series_Pistol_Kit_instructions_.pdf)
- PF940C™ Compact 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF940C_Series_Pistol_Kit_instructions_.pdf)
- PF940CL™  Hybrid 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF940CL_Series_Pistol_Kit_instructions.pdf)
- PF940v2™ Full Size 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF940v2_Series_Pistol_Kit_instructions.pdf)
- PF45™ Large 80% Pistol Frame Kit Instructions (PDF): Click Here (/CMS-Images/Polymer80_-_PF45_Series_Pistol_Kit_instructions.pdf)

**PF320PTEX™ Grip Module**
- PF320PTEX™ Grip Module Installation Guide (PDF): Click Here (/CMS-Images/PF320PTEX_Grip_Guide..pdf)

**BBS Rifle Kits and 80% Lower Receiver Builds:**
Tips, Tricks and Techniques

How to Build AR15s: Several great links and articles are included below to get you started. Choose which article fits your learning style. These articles also can be utilized for the .308 WarrHogg rifle build as well.
Please note some key differences on our G150 lower receiver as you read through the articles.  When they discuss the bolt catch assembly, our system uses a stainless steel dowel pin and set screw rather than the roll pin that comes with most lower parts kits. Just ignore these sections that don't apply.

Install the spring, bolt catch plunger, and bolt catch using our stainless dowel pin to hold the bolt catch in place. Finally, install the small black set screw to secure the dowel pin. A moderate amount of force is required to start threading the set screw.  Our lower receivers also use a square nut and screw to install the pistol grip rather than the screw and washer provided in most lower parts kits.

| Article | Link |
|---|---|
| Brownells Videos: How to assemble an AR15 (The most applicable sections are Upper and Lower Receiver  installs, Handguard and Muzzle Break installation) | (Click Here) (http://www.brownells.com/GunTech/how-to-build-an-ar/index.htm) |
| TheNewRifleMan.com Article: How to Build an AR15 (Lots of detailed pictures in this one) | (Click Here) (http://www.thenewrifleman.com/how-to-build-a-lower-receiver/#partsKit) |

⌃
Back to Top



(/)



:om/pages/Polymer80/138959999623430)   (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)   (https://www.instagram.com/polymer80inc/)   (https://www.linkedin.c

Customer Support (/customer-support)

How-To Manuals (/how-to-manuals)

FAQs (/faqs)

Our Dealers (/our-dealers)

About Us (/about-us)

Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)

Terms & Conditions (/terms)

Privacy & Cookies (/privacy-cookies)

© 2020 Polymer80. Inc All rights reserved.



## PF940SC™ Pistol Frames, 80% Instructions

## Table of Contents

Introduction ........................................................................................................................................ 2

Warnings & Issues That Impact Warranty Coverage ........................................................................ 3

P80-PF940SC Series Frames - Parts List ........................................................................................... 4

Methods of Finishing the Lower Receiver: .......................................................................................... 5

Example Tools ..................................................................................................................................... 6

The Features and Description of the Jig ............................................................................................. 7

Critical Do's and Don'ts ....................................................................................................................... 8

Preparation .......................................................................................................................................... 8

High Level Steps .................................................................................................................................. 8

Pin Hole Drilling Procedure (PERFORM THIS STEP FIRST!) .......................................................... 9

Top Rail Block Removal Procedure .................................................................................................... 9

Barrel Block Milling Procedure ......................................................................................................... 11

Installing the Locking Block Rail System (LBRS) ............................................................................ 12

Installing the Frame Parts Kit (not included with this kit) and the Rear Rail Module (RRM) .......... 13

Installation of slide lock spring (Included in kit) ............................................................................... 14

Final Pistol Build, Tuning and Fitment……………………………………………………………………14

Parts List ........................................................................................................................................... 17

**If your questions can't be answered here, call support at 1-800-517-1243 Option 4**
**or send a Customer Support ticket through https://www.polymer80.com/contact**

# Please read the instructions completely before doing any work.

# Introduction

Thanks for choosing our products, we appreciate your business. Polymer80 products are designed with quality in mind, but also with the idea that this should be a fun experience. The Polymer80 pistol frame that you build will be the pride and joy of your gun safe because you brought it to life with your own hands. Each time you pick up this firearm, you'll feel a sense of pride and accomplishment. You'll feel quality in the field, a smooth operating pistol that feels good in the hand, that has the latest in ergonomic features that make you a better shooter with a more accurate gun. It's the best of both worlds, and every person here at Polymer80 absolutely believes this to our core.

**The following instructions are designed to work with the PF940SC only.**

The instructions are critical to understanding the details of how to build the pistol frame properly. **These instructions override any Polymer80 produced video or any other online videos/reviews,** because videos are difficult to update and control in terms of current versioning. Therefore, this is the control document which guarantees you the latest information required to finish your pistol project properly.

These instructions will guide you through the process of milling and installing the locking block rail system (LBRS) and rear rail module (RRM). There are many different techniques utilized to build our frames but in general. Remember to read these instructions completely before completing any work.

There are key details concerning how to mill and drill in this document that may surprise even the most experienced gunsmith or machinist. Please read the instructions to ensure your project is completed with quality and satisfaction. Below you can see the Polymer80 PF Series Family photo.



