# Exhibit 21



80 Lower Jig: Cut Different Lower Receiver Jig Kits for Sale | 80% Arms

HOME | 80 LOWER JIGS

## 80 LOWER JIGS

### WHAT IS AN 80% LOWER JIG?

Jigs are sophisticated mechanical templates (or "fixtures"), that make it SIMPLE and FAST to perform a repeatable mechanical process. Our jigs provide you an outline for working on an 80% lower receiver, and creating your very own firearm! Our jigs are built for a lifetime of use, and can be used on both the AR-15 and .308 platforms.

Best of all - Our jigs make creating your very own firearms easy and affordable!

Jigs allow you to transform an 80 percent lower receiver, viewed by the ATF as an unregulated hunk of metal, into a fully functional AR15 receiver! Not only do we sell world-class 80% lower receivers for you to make a precision rifle, we are home to the world's first router-based jig to complete milling your lower.

Our jigs allow you to easily take tools found around your home to complete your 80% lower, while producing results similar to a CNC machine in a professional machine shop. Order one of our 80 lower jigs and corresponding toolkits, and the only items you'll need to finish the process at home are:

One of our industry leading jigs and corresponding toolkits

A high quality and precision milled 80% lower

Any standard hand drill or drill press if you're so inclined

A standard router used for woodworking

A little WD40

**UNPARALLELED QUALITY AND ENGINEERING**





Made of heavy machined aluminum here in the USA, these jigs are designed to be used for years. Care is taken in every step of our manufacturing process, with extreme measures in our quality control process to ensure any 80% lower receiver you manufacture will be compatible with the full array of AR-15 or .308 equipment available on the market.

**CHOOSING THE RIGHT JIG**

Choosing a jig is simple! First, what kind of rifle are you looking to build? We offer AR 15 and AR10 jigs designed to milling out AR-15 80% lower receivers or .308 lower receivers for universal milspec compatibility.

Can't decide where you want to start or want to future proof your setup? We offer the world's simplest most versatile multi platform option that allows you to quickly and easily mill out a variety of lowers. The Easy Jig Gen 2 Multi-Platform upended the industry and can be used for years to build a personal collection of homemade firearms.

Ready to hit the ground running? We offer a everything you need to get started in our MinuteMan kit, available with three (3) lower receivers. AR-15 or .308 packages available.

*We stand by all our products with a lifetime guarantee!*

**COLLAPSE**

⌃

Sort by      Featured Items ▽



Easy Jig Gen 3 Multi-Platform - AR-15, AR-9 and .308 80% Lower Jig

★★★★★   908 Reviews

~~$329.99~~ $299.99   **9% OFF**


Norton
SHOPPING
GUARANTEE
11/19/2020





All You Need Kit + (1) 80% Lower

$529.97



All You Need Kit + (3) 80% Lower

$739.94



All You Need Kit + (5) 80% Lower

$939.92



Easy Jig ® Gen 3 Tool Kit

$59.99



RECENTLY VIEWED





Easy Jig® Gen 3 Premium Tool Kit with SpeedCoat

$99.99



Gen 3 Speedmill™

$49.99



Speed Mill™ - Replacement End Mill

$28.99



Speed Mill™ - Replacement End Mill with SpeedCoat

$48.99




Norton
SHOPPING
GUARANTEE
11/19/2020



**Large Router Base - Gen 3 Jig**
★★★★★  1 Review
$39.99



**Universal Drill Press 80% AR-15 Jig**
★★★★★  465 Reviews
$99.99



**80% AR-15 Easy Jig Gen 1**
★★★★★  3388 Reviews
$159.99



**Replacement 1/4 End Mill for Easy Jig Gen 1 - $29.99**
★★★★★  681 Reviews
$29.99


Norton
SHOPPING
GUARANTEE
11/19/2020



5/16" High Speed End Mill for Easy Jig Gen 2
★★★★★  157 Reviews
$39.99



80% .308 Easy Jig Gen 1
★★★★★  577 Reviews
$139.99



Easy Jig Gen 2 Tool Kit
★★★★★  268 Reviews
$49.99



80 Lower Jig Cut Different Lower Receiver Jig Kits for Sale | 80% Arms



Gen 1 Easy Jig Tool Kit

★★★★★  405 Reviews

$44.99



Tool Kit for Universal Drill Press Jig (NOT for Easy Jig)

★★★★★  12 Reviews

$79.99



## 80% BLOG

BY shooters, FOR shooters

## JOIN THE 80% ARMY

Be first to know about promotions and new product launches.

