# Exhibit 22



Overview

Reviews

## PRODUCT DESCRIPTION

# Gun Receiver Mill Kit For DIY Firearm Builds

Finish your next firearm using the gun receiver mill kit. Our tools and parts will help you construct the rifles and handguns that look, feel, and operate like any genuine product on the market. Our brands are some of the most well-known names in the industry. Be a part of the DIY weapon revolution without the cost or hassle.

The 5D Tactical Ready Mill Tool Kit is the best kit for finishing your 80% lower receiver. It is the toughest gun mill tool kit on the market and comes complete with a no-slip Ready Mill tool holder, and three drill bits to ensure you get the job done right.

## Tools Included

- ReadyMILL (Choose size below based on your router model)
- 3/8" Black and Gold High-Speed Steel Drill Bit
- 21/64" Black and Gold High-Speed Drill Bit
- 5/32" Black and Gold High-Speed Drill Bit

## Size A

- Bosch PR10E
- Bosch PR20EV
- DeWalt DWE6000
- Porter-Cable 6430
- Porter-Cable 6435
- Rigid R24012

## Size B

- Craftsman 28212
- DeWalt DWP611
- Porter-Cable 450

## Size C

- Makita RT0701C

## Professional Quality

Completing your 80% lower receiver is easy when you use this gun receiver mill kit. With all the tools included, you will find a straightforward and simple process. While anyone can build their own gun, it does take some experience and knowledge of the milling process to ensure you do it successfully. With the right amount of know-how and the best tools, you can successfully build your own gun. You provide the knowledge and we provide the supplies! We have what you need for your DIY build from frames to gun mill tool kits.

Order this gun receiver mill kit today and DIY the gun you've always dreamed of owning.

## YOU MAY ALSO LIKE...



SALE

---

$85.00 $54.99

**ADD TO CART**



Apex Flat-Faced Action Enhancement Trigger for Sig

★★★★★ 2 Reviews

$39.99

**ADD TO CART**



**5D Tactical Jig Pro - Multi Platform Router Jig**

★★★★★ 1 Review

~~$289.99~~ $259.99

**OUT OF STOCK**

**PF940c Full Build Kit**

★★★★⯪ 123 Reviews

~~$650.00~~ $429.99

**CHOOSE OPTIONS**

**80% AR-15 Receiver - Anodized**

★★★★★ 10 Reviews

~~$89.99~~ $59.99

**OUT OF STOCK**

**80% P320 Compatible Insert - MUP 1**

★★★★★ 43 Reviews

~~$149.99~~ $99.99

**CHOOSE OPTIONS**

## JOIN OUR MAILING LIST for special offers!

Email

**JOIN**

### Contact Us

1052 New Castle Road
Prospect PA 16052

Phone: (724) 213-9721
Email: info@jsdsupply.com

### Accounts & Orders

Wishlist

Login or Sign Up

Order Status

Shipping & Returns

Sitemap

### Quick Links

FAQ

About Us

Gun Show Schedule

Terms and Conditions

Contact Us

Blog

### Recent Blog Posts

Custom Handgun: The Perks of Having a Custom Firearm

Where to Hit a Deer and Other Tips for a First-Time Hunter

Hunting Tips: How to Prepare for Each Hunting Season

Best Hunting Rifle: Why You Should Build a First-Time Gun

© 2020 JSD Supply | Sitemap

# TACTICAL MACHINING

Home   /   80% Lowers   /   80% Jigs   /   80% AR-15 Router Tooling

# 80% AR-15 Router Tooling

SKU#:  10285

**OUT OF STOCK**

Notify me when the price drops

Notify me when this product is in stock

**$35.00**                                                    1  Review



# Product Information

### Features

> 5/32" Drill Bit (Hammer & Trigger)
>
> 1/4" Drill Bit (Trigger Roughing)
>
> 3/8" Drill Bit (Safety)
>
> Compatible with many 80% lowers
>
> For use with our router jig
>
> Our no bull return policy backs you in case you aren't happy or just change your mind.

