# Exhibit 24






# EASY JIG, Gen 3, MULTI-PLATFORM
## AR-15/AR-9 & AR-10/LR308

### USER MANUAL

V1.0

# TABLE OF CONTENTS

WELCOME..................................................................................3

WARNING & SAFETY NOTICES.................................................4

JIG HARDWARE SET.................................................................5

ROUTER ADAPTER HARDWARE SET.......................................5

REQUIRED TOOLS...................................................................5

IMPORTANT POWER TOOL SAFETY NOTICE............................6

ASSEMBLY & DESIGN..............................................................6

ROUTER INFORMATION...........................................................6

ROUTER ADAPTER PLATE INSTALLATION................................7

OTHER ALTERNATE R.A.P. INSTALL METHOD..........................9

LARGE ROUTER ADAPTER PLATE INSTALLATION.....................10

JIG ASSEMBLY........................................................................11

CORRECT VISE MOUNT...........................................................15

DRILLING OR MILLING.............................................................16

DRILLING THE PILOT HOLE.....................................................17

MILLING THE FIRE CONTROL POCKET.....................................18

MILLING TEMPLATE 2..............................................................21

MILLING TEMPLATE 3..............................................................21

DRILLING TRIGGER, HAMMER, & SELECTOR HOLES................22

FINISHING...............................................................................23

TROUBLESHOOTING................................................................24

COATING.................................................................................24

WARRANTY..............................................................................25

LEGAL NOTICE........................................................................25

TRADEMARK / PATENTS..........................................................25

APPENDIX...............................................................................26

# WELCOME

THE 80 PERCENT ARMS EASY JIG® GEN 3 MULTI-PLATFORM MILLING SYSTEM IS THE ULTIMATE 80% ROUTER JIG ON THE MARKET. THIS HIGH QUALITY CNC PRECISION MACHINED JIG IS THE MOST DURABLE, COST EFFECTIVE, EASY TO USE, AND FASTEST WAY TO EFFORTLESSLY FINISH YOUR 80% LOWERS



# WARNING & SAFETY NOTICES

READ ALL INSTRUCTIONS AND WARNINGS BEFORE USING THE PRODUCT. DO NOT USE THIS PRODUCT IF YOU DO NOT UNDERSTAND THE INSTRUCTIONS AND WARNINGS. FAILURE TO CLOSELY READ AND COMPLY WITH LISTED INSTRUCTIONS AND WARNINGS MAY RESULT IN DAMAGE TO PROPERTY, SERIOUS INJURY, OR DEATH. DO NOT USE THIS PRODUCT IF YOU CANNOT LAWFULLY PURCHASE A FIREARM.

THIS MANUAL SHOULD ALWAYS ACCOMPANY YOUR JIG AND BE TRANSFERRED WITH IT UPON CHANGE OF OWNERSHIP. A COPY OF THE MANUAL CAN BE DOWNLOADED FOR FREE FROM THE LINK BELOW:

WWW.80PERCENTARMS.COM/PAGES/MANUALS

USING THIS PRODUCT ON AN 80% LOWER WILL CONVERT THE 80% LOWER INTO A FIREARM. EVEN IF THE 80% LOWER IS NOT FULLY MILLED TO COMPLETION, IT WILL STILL BE LEGALLY CONSIDERED A FIREARM. IT IS YOUR RESPONSIBILITY TO COMPLY WITH ALL FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS REGARDING THE OWNERSHIP, POSSESSION, AND TRANSPORTATION OF A FIREARM. CERTAIN CONFIGURATIONS OF THE LOWER CREATED BY THE END-USER WITH AN UPPER MAY SUBJECT THE FIREARM TO CLASSIFICATION UNDER THE NATIONAL FIREARMS ACT, WHICH IMPOSES REGISTRATION, TAXES, AND OTHER REQUIREMENTS ON THE OWNERS OF SUCH FIREARMS.

WORKING WITH POWER TOOLS AND CUTTING METAL IS INHERENTLY DANGEROUS. USE SAFETY EQUIPMENT AND FOLLOW ALL SAFETY INSTRUCTIONS PROVIDED BY THE POWER TOOL'S MANUFACTURER. BY USING THIS PRODUCT YOU AGREE THAT YOU ARE AWARE OF THESE RISKS, AND AGREE NOT TO HOLD 80 PERCENT ARMS LIABLE FOR ANY INJURIES OR PROPERTY DAMAGE THAT MAY OCCUR THROUGH THE USE OF OUR PRODUCTS. PROCEED AT YOUR OWN RISK.

80 PERCENT ARMS WARNS ALL USERS OF OUR PRODUCTS TO EXERCISE EXTREME CAUTION IN THE HANDLING OF ANY FIREARM. BECAUSE ANY FIREARM IS POTENTIALLY DANGEROUS, THE USER SHOULD SUCCESSFULLY COMPLETE A RECOGNIZED FIREARMS SAFETY COURSE BEFORE HANDLING OR EMPLOYING ANY FIREARM. BEFORE ATTACHING YOUR FINISHED LOWER RECEIVER TO AN UPPER RECEIVER, ENSURE THAT THE SAFETY AND TRIGGER MECHANISMS ARE FUNCTIONING PROPERLY. THIS MUST BE DONE BEFORE THE LOWER RECEIVER IS ATTACHED TO AN UPPER RECEIVER OR MADE CAPABLE OF FIRING. IF YOU ARE NOT AN EXPERIENCED GUNSMITH, PLEASE TAKE YOUR COMPLETED LOWER RECEIVER TO A LICENSED GUNSMITH WHO CAN ENSURE THAT IT IS FUNCTIONING PROPERLY, AND THAT THE SAFETY IS IN GOOD WORKING ORDER. REMEMBER, YOU ARE THE MOST IMPORTANT SAFETY DEVICE WHEN IT COMES TO THE SAFE HANDLING OF YOUR FIREARMS. BY USING OUR PRODUCT YOU FURTHER AGREE THAT 80 PERCENT ARMS WILL NOT BE HELD LIABLE FOR ANY PERSONAL INJURY, DEATH OR PROPERTY DAMAGE THAT RESULTS FROM THE USE OF ANY FIREARM CREATED WITH OUR PRODUCTS. IF YOU DO NOT AGREE TO THESE TERMS, PLEASE DO NOT USE THIS PRODUCT, AND CONTACT US TO RETURN YOUR UNUSED PRODUCT FOR A REFUND.

UNDER NO CIRCUMSTANCES SHALL 80 PERCENT ARMS BE RESPONSIBLE FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES WITH RESPECT TO ECONOMIC LOSS, INJURY, DEATH OR PROPERTY DAMAGE, WHETHER AS A RESULT OF BREACH OF WARRANTY, NEGLIGENCE OR OTHERWISE. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

# JIG HARDWARE SET



A - TOP PLATE
B - SIDE WALL (2)
C - FRONT TAKEDOWN PIN BLOCK - MP*
D - FRONT TAKEDOWN PIN BLOCK - AR15*
E - BUFFER SCREW SUPPORT
F - BUFFER SCREW
G - DRILL BLOCK
J - JIG SCREWS (10) (8-32 x 5/8)
K - BUFFER SUPPORT SCREWS (2)
L - 7/64 HEX KEY
N - AR-15/AR-9 TAKEDOWN PIN
O - LR-308/AR-10 TAKEDOWN PIN
*ONLY ONE TAKEDOWN PIN BLOCK IS INCLUDED WITH THE JIG KIT DEPENDING ON THE VERSION PURCHASED



# ROUTER ADAPTER HARDWARE SET

M - 9/64 HEX KEY
H - ROUTER ADAPTER PLATE
I - SIDE BLOCK ADAPTER
P - ROUTER ADAPTER SCREWS [4]
    (M4-0.7 x 10mm)
Q - GUIDE PINS - SMALL [2]
R - GUIDE PINS - MEDIUM [2]
S - GUIDE PINS - LARGE [2]
T - GUIDE PINS SCREWS [2]
U - SIDE BLOCK SCREWS [2]

# REQUIRED TOOLS

- COMPATIBLE HANDHELD ROUTER
- SPEEDMILL™ SEE APPENDIX FOR ROUTER COMPATIBILITY*
- HAND DRILL OR DRILL PRESS
- VISE W/ 3IN OR LARGER JAWS
- DRILL BIT - 3/8*
- DRILL BIT - 21/64*
- DRILL BIT - 5/32*
- PHILLIPS SCREWDRIVER- #2
- CUTTING FLUID
- EYE PROTECTION
- HEARING PROTECTION
- SHOP VAC
- ADJUSTABLE WRENCH

THESE TOOLS ARE NOT INCLUDED WHEN PURCHASING THE EASY JIG GEN 3; YOU CAN PURCHASE THE ITEMS* ON OUR WEBSITES WITH THE QR CODES BELOW




IMAGES OF PRODUCTS ARE SUBJECT TO CHANGE

# IMPORTANT POWER TOOL SAFETY NOTICE

EYE AND HEARING PROTECTION MUST BE WORN AT ALL TIMES WHEN OPERATING ANY POWER TOOLS WITH YOUR EASY JIG GEN 3. YOU MUST WEAR IMPACT RESISTANT ANSI Z87.1 RATED SAFETY GOGGLES AT ALL TIMES TO PROTECT YOUR EYES FROM FLYING DEBRIS OR CHIPS WHILE DRILLING, MILLING, OR CLEANING UP. DO NOT WEAR OPEN STYLE SAFETY GLASSES AS THEY DO NOT PROVIDE ADEQUATE PROTECTION FROM FLYING DEBRIS OR CHIPS. NEVER USE COMPRESSED AIR TO BLOW OR CLEAR METAL CHIPS.

EXAMPLES OF SUITABLE EYE PROTECTION INCLUDE:
- 3M VIRTUA CCS PROTECTIVE EYEWEAR WITH FOAM GASKET
- DEWALT DPG82 GOGGLES

# ASSEMBLY & DESIGN

THE EASY JIG GEN 3 MULTI-PLATFORM SYSTEM IS THE MOST SUPERIOR 80% LOWER MILLING JIG IN TERMS OF QUALITY, SPEED, PRECISION, DURABILITY AND EASE OF USE. IT CONVERTS EFFORTLESSLY BETWEEN AR-15, AR-9, AND .308 PLATFORMS IN SECONDS WITHOUT THE NEED TO SWAP OUT ANY PARTS. MILLING SPEED IS EXTREMELY FAST WITH OUR PATENTED ROUTER MILLING TECHNOLOGY. IT'S THE ONLY JIG YOU WILL EVER NEED, AND IT'S BACKED UP BY THE INDUSTRY LEADER IN ROUTER MILLING TECHNOLOGY.

