# Exhibit 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
CITY OF SYRACUSE, NY, et al.,                       :
                                                    :
                        Plaintiffs,                 :    No. 1:20-CV-06885-GHW
                                                    :
                                                    :
            v.                                      :    DECLARATION OF
                                                    :    SHARON OWENS
                                                    :    IN SUPPORT OF PLAINTIFFS'
                                                    :    MOTION FOR SUMMARY
BUREAU OF ALCOHOL, TOBACCO,                         :    JUDGMENT
FIREARMS AND EXPLOSIVES, et al.,                    :
                                                    :
                                                    :
                                                    :
            Defendants.                             :
                                                    :
------------------------------------------------------------X

        I, Sharon Owens, declare under penalty of perjury as prescribed in 28 U.S.C. §

1746 as follows:

        1.      The facts contained in this declaration are known personally to me and, if

called as a witness, I could and would testify competently thereto under oath.

        2.      I submit this sworn declaration in support of Plaintiffs' motion for

summary judgment, seeking to force the Bureau of Alcohol, Tobacco, Firearms and

Explosives ("ATF") to apply the Gun Control Act to unfinished firearm frames and

receivers and that are sold over the internet as part of do-it-yourself gun building kits,

referred to herein as "ghost guns" because they lack serial numbers.

        3.      I am the Deputy Mayor of the City of Syracuse. I began serving as Deputy

Mayor in January 2018.

1

4.      As Deputy Mayor, I report directly to Mayor Ben Walsh, and I am responsible for the oversight of several departments of the City of Syracuse, including the Syracuse Police Department ("Syracuse P.D"). The Chief of Police, Kenton Buckner, reports to me. In my role, I have access to all data and reports produced by and relied upon by the Syracuse P.D. I regularly review crime and related data provided by the Chief and the Syracuse P.D. I provide Chief Buckner with direction on the allocation of resources and the prioritization of projects, as appropriate. Additionally, due to my direct oversight of and relationship with SPD, I have been assigned the lead role of facilitating police reform efforts in the City of Syracuse and our police department.

5.      Prior to becoming Deputy Mayor, my career afforded me the opportunity to work with community residents at the neighborhood level on various neighborhood revitalization initiatives, not for profit administration and community empowerment efforts; all of which provided a first-hand viewpoint of the devastation of gun violence in our community.

6.      Syracuse P.D. is comprised of approximately 400 police officers, with a budget of over $47 Million in Fiscal Year 2020-2021. The Syracuse P.D. budget comes out of the City of Syracuse's overall general fund, which is budgeted at $251 Million. The Syracuse P.D.'s budget is the largest among all city departments.

7.      Plaintiff City of Syracuse, New York has over 142,000 residents and is the fifth largest city in the state.

8.      According to crime data from the Syracuse Police Department, between 2014 and 2018 there were 82 firearm murders—72 percent of all murders.

2

9.      The Department has a close partnership with the Central New York Crime

Analysis Center ("CNYCAC"), which is funded and staffed through a partnership with

the New York State Division of Criminal Justice Services and Onondaga County.

CNYCAC crime analysts track all gun recoveries for SPD by referencing officer

descriptions of recovered guns found in police reports. In preparation for this declaration,

I reviewed all relevant police reports related to the incidents described herein in order to

assure the accuracy of my statements.

10.      In 2018, the Syracuse P.D. recovered 7 ghost guns. In 2019, the Syracuse

P.D. recovered more than double that number—19 ghost guns. Five of the recovered

ghost guns are linked to shootings with injuries.

11.      In 2020 alone, the Syracuse P.D. has recovered 33 ghost guns, including

two linked to shootings with injuries.

12.      A significant number of these ghost gun recoveries are Polymer80s. Of the

59 ghost guns, at least 53 of them were Polymer80s.

