# Exhibit 26

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
CITY OF SYRACUSE, NY, et al.,                 :
                                              :   No. 1:20-CV-06885-GHW
             Plaintiffs,                      :
                                              :
      v.                                      :   DECLARATION OF DOUG TRAN
                                              :   IN SUPPORT OF PLAINTIFFS'
                                              :   MOTION FOR SUMMARY
BUREAU OF ALCOHOL, TOBACCO,                   :   JUDGMENT
FIREARMS AND EXPLOSIVES, et al.,              :
                                              :
                                              :
             Defendants.                      :
                                              :
-----------------------------------------------------------X
```

I, Doug Tran, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2. I submit this sworn declaration in support of Plaintiffs' motion for summary judgment, seeking to force the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to apply the Gun Control Act to unfinished firearm frames and receivers and that are sold over the internet as part of do-it-yourself gun building kits, referred to herein as "ghost guns" because they lack serial numbers.

3. I am a sergeant employed by San José Police Department ("SJPD"). I have been employed by SJPD since 1995.

1

4. I am familiar with SJPD's investigation and enforcement of violent crimes involving firearms in the City of San José. From 2000-2003, I was an officer assigned to the Violent Crimes Enforcement Team—Street Level Gang Unit. From 2003-2006, I was assigned as a detective in the Gang Investigations Unit, which investigates gang violence within the city. From 2007 to 2010, I was a detective with the Narcotics and Covert Investigations unit as an undercover officer, investigating narcotics and firearms. From 2011-2013, I was assigned as an undercover officer with the Criminal Intelligence Unit and also as a detective assigned to a task force with the Federal Bureau of Investigation and the Drug Enforcement Administration. From 2015 to 2018, I was assigned as a sergeant to the Gang Investigations Unit.

5. I am currently assigned to the Gangs Unit in the role of Intelligence Liaison Sergeant. I am responsible for coordination and communication with the Crime Strategies Unit at the Santa Clara County District Attorney's Office. As part of my assignment, I am familiar with and knowledgeable about crime prevention analysis and data provided by SJPD to the District Attorney's Office, as well as data provided by the District Attorney's Office to SJPD.

6. In order to prepare this affidavit, I reviewed reports and data collected by SJPD's Data Analysis Unit, its Chief Financial Officer, and the District Attorney's Crime Strategies Unit to become familiar with the costs associated with gun violence. I also reviewed the City of San José's letter in support of rulemaking dated August 11, 2020.

7. Plaintiff City of San José, California has over a million residents and is the third largest city in the state. The San José Police Department is the City of San José's law enforcement agency and is funded by the City.

8. According to crime data from the San José Police Department, between 2015 and 2019 the City recovered 5,266 firearms. Of those recoveries, 550 of those firearms were unserialized—including 111 in 2019.

9. According to the Santa Clara County Crime Lab, the SJPD seized 142 ghost guns during criminal investigations between January 2015 and April 2020. Of these 142 ghost guns, nine were recovered during homicide investigations. Many of these ghost guns were in the possession of convicted felons, drug addicts, known gang members, minors, or those who otherwise would be prohibited from owning or possessing firearms.

10. In 2019 alone, the SJPD seized 65 ghost guns during criminal investigations. Of these, at least 12 were handguns made using kits manufactured by the company Polymer80.

11. The many ghost guns, including Polymer80s, that have been recovered in connection with criminal matters in San José include cases involving homicides, burglaries, armed robberies, receiving stolen property, felon-in-possession of firearms, and making criminal threats.

12. In March 2020, a fatal road rage shooting resulted from a minor collision in San José. I have reviewed the SJPD incident report associated with this event and am familiar with the facts contained therein. The shooting left one man dead and another

woman wounded. When authorities took the shooter into custody, they discovered a cache of ghost guns, high-capacity magazines, and body armor in the assailant's vehicle.

13. In August 2020, SJPD responded to a domestic violence call where the suspect allegedly pointed a gun at the victim's face. I have reviewed the SJPD incident report associated with this event and am familiar with the facts contained therein. SJPD officers eventually located a loaded, unserialized Polymer80 handgun stored unsecured in a dresser in the same bedroom the suspect shared with his 14-year-old son. When told by authorities they could obtain a Gun Violence Restraining Order (GVRO) against him, he responded that he would simply build another ghost gun.

