# Exhibit 27

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                           :

CITY OF SYRACUSE, NY, et al.,           :

                            :  No. 1:20-CV-06885-GHW

          Plaintiffs,         :

                            :

        v.                  :  DECLARATION OF ANGELA

                            :  WEIS IN SUPPORT OF

                            :  PLAINTIFFS' MOTION FOR

                            :  SUMMARY JUDGMENT

BUREAU OF ALCOHOL, TOBACCO,   :

FIREARMS AND EXPLOSIVES, et al.,   :

                            :

                            :

          Defendants.        :

                            :
-----------------------------------------------------------X

I, Angela Weis, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.     The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.     I submit this sworn declaration in support of Plaintiffs' motion for summary judgment, seeking to force the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to apply the Gun Control Act to unfinished firearm frames and receivers that are sold over the internet as part of do-it-yourself gun building kits, referred to herein as "ghost guns" because they lack serial numbers.

3.     I am Senior Advisor for Public Safety in the Office of the Mayor of the City of Chicago.  I entered my current position in September of 2019.

1

4.      Prior to joining the Office of the Mayor, I was at the Illinois Criminal Justice Information Authority (ICJIA), where I first served as the General Counsel and Chief of Staff and then as Acting Deputy Director and Chief Financial Officer.  ICJIA is a state agency dedicated to improving the administration of criminal justice. I began my career as a litigator at Sidley Austin LLP where I maintained an active *pro bono* practice focused on criminal appeals. Additionally, I have been involved with the John Howard Association of Illinois (JHA) for over 10 years and currently serve as Vice President of its Board of Directors.  JHA is a nonprofit organization that independently monitors correctional facilities, policies, and practices, and advances reforms needed to achieve a fair, humane, and effective criminal justice system.  I have a Bachelor of Science in Finance and Legal Studies in Business from the Tulane A.B. Freeman School of Business (*magma cum laude*) and a Juris Doctor from the Duke University School of Law (*cum laude*).

5.      I am on the public safety team within the Office of the Mayor in Chicago. The Mayor's Office works to ensure that all residents have the opportunity to fulfill their potential and thrive in safe communities. The public safety team focuses on coordinating and improving the operations of the Chicago Police Department, Chicago Fire Department, Office of Emergency and Communications, Civilian Office of Police Accountability, Chicago Police Board, and the newly-formed Office of Public Safety Administration, in addition to creating and implementing a violence reduction strategy for the City.

6.      Plaintiff City of Chicago, Illinois is the third-largest city in the United States with a population of 2,700,000 people.

7.      From 2015-2019, there was an average of 3168 people shot per year in Chicago.  Approximately 17% of these shootings resulted in fatalities. As of October 18, 2020, there have been 3480 shootings in Chicago in 2020.  Of these, 16.7% (582) resulted in fatalities, and 83.3% (2898) were nonfatal shootings.

8.      The public safety and welfare of our residents is the City's highest priority, and the City's redoubled commitment to combatting violence—especially gun violence—is reflected in its policies, practices, and allocation of economic resources.  Earlier this year, the City created "Our City, Our Safety:  A Comprehensive Plan to Reduce Violence in Chicago," which lays out the concrete steps the City is taking towards the goal of sustainably reducing gun violence.[1]  These steps include making historic investments in a variety of programs in communities most impacted by gun violence and coordinating with county and state partners, community members, nonprofit organizations and business leaders to better understand and address root causes of violence.

9.      The Mayor's Office of Violence Reduction relies on evidence and national best practices in directing its resources to support individuals at highest risk of violence involvement, both victim and perpetrator, in order to reduce future conflicts and violence.

---

[1] City of Chicago, "Our City, Our Safety:  A Comprehensive Plan to reduce Violence in Chicago," pp. 2-6, available at https://www.chicago.gov/content/dam/city/sites/public-safety-and-violencreduction/pdfs/OurCityOurSafety.pdf

3

Based on these standards, Chicago focused its efforts on reducing gun crime in 15 community areas with the highest levels of serious violence victimizations.

10.    For budget year 2020, Chicago allocated over $10.4 million towards gun violence prevention programs.  This includes $1.5 million for victim support services; $7.5 million for street outreach programs that identify and engage individuals at high risk for being victims or perpetrators of violence; $500,000 for trauma-informed training; $500,000 for community safe-space programming; and $400,000 for a high-risk youth pilot program that offers therapy services, case management support, and educational and employment opportunities.

11.    A significant portion of these costs fall directly on the City. Each shooting incident involves hours of police work.  Detectives investigate the crime scene, speak with witnesses, write reports, engage in firearms tracing, and provide support for criminal charges and trials.  And Chicago incurs investigative costs from gun crimes that do not necessarily result in shootings, such as firearms trafficking or illegal possession.

12.    The City also expends resources on critical emergency care like transporting gun victims to hospital emergency rooms by ambulance.

13.    Harder-to-calculate indirect costs can also harm the City by stifling economic growth. Gun violence can lead to population loss and, in turn, a declining tax base. The City can also lose out on economic opportunities when companies are dissuaded from opening locations in Chicago or tourism declines.

4

14.    Chicago has a strong interest in robust and proper implementation and enforcement of federal and state gun laws, including the Gun Control Act.

15.    Chicago has a strong interest in ensuring that background checks are performed on all sales of firearms as required under federal and state law, which is interfered with and undermined by the easy availability of ghost guns.

16.    Chicago has a strong interest in ensuring that firearms do not end up in the hands of individuals prohibited by law from owning or possessing them, including those with felony convictions, domestic violence offenders, and others with dangerous histories; that interest is interfered with and undermined by the easy availability of ghost guns.

17.    Chicago has a strong interest in being able to investigate and solve gun-related crimes and hold shooters accountable—an interest that is interfered with and undermined when criminals use guns that have no serial number and are untraceable.

18.    Chicago joined Everytown for Gun Safety's December 11, 2019 Petition for Rulemaking by letters to ATF and DOJ dated August 24, 2020. To date Chicago has not received a response to its letter.

19.    The Chicago Police Department is an established department within the City of Chicago under Chicago Municipal Code § 2-84-010, and is funded through the City of Chicago's annual budget.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, IL on this 7th day of December 2020.


Angela M Weis

_____

Angela Weis
Senior Advisor for Public Safety
City of Chicago