# Exhibit 28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                :

CITY OF SYRACUSE, NY, et al.,        :

                                :      No. 1:20-CV-06885-GHW
             Plaintiffs,      :

                                :

            v.                  :      DECLARATION OF BRENDAN
                                :      DEENIHAN IN SUPPORT OF
                                :      PLAINTIFFS' MOTION FOR
                                :      SUMMARY JUDGMENT
                                :

BUREAU OF ALCOHOL, TOBACCO,  :
FIREARMS AND EXPLOSIVES, et al.,  :

                                :

                                :

            Defendants.      :

                                :
-------------------------------------------------------------X

I, Brendan Deenihan, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.     The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.     I submit this sworn declaration in support of Plaintiffs' motion for summary judgment, seeking to force the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to apply the Gun Control Act to unfinished firearm frames and receivers that are sold over the internet as part of do-it-yourself gun building kits, referred to herein as "ghost guns" because they lack serial numbers.

3.     I am the Chief of Detectives employed by the Chicago Police Department ("CPD"). I entered my current position in January 2020.

4.      I have been employed with the Chicago Police Department since 1997. During this time I have been promoted from a police officer through the ranks of Detective, Sergeant, Lieutenant, Commander, Deputy Chief and now Chief.  I have worked in a variety of Districts and Areas throughout the city as well as the Bureau of Internal Affairs and the Bureau of Detectives.

5.      In my position as Chief of Detectives I oversee the forensics unit of the Chicago Police Department.  Forensics handles weapons that are recovered by members of the Bureau of Operations.

6.      Each time a gun is recovered by CPD, it first gets inventoried in CPD's etrack system, where information regarding the make, model, and serial number is documented.  This information is completed by the officers who recover the weapons.

7.      CPD does not have a formal method of tallying the total number of ghost guns in its etrack system.  Since 2016, however, CPD's Forensic Firearms Laboratory has identified them internally when they are recovered.  The number of ghost guns recovered by the Chicago Police Department has increased more than thirty-five fold from 2016 to 2019.  Specifically, in 2016, CPD recovered just 2 ghost guns. In 2017, the CPD recovered 10 ghost guns. In 2018, CPD recovered 21 ghost guns. In 2019, CPD recovered 72 ghost guns. And in 2020, CPD has recovered 92 ghost guns through October 31.

8.      In 2019, at least three Polymer80 firearms were involved in shooting incidents in Chicago.  Of these 3 known Polymer80s, all were Glock-type pistols.

9.      In 2020 to date, five Polymer80 firearms were involved in shooting incidents in Chicago. Of these 5 Polymer80s, all were Glock-type pistols.

2

10.    Unserialized firearms, including ghost guns, present unique and additional public safety challenges and costs. A serial number on a crime gun is often a critical lead in a criminal investigation, providing information that can allow CPD to trace the chain of custody and source of the crime gun, determine whether that crime gun was used in other offenses, identify criminal perpetrators, and understand how that crime gun came to be in the City of Chicago.

11.    When CPD recovers, seizes, or takes into evidence a firearm, it is standard procedure to use the serial number, make, and model of the firearm to make a trace request to the National Tracing Center at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Information provided by the National Tracing Center ties the firearm to its point of first retail sale, which provides a starting point for discovering how a recovered firearm travelled from its point of sale to a crime scene.

12.    Because ghost guns are unserialized, CPD's ability to investigate and solve criminal cases involving ghost guns and to trace ghost guns back to their original source(s) is undermined and made more difficult, and often requires CPD to expend additional time and resources to investigate and attempt to solve these crimes.

13.    CPD works with the ATF in joint efforts to combat and prosecute gun trafficking and gun crimes, including illegal activity involving ghost guns.

14.    Arrests by CPD on firearms-related charges are at times referred to federal law enforcement for prosecution, to the extent federal law applies. In the case of ghost guns, it is difficult to charge a case federally when there are no regulated guns parts on

3

the weapon.  This provides an investigative void and prevents the department from seeking federal charges, on violent repeat offenders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, IL on this 9th day of December, 2020.

Brendan Deenihan
Chief of Detectives
Chicago Police Department