# Exhibit 29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CITY OF SYRACUSE, NY, et al.,

                Plaintiffs,

        v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

              Defendants.

------------------------------------------------------------------X

No. 1:20-CV-06885-GHW

DECLARATION OF
MAJOR RICK J. HINES
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT

I, Major Rick J. Hines, a member of the Command Staff for the Police Department of the City of Columbia, South Carolina, and the person in command of the Administrative Services Bureau, that consists of the following units: Crime Analysis, Finance, Facilities, Fleet Management, Grants Management, Planning and Research, Records, Drug Lab, Computer/Technology Services, Logistics/Supply, Project Management and Evidence and Property Management, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.      The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.      I submit this sworn declaration in support of Plaintiffs' motion for summary judgment, seeking to force the Bureau of Alcohol, Tobacco, Firearms and

1

Explosives ("ATF") to apply the Gun Control Act to unfinished and unserialized firearm frames and receivers that are sold over the internet as part of do-it-yourself gun building kits (herein referred to as "ghost guns.").

3.    I am a Major and in Command of the Administrative Services Bureau for the City of Columbia, South Carolina employed by the City of Columbia. I entered my current position as Major in October 2013.

4.    I have more than 30 years of law enforcement experience, the last 7 years as a Major. The Columbia Police Department is implementing organizational and operational reforms, which have been recognized by the U.S. Department of Justice (USDOJ) for 21st century policing efforts. In addition, the department has received the S.C. Law Enforcement Officers Association (SCLEOA) SCANA Award of Excellence and has been awarded national accreditation by the Commission for Accreditation of Law Enforcement Agencies (CALEA). In 2018, our Chief received the Strom Thurmond Award for Excellence in Law Enforcement. Earlier this year, he was appointed to United States Conference of Mayors (USCM) National Police Reform and Racial Justice Working Group.

5.    My law enforcement career began in 1990, when I was hired by the City of Columbia, S.C. Police Department. I went on to be promoted to Major in 2013.

6.    I hold the advanced degree of Masters in Criminal Justice from the University of South Carolina.

2

7. The Columbia Police Department strives to provide professional and ethical service in protection of our citizens while preventing crime and reducing the fear of crime through problem-solving partnerships.

8. Through our steadfast commitment to policing excellence, the Columbia Police Department strives to be a professional, dynamic and innovative organization known for recruiting, hiring, training and developing an exceptional workforce that reflects the values and diversity of the City of Columbia.

9. Plaintiff City of Columbia, South Carolina is the capital and second largest city in South Carolina and has over 130,000 residents in the city.

10. According to crime data from the Columbia Police Department ("C.P.D."), between January 1, 2015 and December 31, 2019 the City recovered 2,819 firearms. Recovery by year was as follows: 399 in 2015; 433 in 2016; 499 in 2017; 600 in 2018; 888 in 2019. At this time, we do not have reliable data about which of these guns were used to commit fatal or non-fatal shootings.

11. When a firearm is taken into custody by a CPD officer that firearm is placed in the CPD Property Room where it is stored. As a part of the intake process at the Property Room, CPD personnel enters a record of received firearms into an electronic records management system. This system keeps data on the serial number, make, model, date of intake, and other attributes of the stored firearm. A review of these records is how we determine how many guns we have seized over a given period of time. All other guns placed into the CPD Property Room are considered seized guns. Some of these guns were used in crimes, some are found property, some have been willingly turned over by a

3

person with legal dominion of the firearm. Of the 2,819 firearms seized, 64 (2.2%) had no serial number listed in their record. (An additional 20 had "obliterated" written in the serial number field.) Of the 64 guns seized with no serial number listed 8 had no make identified in their record. This is 0.3% of all guns seized by CPD from 2015 to 2019.

12. CPD has seized a confirmed Polymer 80 ghost gun. In 2019, under CPD case# 190022867 a Polymer 80 PF940C 9mm pistol was seized. This was one of the 64 guns mentioned above with no serial number associated with its record.

13. Columbia suffers economic injury and costs from gun crime, including fatal and non-fatal shootings, firearms trafficking, and other firearm-related crimes.

14. Crimes committed with or associated with ghost guns impose similar categories of economic injuries and costs.

15. These economic injuries and costs include expending substantial sums of money to prevent, investigate, respond to, and combat gun crime, including but not limited to expending substantial sums of money on police and other emergency services costs associated with gun-related crime, healthcare costs for those impacted by gun violence, and court costs for prosecution and incarceration and otherwise addressing gun crimes.

16. In addition to the kinds of economic injuries and costs associated with all gun crimes, as discussed above, unserialized ghost guns present unique and additional public safety challenges and costs.

17. Specifically, a serial number on a crime gun is often a critical lead in a criminal investigation, providing information that can allow Columbia P.D. to trace the chain of custody and source of the crime gun, determine whether that crime gun was used

4

in other offenses, identify criminal perpetrators, and understand how that crime gun came to be in the City of Columbia.

18.   When the Columbia P.D. recovers, seizes, or takes a firearm into evidence, it is standard procedure to use the serial number, make, and model of the firearm to make a trace request to the National Tracing Center at the Bureau of Alcohol, Tobacco, Firearms and Explosives. Information provided by the National Tracing Center ties the firearm to its point of first retail sale, which provides a starting point for discovering how a recovered firearm travelled from its point of sale to a crime scene.

19.   Unserialized ghost guns will undermine the Columbia P.D.'s ability to investigate and solve criminal cases and will require the Columbia P.D. to expend additional time and resources to investigate and attempt to solve these crimes.

20.   The threat that ghost guns will be recovered in connection to criminal activity in Columbia is a real and emerging threat to public safety.

21.   In August 2019, members of a methamphetamine ring were arrested just outside of Columbia, in Lexington County. 110 guns were seized in the raid—including an unserialized AK-style ghost gun.

22.   Columbia has a strong interest in robust and proper implementation and enforcement of federal and state gun laws, including the Gun Control Act.

23.   Columbia has a strong interest in ensuring that background checks are performed on all sales of firearms as required under federal and state law, which is interfered with and undermined by the easy availability of ghost guns.

5

24. Columbia has a strong interest in ensuring that firearms do not end up in the hands of individuals prohibited by law from owning or possessing them, including those with felony convictions, domestic violence offenders, and others with dangerous histories; that interest is interfered with and undermined by the easy availability of ghost guns.

25. Columbia and Columbia P.D. have strong interests in being able to investigate and solve gun-related crimes, hold shooters accountable, and trace and investigate crime guns back to their original source(s). All of these interests – and Columbia and Columbia P.D.'s ability to fight and prevent gun crime – are interfered with and undermined when criminals use guns that have no serial number and are untraceable.

26. Columbia P.D. works with the ATF in joint efforts to combat and prosecute gun trafficking and gun crimes, including, if required, illegal activity involving ghost guns.

27. Arrests by Columbia P.D. on firearms-related charges are at times referred, if applicable, to federal law enforcement for prosecution, to the extent federal law applies.

28. Columbia joined Everytown for Gun Safety's December 11, 2019 Petition for Rulemaking by letters to ATF and DOJ dated August 4, 2020. To date, according to Counsel, neither ATF nor DOJ have provided a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Columbia, SC on this 8TH day of December 2020.

_____
Major Rick Hines

6