# Exhibit 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CITY OF SYRACUSE, NY, et al.

                   Plaintiff,

            v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

               Defendants.

-------------------------------------------------------------------X

: No. 1:20-CV-06885-GHW

: DECLARATION OF
: NICHOLAS SUPLINA
: IN SUPPORT OF PLAINTIFFS'
: MOTION FOR SUMMARY
: JUDGMENT

I, NICHOLAS SUPLINA, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.     The facts contained in this declaration are known personally to me except where otherwise noted and, if called as a witness, I could and would testify competently thereto under oath.

2.     I submit this sworn declaration in support of Plaintiffs' motion for summary judgment, seeking Court intervention to require the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to apply the Gun Control Act to unfinished firearm frames and receivers and that are sold over the internet as part of do-it-yourself gun building kits, referred to herein as "ghost guns" because they lack serial numbers and are not subjected to background checks or the record-keeping required by federal law.

1

3.      I am currently Managing Director for Law & Policy at Plaintiff Everytown

for Gun Safety Action Fund (the "Everytown Action Fund"). I started working for

Everytown Action Fund in February 2018.

4.      Prior to my current position I served as an Assistant Attorney General with

the Office of the New York State Attorney General for seven years. I also worked at a

large national law firm and served as a law clerk in the Southern District of New York.

5.      Plaintiff Everytown Action Fund is a nonprofit membership corporation and the

country's largest gun violence prevention organization.  Everytown Action Fund has nearly six

million supporters and more than 375,000 donors, including moms, mayors, survivors, students,

and everyday Americans who are fighting for common-sense gun safety measures that can help

save lives.

6.      Plaintiff Everytown for Gun Safety Support Fund (the "Everytown Support Fund,"

and, together with the Everytown Action Fund, "Everytown") is the education, research, and

litigation arm of Everytown.  The Everytown Support Fund seeks to improve public understanding

of the causes of gun violence and help to reduce it by conducting groundbreaking original research,

developing evidence-based policies, communicating this knowledge to the American public, and

advancing gun safety and gun violence prevention in communities and the courts (including

through the work of our litigation team, Everytown Law).

7.      Through my position as Managing Director for Law & Policy at

Everytown, I have personally overseen and partnered with other Everytown staff leading

our organizations' efforts to address the emerging threat to public safety posed by the

rapid proliferation of ghost guns.

8.     Everytown's efforts to address ghost guns exist outside our traditional core advocacy and education efforts and have resulted in the expenditure and diversion of hundreds of hours of staff time, and significant financial cost.

9.     Because Everytown is diverting these resources to address ATF's treatment of ghost guns, they cannot be spent on our more traditional work, including legislative advocacy and research to expand background checks and support passage of other life-saving gun laws, support for community-based solutions to gun violence, and other gun violence prevention public education and advocacy initiatives.

10.     In December 2019, Everytown submitted a Petition for Rulemaking to ATF urging the ATF to correct its incorrect classification of unfinished frames and receivers sold as part of ghost gun kits and/or used to build ghost guns.  This is the first and only petition for rulemaking Everytown has ever submitted to ATF.

11.     Several months later, to bring additional public attention to the public safety threat from ghost guns, in May 2020 Everytown published "*Untraceable: The Rising Specter of Ghost Guns*"—a report that highlighted the national problem of ghost guns through Everytown's research efforts.

12.     Preparation of the Petition and the *Untraceable* report and other ghost guns-related work required hundreds of hours of staff time, representing employee compensation of tens of thousands of dollars. All of these efforts were outside of and in addition to Everytown's traditional core advocacy and education efforts. These efforts included (but were not limited to) the following:

3

a. Everytown attorneys submitted public records requests and conducted other research to obtain ATF determination letters relating to unfinished frames and receivers. Everytown attorneys also conducted a comprehensive ten-year, nationwide review of federal prosecutions involving ghost guns. Reviewing these prosecutions required Everytown attorneys to review criminal complaints, dispositions, and court filings for over a hundred prosecutions.

b. Everytown research staff conducted a comprehensive online marketplace review of ghost gun sellers and available ghost gun products, including determining when these sellers began operations and what products they offered.

c. Everytown state government affairs and field teams launched campaigns in several states to enact laws to prohibit or regulate ghost guns at the state level, expending time, money, and resources.

d. Preparing *Untraceable* required graphic design, numerous layers of editing, and design for our website.

e. Everytown Law attorneys prepared the Petition for Rulemaking.

13. The diversion of time and resources to address ATF's erroneous application of federal law to ghost gun frames, receivers, and kits meant that several other specific projects were either delayed or have still not been completed, including but not limited to a joint project between our research, policy, and corporate initiatives team that was aimed to launch in early 2020 and still has not been completed, and a project involving our

federal policy, litigation, and government affairs teams regarding federal gun industry immunity laws, which was also significantly delayed due to our ghost guns work.

14. In addition, because the ATF failed to respond to Everytown's Petition for Rulemaking, in August 2020 Everytown was forced to bring the lawsuit pending before this Court. Preparation and prosecution of that lawsuit also diverted and continues to divert scores of hours of Everytown Law attorney time to research and prepare the legal claims, coordinate with Plaintiff cities, and litigate the case, among other costs.

15. In addition to these direct expenditures and diversion of resources from Everytown's core mission, ATF's current interpretation of unfinished frames and receivers undermines the regulatory framework established by the Gun Control Act of 1968, and consequently undermines many of Everytown's core advocacy and education efforts.

16. As part of that core mission, Everytown advocates for common-sense gun safety laws, reforms, and initiatives at the state, local and national levels.

17. Many of these efforts assume the existence and rely upon the enforcement of the federal Gun Control Act of 1968 as a foundational framework for our advocacy work.

18. For example, Everytown advocates strongly for background checks on all gun sales. Everytown strongly believes that background checks are the foundation of any comprehensive violence prevention strategy. Our advocacy efforts include federal, state and local advocacy to expand and enforce background check laws, research, and litigation where local background checks systems are failing.

5

19.    Everytown has also undertaken significant efforts to prevent the use of firearms in domestic violence crises. Some of our efforts include conducting original research to understand this problem and identify policy solutions, sending staff to observe hearings to develop our understanding of how domestic violence and firearms situations play out in the courts, and undertaking legislative advocacy efforts to ensure that domestic abusers are disarmed and do not have access to firearms.

20.    Everytown also does extensive work to prevent the use of firearms in the commission of hate crimes. In an average year, more than 10,000 hate crimes in the U.S. involve a firearm. To address this issue, we have conducted original research and have undertaken legislative advocacy efforts to encourage states to designate hate crimes convictions as disqualifying prohibitors for gun ownership.

21.    Because unfinished lower receivers and frames are available in kits to anyone with a credit card and without a background check—even those who would be

6

otherwise prohibited from obtaining and possessing a firearm because of felony

convictions, domestic violence, hate crimes, or other disqualifying acts or conditions—all

of these core advocacy and education efforts are undermined.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed in New York, NY on this **8**ᵗʰ day of December 2020.

Nicholas Suplina
Managing Director of Law and Policy
Everytown for Gun Safety Action Fund

7