# Exhibit 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                      :

CITY OF SYRACUSE, NY, et al.,             :

                              :    No. 1:20-CV-06885-GHW

            Plaintiffs,       :

                              :

            v.                 :    DECLARATION OF MIA TRETTA
                              :    IN SUPPORT OF PLAINTIFFS'
                              :    MOTION FOR SUMMARY

BUREAU OF ALCOHOL, TOBACCO,   :    JUDGMENT
FIREARMS AND EXPLOSIVES, et al.,   :

                              :

           Defendants.      :

                              :
-----------------------------------------------------------------X

I, Mia Tretta, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.      I am 16 years old and a supporter and member of Everytown for Gun Safety Action Fund—the nation's largest gun violence prevention organization.

2.      I am a survivor of gun violence. On November 14, 2019, I was a fifteen-year old freshman in high school when I was shot and wounded by a fellow student with a ghost gun pistol. The shooter was only 16 years old at the time, which I now understand means he was prohibited from acquiring or possessing a firearm.  According to the information I have learned, the shooter's father was also prohibited from possessing or acquiring a firearm, and law enforcement officials have not been able to determine exactly who ordered the ghost gun pistol or how the shooter obtained it.

3.      Since the shooting, I have become an active member of Everytown for Gun Safety and remain an active participant in their programming.

1

4.      For example, I started a chapter of Students Demand Action, an Everytown affiliated student advocacy group that confronts and raises awareness of the crisis of gun violence in America and in my community. It is my hope that sharing my story will help raise awareness of the public health crisis of ghost guns in America so that we can help to keep families safe.

5.      On the morning of November 14, 2019, I walked into my school—Saugus High School in Santa Clarita, California. I headed straight for the quad, our normal hangout. Dominic, my best friend, and some other friends were already there waiting for me. We had a big Spanish test that day and we were all talking about how nervous we were. Although Dominic and I were straight-A students our whole lives, we were nervous in our new school.  We knew things always got harder in high school.

6.       Without warning, I heard a LOUD POP. It sounded like dumb kids jumping on electrical boxes.  But then my ears began to ring. Everything sounded like an echo. I heard more pops and then I realized I was on the ground. I looked to the side and Dominic was lying next to me. It felt like a dream. I could feel myself get up. I felt myself scream to him, "WE NEED TO RUN!" The quad was empty. The quad was never empty. It was just me.

7.      It felt like a dream. I felt my body running up a ramp. I tripped. I kept running. I felt something in my stomach area but I told myself not to look. I touched my stomach. It was wet but I told myself it was a drill and it was all fake. I started to weave side-to-side because I heard once that if you run in a zig-zag you make yourself harder to hit as a target.

8.      I felt my leg start to give out. I made it to a door on the stairs. I could see kids running and going into classrooms but the door in front of me was locked. I felt sick. I banged and banged on the door screaming and pleading for help. Two kids grabbed me and brought me into

2

the classroom. I looked up and saw my favorite teacher, Ms. LaGiusa – Spanish. I watched her lock the door and I sat down in my normal assigned seat. It felt like a dream.

9.  Everyone was staring at me and I could tell Ms. LaGiusa knew something was wrong. I told her, "I think I've been shot."

10.  It was not until later than night in the hospital that my mother shared the horrible news: My best friend Dominic did not survive.

11.  Two of my classmates—Dominic Blackwell and Gracie Anne Muehlberger—were shot and killed during the attack at Saugus High School. In addition to myself, two other students were shot and injured, but survived.

12.  The shooter—a 16-year-old classmate—turned his ghost gun upon himself during the attack and took his own life.

13.  The morning of the shooting, I went to the hospital for an initial stay where I spent five days and four nights. The total cost of care for my care was more than $150,000 dollars.

    a.  Hospital $123,888.30
    b.  Anesthesia Hospital $3,759.00
    c.  Anesthesia during surgery $2,000
    d.  Dr. Borazani $$7,127
    e.  Dr. Valle $2,762
    f.  Radiology $2,061
    g.  Pacific Trauma $1, 680
    h.  Pathology $739
    i.  Hospital specialist $1,238
    j.  Hospital specialist $1,094
    k.  Hospital specialist $1,025
    l.  Psychologist $700
    m.  Misc $563

14.  Shortly after the shooting, I returned to the hospital to battle a spiked fever and nerve pain that had developed as a result of my gunshot wound. The cost of that visit was over $60,000.

3

    a.  Ambulance $1,421
    b.  CHLA hospital $37,008
    c.  Emergency visit $21,106.60
    d.  Radiology $784
    e.  Hospital Specialist $576
    f.  Hospital Specialist $1,238
    g.  Pathology $27
    h.  Misc $141

15. Fortunately, my family has health insurance to cover much of these costs. However, since the shooting, we have incurred an additional $4,400 in new Somatic Therapy bills for my diagnosed Post Traumatic Stress Disorder.

16. Since the shooting, I have had dozens of follow-up medical visits. Even today, I cannot walk without pain for long periods. I have been told that I have small nerve damage in my pelvis leading to my leg.

17. Beyond the physical pain is the mental anguish I continue to work through. I continue to battle depression and nightmares.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Santa Clarita on this 23 day of November 2020.

Mia Tretta