# Warnings & Issues That Impact Warranty Coverage

Polymer80, Inc. stands by our product and offers excellent no-hassle warranty coverage. However, there are limits to coverage, particularly when the customer damages the product through poor craftsmanship or improper control during the milling process, and when they drill holes using the wrong tools. Additionally, after the milling is completed, the build process seems to be where most people get into trouble, particularly during assembly and cleaning. Here are key areas that you need to watch for:

1. Drill the pin holes using our jig, hand drill and a drill press vise. **DO NOT** use a drill press either with or without a drill press vise or cross slide vise to drill your holes. Testing has shown while using a drill press the bit will not self-center in the jig and will result in poorly placed or irregular pin holes.
2. Only use Loctite that is approved for contact with polymer-based products. Super Glue versions are not to be used on the polymer.
3. Chemicals: Generally, you do not use penetrating lubricants on polymer products, they can damage the material.
   a. **Do not put acetone on the receiver.** Acetone will generally instantly destroy, tarnish, or weaken any polymer-based product.
   b. Many oils are combined with rust penetrants or some other type of penetrant which can damage polymer-based products. Regular gun oil, high quality grease or simple household oils can be used.
   c. Do not utilize brake cleaner (it has acetone in it) or rust penetrants, they penetrate through polymer.
4. **Do not overtighten the jig in any vise**, you can adversely adjust placement of holes to the pistol frame. Pin hole drill placements are critical on the pistol frame function. Taping the jig closed with Blue painters' tape or black electrical tape also helps hold the jig together.

5. Using a cross slide vise and end mill bit (End mill bit no longer provided) to remove the front and rear tabs to allow for the installation of the Locking Block Rail System (LBRS) and Rear Rail Module (RRM) remains our preferred method.



---

POLYMER80

# P80-940SC Series Frames - Parts List

| Part Description | ITEM SKU | Qty per Kit |
|---|---|---|
| PF940SC Pistol Frame Lower | PF80-PF940SC | 1 |
| Red Jig for the PF940SC | P80-PG940SC-JIG | 1 |
| Locking Block Rail System Pin, 2mm diameterx25mm long | MSC-PFP-PIN-2MM | 1 |
| Trigger Mechanism Housing Pin, 3mm diameter x 25mm long pins | MSC-PFP-PIN-3MM | 1 |
| Locking Block Rail System | P80-PFP-LBRS9940SC | 1 |
| Rear Rail Module | P80-PFP-940RRM1 | 1 |
| M3 Drill Bit – For drilling the Trigger Mechanism Housing pin hole | MKI-Drill-M3 | 1 |
| M4 Drill Bit - For drilling the trigger pin hole | MKI-Drill-M4 | 1 |



## Methods of Finishing your PF940SC Receiver:

The goal of finishing your PF940SC receiver is to execute the following with the assistance of the jig:

a.   The holes for the pins, on each side of the receiver.

b.   Remove the barrel block and smooth out the top of the receiver (Start with 220 Sandpaper and work your way up) to allow the barrel and slide fit later in the build process.

c.   Remove the front and rear tabs to allow for the installation of the Locking Block Rail System (LBRS) and Rear Rail Module (RRM)

d.   Install the Polymer80 Locking Block Rail System (LBRS) provided with the kit.

e.   Install the Rear Rail Module provided with the kit.


These instructions will guide you through the process of milling and installing the locking block rail system (LBRS) and rear rail module (RRM). There are many different techniques utilized to build our frames but in general, we will cover utilizing a drill press which has a cross vise installed on the drill press table. We will not go into  much detail for those who have milling machines; the assumption is that a user at this level would already have strong milling and technical skills, allowing them to adapt to the following instructions.


## Multiple techniques:


Different techniques will result in different qualities of finish. The evolution of the milling process has changed over the years. Our preferred method remains to use an end mill (The end mill bit is not included).  Again, we prefer you utilize a drill press with a cross vise because it is faster, requires less time to set up, and you have absolutely the most control if you use the cross vise properly.

In all cases, use the included jig and drill bits and always level the jig in your vise:

> Drill the pin holes using our jig, hand drill and a drill press vise. **DO NOT** use a drill press either with or without a drill press vise or cross slide vise to drill your holes. Testing has shown while using a drill press the bit will not self-center in the jig and will result in poorly placed or irregular pin holes.

For finish work, we prefer to use hand tools and sheets of sandpaper (Wet sanding works best, start at 220 grit and work your way up) rather than a Dremel tool for clean up because of the precision control and feel that is required. **A Dremel tool in the untrained hands can damage your new build extremely fast. So be careful if you chose to use a different technique.**

# Example Tools

| Example Tools | Additional Information |
|---|---|
| Cross Slide Vise | Accurately moves your work in a horizontal and longitudinal for precise positioning |
| Drill Press Vise | Holds your work firmly while reducing vibration when drilling |
| Drill Press | Ensures the end mill will be held precisely for milling the taps and removing the barrel block area. |
| Level | Utilized to ensure the drill press table is flat |
| Sandpaper | 220 grit to fine tune milled areas and to clean up any rough edges of the nylon blended polymer utilized in the frame (Wet sanding works best) |
| Bench Vise | Utilized to hold the jig in place during the drilling process |
| Hand Drill | Used to drill the pin holes |
| Small Hammer and Punch | To install the pins |

Additional tools to help refine the fit and finish of the frame to the slide: Small hand files, flat sharping stone, 220 grit sandpaper to clean up any areas that were left rough cut, or a Dremel tool with fine sanding wheel.