Email

**SUBSCRIBE**

## 100% SATISFACTION GUARANTEED

We stand behind all our products and we're here to support you.

## CALL CUSTOMER SERVICE

## 949-354-2767

Monday-Thursday 12pm to 5pm PST
Closed Friday, Saturday, & Sunday

  

**CATEGORIES**





80% Lower Jigs                          Gun Build Kits

80% Lowers                              Engraving

80% Glock                               Parts & Accessories

Uppers                                  Gift Certificates

**ABOUT US**

Product Manuals

Backorder Information

80 Lower Laws

Blog

**STORE POLICIES**

Terms of Service

Privacy Policy

Shipping Info

Warranty/ Guarantee/ Returns

**CONTACT US**

80 Percent Arms
12282 Monarch St.
Garden Grove, CA 92841
United States of America

**Proudly Manufactured In the USA**

© 2020 80 PERCENT ARMS







Reviews

## PRODUCT DESCRIPTION

## 80% AR 15 Jig Kit

This kit is used for finishing 80% AR-15 receivers into a state ready for use in a complete firearm. Use the drill bits, drill press jig, and steel top plates to accurately mill the fire control group and create a reliable weapon component. AR-15 rifles made in this way will look, feel, and function identically to those by reputable manufacturers.

This is an excellent process for customizing your firearm, learning how it works, and protecting your privacy in the process. Purchasing this AR-15 jig kit for personal use does not require a background check, and your finished rifle will not need serialization in most US States.

## AR-15 Jig Kit Parts Included:

- Drill Press Style Jig
- Includes Drill Bits
- Steel Top Plates

Regardless if you are new to home-built firearms or have a lot of experience, JSD Supply can help. We offer a great range of parts and tools to get the job done in a professional manner.

Our inventory features essential AR jigs and grips to even full kits; making us a one-stop place for your firearm building needs. Everything is fully tested to ensure quality and reliability.

## Features of the AR 15 jig kit:

- Drill press style jig
- Includes Drill Bits
- Steel Top Plates

## Kits for a Smooth Build

Completing an 80% frame in your garage is straightforward with one of our AR 15 jig kits. These kits are designed to work along with a router and drill press to complete your build.

See for yourself why a DIY rifle is the best way to secure protection and privacy. By utilizing an AR 15 jig kit from JSD Supply you can construct a firearm without any background check or government paperwork.

Place your order today with JSD Supply.