### 80% Lower

Looking for 80% AR-15 Lowers? This is the most commonly built and the lower that started it all. Currently all of our 80 lower offerings are from Cerro and have the ability to be laser engraved as well as anodized. We also offer AR-15 handguards and AR-15 Upper receivers for completing your build. If you want all three, check out our 80% Build kits.

Tactical Machining has been manufacturing firearms parts and accessories since 2008. Tactical Machining was the original manufacturer of 80% lowers for the AR platform. No FFLs are required to ship this item as it is not considered a firearm.

### What is an 80% Lower?

If you're looking for more information on what an 80% lower is we built a good guide explaining the 80% lower builds. We also encourage you to ask questions through the "ask question" button on our website. One of our experts will get back with you regarding an answer.

### What about the rest of your build?

We offer support through your build once you have completed the 80% lower itself. If you're in need of gas port sizes, we list those. We also provide information on basic troubleshooting on your AR-15 as well.

# Specifications

| | |
|---|---|
| **SKU** | 10285 |
| **Weight** | 0.500000 |
| **Firearm Platform** | AR-15 |
| **Color** | Black |

**Blemished**            No

# Reviews (1)

**Decent kit for a fair price**

First, the drill press/router method is a huge game changer in 80%s. No longer is a vertical mill the best way to do these and most people don't have access nor experience with a mill. I have instructed several folks to do the drill/router method while watching them do it and give them pointers. It takes about 2 hours for someone who is used to working with power tools and 2.5 hours if not.

I've helped 4 people use these tool kits and they made 5 lowers. It seems we get about 2 lowers completed and the tooling is about toast. The 3/8" drill bit gets pretty dull by the end of the second lower and the mill is about shot after 2 too. This works to roughly $20 per lower for tooling minus the jigs. I don't think that's a bad cost per lower.

The lock collar in this kit has not worked well for us. I bought a lock collar on Amazon for $2.11 that clamps around the bit instead of like this one that is trying to get a set screw to bite into a very hard drill bit. The clamp style holds well as the one with this kit works loose and won't hold the depth well.

I personally have a nice USA made mill I got on Amazon, and some drill bits for production machining. I can tell you I paid a lot more for that tooling than this kit cost. If you want to do 1 or 2 this kit is terrific especially if you are ordering lowers and or a jig. If you want to make more look for better tooling.

Hope this honest review helps someone. I milled my first two, routered my third, and helped others router 5 more so I am familiar with this process and tool kit.

Review by Jaydub 12/27/15

**Quality**

☆☆☆☆☆

**Value**

☆☆☆☆☆

**Price**

☆☆☆☆☆

**Nickname** *

**Summary** *

**Review** *

**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)

Home (https://www.5dtactical.com/) > Tools (https://www.5dtactical.com/jig-tools-s/102.htm)

# 80% Lower Jig Tools

Our Hybrid End Mill (https://www.5dtactical.com/end-mill-80-lower-p/5d-300.htm) has been thoroughly optimized by our engineers to produce the fastest, highest quality milling results when finishing an 80 percent lower with one of our 80% Lower Jigs (https://www.5dtactical.com/80-lower-/100.htm). Purchase our jig tools to add all the high-quality drilling tools needed for your 80% lower build here.



actical specializes in custom AR builds as well as selling a unique range of tools that you may need to finish your 80% AR build. Get our lete 80% Lower Jig Tool Kit (http://www.5dtactical.com/80-lower-tool-kit-p/5d-k300.htm) that comes with all the essential drilling tools ed for use with our 80% Router Jigs. Our 3-Flute Hybrid End Mill (https://www.5dtactical.com/end-mill-80-lower-p/5d-300.htm)has been ughly optimized for milling AR-15 and AR-308 80% lower receivers with a handheld router.