THE EASY JIG GEN 3 MULTI-PLATFORM SYSTEM IS THE MOST FOOLPROOF SYSTEM FOR MILLING ALL AR-15, AR-9 AND .308 LOWERS FROM ONE SINGLE JIG. A MINIMAL AMOUNT OF HARDWARE IS NEEDED. ONCE THE JIG IS ASSEMBLED, IT DOES NOT NEED TO BE DISASSEMBLED IN ORDER TO REMOVE A LOWER WHEN MILLING ANOTHER LOWER OF THE SAME PLATFORM.

IF YOU PURCHASED THE EASY JIG GEN 3 AR-15/AR-9 ONLY VERSION, YOU HAVE THE OPTION OF PURCHASING A MULTI-PLATFORM TAKEDOWN PIN BLOCK (D) SEPARATELY THAT WILL ALLOW YOUR JIG TO BE USED WITH AR-15, AR-9, AND .308 PLATFORMS.

# ROUTER INFORMATION

THE EASY JIG GEN 3 SYSTEM REQUIRES A ROUTER FOR MILLING LOWERS. THEY MAY BE FIXED OR VARIABLE SPEED. A NUMBER OF FULL-SIZE FIXED BASE ROUTERS CAN ALSO BE USED WITH THE OPTIONAL FULL-SIZE ROUTER ATTACHMENT PLATE.

THE EASY JIG GEN 3 SYSTEM SUPPORTS THE LARGEST NUMBER OF ROUTERS OF ANY SYSTEM. SOME ROUTERS ARE BETTER THAN OTHERS WITH THE MAIN DIFFERENCE BEING THE EASE, ACCURACY, AND SPEED OF ADJUSTING THE MILLING DEPTH. CERTAIN ROUTERS HAVE LIMITED TRAVEL AND REQUIRE A SPECIFIC SET UP. PLEASE REVIEW  APPENDIX "A" AT THE END OF THIS MANUAL FOR YOUR SPECIFIC ROUTER INFORMATION BEFORE STARTING.

# ROUTER ADAPTER PLATE INSTALLATION

**\*R.A.P = ROUTER ADAPTER PLATE**

**A1** - BEFORE PROCEEDING, UNPLUG THE ROUTER AND REMOVE THE FACTORY ROUTER PLATE AND ADJUSTABLE BASE FROM THE ROUTER TO EXPOSE THE COLLET AND SPINDLE. REMOVE THE COLLET AND MAKE SURE THE SPINDLE AND SPEEDMILL™ ARE CLEAN AND FREE OF ANY BURRS OR DEBRIS. IMPERFECTIONS ON THE SURFACE OF THE SPINDLE CAN IMPACT THE FINISH QUALITY. THE ORIGINAL COLLET AND COLLET NUT WILL NOT BE USED.

**A2** - THREAD ON THE CORRECT SIZE SPEEDMILL™ FOR YOUR ROUTER. TIGHTEN WITH A WRENCH. ALWAYS LEAVE A PROTECTIVE COVERING ON THE SPEEDMILL™ TIP UNTIL YOU ARE READY TO BEGIN MILLING. THE SPEEDMILL™ IS A USA MADE, HIGH QUALITY, SOLID CARBIDE END MILL IN A CUSTOM THERMAL COLLET DESIGNED FOR MILLING ALUMINUM. CARBIDE IS KNOWN FOR ITS DURABILITY, HOWEVER TAKE GREAT CARE NOT TO DROP OR HIT THE SPEEDMILL™ AS DAMAGE TO THE END MILL CAN AFFECT THE FINISH OF YOUR LOWER. IF THE SPEEDMILL™ DOES NOT FIT THE ROUTER, YOU HAVE THE WRONG SPEEDMLL™ SIZE. PLEASE REFER TO APPENDIX "A" FOR ROUTER COMPATIBILITY INFORMATION.



**A2.1** - REINSTALL THE ROUTER'S FACTORY BASE, BUT DO NOT INSTALL THE BASEPLATE. TAKE THE 4 R.A.P. SCREWS [P] INCLUDED WITH YOUR JIG AND CHECK THAT THE SCREWS MATCH THE THREAD PITCH ON ROUTER BASE, AND THREAD EASILY INTO THE BASE. YOU WILL LATER BE USING THE SCREWS TO ATTACH THE R.A.P. TO YOUR ROUTER BASE IN STEP A4.

IF THE SCREWS DO NOT THREAD EASILY, YOU MAY NEED TO PURCHASE TRUSS OR PAN HEAD SCREWS THAT MATCH THE THREAD PITCH ON YOUR ROUTER. NEVER USE TAPERED HEAD SCREWS TO MOUNT THE R.A.P

**7**

A3 - SLIDE THE R.A.P OVER THE SPEEDMILL™ THROUGH THE CENTER HOLE OF THE BEARING. ADJUST THE ROUTER'S BASE DEPTH IF NECESSARY. BE CAREFUL TO NOT DAMAGE THE END MILL WHEN INSERTING THE END MILL THROUGH THE R.A.P. BEARING HOLE.

A4 - ROTATE THE R.A.P. TO ALIGN WITH THE HOLES ON ROUTER'S BASE WITH THE HOLES ON THE R.A.P. AS SHOW ON THE DIAGRAM ON THE RIGHT.

THREAD THE 4 ROUTER ADAPTER SCREWS (P) THROUGH THE R.A.P. TO SECURE IT TO THE ROUTER'S BASE. TIGHTEN THE SCREWS CAREFULLY WITH A PHILLIPS SCREW DRIVER. TAKE CARE TO NOT TO MISALIGN THE R.A.P.





SOME ROUTERS WITH A SMALLER BASE REQUIRE AN ALTERNATE R.A.P. INSTALL METHOD USING THE ROUTER ADAPTER BLOCK (I) AND ONLY 3 SCREWS.

IF YOU DO NOT NEED THE ALTERNATE INSTALLATION, SKIP TO B1 JIG ASSEMBLY ON PAGE 10.

8

# OTHER ALTERNATE R.A.P. INSTALL METHOD



M5-0.8 X 20MM
M6-1.0 X 20MM

U

I

A5.1 - WITH THE THICK PORTION OF THE SPEEDMILL™GOING THROUGH THE R.A.P. BEARING,  ALIGN THE TWO SCREW HOLES OF THE ROUTER'S BASE (ON OPPOSITE SIDE OF THE ROUTER'S ACCESSORY MOUNT) WITH THE HOLES IN THE R.A.P. LOOSELY THREAD THE 2 ROUTER ADAPTER SCREWS (P) THROUGH THE R.A.P. AND INTO THE ROUTER'S BASE.

A5.2 - ALIGN AND LOOSELY MOUNT THE SIDE ADAPTER BLOCK (I) TO THE BACK OF THE ROUTER USING THE ROUTER'S ACCESSORY MOUNTING HOLE AND ONE OF THE SIDE BLOCK SCREWS (U) WHICH FITS YOUR ROUTER. ONLY TIGHTEN ENOUGH SO THE SIDE ADAPTER BLOCK IS FLUSH WITH THE ROUTER BUT CAN STILL SLIDE ALONG THE ROUTER ACCESSORY RAIL.

A5.3 - LOOSELY THREAD A ROUTER ADAPTER SCREW THROUGH THE R.A.P. GOING INTO THE SIDE ADAPTER BLOCK. ALIGN THE SIDE ADAPTER BLOCK SO IT IS TOUCHING AND FLUSH WITH THE ROUTER AND THE R.A.P. TIGHTEN THE R.A.P. SCREW. TIGHTEN THE SIDE ADAPTER BLOCK SCREW. TIGHTEN THE TWO OTHER R.A.P. SCREWS.

9

# LARGE ROUTER ADAPTER PLATE INSTALLATION



**A6 - IF STEPS A4 AND A5 DO NOT WORK WITH YOUR ROUTER, YOU MAY HAVE A LARGE ROUTER THAT TYPICALLY HAS A TWO HANDLE BASE AND REQUIRES A FULL SIZE ROUTER PLATE ADAPTER THAT IS SOLD SEPARATELY**

**A6.1 - REMOVE THE FACTORY BASE FROM THE ROUTER AND INSTALL THE FULL SIZE ROUTER ADAPTER PLATE OVER THE SPEEDMILL™ USING THREE OF THE SCREWS REMOVED FROM THE ROUTER'S BASE AS SHOWN.**

**A6.2 - ADJUST THE ROUTER'S BASE DEPTH AS NECESSARY TO ENSURE THE THICKER PART OF THE SPEEDMILL™ PASSES THROUGH THE CENTER HOLE AND BEARING OF THE R.A.P.**

**ATTACH THE R.A.P. TO THE FULL SIZE ROUTER ADAPTER PLATE USING THE 3 ROUTER ADAPTER PLATE SCREWS (P)**



**TO ORDER A LARGE ROUTER PLATE, PLEASE SCAN QR CODE BELOW:**





**10**

# JIG ASSEMBLY



**B1 - ALIGN THE BUFFER SCREW SUPPORT (E) TO THE LOWER RECEIVER AS SHOWN AND LOOSELY THREAD THE BUFFER SCREW THROUGH THE BUFFER SCREW SUPPORT AND INTO THE LOWER RECEIVER AS SHOWN IN THE DIAGRAM ABOVE. SET ASIDE FOR NOW.**



**B2 -  INSTALL THE FRONT TAKEDOWN PIN BLOCK\* TO THE TOP PLATE USING  2 OF THE FLAT HEAD SCREWS (J).  THE TWO SCREW HOLES ON THE JIG PLATE WILL ALIGN WITH THE TWO SCREW HOLES OF THE FRONT TAKE DOWN PINBLOCK\* AS SHOW IN DIAGRAM. PLEASE MAKE SURE THE TAKEDOWN PIN BLOCK IS PROPERLY ALIGNED WITH THE TOP PLATE (A)**

**\* THE FRONT TAKEDOWN PIN BLOCK (C) THAT IS SHOWN IN THE DRAWING ON THE LEFT IS THE MULTIPLATFORM VERSION.**

**11**



**B3 - VERY LOOSELY ATTACH THE SIDE WALLS TO THE TOP PLATE USING 6 JIG SCREWS (J). INSERT A 3/8" DRILL BIT THROUGH BOTH SIDE WALL'S 3/8" DRILL BUSHINGS. TIGHTEN THE WALLS WITH THE DRILL BIT THROUGH THE BUSHINGS TO ENSURE PROPER SIDE WALL ALIGNMENT AND POSITIONING.**