13.      I have reviewed Syracuse P.D. reports showing that in December 2019, a 6-

year-old boy was shot in the back in a Syracuse residence by his uncle using an

untraceable ghost gun. Without a serial number or any identifiers, law enforcement had

no way to determine how the shooter obtained the weapon.

14.      I have reviewed Syracuse P.D. reports showing that in August 2020,

Syracuse P.D. apprehended a man wanted in connection to a string of local shootings.

When he was taken into custody, officers found him in possession of a Polymer80 9mm

3

handgun with a bullet already in the chamber, 9 additional rounds in the magazine, and 12 grams of crack cocaine.

15.    Syracuse suffers economic injury and costs from gun crime, including fatal and non-fatal shootings, firearms trafficking, and other firearm-related crimes.

16.    Crimes committed with or associated with ghost guns impose similar categories of economic injuries and costs.

17.    These economic injuries and costs include expending substantial sums of money to prevent, investigate, respond to, and combat gun crime, including but not limited to expending substantial sums of money on police and other emergency services costs associated with gun-related crime.

18.    Because of the significant costs associated with gun violence, Syracuse relies upon grant money to address the problem. Between five grants since 2018 Syracuse P.D. has spent over 1.3 million dollars in overtime details specifically geared towards addressing gun violence.

19.    In addition to the kinds of economic injuries and costs associated with all gun crimes, as discussed above, unserialized ghost guns present unique and additional public safety challenges and costs.

20.    Specifically, a serial number on a crime gun is often a critical lead in a criminal investigation, providing information that can allow Syracuse P.D. to trace the chain of custody and source of the crime gun, and understand how that crime gun came to be in the City of Syracuse.

4

21.    When the Syracuse City P.D. recovers, seizes, or takes into evidence a firearm, it is standard procedure to use the serial number, make, and model of the firearm to make a trace request to the National Tracing Center at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Information provided by the National Tracing Center ties the firearm to its point of first retail sale, which provides a starting point for discovering how a recovered firearm travelled from its point of sale to a crime scene.

22.    Because ghost guns are unserialized, Syracuse P.D.'s ability to investigate and solve criminal cases involving ghost guns is undermined and made more difficult, and often requires Syracuse P.D. to expend additional time and resources to investigate and attempt to solve these crimes.

23.    In Syracuse P.D's experience, ghost guns are more likely to fall into the hands of an individual who is legally prohibited from possessing a gun in New York State because there are no restrictions on who can purchase a Ghost gun. This increases the likelihood that the gun will be used in conjunction with criminal activity.

24.    Syracuse has a strong interest in robust and proper implementation and enforcement of federal and state gun laws, including the Gun Control Act.

25.    Syracuse has a strong interest in ensuring that background checks are performed on all sales of firearms as required under federal and state law, which is interfered with and undermined by the easy availability of ghost guns.

26.    Syracuse has a strong interest in ensuring that firearms do not end up in the hands of individuals prohibited by law from owning or possessing them, including those with felony convictions, domestic violence offenders, and others with dangerous

5

histories; that interest is interfered with and undermined by the easy availability of ghost guns.

27.    Syracuse and Syracuse P.D. have a strong interest in being able to investigate and solve gun-related crimes, hold shooters accountable, and trace and investigate the original source(s) of all guns used in crimes.  All of these interests – and the City's and Syracuse P.D.'s ability to fight and prevent gun crime – are interfered with and undermined when criminals use guns that have no serial number and are untraceable.

28.    Syracuse P.D. works with the ATF in joint efforts to combat and prosecute gun trafficking and gun crimes, including illegal activity involving ghost guns.

29.    Arrests by Syracuse P.D. on firearms-related charges are at times referred to federal law enforcement for prosecution, to the extent federal law applies.

30.    Syracuse joined Everytown for Gun Safety's December 11, 2019 Petition for Rulemaking by letters to ATF and DOJ dated July 29, 2020. To date Syracuse has not received a response to its letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Syracuse, NY on this 9th day of December 2020.

_____
Sharon F. Owens

6