14. In 2016, SJPD officers conducting a traffic stop were fired upon by a suspect using a high-powered, ghost gun rifle. I have reviewed the SJPD incident report associated with this event and am familiar with the facts contained therein. Though armed only with handguns, officers were eventually able to subdue the suspect after he was injured in a shootout with the officers.

15. San José suffers economic injury and costs from gun crime, including fatal and non-fatal shootings, firearms trafficking, and other firearm-related crimes. In 2018, there were 770 incidences of violent crimes involving firearms, including homicides, armed robberies, car-jackings, and aggravated assault. These firearm related crimes resulted in SJPD expending substantial sums of money to prevent, investigate, respond to, and combat gun crime, including but not limited to expending substantial sums of money

on police and other emergency services costs associated with gun-related crime and healthcare costs for those impacted by gun violence,.

16. Crimes committed with or associated with ghost guns impose similar categories of economic injuries and costs.

17. In 2019 alone, the City spent an estimated $448,092.54 responding to and investigating 65 calls involving ghost guns. This data was compiled based on time spent by officers responding to calls involving ghost guns, average salaries for the officers responding to the incidents, and average time spent on additional investigation.

18. In addition to the kinds of economic injuries and costs associated with all gun crimes, as discussed above, unserialized ghost guns present unique and additional public safety challenges and costs.

19. Specifically, a serial number on a crime gun is often a critical lead in a criminal investigation, providing information that can allow SJPD to trace the chain of custody and source of the crime gun, determine whether that crime gun was used in other offenses, identify criminal perpetrators, and understand how that crime gun came to be in the City of San José.

20. When SJPD recovers, seizes, or takes into evidence a firearm, it is standard procedure to use the serial number, make, and model of the firearm to make a trace request to the National Tracing Center at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Information provided by the National Tracing Center ties the firearm to its

point of first retail sale, which provides a starting point for discovering how a recovered firearm travelled from its point of sale to a crime scene.

21. Because ghost guns are unserialized, SJPD's ability to investigate and solve criminal cases involving ghost guns is undermined and made more difficult, and often requires SJPD to expend additional time and resources in excess of the resources SJPD normally spends in a typical gun case to investigate and attempt to solve this new class of crimes.

22. For example, from 2018-2020, SJPD's Burglary Prevention Unit ("BPU") has had six proactive investigations into suspects that were selling and/or manufacturing ghost guns. Each investigation required several undercover gun purchases, extensive surveillance by a 10-person team, report writing and evidence gathering, and follow up arrest and search warrants. The SJPD estimates it has expended roughly 6,000 hours of manpower investigating each case and spent an estimated $788,781.20 in the aggregate investigating all six cases.

23. According to the BPU, the SJPD arrested an individual for manufacturing and selling ghost guns in 2020. I have reviewed the SJPD incident report associated with this event and am familiar with the facts contained therein. At least 10 ghost guns that were seized during the investigation were made using Polymer80 handgun kits. At least two handguns that were built using Polymer80 kits were seized during a gun buying investigation in 2019.

24. San José has a strong interest in robust and proper implementation and enforcement of federal and state gun laws, including the Gun Control Act.

25. San José has a strong interest in ensuring that background checks are performed on all sales of firearms as required under federal and state law, which is interfered with and undermined by the easy availability of ghost guns.

26. San José has a strong interest in ensuring that firearms do not end up in the hands of individuals prohibited by law from owning or possessing them, including those with felony convictions, domestic violence offenders, and others with dangerous histories; that interest is interfered with and undermined by the easy availability of ghost guns.

27. The City of San José and SJPD have strong interests in being able to investigate and solve gun-related crimes, hold shooters accountable, and trace and investigate crime guns back to their original source(s). All of these interests – and the City's and SJPD's ability to fight and prevent gun crime – are interfered with and undermined when criminals use guns that have no serial number and are untraceable.

28. SJPD works with the ATF in joint efforts to combat and prosecute gun trafficking and gun crimes, including illegal activity involving ghost guns.

29. Arrests by SJPD on firearms-related charges are at times referred to federal law enforcement for prosecution, to the extent federal law applies.

30. San José joined Everytown for Gun Safety's December 11, 2019 Petition for Rulemaking by letters to ATF and DOJ dated August 11, 2020. To date, neither ATF nor DOJ have provided a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San José, CA on this 8th day of December 2020.

SGT. Doug Tran 3269
DOUG TRAN
San José Police Department