# The Features and Description of the Jig

The Jig features a numerical system with indicators and drill bit sizes imbedded in the jig. There are two holes on each side of the jig. Make sure to use the appropriately sized drill bits that are included to drill the pin holes.

The top jig features are designed to guide you. Remove only the exposed frame slide guards shown in green below. You **should not** cut into the red ABS polymer of the jig along the top of the jig. You will be ONLY removing the green colored areas shown below. If you remove any red, then you are milling outside of the intended areas and will permanently damaging the frame.



Be sure the PF940SC frame is inserted into the jig properly before any drilling and milling procedures are conducted.



The large end mill bit is used to clear the temporary rails (Shown in green) along the top and barrel block which is located where the recoil spring assembly will eventually be installed, inside the pistol frame.

# Critical Do's and Don'ts

1. Make sure the jig is free of any burrs along the edges of the jig. You may need to remove any rough edges along the jig to ensure the jig closes properly.

2. Drill the pin holes using our jig, hand drill and a drill press vise. **DO NOT** use a drill press either with or without a drill press vise or cross slide vise to drill your holes. Testing has shown while using a drill press the bit will not self-center in the jig and will result in poorly placed or irregular pin holes. The biggest problems from our builds came when testers attempted to drill the two pin holes (The front and rear rails) using the jig in the upright position in a drill press or table vise. The jig should be placed flat in a drill press vise and tighten (**Do not squeeze or over tighten any vise used**) from the top and bottom when **hand drilling** the pin holes.

3. When drilling the pin holes, you **don't** need to squeeze the jig to the point of deformation or crushing. **Snug, not crushed** is what you are trying to achieve. Taping the jig closed with Blue painters' tape or black electrical tape also helps hold the jig together.

# Preparation

(Assumes you are using a Drill Press, a Cross Slide Vise, Drill Press Vise or a Bench Vise)

1. Prep the drill press. When using a drill press, the spinning chuck head of the drill press needs to be firmly attached by slamming it with a mallet up into the press, or the vibration of the below procedure can sometimes make the entire head fall out (Destroying things in the process).
2. The table of the drill press must be level.
3. If you decide to use our preferred method and use an end mill with a cross slide vise installed on the drill is the absolute fastest and most secure way to finish this part. Using tools like a fret cutter, X-Acto Knife, Zip Sander or a Dremel can provide you an accurate build as well in properly trained hands.
   > *Side Note: We utilize the cross slide vise in various ways and for different projects, as it's a great tool that can be mounted on the drill press table semi-permanently by bolting it down (drill holes and mount with nut/bolt combo's or thread the holes and bolt it down. It can be utilized for many other projects.*

**Final Mental Prep:** Building a firearm takes craftsmanship and pride, **so don't be in a hurry!** Slow down and work precisely and methodically, **Measuring Twice and Cutting Once!!** After you drill something out, you can't put it back. Therefore, approach things conservatively. In my personal experience, if I'm feeling like I may be lacking patience, I just stop. I'll put the tools down, walk away from the bench and go take care of whatever made me be in a hurry in the first place. This sounds sort of simple, but I've destroyed too many things in the past from my lack of patience.

# High Level Steps

1. PERFORM THIS STEP FIRST! Drill the holes FIRST! Do not start the tab or barrel block area removal process until the holes have been drilled properly.

2. Drill the holes in a drill press vise; you can and should use a **hand drill** to finish the holes.

3. You can use our preferred end mill bit method or one of the many other proven ways to take off the top rails.

4. Removing the interior barrel block area in the designated indented area only to carefully remove a slot that will allow the spring and guide rod on your Slide to move freely.

5. Install the Locking Block Rail System which includes the slide rails; and then use one of the provided pins to pin down the front legs of the locking block.

6. On the Rear Rail Module (the stainless-steel rear rails), slide that around the Trigger Mechanism Housing (not included as part of this kit) and install using the second pin that is included with the kit.

7. Assemble your firearm (Instructions for assembling a PF940SC are not included in this document) by finishing the installation of the trigger, trigger pin, slide lock, slide stop, etc. to finish the entire build of the lower frame. Again, we aren't providing full instructions on how to assemble the entire PF940SC Frame, but much of that information is found online.

# Pin Hole Drilling Procedure (PERFORM THIS STEP FIRST!)

4. Insert the Pistol Frame in the Red Jig. Drill the side holes as indicated below using a Drill Press vise and hand drill. The drill bits are provided in the kit. Remember to make sure the jig is free of any burrs along the edges of the jig. You may need to remove any rough edges along the jig to ensure the jig closes properly. Taping the jig closed with Blue painters' tape or black electrical tape also helps hold the jig together.

a) You can **and should** use hand a drill to finish the two side holes on each side (Total 4 holes)

b) Drill one side at a time **DO NOT** attempt to drill through both sides of the frame from one side of the jig. In other words, flip the jig to the other side in the vise once the first side is done, and drill the other side independently.

c) Do this for all four holes, pay attention to the M3 vs M4 hole indicators on the Jig.

**Drilling Tips:**

- Make sure the jig is free of any burrs along the edges.
- While you are drilling, make sure the jig is not over tightened.
- Over tightening will displace the drill holes if you are crushing the jig. Snug, not crushed.
- **Make sure the drill chuck is not hitting the vise itself while drilling.**



# Top Rail Block Milling Procedure

Using an end mill "bit", otherwise called "end mill" is the preferred method.