## YOU MAY ALSO LIKE...



---

$89.99 $59.99

**OUT OF STOCK**



Jig for 80% P320 Compatible Insert - MUP 1

★★★★★ 28 Reviews

$179.99 $149.99

**ADD TO CART**

---

Case 1:20-cv-06885-GHW    Document 64-21    Filed 12/09/20    Page 12 of 34



**5D Tactical Jig Pro - Multi Platform Router Jig**

★★★★★ 1 Review

~~$289.99~~ $259.99

OUT OF STOCK

**80% AR-15 Receiver - Anodized**

★★★★★ 10 Reviews

~~$89.99~~ $59.99

OUT OF STOCK

**PF940c Full Build Kit**

★★★★☆ 127 Reviews

~~$650.00~~ $429.99

CHOOSE OPTIONS

**80% P320 Compatible Insert - MUP 1**

★★★★⯪ 46 Reviews

~~$149.99~~ $99.99

CHOOSE OPTIONS

## JOIN OUR MAILING LIST for special offers!

Email

JOIN

### Contact Us

1052 New Castle Road
Prospect PA 16052

Phone: (724) 213-9721
Email: info@jsdsupply.com

### Accounts & Orders

Wishlist

Login or Sign Up

Order Status

Shipping & Returns

Sitemap

### Quick Links

FAQ

About Us

Gun Show Schedule

Terms and Conditions

Contact Us

Blog

### Recent Blog Posts

Custom Handgun: The Perks of Having a Custom Firearm

Where to Hit a Deer and Other Tips for a First-Time Hunter

Hunting Tips: How to Prepare for Each Hunting Season

Best Hunting Rifle: Why You Should Build a First-Time Gun

© 2020 JSD Supply | Sitemap


# TACTICAL MACHINING

Home / 80% Lowers / 80% Jigs / 80% LOWER JIG KIT

# 80% LOWER JIG KIT

SKU#: 10006-1-J

**OUT OF STOCK**

Notify me when the price drops

Notify me when this product is in stock

**$99.00**
~~$149.00~~

Be the first to review this product



# Product Information

**Features**

> (1) 80% Lower, Unanodized
>
> (1) 80% AR-15 Lower Jig Kit w/ Replaceable Bushings.
>
> Jig includes three top plates and two side plates with replaceable heat treated bushings.
>
> Our no bull return policy backs you in case you aren't happy or just change your mind.

**80% Lower Jig Kit**

This is a package deal including an 80% Lower and jig packaged together as a single unit. This allows you to save a bit of money when purchasing the kit from Tactical Machining. We also sell the replacement parts individually in case you damage your jig in milling.

Tactical Machining has been manufacturing firearms parts and accessories since 2008. Tactical Machining was the original manufacturer of 80% lowers for the AR platform. No FFLs are required to ship this item as it is not considered a firearm.

**What is an 80% Lower?**

If you're looking for more information on what an 80% lower is we built a good guide explaining the 80% lower builds. We also encourage you to ask questions through the "ask question" button on our website. One of our experts will get back with you regarding an answer.

**What about the rest of your build?**

We offer support through your build once you have completed the 80% lower itself. If you're in need of gas port sizes, we list those. We also provide information on basic troubleshooting on your AR-15 as well.

# Specifications

| | |
|---|---|
| **SKU** | 10006-1-J |
| **Weight** | 3.750000 |
| **Firearm Platform** | AR-15 |
| **Color** | Black |
| **Blemished** | No |

# Reviews

**Quality**



**Value**

**Price**

**Nickname** *

**Summary** *

**Review** *

| SUBMIT REVIEW |

# Frequently Bought Together



**Upper Retension Set Screw**
**$1.99**

**80 Lower**
**$49.00**

**80 Lower 5 Pack**
**$245.00**

**80 Lower 3 Pack**
**$147.00**

| ADD ALL TO CART |   **Total price $541.99**

80% LOWER JIG KIT by Tactical Machining as of 7/22/000000

# Customers Who Bought This Item Also Bought



| 80 Lower | 80 Lower 3 Pack | 80 Lower 5 Pack |
|---|---|---|
| **$49.00** | **$147.00** | **$245.00** |
| ☐ Add to Cart | ☐ Add to Cart | ☐ Add to Cart |

© 2019 TACTICAL MACHINING, LLC

**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)

Home (https://www.5dtactical.com/) > 80% Lower Jigs (https://www.5dtactical.com/80-lower-jigs-s/100.htm)

# 80% Lower Jigs, Jig Parts & Conversion Kits



Choose from our AR-15 or AR-308 80% quality lower receiver jigs. In addition, we offer 80% Lower Jig Conversion Kits (https://www.5dtactical.com/ar-80-jig-conversion-kits-s/115.htm) as a cost saving option as opposed to purchasing two separate complete 5D Tactical jigs. Jig replacement parts (https://www.5dtactical.com/jig-replacement-parts-s/108.htm) are also available for purchase. Our AR-15 and AR-10/AR-308 Router Jigs are the only 80% lower jigs (https://www.5dtactical.com/ar-15-80-lower-jig-p/5d-jig15.htm) that have been specifically optimized for use with a handheld router. We identified common weak points in other router based jigs and addressed them with a fresh mindset and engineering intuition. We offer 80% lowers (https://www.5dtactical.com/80-lowers-s/101.htm) for the AR-15 and AR-308 platforms. Forged AR-15 80% Lowers (https://www.5dtactical.com/ar-15-80-lower-receivers-s/109.htm) as well as custom designed billet AR-15 80% lowers are available at competitive prices. For the DPMS .308 platform we offer a variety of billet DPMS AR-10 80% lower receivers (https://www.5dtactical.com/ar-308-80-lower-receivers-s/110.htm), with matching stripped upper receivers available.