**REVIEWS** ★

**Sort By:** Price: High to Low ▾   Go          30 per page ▾ **Page** 1   of 1





★ REVIEWS

(https://www.5dtactical.com/80-lower-jig-tool-kit-p/5d-pk300.htm)
Router Jig PRO Tool Kit
(https://www.5dtactical.com/80-lower-jig-tool-kit-p/5d-pk300.htm)
Price: $54.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2DPK300)



(https://www.5dtactical.com/end-mill-80-lower-jig-p/22000.htm)
Router Jig PRO ReadyMILL
(https://www.5dtactical.com/end-mill-80-lower-jig-p/22000.htm)
Price: $44.99

Add To Cart    (/ShoppingCart.asp?ProductCode=22000)



(https://www.5dtactical.com/end-mill-80-lower-p/5d-300.htm)
5/16" Hybrid End Mill (Original Router Jig Only)
(https://www.5dtactical.com/end-mill-80-lower-p/5d-300.htm)
Price: $39.99

Add To Cart    (/ShoppingCart.asp?ProductCode=5D%2D300)

(https://www.5dtactical.com/80-lower-end-mill-p/22000-em.htm)
ReadyMILL Replacement End Mill
(https://www.5dtactical.com/80-lower-end-mill-p/22000-em.htm)
Price: $27.99

Add To Cart    (/ShoppingCart.asp?ProductCode=22000%2DEM)

## Perfect Tools for DIY Projects

Whether you want a complete AR 15 or AR-308 80% lower, we have the perfect tools for use with our AR-15 and AR-308 Router Jig products. Check our 80% lower jig tool kits that contain necessary jig tools that help you complete lower receiver build. Our tools are constructed with the highest quality materials to ensure the best performance at a great value.

Find additional parts and accessories for your firearm by browsing our selection of AR-15 parts. (https://www.5dtactical.com/complete-upper-receivers-s/127.htm)

## Tools to Keep at Hand

At 5D Tactical, we stock the professional tactical tool kits you need to build a rifle from the ground up for a custom-built firearm that will last for years to come. If you need additional information about our drilling tool kits, we're always happy to help you. Contact us now!



N UP FOR OUR E-NEWSLETTER     EMAIL ADDRESS

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL

 (https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)  (https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

(https://www.geotrust.com/ssl/)

★ REVIEWS

80% Receiver | TN Arms Co. Holzarms



What are you looking for?

🛒 (0)

Home  /  Receivers  /  AR15 80% Receiver w Drilling Jig*New Model Presale*



 

**SALE**

# AR15 80% Receiver w Drilling Jig*New Model Presale*

~~$58.99~~ **$72.05**

☆☆☆☆☆   (No reviews yet)    ➕ **Write a Review**

**Weight:**   1.10 LBS



# AR15 80% DRILLING JIG

# **EXPECTED DELIVERY JANUARY 2021**

# HYBRID POLYMER 80% WITH METAL INSERTS IN KEY AREAS

Using the proven design of our TNARMS-15 and TAC-9 we are changing gears and offering the same design but in the home builders option of an 80% receiver. These receivers finish exactly like our current AR-15 style 80% receivers but includes the beefier trigger area of the TAC-9

What are you looking for?

**drilling jig. We are expecting a Thanksgiving release in all normal colors of Black, Flat Dark Earth, Rifle Green, OD Green, and Stealth Grey.**

**AR15 80% w/jig comes with a one time use jig and trigger hole guide. All you need is a drill press and the following bits to complete your 80% project which can be purchased here Drill Bits & End Mill Kit**

- **7/16" End Mill**

- **5/16" Drill Bit**

- **3/8" Drill Bit**

- **5/32" Drill Bit**

**All 80's will be shipped to the address in the "Shipping Address" portion of the checkout process . If you have special shipment needs , please list them in the "Comments" section of the checkout process.**

Return and Exchange policy: We will only accept returns and exchanges on unaltered 80% blanks. Any manufacturing defects or exchanges will be processed on a case by case basis.

RELATED PRODUCTS +

CUSTOMERS ALSO VIEWED +



What are you looking for?                                                                        (0)

Receivers
Bundle Packs
Populated Lowers
80% Receivers
Complete Lower Receiver
Display Only (CLEAR) Models
Apparel
Engraving Service
Parts
Gift Certificates

**INFORMATION** ⌄

FFL Locator
Login
Other Pages
Sitemap

**FOLLOW US**



# Tennessee Arms Company, LLC

708 E Court Street
Dyersburg TN 38024

731-334-5106

AMERICAN EXPRESS     DISCOVER     mastercard     VISA     amazon pay     G Pay                © 2020 Tennessee Arms Company, LLC