**B4 - PLACE THE LOWER RECEIVER INTO THE JIG AS SHOWN IN THE DIAGRAM ABOVE. ALIGN YOUR LOWER RECEIVER'S FRONT TAKEDOWN PIVOT PIN HOLES WITH THE FRONT TAKEDOWN PIN BLOCK HOLE. THEN INSERT THE TAKEDOWN PIN THROUGH THE HOLES TO SECURE THE LOWER TO THE JIG.**



FOR AR15/AR9, USE THE SILVER PIN        FOR LR308/AR10, USE THE BLACK PIN

**DEPENDING ON THE JIG VERSION PURCHASED, YOU WILL HAVE ONE OF THE TWO TAKEDOWN PIN BLOCKS SHOWN BELOW.**



C - FRONT TAKEDOWN PIN BLOCK - MP

AR-15/AR-9    LR-308/AR-10



D - FRONT TAKEDOWN PIN BLOCK - AR-15/AR-9

AR-15/AR-9

**13**



**B5 - SECURE THE BUFFER SCREW SUPPORT TO THE LOWER RECEIVER BY TIGHTENING THE BUFFER SCREW. (INSERT THE SUPPLIED HEX KEY (M) THROUGH THE HOLES IN THE BUFFER SCREW FOR LEVERAGE. DO NOT USE EXCESSIVE FORCE.) PERIODICALLY CHECK THIS REMAINS TIGHT THROUGHOUT THE MILLING PROCESS.**



**B6 - TIGHTEN THE 2 BUFFER SUPPORT SCREWS (K) THAT CONNECT THE BUFFER SCREW SUPPORT TO THE TOP PLATE. DO NOT OVER TIGHTEN. PERIODICALLY CHECK THAT THESE SCREWS REMAIN TIGHT THROUGHOUT THE MILLING PROCESS.**



LR-308/AR-10    AR-15/AR-9

**WHEN MILLING AN AR-15/AR-9, SCREW THE BUFFER SCREW SUP-PORT INTO THE HOLES FURTHEST FROM THE REAR EDGE.**

**WHEN MILLING AN LR-308/ AR-10, SCREW THE BUFFER SCREW SUPPORT INTO THE HOLES CLOSEST TO THE REAR EDGE.**

**14**

**B7 - ATTACH THE DRILL BLOCK (C) TO THE TOP PLATE USING THE 2 JIG SCREWS (I).**
SECURELY TIGHTEN THE SCREWS WHILE BEING CAREFUL NOT TO STRIP THE THREADS.



**B8 - SECURE THE JIG ASSEMBLY INTO AN ANCHORED/SECURED/MOUNTED VISE. ONLY CLAMP AGAINST THE FRONT AND BACK NOTCHED SURFACES OF THE SIDE PLATES AS SHOWN.**



15

# CORRECT VISE MOUNT



## INCORRECT VISE MOUNT



## NEVER CLAMP THE VISE JAWS TO THE SIDE FACES OF THE SIDE WALLS OR YOU WILL DAMAGE THE JIG

## READ CAREFULLY BEFORE STARTING ANY DRILLING OR MILLING:

- ALWAYS WEAR ANSI Z87.1 APPROVED EYE PROTECTION AND ANSI S3.19 APPROVED EAR PROTECTION WHEN USING POWER TOOLS.
- AVOID USING COMPRESSED AIR TO CLEAR CHIPS. THE CHIPS ARE SHARP AND COMPRESSED AIR CAN BLOW THEM INTO YOUR EYES.
- REMOVE CHIPS AFTER COMPLETING EACH PASS.
- FOR A CLEANER WORK ENVIRONMENT, THE BUFFER SCREW WILL ACCEPT A STANDARD 1-1/4" SHOP-VAC HOSE/ADAPTER. CONNECT THE HOSE TO THE BUFFER SCREW AND RUN THE VACUUM WHILE MILLING TO SUCTION OUT CHIPS AND REDUCE THE AMOUNT OF CLEANUP. TO INCREASE SUCTION AND EFFECTIVENESS, APPLY TAPE AROUND THE BOTTOM AREA OF THE TOP PLATE AND BETWEEN THE LOWER RECEIVER AND THE SIDE WALLS.
- CHECK THE LOCK/LATCH ON YOUR ROUTER'S DEPTH ADJUSTABLE BASE FOR PROPER FUNCTION. IF THE ADJUSTABLE BASE IS NOT SECURED AND MOVES WHILE MILLING, DAMAGE CAN OCCUR TO THE LOWER, JIG, AND SPEEDMILL™ AS WELL AS POSSIBLE HARM TO SELF CAN OCCUR.
- USE THE HIGHEST SPEED SETTING ON YOUR ROUTER IF EQUIPPED WITH A VARIABLE SPEED SETTING.
- APPLY CUTTING FLUID TO THE RECEIVER AND SPEEDMILL™ BEFORE MILLING EACH PASS.
- BEFORE STARTING EACH NEW PASS, BE SURE THE SPEEDMILL™ IS NOT TOUCHING THE LOWER RECEIVER AND IS CENTERED IN THE PILOT HOLE BEFORE TURNING THE ROUTER ON.
- WHILE MILLING, HOLD THE ROUTER FIRMLY WITH BOTH HANDS AND MAINTAIN MODERATE DOWNWARD PRESSURE ON THE ROUTER AT ALL TIMES.
- ALWAYS WAIT UNTIL THE ROUTER COMES TO A COMPLETE STOP BEFORE LIFTING THE ROUTER OFF THE JIG.
- DO NOT ALLOW THE ROUTER TO TILT OR LIFT OFF THE TOP PLATE WHILE MILLING.
- DO NOT EXCEED 1 HASH MARK AT A TIME. CUTTING TOO MUCH MATERIAL CAN RESULT IN A ROUGH FINISH AND CAN CAUSE DAMAGE TO THE SPEEDMILL™ AND THE LOWER RECEIVER.
- THE HASH MARKS ON THE DEPTH GAGES ARE CALIBRATED FOR A BALANCE BETWEEN SPEED AND FINISH QUALITY. THE LESS YOU CUT PER PASS, THE BETTER THE FINISH.
- MILLING SHOULD BE DONE BY MOVING THE ROUTER IN SLOW, SMALL, CLOCKWISE CIRCLES. DO NOT MILL IN COUNTER-CLOCKWISE CIRCLES AS THIS MAY CAUSE THE CUTTING FLUTES OF THE SPEEDMILL™ TO CATCH ON MATERIAL AND CAN RESULT IN GOUGES IN THE RECEIVER. SLOW DOWN WHEN MILLING INTO A CORNER OF THE TEMPLATE. CORNERS ENGAGE MORE OF THE END MILL AND CAN CAUSE EXCESSIVE CHATTER OR THE END MILL TO JUMP IF MOVING TOO RAPIDLY.

**17**

# DRILLING THE PILOT HOLE



**C1 -  APPLY AMPLE CUTTING FLUID INTO THE DRILL BLOCK HOLE AND FULLY INSERT THE 21/64" DRILL BIT UNTIL IT TOUCHES THE LOWER RECEIVER. HOLDING THE DRILL VERY STRAIGHT, START DRILLING. USE A SLOW TO MEDIUM DRILL SPEED SETTING. FAST SPEED WILL QUICKLY OVERHEAT AND DULL THE DRILL BIT. FOR EVERY 5 SECONDS OF DRILLING, IT IS RECOMMENDED TO LIFT THE DRILL BIT OUT OF THE DRILL BLOCK TO CLEAR AWAY CHIPS. REPEAT THIS UNTIL THE DRILL BIT PASSES THROUGH THE FLOOR OF THE LOWER RECEIVER.**

**C2 - REMOVE THE DRILL BLOCK FROM THE JIG.**

# MILLING THE FIRE CONTROL POCKET



**D1 - MILLING TEMPLATE "1"**

**D1.1 - USING THE GUIDE PIN SCREWS, SECURE THE 2 SHORT GUIDE PINS TO THE R.A.P. USING HEX KEY (M). USE THE LONG END OF THE HEX KEY IN THE SCREW HEAD. TURN THE SHORT END WITH YOUR FINGERS TO AVOID OVER TIGHTENING AND SNAPPING OFF THE GUIDE PINS.**



**T**

**L**

**Q**

**18**



**D1.2 - WHILE HOLDING THE R.A.P. FLUSH AND LEVEL AGAINST THE EDGE OF THE TOP PLATE, SET THE DEPTH OF THE SPEEDMILL™ TO THE FIRST HASH MARK OF DEPTH GAUGE "1" AND LOCK THE ROUTER BASE IN THIS POSITION AS SHOWN.**



**D1.3 - PLACE THE ROUTER ASSEMBLY ON THE TOP PLATE SO THAT THE SPEEDMILL™ CUTTING FLUTES ARE CENTERED IN THE PILOT HOLE AS SHOWN. THE CUTOUT IN THE R.A.P. SHOULD BE FACING THE BUFFER SCREW. THE GUIDE PINS SHOULD BE INSIDE THE RECESSED AREA OF BOTH TEMPLATES. SPRAY CUTTING FLUID ON THE TOP SURFACE OF THE RECEIVER AND SPEEDMILL™.**

**19**

**D1.4 - WHILE MAINTAINING FIRM DOWNWARD PRESSURE ON THE ROUTER WITH BOTH HANDS, TURN ON THE ROUTER . REDUCE DOWNWARD PRESSURE TO A MODERATE LEVEL AND BEGIN MILLING THE FIRST PASS IN THE PATTERN SHOWN BELOW, USING A SPIRAL CLOCKWISE MOTION.**



**AFTER MILLING THE FIRST PASS WITH THE SPIRAL CLOCKWISE MOTION, GO BACK AND MILL THE FULL CONTOUR OF THE TEMPLATE IN A CLOCKWISE DIRECTION AS SHOWN IN THE DIAGRAM BELOW. SLOW DOWN IN THE CORNERS.**



**D1.5 - REPEAT STEPS D1.2 THROUGH D1.4 MOVING THE DEPTH OF THE SPEEDMILL™ TO THE NEXT HASH MARK IN THE DEPTH GAUGE UNTIL THE SPEEDMILL™ BOTTOMS OUT IN THE GAUGE. DO NOT EXCEED ONE HASH MARK PER PASS AS THIS COULD PRODUCE TOOL CHATTER AND AN UNDESIRABLE FINISH QUALITY OF YOUR LOWER RECEIVER. REMEMBER TO USE CUTTING FLUID BEFORE BEGINNING EACH MILLING PASS.  STOP, DO NOT BEGIN MILLING THE NEXT DEPTH GAUGE.**

**STOP, PLEASE WAIT TO BEGIN MILLING DEPTH GAUGE TEMPLATE 2!**

**20**

# MILLING TEMPLATE 2

**D2.1** - UNPLUG THE ROUTER AND REMOVE THE TWO SHORT GUIDE PINS FROM THE R.A.P. AND REPLACE THEM WITH THE TWO MEDIUM GUIDE PINS USING THE SAME SCREWS AND HEX KEY. PLUG IN THE ROUTER.