1. Leave the frame in the jig and place the jig into our cross slide vise. Install the end mill in the Drill Press, adjusting the table so you don't necessarily need to move the chuck head up or down. Get it even with the top of the frame but leave a little bit of room and slowly mill away the polymer where the green arrows are indicated below.

2. There is no need to get overly aggressive at this stage. You can always leave a little extra material to sand down by hand or use a Dremel with a fine sanding wheel to refine the top part of the frame to attain a smooth and clean finish. **Remember the use of a Dremel in the untrained hands can cause a lot of damage.**

During this procedure, you are only removing the material that protrudes above this area in green:



**DO NOT REMOVE THESE RED TOWERS. Don't mill the red jig on the top.**



# Barrel Block Milling Procedure

Using an end mill to mill out the Barrel Block is probably the most complex procedure, so please pay careful attention to the areas that need to be removed vs the areas that should not be removed: You can also use one of the many other proven ways to remove the interior barrel block. **DO NOT REMOVE THE DUST COVER AREA AS INDICATED IN RED**. **Only remove the green colored areas.**

1) <u>DO NOT REMOVE</u> <u>THE POLYMER INDICATED IN RED BELOW.</u>

 

2) Adjust the drill press so you can put the Jig and Frame upright (pictured below), so the end mill is pointing down through the nose of the jig and frame and facing you. Make sure the end mill and the chuck do not interfere with the jig as you plunge carefully down and slowly mill out the green area. You can leave a little bit of material and finish with a 1/4inch round file later. Remove <u>ONLY THE GREEN AREA</u>.

 

**Remove only the green area on the barrel block. There's a relief in the material that's visible on both sides. This indicates the edge of the milling area.**

---

POLYMER80



**Remove only the green area on the barrel block. There's a relief in the material that's visible on both sides. This indicates the edge of the milling area.**

# Installing the Locking Block Rail System (LBRS)



**LBRS**

Once you are finished with the milling, it's time to install the Locking Block Rail System. The patent pending system is a hardened stainless-steel component with a black nitride surface treatment. The LBRS features a multi-functional design efficiently incorporating the locking block and slide rails, and it provides the strength behind the slide stopping block buffer.

a. Install the locking block by lightly tapping it into place. Align it as indicated below (Some slight hand fitment maybe necessary)
b. Utilize the provided 2mm x 25mm black pin. Tap the pin with a hammer all the way through the side hole and front legs of the LBRS. The pin should be equally distributed across the pistol frame.

**Step a:**



**Step b: Tap the small P80 pin into the front hole**



# Installing the Frame Parts Kit (not included with this kit) and the Rear Rail Module (RRM)

**(To complete this process, you'll need a Frame Parts Kit with the trigger kit, trigger mechanism housing and all other parts are sold separately**).

**RRM**

1) After the LBRS has been installed, as described in the previous instructions, install the Magazine Catch Spring, gently tapping the pin into the hole inside the magwell with a hammer and punch. The pin sticks up into the Magazine Catch area approximately 2mm when completed. Install the Magazine Catch using long needle nose pliers to nudge the pin in place on the inserted Mag Catch until it snaps into the safety switch hole.
2) Install the slide stop lever Spring and Stop (**See page 14**)
3) Install Trigger Mechanism Housing and Trigger:
   a) Slide the RRM around the trigger mechanism housing. Install the entire unit (Including the trigger, trigger bar, etc.) into the rear housing hole and the trigger hole (Assuming the trigger bar and trigger are already attached to the trigger mechanism housing.



slide catch/release lever

4) Install the Slide Release Lever, sliding it alongside the Trigger and aligning the hole on the Lever with the hole on the Trigger and Trigger Pin hole on the side of the frame (The trigger pin will be found in the frame parts kit you ordered).
   a) Now tap the Trigger Pin (The 4mm by 25mm black pin) through the Trigger Pin hole. Remember to make sure your slide release lever is lined up properly.
   b) This is the toughest installation step because a small hammer and punch may be required to line up the trigger and slide release lever.

The system should be ready to test with your slide and barrel now. Make sure no loaded magazine are used!! – BE SAFE, TEST WITH UNLOADED GUN!

# Installation of slide lock spring (included in kit)

1) Drop the included slide lock coil spring into hole at center of slide lock area.
2) Use a small punch through one side of the slide lock slot to completely cover and depress spring to bottom of slot.
3) Insert slide lock lever into opposite side of slot at an upward angle and push over the top of the punch.
4) Pull out punch while simultaneously pushing slide lock further into slot.
5) Fully insert slide lock and check for functionality when complete.

 

# Final Pistol Build, Tuning and Fitment

As mentioned above, to complete the PF940SC pistol frame builds, you'll need a frame parts kit, a slide and barrel and possibly the slide parts kit if the slide doesn't already come complete.  The use of a flat sharping stone to polish the locking block and rear rails may be necessary in the final steps of tuning. This is mainly due to variances in slide and barrel tolerances, **some hand fitting and polishing may be required of your rails.**

## Tight Fitting Rear Rail Module with the Trigger Mechanism Housing:

When putting the RRM (rear rail module) and Trigger Mechanism Housing together in the frame, it can be very tight. Here's the basic procedure you should follow to complete the frame.