(https://www.5dtactical.com/multiplatform-80-lower-jig-s/154.htm)



(https://www.5dtactical.com/ar-15-80-lower-jigs-s/106.htm)



(https://www.5dtactical.com/ar-308-lower-jigs-s/107.htm)

★ REVIEWS

## MULTIPLATFORM AR-15/AR-9/.308/AR-10 JIG (HTTPS://WWW.5DTACTICAL.COM/MULTIPLATFORM-80-LOWER-JIG-S/154.HTM)

## UNIVERSAL AR-15/AR-9 80% LOWER JIGS (HTTPS://WWW.5DTACTICAL.COM/AR-15-80-LOWER-JIGS-S/106.HTM)

## UNIVERSAL .308/AR-10 80% LOWER JIGS (HTTPS://WWW.5DTACTICAL.COM/AR-308-LOWER-JIGS-S/107.HTM)



(https://www.5dtactical.com/ar-80-jig-conversion-kits-s/115.htm)



(https://www.5dtactical.com/jig-replacement-parts-s/108.htm)

## JIG CONVERSION KITS (HTTPS://WWW.5DTACTICAL.COM/AR-80-JIG-CONVERSION-KITS-S/115.HTM)

## REPLACEMENT PARTS (HTTPS://WWW.5DTACTICAL.COM/JIG-REPLACEMENT-PARTS-S/108.HTM)

Sort By: [Price: High to Low ▾]   [Go]

[30 per page ▾] **Page** [1] **of 1**


Norton
SHOPPING GUARANTEE
11/19/2020



(https://www.5dtactical.com/product-p/5d-fbk.htm)
The Freedom Kit - AR-15/.308 Jig and 80% Lower Kit
(https://www.5dtactical.com/product-p/5d-fbk.htm)
Price: $484.95

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DFBK)

★ REVIEWS



(https://www.5dtactical.com/multiplatform-80-lower-jig-p/40105-mp.htm)
The Router Jig PRO Multiplatform - AR-15/AR-9/AR-45/.308/AR-10
(https://www.5dtactical.com/multiplatform-80-lower-jig-p/40105-mp.htm)
Price: $289.98

Add To Cart   (/ShoppingCart.asp?ProductCode=40105%2DMP)



(https://www.5dtactical.com/ar-15-80-lower-jig-p/40105.htm)
The AR-15/AR-9/AR-45 Router Jig PRO - Universal 80% Lower Receiver Jig
(https://www.5dtactical.com/ar-15-80-lower-jig-p/40105.htm)
Price: $219.99

Add To Cart   (/ShoppingCart.asp?ProductCode=40105)



(https://www.5dtactical.com/ar-308-80-lower-jig-p/5d-jig308.htm)
The .308/AR-10 Router Jig PRO - Universal AR-308/AR-10 80% Lower Receiver Jig
(https://www.5dtactical.com/ar-308-80-lower-jig-p/5d-jig308.htm)
Price: $219.99

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DJIG308)



(https://www.5dtactical.com/pro-308-ar10-conversion-kit-p/5d-pro-15-kit.htm)
Router Jig PRO AR-15/AR-9 Conversion Kit
(https://www.5dtactical.com/pro-308-ar10-conversion-kit-p/5d-pro-15-kit.htm)
Price: $69.99

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DPRO%2D15%2DKIT)



(https://www.5dtactical.com/pro-308-ar10-conversion-kit-p/5d-pro-308-kit.htm)
Router Jig PRO .308/AR-10 Conversion Kit
(https://www.5dtactical.com/pro-308-ar10-conversion-kit-p/5d-pro-308-kit.htm)
Price: $69.99

Add To Cart   (/ShoppingCart.asp?ProductCode=5D%2DPRO%2D308%2DKIT)