**D2.2** - WHILE HOLDING THE R.A.P. AGAINST THE EDGE OF THE TOP PLATE, SET THE DEPTH OF THE SPEEDMILL™ TO THE FIRST HASH MARK OF DEPTH GAUGE "2" AND LOCK THE ROUTER BASE IN THIS POSITION AS YOU DID IN STEP D1.2.

**D2.3** - REPEAT STEPS D1.3 THROUGH D1.5. YOU MAY SEE A HOLE APPEAR FOR THE GRIP BOLT WHICH IS NORMAL. ENSURE YOU ARE ONLY MILLING THE OUTLINE OF TEMPLATE "2", WHICH IS THE MAIN TRIGGER POCKET AREA.THE LOWER RECEIVER SHOULD LOOK LIKE THE IMAGE BELOW AFTER COMPLETING THE FINAL PASS (SPEEDMILL™ BOTTOMED OUT IN GAUGE) OF GAUGE "2". STOP, DO NOT BEGIN MILLING THE NEXT DEPTH GAUGE.



# MILLING TEMPLATE 3

**D3.1** - UNPLUG THE ROUTER AND REMOVE THE TWO MEDIUM GUIDE PINS FROM THE R.A.P. AND REPLACE THEM WITH THE TWO LONG GUIDE PINS USING THE SAME SCREWS AND HEX KEY. PLUG IN THE ROUTER.

**D3.2** - WHILE HOLDING THE R.A.P. AGAINST THE EDGE OF THE TOP PLATE, SET THE DEPTH OF THE SPEEDMILL™ TO THE FIRST HASH MARK OF DEPTH GAUGE "3" (TRIGGER SLOT) AND LOCK THE ROUTER BASE IN THIS POSITION AS YOU DID IN STEP D1.2. REPEAT STEPS D1.2 THROUGH D1.4 MOVING THE DEPTH OF THE SPEEDMILL™ TO THE NEXT HASH MARK IN THE DEPTH GAUGE UNTIL THE SPEEDMILL™ BOTTOMS OUT IN THE GAUGE.



**21**

# DRILLING TRIGGER, HAMMER, & SELECTOR HOLES



E1 - REMOVE THE EASY JIG FROM THE VISE AND REPOSITION IT ON ITS SIDE AS SHOWN.

E2 - USING A 3/8" DRILL BIT IN A HAND DRILL OR DRILL PRESS*, APPLY AMPLE CUTTING FLUID TO THE DRILL BIT AND TO THE INSIDE OF THE LARGE DRILL BUSHING. SLIDE THE DRILL BIT ALL THE WAY THROUGH THE DRILL BUSHING SO IT IS TOUCHING THE LOWER BEFORE STARTING THE DRILL. THE DRILL BIT SHOULD EASILY SLIDE THROUGH THE DRILL BUSHING IF ALIGNED CORRECTLY. THE DRILL BIT SHOULD NOT BIND ON THE BUSHING. MAKE SURE TO HOLD THE DRILL STRAIGHT WHILE DRILLING. IF YOU ENCOUNTER EXTRA RESISTANCE OR THE TOOL/JIG BEGINS TO MAKE LOUD SCREECHING NOISES, STOP AND REPOSITION THE DRILL BIT IN THE BUSHING. DRILL ALL THE WAY THROUGH THE RECEIVER. DO NOT APPLY HEAVY PRESSURE ON DRILL.

E3 - REPLACE THE 3/8" DRILL BIT WITH A 5/32" DRILL BIT. APPLY CUTTING FLUID INSIDE BOTH OF THE SMALL DRILL BUSHING HOLES. SLIDE THE DRILL BIT ALL THE WAY THROUGH THE DRILL BUSHING BEFORE BEGINNING CUTTING. THE DRILL BIT SHOULD EASILY SLIDE THROUGH THE DRILL BUSHING IF ALIGNED CORRECTLY.  THE DRILL BIT SHOULD NOT BIND ON THE BUSHING. MAKE SURE TO HOLD THE DRILL STRAIGHT WHILE DRILLING.  IF YOU ENCOUNTER EXTRA RESISTANCE OR THE TOOL/JIG BEGINS TO MAKE LOUD SCREECHING NOISES, STOP AND REPOSITION THE DRILL BIT IN THE BUSHING. DRILL ONLY THROUGH ONE WALL OF THE LOWER RECEIVER.

E4 - REPOSITION THE EASY JIG ASSEMBLY IN THE VISE FOR DRILLING THE OPPOSITE SIDE HOLES. USING STEP E3 AS A GUIDE, DRILL OUT THE REMAINING TWO 5/32" HOLES IN THE RECEIVER.

E5 - REMOVE THE LOWER RECEIVER FROM THE JIG ASSEMBLY. IT IS NOT NECESSARY TO DISASSEMBLE THE JIG SIDE PLATES TO REMOVE THE LOWER RECEIVER. TO REMOVE THE LOWER RECEIVER, UNSCREW THE BUFFER SCREW. REMOVE THE 2 JIG SCREWS ATTACHED TO THE BUFFER SCREW SUPPORT. PULL OUT THE QUICK RELEASE TAKEDOWN PIN FROM THE TAKEDOWN PIN BLOCK. SLIDE THE RECEIVER DOWN FROM THE BOTTOM OF THE JIG.

*IF USING A DRILL PRESS, IT IS VERY IMPORTANT TO DRILL PERPENDICULAR TO THE SIDE WALLS. ADJUSTMENTS TO THE POSITIONING OF THE JIG IN THE VISE MAY BE NECESSARY IF YOUR DRILL TABLE IS NOT ALIGNED TO THE CENTERLINE AXIS OF THE DRILL CHUCK. WHILE DRILLING, IF THE DRILL BIT AND DRILL BUSHING START TO BIND OR MAKE EXCESSIVE SCREECHING NOISES, STOP AND REPOSITION THE JIG TO BE BETTER ALIGNED WITH THE DRILL BIT IN THE DRILL PRESS.

## FINISHING

F1 - INSPECT ALL THE EDGES OF ALL THE HOLES DRILLED FOR BURRS. PAY CLOSE ATTENTION TO THE SAFETY SELECTOR DETENT HOLE; CHIPS LIKE TO MAKE THEIR WAY INTO THIS CROSS-HOLE AND IMPEDE THE FUNCTION OF THE SAFETY SELECTOR DETENT. POKE AN UNBENT PAPER CLIP THROUGH THE SAFETY SELECTOR TO REMOVE BURRS AND/ OR CHIPS FROM THIS HOLE. IT IS RECOMMENDED TO USE A DEBURRING TOOL TO REMOVE ALL BURRS FROM THE RECEIVER.

F2 - CLEAN THE RECEIVER OF ANY CHIPS, OILS, LUBRICANTS, ETC. MARKS FROM CHIPS RUBBING AGAINST ANODIZED RECEIVERS CAN BE REMOVED BY GENTLY RUBBING A SCOTCH-BRITE® SCOURING PAD WITH SOAP AND WATER OVER THE AREA.



# YOUR LOWER RECEIVER IS COMPLETE!

23

# TROUBLESHOOTING

THE 80 PERCENT ARMS EASY JIG, GEN3 IS EXTREMELY EASY TO USE, EVEN FOR THE NOVICE USER. IN THE UNLIKELY EVENT YOU EXPERIENCE ANY TROUBLE USING YOUR JIG, CONTACT SUPPORT@80PERCENTARMS.COM.



THE EASY JIG, GEN3, MP IS CAPABLE OF FINISHING LOWER RECEIVERS IN LESS THAN AN HOUR. BEST RESULTS ARE ACHIEVED BY MILLING AT A SMOOTH AND SLOW PACE. THE SLOWER THE MILLING, AND THE LESS MATERIAL THAT IS REMOVED PER PASS, NEAR CNC FINISH QUALITY IS POSSIBLE WITH THE EASY JIG® GEN 3. IF YOU'RE UNABLE TO OBTAIN A SMOOTH FINISH, YOU MAY HAVE A DEFECTIVE OR WORN OUT ROUTER WITH TOO MUCH RUNOUT. WE RECOMMEND USING A HIGH-SPEED PRECISION ROUTER THAT WAS MADE FOR MILLING LOWERS FOR OPTIMAL RESULTS.

DUE TO NORMAL VARIANCES IN 80% RECEIVERS FROM DIFFERENT MANUFACTURERS, STACKING TOLERANCES, AND COMPATABILITY REQUIREMENTS, NOT ALL THE DIMENSIONS WILL BE TO CNC MIL-SPEC TOLERANCES. EACH PART OF THE JIG HAS ITS OWN SET OF TOLERANCES AND WHEN ALL COMPONENTS AND THE LOWER ARE ASSEMBLED TOGETHER, THOSE TOLERANCES CAN STACK UP. THIS MAY RESULT IN MINOR DIMENSION VARIANCES, SUCH AS THE THICKNESS OF THE FIRE CONTROL POCKET WALLS. REST ASSURED THAT THERE IS A LARGE MARGIN OF ERROR ALLOWABLE FOR THE LOWER TO STILL FUNCTION AS INTENDED.

MINOR DIFFERENCES IN WALL THICKNESS IS NOT A DEFECT AND CAN BE CAUSED BY NORMAL TOLERANCE STACKING, OR BY LOWER RECEIVERS IN WHICH THE CENTERLINE OF THE BUFFER TUBE AND PIVOT PIN HOLES ARE NOT ALIGNED WITH THE CENTERLINE OF THE FIRE CONTROL GROUP MAIN BODY OF THE LOWER RECEIVER.