1) Ensure all parts are fully seated and held secure during installation of pins
2) Attempt to install pin normally from one side with all parts (frame/RRM/trigger housing)
3) Attempt to install pin normally from **other** side with all parts (frame/RRM/trigger housing)
4) Attempt to install pin while using second pin for alignment from opposite side with all parts (frame/RRM/trigger housing)
5) Attempt to install pin without trigger housing (This will allow the pin to "set" the RRM in the frame without the constraint of aligning the trigger housing)
6) Re-attempt installation of pin normally or while using alignment pin from opposite side with all parts (frame/RRM/trigger housing)

**Finally:** If the rail module and the pins with the frame cannot be installed (With **no** trigger mechanism housing installed), do the following:

7) Take the RRM out of the frame. Take the small M3 drill bit (Installed on your drill), push all the way through and pull out of the RRM to clean up the holes. **DO NOT** re-drill your frame at this point. You can clean up your holes with a deburr tool and lightly wet sand the holes without enlarging the holes. This is only to cleans out the holes.
8) Attempt re-installation of all parts put together.
9) If the plating on the RRM starts to chip and come off during this process it normally will not affecting the guns performance, you can lightly sand the area and remove the rest of the plating. **Removing the plating does not affect the structural integrity.**

# Fitment to Slide and Testing

**MAKE SURE THE GUN IS NOT LOADED!**

Once you put the slide and frame together it could be slightly stiff at first, therefore use gun lubricant along the slide rails and other touch points to get things working smoothly. If you're familiar with how a frame and slide feel, then you'll have a baseline for the feel that you're attempting to achieve of your new Polymer80 build. Remember it may take a few hundred rounds to get the desired feel after proper break-in.

**Don't put the magazine in while testing this, and don't use a loaded magazine. BE CAREFUL, ensure that the pistol is unloaded.**

Again, you'll want to test without the magazine at first. Rack the slide back and forth, get the kinks worked out and finally test to make sure the pistol is going into battery. Battery position is when the slide moves all the way forward, bringing the barrel up and into its proper position flush with the top surface of the slide.

It should go into battery, even when you pull the slide back one inch, and cleanly let go.

Now point the gun upwards making gravity the enemy and continue pulling back one inch and letting go. It should go into battery each time. At the very beginning, it's possible that it doesn't go into battery each time but keep racking it back and forth with lubricant to get the roughness worked out. Remember due to variances in slide and barrel tolerances, some hand fitting and polishing may be required of your rails.

Now it's time to go the range and test with live ammunition. Have fun, be careful and put several hundred rounds down range to allow the system to work smoothly together, especially if you are using a new slide/barrel combo.

Note: Most of the issues we see in testing are related to a **new barrel**, whether that be in combo with a new slide or even a factory slide. If that's the case, and if you happen to have a compatible known working slide and barrel combo, use that combo to isolate whether or not a new barrel/slide combo is the source of any battery failure modes.

**Congratulations! You are now the proud owner of a PF940SC pistol frame, a pistol that you built and tuned yourself. Welcome to our growing 2nd Amendment family. You are purposefully exercising your rights to own, build and operate firearms.**

# Parts List

(not all parts are included within the Polymer80 standard 80% kit)

Provided below is a convenient complete list of parts that are needed to finish your own PF940 series pistol frame. We have included a list of retailers that offer the necessary parts on our website. Make sure you purchase the correct kit for the size of pistol frame you are building.



| Complete Pistol Parts List with P80 Frame, Jig and Custom Components | |
| --- | --- |
| 1) Polymer80 PF940SC Slide (sights sold separately) | 16) Recoil Spring/Guide Rod Assembly |
| 2) Barrel | 17) Slide Cover Plate |
| 3) Extractor | 18) Polymer80 LBRS front pin |
| 4) Jig | 19) Locking Block Rail System (LBRS) (provided by Polymer80) |
| 5) Extractor Depressor | 20) Trigger Mechanism Housing 21) Trigger, 22) Trigger Bar |
| 6) Extractor Depressor Spring | 23) Firing Pin Safety |
| 7) Spring Loaded Bearing | 24) Firing Pin Safety Spring |
| 8) Firing Pin Channel Liner | 25) Firing Pin |
| 9) Slide Stop Lever | 26) Slide Locking Lever Coil Spring |
| 10) Spring Cups | 27) Slide Locking Lever |
| 11) Firing Pin Spacer Sleeve | 28) Frame (Polymer80 PF940 series frame kit) |
| 12) Firing Pin Spring | 29) Rear Rail Module (RRM) |
| 13) Trigger Pin | |
| 14) Polymer80 Trigger Mechanism Housing Pin | |
| 15) Magazine Release and Spring | |

**CHECK BACK ON OUR INSTRUCTIONS SECTION OF THE WEBSITE PERIODICALLY. WE CONTINUE TO ADD INFORMATION THAT WILL EXPAND AND REFINE THE INSTRUCTIONS OVER TIME.**

**If your questions can't be answered here, call support at 1-800-517-1243 Option 4
or send a Customer Support ticket through
http://www.polymer80.com/contact**



# POLYMER80

## WarrHogg 308 AR 80% Lower Receiver Instructions

Author: Loran Kelley, Polymer80 Co-Founder

*Warrhogg 308 AR*

## Contents

Warnings!! – Issues that impact warranty coverage!! ...........................................................................2

Parts List .............................................................................................................................................2