(https://www.5dtactical.com/full-size-router-adapter-p/15043000-large.htm)
Full-Size Router Plate
(https://www.5dtactical.com/full-size-router-adapter-p/15043000-large.htm)
Price: $29.99

Add To Cart    (/ShoppingCart.asp?ProductCode=15043000%2DLARGE)



(https://www.5dtactical.com/ar-15-308-guide-pin-p/5d-007.htm)
Guide Pin Set - AR-15/AR-308 Router Jig
(https://www.5dtactical.com/ar-15-308-guide-pin-p/5d-007.htm)
Price: $24.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D007)



(https://www.5dtactical.com/ar-308-qr-pins-p/5d-3008.htm)
Quick Release Pins - AR-308 Router Jig
(https://www.5dtactical.com/ar-308-qr-pins-p/5d-3008.htm)
Price: $14.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D3008)



(https://www.5dtactical.com/ar-15-qr-pins-p/5d-008.htm)
Quick Release Pins - AR-15 Router Jig
(https://www.5dtactical.com/ar-15-qr-pins-p/5d-008.htm)
Price: $14.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D008)



(https://www.5dtactical.com/adapter-block-p/5d-002b.htm)
Router Adapter Side Block
(https://www.5dtactical.com/adapter-block-p/5d-002b.htm)
Price: $9.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D002B)



(https://www.5dtactical.com/replacement-bearing-p/5d-b200.htm)
Router Adapter Bearing
(https://www.5dtactical.com/replacement-bearing-p/5d-b200.htm)
Price: $4.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DB200)



(https://www.5dtactical.com/80-lower-jig-parts-p/5d-pro-parts.htm)
Router Jig PRO Replacement Parts
(https://www.5dtactical.com/80-lower-jig-parts-p/5d-pro-parts.htm)

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DPRO%2DPARTS)


Norton
SHOPPING
GUARANTEE
11/19/2020

# Finish Your 80% Lower Receiver with Our 80% Lower Jigs

At 5D Tactical, we feature innovative 80% lower jigs for builders of AR-15 and AR-308 80 percent lower receivers. Our quality lower receiver jigs are constructed of solid steel and high-grade aluminum alloy to ensure reliable reuse when you want to complete several 80% lowers.

## High-Performance Tools

We have AR-15 and AR-10 router jigs available for you to order online. Our 5D Tactical router jigs are the only 80 percent lowers solely designed and optimized to be used with a handheld router. Our engineering experts have identified weak points with other router jigs and now offer you a selection of custom-designed billet AR-15 80% lower jigs. We also offer forged and billet AR-15 80% lowers.

★ REVIEWS

80% lower receiver jigs come with safeguards to ensure that you don't mill out more than needed or drill too deep. Shop quality lower receiver ... t our online store at competitive prices.

## Easy to Use

Do you want the capability to quickly and easily finish 80 percent lower receivers for your AR-15 platform? We feature several YouTube videos and written instructions for our 80% lower jigs, making each task simple and easy to follow. With clearly labeled individual components, you can follow our simple coordination process with the instructions provided to ensure an easy and efficient AR-15 build.

At 5D Tactical, we strive to bring you innovative tools designed to build custom firearms. Whether you want 80% lower jigs or other parts to complete your next build, we're your trusted experts for AR-15 and AR-308/AR-10 lower and upper receivers.

To learn more about our quality lower receiver jigs, tools and AR parts, please contact us by phone at 508-834-4223 or email us at sales@5dtactical.com.

## SIGN UP FOR OUR E-NEWSLETTER    EMAIL ADDRESS

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

(https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/) (https://www.youtube.com/c/5dtactical) (https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

     

(https://www.geotrust.com/ssl/)



  

(/view_cart.asp)

(/)

| Search | Q |
|---|---|

Home (/)  |  Products (/Products_c_208.html)  |
United Defense AR-15 80% Jig (https://davidsondefense.com/United-Defense-AR-15-80-Jig_p_7924.html)

Prev
(JMT-AR-15-Equalizer-80-Polymer-Lower-with-Jig_p_6540.html)

                                                                                    Next

(Custom-Deal-AR-15-80-Lower-Build-Kit-featuring-JMT-Equalizer-80-Polymer-Lower-with-Jig-KAK-Industries-Complete-Mil-Spec-Lower-Parts-Kit-LPK_p_8954.html)





Click to expand
(assets/images/74859.jpg)
United Defense AR-15 80% Jig

◁ EMAIL A FRIEND

# United Defense AR-15 80% Jig

Your Price: $71.99
Retail Price$89.99
You Save:$18.00(20%)
**Part Number:** 74859
Availability: In Stock.