# COATINGS

IT IS NOT NECESSARY TO APPLY A COATING TO THE RAW ALUMINUM AREA AFTER MILLING. HOWEVER, IF DESIRED, OPTIONS SUCH AS ALUMI-BLACK, CERAKOTE, DURACOAT, AND CONVENTIONAL SPRAY PAINT ARE AVAILABLE TO ADD A FINISH TO THE RAW MILLED AREA.  NOTE: ADDING A COATING TO THE ALUMINUM MAY CAUSE EXCESS BUILD-UP ON THE SURFACE MAKING ASSEMBLY OF PARTS DIFFICULT.

# WARRANTY

80 PERCENT ARMS EASY JIG™ CARRIES A LIFETIME WARRANTY VALID FOR THE ORIGINAL OWNER AGAINST MANUFACTURING DEFECTS. NORMAL WEAR IS NOT COVERED. TO OBTAIN WARRANTY REPAIRS, CONTACT US AT SUPPORT@80PERCENTARMS.COM. ALL RETURNS MUST HAVE AN RMA NUMBER FOR THE WARRANTY CLAIM TO BE PROCESSED.

80% LOWER REPLACEMENT PROGRAM: IN THE REMOTE CHANCE YOU MAKE A MISTAKE WHILE USING YOUR GEN 3 EASY JIG® THAT CAUSES FUNCTIONAL DAMAGE TO YOUR 80% ARMS LOWER, WE WILL REPLACE YOUR LOWER AT A 50% DISCOUNT OFF OF THE LIST PRICE. FOR COMPLETE TERMS AND CONDITIONS, PLEASE VISIT
WWW.80PERCENTARMS.COM/PAGES/WARRANTY-GUARANTEE-RETURNS.HTML

# LEGAL NOTICE

IT IS A VIOLATION OF FEDERAL LAW TO BUILD A FIREARM IF YOU ARE PROHIBITED FROM POSSESSING FIREARMS DUE TO A FELONY CONVICTION OR OTHER LEGALLY DISQUALIFYING REASON. THIS PRODUCT MAY BE ILLEGAL IN YOUR STATE. BY TAKING POSSESSION OF THIS PRODUCT, YOU CERTIFY THAT YOU ARE OVER THE AGE OF 21, YOU ARE LEGALLY ALLOWED TO BUILD AND OWN FIREARMS, YOU WILL USE THIS PRODUCT ONLY FOR LAWFUL PURPOSES, AND YOU HAVE CONFIRMED THAT YOU CAN LEGALLY POSSESS THIS PRODUCT IN YOUR LOCALITY. IF YOU DO NOT MEET THESE CRITERIA, DO NOT TAKE POSSESSION OF THIS PRODUCT. MISUSE OR MISHANDLING OF THIS PRODUCT CAN RESULT IN SEVERE INJURY OR DEATH TO YOURSELF AND OTHERS. IN NO EVENT SHALL WE BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL CONSEQUENTIAL DAMAGES, TO PROPERTY OR LIFE, WHATSOEVER ARISING OUT OF OR CONNECTED WITH THE USE OR MISUSE OF OUR PRODUCTS.

WHEN IN DOUBT, SEEK THE ADVICE OF AN ATTORNEY BEFORE MANUFACTURING ANY FIREARM. 80 PERCENT ARMS CANNOT PROVIDE LEGAL ADVICE.

# TRADEMARK / PATENTS

"EASY JIG" IS A REGISTERED TRADEMARK OR TRADEMARK OF 80 PERCENT ARMS. THE PRODUCT COVERED BY THIS MANUAL IS PROTECTED UNDER COPYRIGHT, PATENT, AND OTHER INTELLECTUAL PROPERTY RIGHTS. THE ROUTER BASED EASY JIG® MILLING SYSTEM HAS MULTIPLE PATENTS AND IS THE EXCLUSIVE INTELLECTUAL PROPERTY OF 80 PERCENT ARMS. UNAUTHORIZED USE OF OUR ROUTER MILLING SYSTEM, IN WHOLE OR IN PART, IS PROHIBITED. PATENT VIOLATIONS ARE STRICTLY ENFORCED. ALL IMAGES AND CONTENT IN THIS MANUAL ARE COPYRIGHT© 80 PERCENT ARMS. UNAUTHORIZED DUPLICATION OR DISTRIBUTION OF THE CONTENTS OF THIS MANUAL WITHOUT THE PRIOR WRITTEN PERMISSION OF 80 PERCENT ARMS IS PROHIBITED. NO PART OF THIS MANUAL MAY BE REPRODUCED, STORED IN A RETRIEVAL SYSTEM, OR TRANSMITTED, IN ANY FORM, OR BY ANY MEANS, ELECTRONICALLY, MECHANICALLY, BY PHOTOCOPYING, OR OTHERWISE, WITHOUT THE PRIOR WRITTEN PERMISSION OF 80 PERCENT ARMS.

**25**

# APPENDIX

ALL JIGS REQUIRE A SPEEDMILL™. THE EASY JIG® GEN 3 IS DESIGNED AND TESTED TO WORK WITH A VARIETY OF ROUTERS. PLEASE REFER TO THE CHART BELOW TO DETERMINE THE SIZE SPEEDMILL™ YOU NEED.

| ROUTER COMPATIBILITY CHART | | | |
|---|---|---|---|
| **MAKE** | **MODEL** | **SPEEDMILL™ SIZE** | **R.A.P. INSTALL METHOD** |
| 80 PERCENT ARMS | FST-1 | C/3 | A5 |
| BOSCH | PR10E* | A/1 | A5 |
| BOSCH | PR20EV* | A/1 | A5 |
| BOSCH | 1617EV/1617EVS | D/4 | A6 |
| CRAFTSMAN | 28212 | B/2 | A3 |
| CRAFTSMAN | 2767 | D/4 | A6 |
| CRAFTSMAN | 27683 | D/4 | A6 |
| CRAFTSMAN | 50429 | D/4 | A6 |
| DEWALT | DWE6000 | A/1 | A5 |
| DEWALT | DWP611 | B/2 | A3 |
| DEWALT | DW616 | D/4 | A6 |
| DEWALT | DW618 | D/4 | A6 |
| HITACHI | M12VC | D/4 | A6 |
| MAKITA | RT0701C | C/3 | A5 |
| PORTER CABLE | 450 | B/2 | A3 |
| PORTER CABLE | 6430/6435 | A/1 | A5 |
| RIGID | R24012* | A/1 | A5 |
| * REQUIRES ADDITIONAL THROW OF ADJUSTABLE BASE FOR BEGINNING MILLING TEMPLATE "1". | | | |

| TOOL SIZE | THREAD & PITCH |
|---|---|
| A/1 | M14 X 1 |
| B/2 | M15 X 1 |
| C/3 | M17 X 1 |
| D/4 | M20 X 1 |

26



**A WELL REGULATED MILITIA,
BEING NECESSARY TO THE SECURITY OF A FREE STATE,
THE RIGHT OF THE PEOPLE TO KEEP AND BEAR ARMS,
SHALL NOT BE INFRINGED – 2ND AMENDMENT**





**MADE IN USA**

COPYRIGHT 2020 80 PERCENT ARMS

**We are backordered due to pandemic buying surge. Our shop is working 24/7. Orders are shipping in 4 to 8 weeks.**



(/)

Home (https://www.5dtactical.com/) > Instructions (https://www.5dtactical.com/instructions-s/114.htm)

# Router Jig PRO Instructions



★ REVIEWS



Page     1     /     12



**5D Tactical Router Jig PRO Instructions**

from **5D Tactical**



12:27

# Original Router Jig Instructions
## ***** SCROLL BELOW WRITTEN INSTRUCTIONS FOR VIDEOS *****

★ REVIEWS



If the embedded PDF viewer is not working, follow the direct links to the instructions here:
Router Jig PRO Instructions (https://www.5dtactical.com/v/vspfiles/files/Router%20Jig%20PRO%20Instructions%20V1.2.pdf)
AR-15 and AR-308 Router Jig Instructions (https://www.5dtactical.com/v/vspfiles/files/AR-15%20%26%20AR-308%20Router%20Jig%20Instructions%20R4.0.pdf)
Universal Router Adapter Instructions
(https://www.5dtactical.com/v/vspfiles/files/Universal%20Compact%20Router%20Adapter%20Installation%20Instructions%20R3.0.pdf)

## 5D Tactical Original Router Jig Instructions - Part 1/2
from **5D Tactical**




08:44



### 5D Tactical Original Router Jig Instructions - Part 2/2

from **5D Tactical**

13:31

**Instructional videos and written instructions on this page cover:**

1. How to install the 5D Tactical Universal Router Adapter.
2. How to assemble the 5D Tactical Router Jig.
3. Tools and accessories needed for finishing an 80% lower with our Jig.
4. The Router Jig Instructions for use.
5. Helpful hints and tips.

## Router Jig PRO: 80% Lower Jig Instructions



Instructions



★ REVIEWS

If you're looking for the easiest, fastest, and most durable 80% router jig to finish your AR-15, AR-9 or AR.308 lower receivers, the Router Jig PRO (https://www.5dtactical.com/ar-15-80-lower-jig-p/5d-jig15.htm) from 5D Tactical delivers the best, quality finished results for your next custom AR build. With our Router Jig PRO, which is considered the most advanced 80% lower jig on the market today, even beginners can expect to finish their lowers in as fast as 45 minutes or less time. But how can you effectively use our router jig to ensure a perfect finish?

Here, we're going to discuss the basic 80% lower jig instructions that you should follow when it comes to ensuring easy and safe use of our Router Jig PRO during the drilling and milling process.

## Jig Assembly

To start off, you need to understand how to assemble your jig correctly. First, clean the surface of the 80% lower receiver and apply masking tape to the sides before applying the buffer plate to the back of the receiver. The gray buffer plate provided is for AR-15/AR-9 receivers while the black buffer plates are for .308/AR-10 receivers. Follow the instructions provided to loosely thread the buffer adapter into the receiver until it's pressed against the back of the receiver.

After completing that step, loosely install the takedown adapter to the guide plate using the provided jig screws while ensuring that you're using the right colored adapters for your specific AR build. Align your lower receiver with the takedown adapter and pass the correct takedown pin through the receiver and adapter. Also make sure that the holes in the rear of the guide plate align with the buffer plate, and then loosely install the jig screws.