Methods to Finish the Lower Receiver: .............................................................................................2

Example Tools .....................................................................................................................................3

Jig Hole Descriptions & Purpose ........................................................................................................4

Getting Familiar with the Jig and Lower Receiver .............................................................................4

    The Features and Description of the Jig ..........................................................................................4

    The Features and Description of the Lower Receiver ......................................................................6

Procedure: ..........................................................................................................................................8

Final checks and misc notes: ............................................................................................................11

# Warnings!! – Issues that impact warranty coverage!!

Polymer80, Inc. stands by our product and offers an excellent no-hassle warranty coverage. But, there are limits to coverage, particularly when the customer damages the product through poor craftsmanship or control during the milling process. Additionally, after the milling is completed, the build process seems to be where most people get into trouble, particularly during assembly and cleaning. Here are key areas that you need to watch for:

1.  Do not use any lock-tight on the receiver – regardless of what some internet assembly instructions tell you.
2.  Chemicals: Generally, you do not need to lubricate polymer products.
    a.  Many oils are combined with rust penetrants which can damage polymer based products.
    b.  Do not utilize brake cleaner or rust penetrants, they penetrate through polymer, similar to how they penetrate into metal.
    c.  **<u>Do not put Acetone on the receiver.</u>** Acetone will generally instantly destroy, mar, or weaken any polymer-based product.

## Parts List

| Part Description | ITEM | Qty per Lower |
|---|---|---|
| 308 Lower Receiver | WarrHogg AR308 | 1 |
| Pistol Grip Nut | 3/8in | 1 |
| Pistol Grip Screw | 1.5in | 1 |

| Jig Parts List | ITEM | Qty per Jig |
|---|---|---|
| WarrHogg 308 Jig | J100 | 1 |
| End Mill Bit With Laser-etched Depth Mark | 7/16" end mill | 1 |
| Drill Bit, Safety Selector Switch Hole | 3/8" drill bit | 1 |
| Drill Bit, Pin Holes for trigger and hammer | 5/32" drill bit | 1 |
| Drill bit for trigger hole | 5/16" drill bit | 1 |
| Trigger Guide | TG100 | 1 |

## Methods to Finish the Lower Receiver:

The goal of finishing the lower receiver is to mill out the fire control pocket area utilizing the jig as your guide. These instructions will guide you through the process of removing this material. There are different techniques utilized, in general I'm going to cover utilizing a Drill Press. I will not go into much detail for those who have Milling Machines, the assumption is a user at this level would already have a strong sense of what to do.

Regardless, I've provided exact measurements for all techniques, because even a person using the milling machine will need the depths which would allow them to properly configure the machine.

Different techniques will result in different qualities of finish. Utilize this grid based on desired end-results and your access to tools. In all cases, use the jig and drill bits and always level the jig in your vise:

| Type of Finish | Tools Required |
|---|---|
| Excellent (recommended) | Drill Press with vise, bench vise and basic tools like a Dremel tool and hand drill |
| Highest Quality (recommended) | Milling Machine, plus a hand held drill and bench vise for the pin holes. |

I prefer to utilize the drill press because it is faster, requires less time to set up, and you have absolute control if the vise is utilized properly, and you use the drill stop that comes on most drill presses. Use a dremel tool to do fine tuning after utilizing the Drill Press or Milling Machine. The challenge with the dremel is to shave off small amounts, don't get in a hurry and use a cutter such as the 9904 tip, link provided below. Do not attempt to utilize a dremel tool to mill out the system because the jig is what defines the angles, widths and depths to finish the product properly.

http://www.dremel.com/en-us/Accessories/Pages/ProductDetail.aspx?pid=9904.

## Example Tools

| Example Tools | Web Link | |
|---|---|---|
| Vise For Drill Press | http://www.northerntool.com/shop/tools/product_200199324_200199324 | |
| Drill Press | http://www.harborfreight.com/catalogsearch/result?q=drill+press | |
| Dremel Bit #9904 | http://www.dremel.com/en-us/Accessories/Pages/ProductDetail.aspx?pid=9904 | |
| Level | Utilize small level to ensure you are drilling straight down, and then level on the floor of the fire control pocket. | |
| Round machinists file | Look for the round machinists files, diameter .303 for fine tuning safety and takedown pin holes if necessary. Zoro Tools or Harbor Freight will have inexpensive sets or single units available for under $7. | |

## Jig Hole Descriptions & Purpose

| Jig Hole | Function | Depth from top of Jig to floor of Fire Control Pocket | Depth from top of Receiver to floor of Fire Control Pocket |
|---|---|---|---|
| Hole #1 | Mills out the upper platform section that divides the fire control pocket from the rear take down pin area. | 44.5mm | (use the floor of the rear take down pin area as the guide) |
| Hole #2 | This hole opens up a pocket for the rear side of the trigger mechanism. This hole is the trickiest, do not penetrate into the right side where there's a slight protrusion of the polycarbonate material. The safety selector switch detent pin goes in this area. | 44.5mm | 1.25in exact |
| Hole #3 | The back side of the fire control pocket | 44.5mm | 1.25in exact |
| Hole #4 | The front side of the fire control pocket, closest to the magazine well. | 44.5mm | 1.25in exact |
| Trigger Hole | Drilling this hole opens up the trigger hole. This is one of the first steps using the 5/16ths drill bit. | Drilled through holes | Drilled through holes |

**Note how the jig with the End Mill bit set at 44.5mm creates a consistent drilling depth. Just move the drill press table up or down to position properly as you move from holes 1&2 to the Fire Control Pocket.**

Many hardware stores have fairly inexpensive drill presses (Lowes, Home Depot, Harbor Freight, Granger, etc.).