Quantity    1 + −   🛒 Add to Cart

- Description

Description

## United Defense AR-15 80% Jig

 Support

**The United Defense AR-15 80% Jig Kit is all you need to complete the final machining process to turn your 80% AR-15 Receiver into a working stripped lower receiver.**

## Includes:

AR-15 Jig Side Plates

2 - Jig Top Plates

All hardware necessary to secure jig and top plate to 80% Lower Receiver

**Note: ***Cannot ship this Product to the State of New Jersey*****

Please note: If the listing says "In-Stock" it means we have the item(s) in stock. Please check this LINK (https://davidsondefense.com/Shipping-Order-Status-Update_ep_50-1.html) to view our most up to date shipping status.

Warranty, Returns & Terms: Davidson Defense offers a 30 day return, refund and exchange policy. You must email or call Davidson Defense and obtain an RMA number prior to any return, refund, or exchange. All returns must include the original order number, receipt or invoice, along with the customers billing address, shipping address, contact phone numbers, contact emails, and RMA number. Returns, refunds, and exchanges may take up to two weeks, not including transit times, for processing after we have received return product. Return shipping costs will be the responsibility of the returning party, with the exception of the wrong item being received or on warranty exchange during the first 30 days after delivery. Items returned for warranty will only be replaced or exchanged, no refund given on warranty items.

# RELATED ITEMS



SALE



Combo Deal Stock and Pistol Grip Furniture Set: Featuring A*B Arms + FAB Defense (Combo-Deal-Stock-and-Pistol-Grip-

~~$244.99~~ **$129.99**

In Stock.

Combo Deal AR-15 Starter Kit Featuring: 16" 5.56 NATO Barrel 1-8T, 15" M-Lok Handguard, Gas Tube, Muzzle Device w/ Crush

**$174.99**

In Stock.

| ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=12502&CAT_ID=0) | ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=12529&CAT_ID= |
| --- | --- |





Combo Deal AR-15 Starter Kit Featuring: 16" 5.56 NATO Barrel 1-8T, 15" Unique AR Handguard, Gas Tube, Muzzle Device w/

**$184.99**

Davidson Defense "Orlando" AR-15 Upper Receiver 16.5" 5.56 NATO 4150 CMV QPQ Nitride 1-7T Barrel 15" M-Lok Handguard

**$234.99**

United Defense AR-15 80% Jig - 7924

In Stock.                                                In Stock.

| ADD TO CART (ADD_CART.ASP?QUICK=1&ITEM_ID=12585&CAT_ID=0) | SELECT OPTIONS (ADD_CART.ASP?QUICK=1&ITEM_ID=12631&CAT_ |

# Recently Viewed Items

TURN HISTORY OFF

Pages                                                                                    ⌄

©Copyright 2020 Davidson Defense INC. All Rights Reserved.

333 N State St. Orem, Utah 84057
United States Of America
833-496-6401

   

United Defense AR-15 80% Jig - 7924/



United Defense AR-15 80% Jig



Quality & Value Since 2014

(0)

What are you looking fo

Home  /  Universal 80 Lower Jigs  /  Universal AR -308, -15, -9,-45 and AR-10 80% Lower Jig - Router Jig Extreme™



                



Get Notifications



Router Jig Extreme Universal 80 Lower Jig

What are you looking fo

(0)

VERSION]:

◯ None
◯ Router Jig Extreme SpeedMILL™ - Version 1
◯ Router Jig Extreme SpeedMILL™ - Version 2
◯ Router Jig Extreme SpeedMILL™ - Version 3
◯ Router Jig Extreme SpeedMILL™ - Version 4

STARTING AT $39.95 • ADD A 80 LOWER RECEIVER TO YOUR JIG ORDER (SELECT ONE):