It's now time to tighten the jig screws to secure the buffer plate and takedown adapter. Just make sure you're grasping the guide plate while tightening the screws, after which you need to orient the side plates, observing left and right with the flat sides facing out. After this, set the guide plate and lower receiver assembly atop the side plates and loosely thread the jig screws and then tighten. Make sure to clamp your jig assembly securely in a vise by the notches provided in the side plates. Review the 80% lower jig instructions carefully to avoid any damage.

## Initial Drilling Process

Once you have completed setting up your jig assembly, the next step is drilling your lower receiver. To ensure smoother drilling, spray WD-40 into the router drill attachment and insert a 21/64" drill bit. As outlined in the 80% lower jig instructions, don't start the drill until you're sure the bit is fully inserted. Begin drilling while making sure that the drill bit is kept straight and perpendicular to the receiver. Make sure to periodically pull the drill out of the guide hole to clear any chips. Apply WD-40 when necessary. Drill until the drill bit exits the bottom of the lower receiver and then uninstall the drill jig guide by removing the two jig screws.

## Milling Process



Norton
SHOPPING
GUARANTEE
11/19/2020



★ REVIEWS

When it comes to the milling process, it's important to note that the provided depth gauge hash marks denote the maximum depth of cut per pass. If you're a beginner or a custom AR builder seeking maximum finish quality, you should make milling passes at less than a full hash mark. Attempting to mill at depth increments higher than what is recommended can cause damage to the end mill or receiver. Ensure that your router base lock is tight and functioning properly. If the router depth moves while milling, the end mill or the receiver can be damaged.

If you're using a variable speed router, set to the highest speed setting. Don't insert or remove the end mill while the router is spinning. Prior to turning the router on, ensure that the end mill is centered within the milling pilot hole and not contacting any part of the receiver. While milling, you'll want to move the router smoothly and in a clockwise manner as shown in the 80% lower jig instructions. Keep the router adapter flat against the router guide plate at all times. You'll also want to avoid exerting excessive pressure or abruptly pulling the router.

Slowly nibble away at the lower receiver, and in case you start experiencing chattering, you'll want to slow down and take shallower depths of cut. Remember to apply WD-40 sparingly and remove chips frequently. There are three main milling steps in the instructions which start with installing the short guide pins to the router adapter using the provided guide pin screws and 7/64" Allen wrench, eventually working your way up to the medium and long guide pins to finish your milling process. In each step, you'll want to mill gently in a clockwise manner while following the recommended steps as shown in the 80% lower jig instructions.

## Final Drilling

For the final drilling process, clamp your jig assembly in the vise by the edges of the side plates, with the right side facing up. Ensure that the jig assembly is level and spray WD-40 into the large guide hole and insert 3 /8" drill bit. Only start the drill when you're sure that the bit is fully inserted into the guide hole. When you start drilling, apply moderate pressure until the drill penetrates the right side wall and continue drilling through the left side. After this, spray WD-40 into both of the small guide holes and insert 5/32" drill bit into either of the remaining guide holes.

Apply moderate pressure when drilling and drill until the bit penetrates the right side of the wall and continue doing so through the left side wall. Repeat the same process for the remaining small hole. In case your drill bits are not long enough to penetrate through both walls, flip the jig over and repeat the process. Receivers with spray-on coatings like Duracoat and Cerakote should be drilled from both sides for maximum finish quality.

## Removing Your Finished Lower Receiver



Norton
SHOPPING
GUARANTEE
11/19/2020

Instructions



Once you've completed your final drilling, it's time to remove your lower receiver from the jig assembly. Start by removing the buffer adapter, loosen or completely remove the buffer plate, remove the takedown pin and then remove your finished receiver from the Router Jig PRO. Make sure to follow the steps provided with your 80% lower jig instructions so you can do it correctly.

## Get the Best Custom AR Router Jig from 5D Tactical

At 5D Tactical, we provide our clients with a range of AR-15 and AR-308 build parts like the universal 80% lower Router Jig PRO (https://www.5dtactical.com/ar-15-80-lower-jig-p/5d-jig15.htm) to ensure easy and fast finishing of your lower receivers. If you need help finishing your lower, contact us (https://www.5dtactical.com/contact-us-s/125.htm) today or call at 508-834-4223 (tel:+15088344223).

Shop 5D Tactical for the best parts to complete your custom AR build!

SIGN UP FOR OUR E-NEWSLETTER     EMAIL ADDRESS

COMPANY INFO

MY ACCOUNT

HELPFUL INFO

{{!--

QUESTIONS? EMAIL US!

## CONNECT WITH 5D TACTICAL


(https://www.facebook.com/5dtactical/) (https://pinterest.com/volusion/)  (https://www.youtube.com/c/5dtactical)  (https://www.instagram.com/5dtactical/)

COPYRIGHT © 2020 5D TACTICAL LLC (/TERMS.ASP). ALL RIGHTS RESERVED.

        (https://www.geotrust.com/ssl/)





# AR-15 & AR-308 Router Jig Instructions



**AR-15 + AR-308 Router Jig:**

| 1. | Guide Plate | 6. | Router Adapter Side Block | 11. | Short Quick Release Pin |
|---|---|---|---|---|---|
| 2. | Drill Guide | 7. | Buffer Adapter | 12. | (5) M4x10 Phillips Truss Screw |
| 3. | Right Side Plate | 8. | Front Takedown Adapter | 13. | (1) ¼"-20 x 2" Socket Screw |
| 4. | Left Side Plate | 9. | Guide Pin Set | 14. | (6) ¼"-20 x 5/8" Socket Screws |
| 5. | Router Adapter | 10. | Long Quick Release Pin | 15. | (8) #8-32 x 5/8" Phillips Screws |

**Additional Tools Needed:**

| Router | 3/8" Drill Bit | 7/64" Allen Wrench |
|---|---|---|
| Drill | 5/16" Drill Bit | 3/16" Allen Wrench |
| 5D Tactical End Mill | 5/32" Drill Bit | Vise, clamps etc. |
| Phillips Screwdriver | 3/8" Drill Stop | WD-40 or similar |
| Eye Protection | Hearing Protection | Shop Vac or Compressed Air |

# Part 1: Jig Assembly

**1-1:** Thread Buffer Adapter into Lower Receiver. Buffer Adapter must sit just below surface of the Lower Receiver with the threaded holes horizontal. **Note:** If Buffer Adapter is difficult to thread, #8-32 Screws can be installed for leverage.



**1-2:** Orient side plates on each side of the Lower Receiver, taking note of RIGHT and LEFT as it would be oriented in a shooting position. Insert Long Quick Release Pin through RIGHT Side Plate, Receiver and out LEFT Side Plate. **Tip:** For best finished results, use masking or painters tape on the sides of the receiver before installing the side plates to the Jig. This will reduce any chance for scratches when drilling the safety selector and hammer/trigger pin holes.



**1-3:** Place Drill Guide between Side Plates as shown, align screw holes. **Note:** It will only align one way. Pinch side plates against drill guide and tighten (4) #8-32 Screws.



**1-4:** Use 3/16" Allen wrench to thread ¼-20 x 2" Screw through LEFT Side Plate and into RIGHT Side Plate using care not to cross-thread. Stop when seated. Do not overtighten.



**1-5:** Align Front Takedown Adapter between front takedown holes. Push Short Quick Release Pin through Receiver and Adapter as shown.



**1-6:** Place Guide Plate atop Side Plates as shown. Align screw holes on Guide Plate with Buffer Adapter screw holes. Thread (2) #8-32 screws and leave **LOOSE**.



**1-7:** Align Front Takedown Adapter with holes in Guide Plate. Insert and tighten (2) #8-32 screws, tightening each screw a little at time. Now, tighten (2) #8-32 screws from Step **1-6** above. **Note:** Buffer adapter will self-center in buffer mount. Guide plate may move as these are tightened. Allow Guide Plate to move freely during tightening.



**1-8:** Loosely thread (6) ¼-20 x 1/2" screws through Guide Plate and into Side Plates. Tighten screws using 3/16" Allen wrench. The Jig assembly is now complete.

 

## Part 2: Drilling Step 1

**2-1:** Slide 3/8" drill stop onto shank of 3/8" drill bit. Insert drill bit to full depth of Depth Gauge #2. Place the drill stop against the edge of the Guide Plate. Secure drill stop onto drill bit.



**2-2:** Spray WD-40 into Hole #2 of the Drill Guide. Insert 3/8" drill bit into hole. Do not start drill until bit is fully inserted. Start drill and apply firm pressure. Periodically, lift drill to assist in chip removal. Reapply WD-40 as necessary. **Note:** Stop drilling just before the drill stop touches the drill guide.




**2-3:** Prior to drilling, ensure the Jig Assembly is level. Spray WD-40 into Hole #3 of Drill Guide. Insert 5/16" drill bit into hole. Do not start drill until bit is fully inserted. Start drill and apply firm pressure. Periodically, lift drill to assist in chip removal. Reapply WD-40 as necessary. Stop drilling when the drill bit exits the bottom of the receiver. Pay attention not to drill into the trigger guard. **Note: It is important to keep the drill bit perpendicular to the Lower Receiver. Drilling at an angle can result in an oblong trigger slot.**



**2-4:** Remove (4) #8-32 screws and remove the Drill Guide. It may be necessary to loosen the Vise and/or use a screwdriver to gently pry the drill guide from between the side plates. Simply insert the screw driver shank into Hole #2 and gently pry upward.






**2-5:** Remove Long Quick Release Pin from rear takedown hole.

# Part 3: Milling Step 1

**GENERAL NOTES ON MILLING - READ ENTIRELY:** Prepare your router for milling by installing the Universal Router Adapter. Instructions on how to install the Adapter on your router are available on our website: http://www.5dtactical.com/instructions-s/114.htm. Be sure that the depth adjustment lock is tight. In testing we found that many routers come from the factory with the locking clasp left loose. If the depth adjustment slips while milling, the end mill and/or lower can be damaged.

If using a variable speed router (recommended), start router on middle speed and gradually increase speed until optimal milling results are achieved. Generally speaking, start on speed "5" on variable speed models with "1" to "10" speed adjustments and work your way up. Many times, the highest speed is typically the best. If you know your router's no-load speed range, aim for 25,000 RPMs.  Do not insert or remove the end mill while the router is spinning.