## Getting Familiar with the Jig and Lower Receiver

The goal of finishing the lower receiver is to mill out the fire control pocket of the receiver to the proper depth, and to utilize the jig to get correct placement on the side holes (trigger, hammer and safety holes). The solid core fills the entire   fire control pocket.

It's important to note the features of the jig and the lower before you start working on the unit.

### The Features and Description of the Jig



Rear                                                          Front

**Side View of the Jig, with the Safety, trigger and hammer drill bit holes**





**Top view with the Trigger Jig insert which snaps into the top of the jig**

## The Features and Description of the Lower Receiver



**Looking Down into the Fire Control Pocket**



**NOTE THE SLIGHT INDENTATION, DON'T DRILL THIS OFF!!**
**The safety selector detent and spring utilize this area below, near the pistol grip.**



**This area near the rear of the Fire Control Pocket is higher or stepped up compared to the deeper pocket. If you have a finished lower receiver from a previous gun, it might be helpful to take compare. You don't need to mill the stepped up area at all, it's done.**

Preparation (Assumes you are using a Drill Press)

1.  Prep the drill press. When using a drill press, the spinning head of the drill press needs to be firmly attached by slamming it with a mallet up into the press, or the vibration of the below procedure can sometimes make the entire head fall out (spinning and ruining things in the process). Take any drill bits out, get a mallet and hit upwards to securely implant the head.
2.  Level: Must have a level to create a level interior fire control pocket
3.  The end mill slide vise on the drill press (a link is provided above) is the absolute fastest and most secure way to finish this part. Using a tool like this as opposed to just using a dremel tool, you're going to be done much sooner with outstanding results. We utilize the slide vise in various ways around the shop, it's great tool that can be mounted on the drill press table directly, or on your bench underneath a smaller bench drill press and utilized for many other projects.
4.  Final Mental Prep: Building a firearm takes craftsmanship and pride, **so don't be in a hurry!** Slow down and work precisely and methodically **Measuring Twice and Cutting Once!!**  After you drill something out, you can't put it back, so approach things conservatively. In my personal experience, if I'm feeling like I have no patience, I just stop. I'll put the tools down and walk away from the bench and go take care of whatever made me be in a hurry in the first place. Sounds sort of simple, but I've destroyed too many things in the past from my lack of patience, and if you do it on this part it's going to cost much more time and money (and yes, I have ruined some lowers).

**Again, YOU NEED TO SET THE DRILL PRESS DEPTH PROPERLY. The end mill bit is marked at 44.5mm with a black line. Don't rely on the drill press depth stop 100%, utilize the drill stop while also watching the black line on the end mill bit to make sure you don't go too deep. "Measure twice, cut once!" In other words, keep checking the depth at every drill point.**

## Procedure:

1.  Put the Lower Receiver in the Jig and snap them together. Set the small red trigger guide aside for the moment.

2.  Make sure that the front and rear snap clips are firmly closed

3.  The first step is to drill the side pin holes (Hammer, Trigger and Safety  Selector Switch Hole) using the lower receiver in the Jig.  Drill a ¼ inch into each side, BUT NOT ALL THE WAY THROUGH.

    - Put the jig & lower in a regular vise on your bench, select the proper bits provided and **drill on one side only**, then flip the jig and drill the holes on the  opposite side.
    - **DON'T try to drill through both sides at one time, GUARANTEED THE BIT WILL DRIFT AND MISS THE TARGET ON THE OTHER END!!**
    - These holes have to be exact. Start the drill full speed with the proper drill  bit sizes designated on the side of the Jig, push it into the hole steady and level, drill into the black material only a 1/4" to get the hole through the side wall. Later, once  you finish the interior pocket mill-out, the holes will have already been completed.

4.  (Optional) On the drill press with the Jig and Lower **tightly installed on the vise**, install the large regular drill bit used for the safety selector switch holes to create a pilot hole in the fire control pocket area. Don't drill too deep, just get a hole that goes down and do not penetrate beyond 40mm from the top of the jig to be safe. This hole will help once you start using the End Mill Bit.

5.  Once a pilot hole is drilled, insert the End Mill Bit on the drill press, adjust TABLE of the drill press so that the tip of the bit is exactly even  with the top of the jig (bend down and look closely, sometimes as you tighten the drill press table, the table drifts up). Adjust the bit so it is hovering out over the **center of the fire control pocket where your PILOT HOLE was drilled.** In other words, don't start drilling at Hole #1 that is identified in the above pictures. The table that the vise is on or attached to must also be tightened (example: **The drill press TABLE must be tightened on the back tightening knob or they can move. Crank it down hard!!** The material used to create the lower is extremely tough. Therefore while using an End Mill Bit, it will create lots of tension and vibration if things aren't tight – YOU'VE BEEN WARNED!