◯ None
◯ AR 80% Lower Receiver - Billet - Raw
◯ AR 80% Lower Receiver - Billet - Black Anodized
◯ AR 80% Lower Receiver - Forged - Black Anodized
◯ ~~AR 80% Lower Receiver - Forged - Raw~~

| ADD TO WISH LIST | ⌄ |



f  ✉  🖨  🐦  𝒫

**Recommend** 207

## DESCRIPTION  —

# CURRENT STATUS - BACKORDERED



Get Notifications ⊗



Quality & Value Since 2014

| What are you looking fo |

(0)

# MODULUS ARMS ROUTER JIG EXTREME™

The new Modulus Arms Router Jig Extreme™ is the fastest to use, highest quality, most universal 80% lower jig on the market. Don't just take our word for it, see for yourself risk-free with our **100% money back satisfaction guarantee*. If you don't love our jig, we will give you a full refund!**

The Router Jig Extreme™ comes in one fully universal model that fits *all AR-15, DPMS style .308, and AR-9 lowers. There is no need to buy any extra add on parts for .308 compatibility. The standard model is fully universal right out of the box. Modulus Arms invented the first fully universal router jig, and we've once again raised the bar.

 **The SpeedMILL™ is required for use with the Modulus Arms Router Jig Extreme™ and is not included. Previous generation Modulus Arms end mills will not work with this jig for your 80 lower build.**

<u>Features</u>:
- The fastest 80% Lower jig on the market, capable of finishing an AR-15 80% lower in a record setting sub 45 minute time.
- Switch between AR-15, AR-9, AR-45 or .308 lowers in seconds.
- All wear surfaces are made with hardened steel.
- Our router attachment plate uses a proprietary one piece solid guide pin system to trace fire control group pocket profile guides, ensuring the end mill never touches the jig. This eliminates wear - extending the life of your 80 lower Router Jig Extreme™.
- The Router Jig Extreme™ utilizes a heat fit (a.k.a. shrink-fit) end mill holder which provides increased rigidity over a standard length carbide end mill.
- 1.5 in thick no-touch side plates keep your drill bit stable when drilling with a hand drill.
- Only 1 hole needs to be drilled before milling.
- Patented integrated depth gauges tell you how deep to mill and eliminate the need for any measuring.
- Patented integrated vacuum attachment allows you to attach a standard vacuum hose, greatly reducing the mess created by chips.
- Easy to follow illustrated instruction booklet included.

<u>If adding a Modulus Arms SpeedMill™ end mill, please check this table to confirm your correct Router and the appropriate **SpeedMill™**</u>



| ROUTER | SpeedMill™ SELECTION |
|---|---|
| BOSCH PR10E | SpeedMill #V1 |

Get Notifications



Quality & Value Since 2014

What are you looking fo

(0)

| MAKITA RT0701C | SpeedMill #V3 |
| --- | --- |

**THESE ALL REQUIRE THE ADDITIONAL FULL-SIZE ROUTER PLATE**

| BOSCH 1617EV | SpeedMill #V4 |
| --- | --- |
| BOSCH 1617EVS | SpeedMill #V4 |
| CRAFTSMAN 2767 | SpeedMill #V4 |
| CRAFTSMAN 27683 | SpeedMill #V4 |
| CRAFTSMAN 50429 | SpeedMill #V4 |
| DEWALT DW616 | SpeedMill #V4 |
| DEWALT DW618 | SpeedMill #V4 |
| HITACHI M12VC | SpeedMill #V4 |



Router Jig Extreme™ requires our SpeedMill™, a proprietary shrink fit end mill for use. It is available as part of our complete tool kit, or individually on its own.
You can also add it to your order by selecting the correct version above.

**The Router Jig Extreme™ is the only jig in the world backed by a 100% satisfaction guarantee. If you don't love this jig, send it back for a full refund.***

Protected by multiple issued and pending US Patents.

Modulus Arms "Router Jig Extreme™" Instruction Manual

*Satisfaction guarantee policy details
*It is possible that some very rare, oddly shaped non-milspec designs won't fit. In the unlikely event your lower doesn't fit, you may return the jig for a full refund.