Move router smoothly in a clockwise manner, do not mill in straight lines for extended periods. Avoid abruptly pulling the end mill or exerting excessive force to move the end mill. Slowly nibble away at the material. If at any point, you begin to experience the end mill chattering or jumping, slow down and/or take shallower passes. Apply WD-40 liberally while milling to reduce excess heat. Remove chips frequently. Attempting to take depth increments higher than recommended can cause the router to pull out from the router and ruin the lower receiver. **TAKE YOUR TIME!!**

**3-1:** Install 5D Tactical 5/16" Hybrid End Mill into the collet of the router up to the beginning of the taper. No portion of the taper should enter the collet. Tighten the router collet. **Note:** It is important to tighten the collet as much as possible to prevent the end mill from pulling out of the router and damaging the lower receiver or end mill.

**3-2:** Install #1 (short) Guide Pins on Router Adapter using the (2) smallest socket cap screws and 7/64" Allen Wrench. Do not overtighten. Open end of pins should be facing up. Make sure pin seats are clear of debris prior to installing. Check that guide pins are properly seated.



**3-3:** Set end mill depth to the first hash mark using Depth Gauge #1. Set depth by holding base of Router Adapter against the edge of the Guide Plate. Be sure Guide Pins are not between Adapter and Guide Plate. Make sure router depth adjustment is locked.



**3-4:** Orient Lower Receiver Assembly so the buffer extension is closest to the user. Place Router Assembly atop Guide Plate, with end mill entering the earlier drilled 3/8" hole. The notched side of the Router Adapter should be facing the buffer extension as shown. The Guide Pins should be positioned inside the Guide Cavities on both sides. Turn router on slowest speed and increase to operating speed once ready to mill. Mill using consistent pressure and speed, moving in a clockwise manner.



**3-5:** Make the first pass of milling allowing the Guide Pins to follow the entire area of the Guide Cavities. When milling corners, gently twist the router side to side to assist in completing the entire corner radius.



**3-6:** Once the entire pass has been milled to depth, set end mill depth to the second hash mark. Mill second pass following the same method and process as shown in steps **3-4** and **3-5.**



**3-7:** Continue milling in this manner, adjusting end mill depth by 1 hash mark until you reach the final hash mark of Depth Gauge #1. Do not attempt to mill more than 1 hash mark. Doing so may result in poor quality, longer time, and broken end mills.

  

**3-8:** Complete the final pass to full depth of Depth Gauge #1 and **STOP**. Before continuing to Depth Gauge #2, the #2 (medium) Guide Pins must be installed.




## Part 4: Milling Step 2

**4-1:** Remove #1 (short) Guide Pins and install #2 (medium) Guide Pins on Router Adapter reusing the (2) screws and 7/64" Allen Wrench. Do not overtighten. Make sure pin seats are clear of debris prior to installing. Check that guide pins are properly seated.



**4-2:** Set end mill depth to the first hash mark using Depth Gauge #2. Set depth by holding base of Router Adapter against the edge of the Guide Plate. Be sure Guide Pins are not between Adapter and Guide Plate. Make sure router depth adjustment is locked when complete.



**4-3:** Place router assembly atop Guide Plate, with end mill entering the earlier drilled 3/8" hole. The Guide Pins should be positioned inside the #2 Guide Cavities on both sides. Turn router on slowest speed and increase to operating speed once ready to mill. Mill using consistent pressure and speed, moving in a clockwise manner.



**4-4:** Complete the first pass allowing the Guide Pins to follow the #2 Guide Cavities. When milling corners, gently twist the router side to side to assist in completing the entire corner radius.





**4-5:** Once the entire first pass has been milled, set end mill depth to the second hash mark. Mill second pass following the same method and process as outlined in steps **4-3** and **4-4.**

**4-6:** Continue milling in the same manner, adjusting milling depth by 1 hash mark until you reach the final hash mark of Depth Gauge #2. Do not attempt to mill more than 1 hash mark. Doing so may result in poor quality, longer time, and broken end mills.

  

**4-7:** Complete the final pass to full depth of Depth Gauge #2. You must start the end mill in the 5/16" pilot hole. **Start the router at slowest speed setting and mill the hole larger before increasing the router speed**. **HOLD FIRMLY.** Once complete, <span style="color:red">**STOP**</span>. Before continuing to Depth Gauge #3, the #3 (long) Guide Pins must be installed on the Router Adapter.

 

## Part 5: Milling Step 3

**5-1:** Remove #2 (medium) Guide Pins and install #3 (long) Guide Pins on Router Adapter reusing the (2) screws and 7/64" Allen Wrench. Do not overtighten. Open end of pins should be facing up. Make sure pin seats are clear of debris prior to installing. Check that guide pins are properly seated.



**5-2:** Set end mill depth using Depth Gauge #3. Set depth by holding base of Router Adapter against the edge of the Guide Plate. Be sure Guide Pins are not between Adapter and Guide Plate. Make sure router depth adjustment is locked before when complete.



**5-3:** Place router on Guide Plate, with end mill entering the earlier drilled 5/16" hole. The Guide Pins should be positioned inside the #3 Guide Holes on both sides. **Start the router at slowest speed setting and mill the hole larger before increasing the router speed. HOLD FIRMLY.** Gently mill in a clockwise manner until the trigger slot is formed.

 

## Part 6: Drilling Step 2

**6-1:** Clamp Jig Assembly in the Vise by the Guide Plate so RIGHT Side Plate is facing up and ensure that the assembly is level. Use a rag or cardboard between the Vise and Guide Plate to prevent damage to the top surface of the Guide Plate. **Tip:** It is highly recommended to put tape on the sides of the receiver before this step to avoid any scratches to the receiver. If not already done, remove and reinstall the lower making sure to install both quick release pins.



**6-2:** Spray WD-40 into large hole. Insert 3/8" drill bit into large Guide Hole (large left hole as shown). Do not start drill until bit is fully inserted in the Guide Hole. Apply moderate pressure and drill until the bit penetrates the right side wall. Do not drill through both sides.

**6-3:** Spray WD-40 into both small holes. Insert 5/32" drill bit into either remaining Guide Holes. Do not start drill until bit is fully inserted in the Guide Hole. Apply moderate pressure and drill until the bit penetrates the right side wall. Do not drill through both sides. Repeat in last hole.

 

**6-4:** Unclamp Jig Assembly from Vise and flip it over so the LEFT side plate is facing up and re-clamp by the Guide Plate. Ensure that assembly is level. Use a rag or cardboard between the vise and Guide Plate.

**6-5:** Spray WD-40 into both small holes. Insert 5/32" drill bit into either small Guide Hole. Do not start drill until bit is fully inserted in the Guide Hole. Apply moderate pressure and drill until the bit penetrates the left side wall. Continue drilling so the bit passes through the opposite side wall connecting the holes from either side. Repeat on remaining small hole.

 

**6-6:** Spray WD-40 into large hole. Insert 3/8" drill bit into large Guide Hole. Do not start drill until bit is fully inserted in the Guide Hole. Apply moderate pressure and drill until the bit penetrates the right side wall. Continue drilling so the bit passes through the opposite side wall connecting the holes from either side.



# Part 7: Lower Receiver Removal

A key feature of the 5D Tactical AR-15 and AR-308 Router Jigs is they do not require the user to completely disassemble the Jig Assembly to remove or mount an 80% lower receiver.

**7-1:** Remove ¼-20 x 2" Screw from Left Side Plate using 3/16" Allen wrench.



**7-2:** Remove (2) #8-32 screws from the Buffer Adapter.



**7-3:** Remove Short Quick Release Pin from Front Takedown Adapter.





**7-4:** The Jig Assembly and Lower Receiver should now be separable. **Note:** For the AR-308 Router Jig, loosening or removing one of the Side Plates may be necessary on some brands to extract the Lower Reciever.

**7-5:** Unthread the Buffer Adapter from the Lower Receiver.













 (0)

| What are you looking for? |

Home  /  80% Receivers

# 80% RECEIVERS



⚖    What are you looking for?      🛒 (0)



Rough Grit Sand Paper

Rotary Tool (similar to a Dremel)

Commercially available jig system such as "Easy Jig"

You may or may not have ordered our complete kit that include the drill bits and end mill. These are available from us or any online retailer.

READ ALL INSTRUCTIONS BEFORE BEGINNING ASSEMBLY

## Step 1/5: Make sure you have everything you need (see image for all needed parts)

TRIGGER HOLE GUIDE

JIG HARDWARE

JIG ASSEMBLY (L/R)

5/16" END MILL
5/16" DRILL BIT
3/8" DRILL BIT
5/32" DRILL BIT

## Step 2/5: Connecting

Using the supplied 5 smaller screws enclose the entire jig securely.This will ensure all the holes line up exactly where they need to go. The entire assembly should be secured inside a vise or similar securement during machining.



5/32 DRILL BIT

USE 5/32 DRILL BIT TO OPEN HOLES MARKED WITH ARROWS

SECURE THE JIG TOGETHER WITH THE PROVIDED HARDWARE



The trigger pocket is by far the most critical portion of the machining process. We recommend the use of a drill press and a securing vise. The most important thing during this is patience. This is not an easy thing to do by hand and it is very easy to make a mistake. use the 5/16" bit to remove the material to a depth of 1.22" (helps to use a depth guide on the bit) and finish with the end mill. Use of a rotary tool and sandpaper can help smoothing the material to a finish. The polymer does not need any covering to protect from corrosion after machining.

USE 5/16" DRILL BIT TO REMOVE 0.61 INCHES OF NYLON IN THE PATTERN SHOWN LEAVING A SMALL EDGE FROM THE JIG GUIDE WALLS FOR A SMOOTH FINISH FROM THE END MILL

*PATTERN ISN'T TO SCALE OR DRAWN WELL, YOU GET THE IDEA

USE YOUR END MILL TO REMOVE THE REMAINING MATERIAL. THE EDGE LEFT FROM THE FIRST STEP CAN BE REMOVED NOW.

SET YOUR DEPTH TO 1.22 AND REPEAT STEP 3

## Step 4/5: Trigger Hole Guide

The trigger hole guide is simply to make the hole for the trigger to go through. Using the drill bit carefully make the hole all the way through the bottom. Afterwards, clean the edge using some sandpaper or a Dremel tool.

WITHOUT REMOVING THE JIG ASSEMBLY FROM THE VISE, REPLACE THE TRIGGER HOLE GUIDE

USE THE ENDMILL AND FOLLOW THE POCKET. THIS WILL MAKE A SLOT FOR THE TRIGGER AND DOESN'T REQUIRE A FINISHING PASS.

## Step 5/5: Trigger Pins / Safety Selector

When drilling the holes for the trigger pins and safety selector DO NOT drill all the way to the other side. Flip the assembly over and drill from the correct side. The jig is designed to center the part on the bit so before securing the jig to the work surface center the bit on the part with it not moving to ensure it is aligned. Do not reuse the jig after assembly. They are designed for a single use only.