6.  Adjust the drill press stop to 44.5mm. Notice that the end mill bit also has a black mark that indicates 44.5mm depth

7.  Now start drilling down slowly through the pilot hole taking just small sections of material off slowly. Go down exactly 44.5mm down watching the top of the jig and end mill bit. Don't allow the black  line on the end mill bit to go below the top of the jig. During each and every drill procedure visually checking to  make sure the bit is not sliding up or down within the drill press chuck.  Again, the bit starting position is dead  even with the top of the jig, as you plunge watch the black line on the bit, not allowing it to go deeper than the  top of the jig.

8.  If you have a vise that allows X and Y axis movement, (like a **drill press slide vise** pictured in the link above) take advantage of the End Mill Bit and clean out the pocket floor and sides slowly moving along the edge to create a smooth side wall on both sides.

9.  **Hole #1 Drilling Procedure and Warnings - Figure 1:** Before we get started on Hole Number 1 area, **there's one important feature that you  must pay attention to.** There's a slight but **IMPORTANT** indentation that you  can't drill through because the safety selector DETENT hole is drilled through  this area underneath the lower (near the pistol grip).



**Figure 1, NOTE THE SLIGHT INDENTATION, DON'T DRILL THIS OFF**

10. Once this hole is done you can start going straight across into the wider fire control pocket area to clear out material. It's important to start clearing out the hole so you can see what you are doing.  A strong light and a shop vac are useful. Figure 3 shows you the technique and pattern you should follow while plunging and milling.



Don't mill this section off!!!

**Figure 3**

11. Note: Now that we're going to start drilling and cleaning out the main fire control pocket using a milling procedure, it's important to note that the drill bit in a drill press is spinning in a clock-wise direction towards you, from right to left. **ASSUMING YOU ARE USING A CROSS SLIDE VISE** therefore, when moving the jig underneath in the slide vise, follow the path pictured in Figure 3 to prevent the bit from jumping and chattering. You will work against the grain in one sense, rather than allowing the bit to grab and run.

12. Use **drilling procedures** to clear out the majority of the core section by plunging and lifting the press head up, move to the next section, and plunge down again until you clear out the majority of the interior section. Once this is complete we'll switch to using a **milling procedure** (leave the head down in the pocket and move the jig/lower in the vise to smooth the edges and floor if you are using a cross slide vise).

13. Start at the rear side in the pocket where the safety selector switch goes through. Move straight down the middle, then go back and start on the right side, swinging down, around the edge, and then back towards the

rear of the fire control pocket.

14. **Each time you go through this process, FOLLOW THE PATH IN FIGURE 3.**

15. Final step is to start the trigger fitting: In **Figure 4**, there are 3 general areas that you'll focus on (besides the trigger hole itself). The trigger should just drop straight down in there cleanly, but it's never happened to me without some additional fine tuning. **Using the dremel bit on the slowest setting**, I carefully and slowly trim surfaces to make sure the trigger operates smoothly. The rear section on the left side of the Figure 5 is where you need to be careful not to penetrate too far on the wall because the safety selector switch **detent and spring** are very close to this area, and the Milspec leaves very little room for error.



**Figure 4**

16. Next, using a strong tape, tape the small red Trigger Hole Guide into its slot so it doesn't move while you drill the trigger hole out.

17. Go to the drill press, level the jig on the drill press in a vise (preferably the cross slide vise recommended at the beginning of this  document). Each time you take the jig out, you must re-level when putting it back into the vise. *I prefer to level the table itself on our drill press rather than trying to level the jig in the vise.*

18. Once the trigger guide is snapped in and securely taped, use the 5/16ths drill bit to trigger hole out.
    - Drill down slowly letting the drill bit do the work.
    - Don't allow the drill bit to float side-ways out of alignment of the final pass-through point under the receiver. Drill all the way through the Lower Receiver (don't drill the trigger guard!!). The drill bit shouldn't reach that far. These two holes represent the furthest ends of where your trigger goes, you can finish the middle section later after you've milled out the core fire control pocket.

19. Clean out the trigger hole with a small dremel. I've used a cutting bit such as the #9904 at the LOWEST SPEED to clean up areas like the trigger hole and the side walls as I fit the trigger assembly in place. 9904 bit hyperlink: http://www.dremel.com/en-us/Accessories/Pages/ProductDetail.aspx?pid=9904

## Final checks and misc notes:

1. The depth of the fire control pocket should be 1.25 inches from top of receiver…precise.
2. If you have a ton of trouble getting the trigger in because the pin holes aren't aligning, you might consider several inspections, modifications, or troubleshooting in the following order:
    1. Make sure the trigger hole is vacated of any material that prevents proper movement.
    2. Make sure the rear of the trigger is not rubbing against that odd offset wall that houses the safety selector switch detent.
    3. Taking a very slight amount more off of the floor of the fire control pocket with the end mill bit (go back to the vise and make sure the jig/lower is level and just take several hundredth's of an inch off then go back to the trigger fitting to see if that helps.
3. At the front side of the fire control pocket, there's very little room in the original milspec design between what I term the firewall and the mag release button housing. If you see exposure to that area after you drill, don't be alarmed, there's almost no material there by milspec design**, but this will not impact performance of the firearm.** Even on aluminum 80% receivers, it's common to shave off an amount that allows you to see through into the mag release button area.
4. After you install the trigger and hammer, the trigger should release the hammer properly and cleanly of course.
5. Further instructions on how to assemble the lower parts kit that has the trigger and hammer are found here: http://www.polymer80.com/info

**Any further questions, feel free to email us at our support email address or call:**

800-517-1243
support@polymer80.com