Get Notifications

 

What are you looking fo

(0)



**Modulus Arms Router Jig Extreme**

Secure yours today: https://www.modulusarms.com/ The new Modu...

# RELATED PRODUCTS

   

AR 80% LOWER RECEIVER - BILLET - BLACK ANODIZED

$99.99

AR 80% LOWER RECEIVER - BILLET - RAW

$89.99

ROUTER JIG EXTREME™ TOOL KIT W/SPEEDMILL™

$53.99

ROUTER JIG EXTREME SPEEDMILL™

$43.99

# CUSTOMERS ALSO VIEWED

    

Get Notifications

 

What are you looking fo

(0)

## CATEGORIES ⌄

Universal 80 Lower Jigs
80 Lower Receivers
Upper Receivers
Parts & Accessories

## INFORMATION ⌄

Email Us!
100% Customer Lifetime Guarantee
Shipping & Return Policies
Privacy Policy
Terms of Service
About Us
Sitemap

## Modulus Arms | 80% Lower Receivers and 80 Lower Jigs

Modulus Arms
7108 Katella
Suite 411
Stanton, CA 90680

  

© 2020 Modulus Arms | 80% Lower Receivers and 80 Lower Jigs



Get Notifications ✕



Due to high volume of orders shipping times are 14-21 Business Days. We apologize for inconvenience thank you for your patience.

Call Us:
**(386) 255-7860**

♡ 0      🛍 0

Search product...   🔍

AR-15 ⌄     AR-10 ⌄     .300 Blackout ⌄     AR 9MM ⌄     Handguns ⌄     Accessories & Optics     Jigs

My account

Home   >   AR-15   >   AR-15 80% Lowers   >   AR-15 80% Lower Receiver Black + Jig Kit



      

‹                                                                                                                ›

# AR-15 80% Lower Receiver Black + Jig Kit
## $139.99

‹   ›

✅ IN STOCK

[ 1 ]   **ADD TO CART**

♡ Add to wishlist        ⇄ Compare

**SKU:** SKU-32

**CATEGORIES:** AR-15 80% Lowers, Jigs

**TAGS:** 80 Lower, AR-15

SHARE   f   🐦   📌   G+   in

Description       Additional information

- This 80 percent lower receiver for sale comes with an AR-15 jig kit.
- This 80 percent lower receiver is machined to mil-spec (US defense standard tolerances.)
- This lower receiver includes a fully broached magwell for the optimal fit .
- This product requires additional machining.

Completing your 80 percent lower receiver requires specific tools and skills. Invest in this 80 percent lower receiver for sale with an AR-15 jig kit to conveniently complete your build. The jig included with this lower has three interchangeable top plates to mill the fire control group, side plates fitted with drill bushings for proper trigger and hammer pin drilling, and complete instructions to help you complete your build. Additional machining for the trigger slot and safety selector hole will also be required. Keep shopping our rifle parts to find other AR kits for sale.

- Machined to mil-spec tolerances
- Forged from 7075-T6 aluminum

**PDF Instruction Document**

**Video Review**



ThunderGuns Review

## Related Products

Add our new arrivals to your weekly lineup



| AR-15/9mm Jig Kit | 12″ Free Float Quad Rail | .308 Milling Plates | AR-15 16″ Sta |
| --- | --- | --- | --- |
| | | | .223 Wylde 1/ |
| $78.95 | $53.99 | | |
| | | | $114.99 |

**IMPORTANT LINKS**            **POPULAR PRODUCTS**



At Thunder Tactical, we pride ourselves on product quality, honesty, integrity, and outstanding customer service. With this philosophy, we take excellent care of every customer and help in selecting that perfect piece. We are in constant communication with our customers, striving to improve our services and products.

**NEED HELP?**

**(386) 255-7860**

    

Copyright © Thunder Guns LLC. All Right Reserved.

About Us

Terms And Conditions

Privacy Policy

Shipping & Returns

Blog

Contact

Jigs

AR-15 80% Lowers

AR-15 Parts

AR-10 Parts

9MM Parts

T19

**NEWSLETTER**

Sign up for our e-mail to get latest news.

| Your email address... | SUBSCRIBE |