WITH THE JIG PLACED FLAT ON ONE SIDE, USE A 3/8" DRILL BIT TO DRILL THE SAFTEY SELECTOR HOLE AND A 5/32" BIT TO DRILL THE TRIGGER AND HAMMER PIN HOLES. DO NOT DRILL THESE HOLES ALL THE WAY FROM ONE SIDE TO THE OTHER. DRILL ONE SIDE THEN FLIP THE JIG AND DRILL THE OTHER. REMOVE THE LOWER FROM THE JIG AND FINISH BY DEBURRING WITH A SMALL FILE.

**Updates and Shipping times will be listed on the bottom of the front page of our website!**

**HTTPS://WWW.TNARMSCO.COM/**

*Using A2 buffer assembly(no lock plate nor castle nut), please advice so we can sand down 2 threads off the back of 80%s.

Each 80% has to be milled out with a jig (whether metal or its own one-time use only jig from our company)to be covered by warranty.



Sort By:   Featured Items   ⌄      1    2    NEXT >

SALE      SALE      SALE      SALE

Hybrid Holgster 80% Receiver

(0)

What are you looking for?



**10 PACK 80% RECEIVER W DRILLING JIG*NEW MODEL PRESALE***
**$398.18** ~~$442.43~~

**10-PACK 80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$465.68** ~~$517.43~~

**2-PACK AR15 80% RECEIVER W DRILLING JIG*NEW MODEL PRESALE***
**$100.87** ~~$112.08~~

**2-PACK 80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$106.19** ~~$117.99~~

**308 80% RECEIVER W DRILLING JIG* PRESALE***
$88.99

**4-PACK AR15 80% RECEIVER W DRILLING JIG*NEW MODEL PRESALE***
**$191.12** ~~$212.36~~

**4-PACK 80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$224.00** ~~$248.36~~

**6-PACK 80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$316.66** ~~$351.85~~

**8-PACK 80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$397.38** ~~$441.54~~

**80% AR15 STYLE 9MM RECEIVER W DRILLING JIG* PRESALE***
**$62.10** ~~$68.99~~

**80% AR15 STYLE BLANK W/JIG: CLOSEOUT!**
$62.99

**ADD A CAMO FINISH TO ANY RECEIVER OR 80%**
$35.00

1   2   NEXT >

CATEGORIES ∨



Complete Lower Receiver
Display Only (CLEAR) Models
Apparel
Engraving Service
Parts
Gift Certificates

**INFORMATION ∨**

FFL Locator
Login
Other Pages
Sitemap

**FOLLOW US**

# Tennessee Arms Company, LLC

708 E Court Street
Dyersburg TN 38024

731-334-5106

© 2020 Tennessee Arms Company, LLC

80% Lower Receivers for 6A4-12 & AR 308 Jigs, Tools, & Complete Kits



## SHOP 80% LOWER RECIEVERS

AR15 PARTS      TOOLING      308 PARTS



AR15 80% Lowers 308 80% Lowers Tooling Cool Shit Replacements Instructions

# Sign up for the Broken Arms Newsletter for exclusive deals and updates!

Your email address

**SIGN UP!**



how to complete a Broken Arms 80% AR15 lower receiver



# Free USPS Priority Shipping on orders $200 & over

## Local pickup in San Jose, CA is available

ABOUT US    |    CONTACT US    |    TERMS & CONDITIONS    |    HELP    |    AR15 ATF Letter    |    308 ATF Letter    |    SITEMAP    |

LOGIN/REGISTER    |    🛒 0

2828 Aiello Drive

San Jose, CA 95111

Mon-Fri 9am-5pm

info@BrokenArmory.com

Phone: (408) 753-1112

Copyright © 2020 Broken Arms LLC. Designed and Developed by Black Kraken, LLC



Home / Store / Tools and Parts / Jigs / 1911 Phantom Jig

# SA 1911 Phantom Jig

**BE THE FIRST TO REVIEW THIS PRODUCT**

Price $199.00 ~~$250.00~~

SKU#: **1911PHANTOMJIG**

Stealth Arms has made it dummy proof to complete an 1911 80% Frame **WITHOUT** the need for a milling machine! With our patent pending Phantom Jig, you will have everything needed to bring your 1911 80% Frame to completion and ready to accept parts.

Works with **ALL** Stealth Arms' frames

Check out more details below including a video to see how it works!

Qty  1

ADD TO CART

SHARE

   



   

## Related Products





## Rail Cutter

$35.00

**ADD TO CART**

## Barrel Seat Cutter

$45.00

**ADD TO CART**

---

Details ⌃

# 1911 Phantom Jig

Introducing Stealth Arms' revolutionizing Phantom Jig! Stealth Arms has made it dummy proof to complete an 1911 80% Frame **WITHOUT** the need for a milling machine! With our patent pending Phantom Jig, you will have everything needed to bring your 1911 80% Frame to completion and ready to accept parts.

You now only need 3 peices of equipment to completely finish your 1911 80% Frame:

Vise

Drill Press or Drill

Stealth Arms' 1911 Phantom Jig (which utilizes 2 custom carbide cutters to aid the user in precisely cutting the slide rails and barrel seat)

**\*\*\*\***The Phantom Jig produces mixed results when used on steel frames. Multiple cutters are usually needed to finish steel frames.**\*\*\*\***

Watch our user friendly video below to see an overview of how The 1911 Phantom Jig works!

1911 80% Phantom Jig for 1911 80% Frame - Demonstration Video (...



Reviews ⌄

# Stealth Arms

*80% lower kit*

*DRILL PRESS DIRECTIONS*

DISCLAIMER: These instructions are intended for use by someone who has knowledge of machining and machine tooling is necessary to complete an 80% lower receiver.  It is the end user�s responsibility to determine if finishing an 80% lower receiver is permitted by law in their state and/or municipality.  These instructions are offered for educational purposes. The author and jig manufacturer assumes no liability for misuse or damage; bodily, machinery, receiver or otherwise. The purchase of this product and its instructions are acceptance of these terms.

**Part�s included:**  *Underlined items are required for the drill press process*



1    - 80% lower AR 15 receiver

| | |
|---|---|
| <u>1 - Left plate</u> | <u>4 - 10-24x � bolts</u> |
| <u>1 - Right plate</u> | <u>1 - � - 20 x 1 �  bolt</u> |
| 1 - Milling Plate 1 | <u>1 - � - 20 x 1 �  bolt</u> |
| <u>1 - Milling Plate 2</u> | <u>1 - Drill press plate</u> |
| <u>1 - 3/8� Drill Bit </u> | <u>1 - 7/16� Drill Bit</u> |
| <u>1 - 5/32 Drill Bit</u> | |
| <u>1 - 1/8� Drill Bit</u> | |

**Drill Press Directions:**

1.  Assemble left and right side plate as shown using the � - 20 x 1 � bolt through the rear take down hole and the � - 20 x 1 � bolt through the recessed hole.

2.  Drill the selector hole using the 3/8� drill bit



3.  Then use the 5/32� drill bit to drill the 2 trigger group pin holes

4.  Bolt on drill press plate using 10-24x � bolts. Using the 1/8 drill bit, drill each hole to a depth of 1.367� from the top of the drill plate.

**Stealth Arms** *80% lower kit*

*DRILL PRESS DIRECTIONS*

5. **Remove the drill press plate.**

6. Use a 7/16⬛ Drill bit and drill out the following two holes in the lower receiver to a **depth of 1.249⬛** from the **top of the Receiver**.

Drill with a 7/16 inch Drill Bit



7. Drill out the following 12 holes in the lower receiver with the 3/8⬛ drill bit to a **depth of 1.249⬛** from the **top of the Receiver**. *DO NOT DRILL THROUGH DRILL PRESS PLATE!*



8. Bolt on milling plate 2 and use the 3/8⬛ drill bit to drill out the trigger hole. Line up the drill bit with the left radius then drill through. Line up the drill bit with the right radius then drill through. Place the drill bit in the center of the reaming material in the trigger hole and drill through. (**Note:** Some filing may be needed.)



**Stealth Arms**

*80% lower kit*

*For support please call: Tim @ 419-300-0097*




951-223-8086

Gift Certificate  Login  or  Sign Up



SEARCH

# Polymer 80 How To

How-to Tricks in Finishing your Polymer80 Build. These videos are not easyily made, It takes ALOT of time shooting and editing them so that everyone can benefit from it. That said, please give you thanks to those who created them by Subscribing to their Channel on youtube, Liking/Following them on Social Media. I'm sure they'll appreciate the gesture. Enjoy!!!

All New Polymer80 PFSS9 Dual Build By MGB!

### Polymer 80 PF9SS Glock 43 Build – Custom & MDX Arms



P80 Tab Removal by Marine Gun Builder (MGB)

### Polymer 80 Glock Pro Build - Get Tab Tastic P80



P80 Drilling Pins by Marine Gun Builder (MGB)

Polymer 80 Glock Build How to Get Perfect Pins



P80 Pesky Guide Rod Channel Removal by MGB

Polymer 80 Glock 19 Pro Build - P80 Channel



P80 Mastering the Guide Rod Channel Removal by Marine Gun Builder (MGB)





P80 G19 Assembly Video by Marine Gun Builder (MGB)



P80 Understanding/Fixes for the Rear Rail by Marine Gun Builder (MGB)





P80 Extraction / Ejection / Stove Pipe by Marine Gun Builder (MGB) * Must Watch*



P80 Polishing Tricks by Marine Gun Builder (MGB)



P80 Polishing & Prepping your Parts Before Assembly by Marine Gun Builder (MGB)



Glock Build Polishing & Prepping for Perfection



Visit Marine Gun Builders Youtube Channel
https://www.youtube.com/channel/UCcjXVdZEeD89PTNYkMNzKww

Like MGB at Facebook
https://www.facebook.com/marinegunbuilder/

Follow Him at InstaGram
https://www.instagram.com/marinegunbuilder/?hl=en

## Contact Us

MDX Corp
P.O. BOX 70809
RIVERSIDE, CA. 92513
info@mdxarms.com

## Accounts & Orders

Gift Certificates
Wishlist
Login or Sign Up
Shipping & Returns

## Quick Links

Home
About Us
Terms and Conditions
Privacy Policy
Shipping & Returns
Contact Us
Gallery
Videos

## Connect with Us:

 

© 2020 MDX Corp | Sitemap

