# Exhibit 33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
CITY OF SYRACUSE, NY, et al.,                 :
                                              :        No. 1:20-CV-06885-GHW
                    Plaintiffs,               :
                                              :        DECLARTION OF
          v.                                  :        JOSEPH L. BISBEE
                                              :        IN SUPPORT OF
                                              :        PLAINTIFFS' MOTION
                                              :        MOTION FOR SUMMARY
BUREAU OF ALCOHOL, TOBACCO,                   :        JUDGMENT
FIREARMS AND EXPLOSIVES, et al.,              :
                                              :
                    Defendants.               :
                                              :
-------------------------------------------------------------X

I, Joseph Bisbee, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.      I am over the age of 18 and have personal knowledge of all the facts stated in this declaration.

2.      I was retained by the attorneys in this matter to share my experience and perspective on certain aspects of ghost guns in relation to illegal firearms trafficking and other gun related criminal issues.

3.      I am the principal officer of Armed With Knowledge (AWK), a business aimed at education and outreach in regards to firearms issues and providing assistance on policy development and investigations to government, law enforcement and related organizations.  AWK focuses on

1

several areas including public education, policy development, strategies to reduce firearms related violent crime, and expert consulting.

4.    Prior to creating AWK, between 1989 and March 2015, I was employed as a special agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Between September 1989 and April 1995, I was assigned to the Youngstown, Ohio Field Office. The majority of my investigations related to firearms violations, including the identification and investigation of firearms traffickers operating between Ohio and such market areas as Detroit, Michigan; Philadelphia, Pennsylvania; and others.

5.    In April 1995, I was promoted to the Firearms Enforcement Branch, Bureau Headquarters (BHQ) as a project officer. During this time, I was an active participant in the development and implementation of firearms related investigative programs within ATF. I also met with high ranking Bureau and Treasury representatives regarding monitored cases and conducted training sessions on firearms trafficking related issues. In 1998, BHQ asked me to lead the ATF/US Customs, Country Assessment for Barbados in relation to their capabilities in addressing firearms related violent crime as well as investigations of illegal firearms.

6.    Between November 1997 and February 2001, I was assigned to ATF's Washington Group II Field Office. This office is devoted to the investigation of firearms trafficking violations. During this period, I

2

conducted numerous domestic illegal firearms trafficking investigations and because of my expertise in this area, was selected by BHQ to be the case agent on a sensitive investigation involving the attempted assassination of the Police Commissioner of Japan.

7.    Between February 2001 and January 2004, I was assigned to the US Consulate in Vancouver, B.C., Canada, as ATF's Assistant Country Attaché. In this position I was tasked with coordinating international firearms trafficking investigations as well as providing training to Canadian law enforcement on firearms related matters. In 2002, BHQ assigned me to be the US representative to the Trafficking in Small Arms Working Group in relation to the G-8 Summit in Alberta, Canada.

8.    Between January 2004 and September 2012, I returned to ATF's Washington Group II Field Office and again focused on illegal firearms trafficking investigations. I have been the case agent on numerous investigations in which hundreds of firearms have been identified as illegally moving between source States such as Ohio, West Virginia, Kentucky, North Carolina, and others; and market areas including the Washington, D.C. metropolitan region. As a result of my experience in the firearms trafficking arena, the March 2008 issue of the Washingtonian Magazine profiled me as "the top federal gun-hunter in DC". Also, in 2010, BHQ asked that I be the ATF investigative representative for the El Salvador Country Assessment. I

utilized information gathered from meetings with numerous law enforcement, military, and government leaders to recommend ways El Salvador can improve its efforts in addressing firearms crime.

9.    In September 2012, I was promoted to the Seattle Field Division as the Group Supervisor for the ATF Violent Gang Task Force. This Group focuses on armed violent criminals and criminal organizations utilizing firearms illegally. Many of the investigations I oversaw involved the illegal trafficking of firearms to criminal street gangs and Mexican Drug Trafficking Organizations in which Washington was the source State.

10.    I have received instruction in both general and specific courses in pursuing firearms trafficking investigations. This training includes study at the Federal Law Enforcement Training Center with successful completion of Criminal Investigator School and New Agent Training, which dealt with ATF specific instruction. I also attended and successfully completed ATF Firearms Interstate Nexus School and Advanced Interstate Nexus School, which provided specific instruction on determining the origin and movement of firearms and ammunition.

11.    I have been an instructor on firearms related investigative activity to local law enforcement officers in the State of Ohio; the International Law Enforcement Academies in Budapest, Hungary and Gaborone, Botswana; the Vancouver, B.C., Police Department; the Royal

4

Canadian Mounted Police; and many others, as well as providing instruction at ATF's International Firearms Trafficking Conferences. I was asked to prepare and present a case study on one of my firearms trafficking investigations to the FBI's National Academy for State and Local Law Enforcement. I have also provided firearms trafficking training to new agents at ATF's National Academy in Glynco, Georgia.

12.    I have been involved in hundreds of investigations into illegal firearms trafficking and have been the case agent on numerous investigations involving organized groups illegally acquiring and disposing of firearms. These investigations have involved thousands of firearms. The majority of these cases involved the interstate movement of firearms, but I have also been involved in the investigation of international trafficking in firearms.

13.    I have previously testified as an expert witness in U.S. District Court and Superior Court (Washington, D.C.), in the areas of determining the origin and movement of firearms, illicit prices of illegally trafficked firearms, firearm trafficking indicators, and other issues related to illegal firearms trafficking.

14.    During my time as the Assistant Country Attaché for ATF in Vancouver, Canada, I did consult with Canadian law enforcement on an organized criminal group acquiring large amounts of partially milled

5

receivers with the intention of finishing the items into functioning firearms. As a result of this, I included training on "80% complete receivers" for an International Firearms Trafficking Conference I hosted in Vancouver, Canada. During this training, it was discussed why partially milled receivers were desirable. Reasons included a more regulated firearms market within Canada and organized criminal groups access to machinery necessary to complete the receivers.

15.    Both inside and outside of law enforcement the term "ghost gun" has become synonymous with firearms made from partially milled frames or receivers. These types of firearms are completed by an individual often following the instructions provided by the supplier of the partially milled frame or receiver. After acquiring the remaining unregulated parts, such as the barrel, trigger group, and slide, a functioning firearm can be completed that is not identified with a serial number.

16.    ATF is the federal agency tasked with tracing firearms that have been involved in crimes. In order to accomplish this, ATF must contact the manufacturer of the firearm and, utilizing the serial number of the weapon, determine which firearm licensees received the firearm until ultimately a final retail dealer is located. This final retail dealer then provides ATF with the identity of the first retail purchaser. It is not uncommon for this first

6

retail purchaser to have subsequently conducted a private sale, which in many States does not require any documentation.

17. Criminals attempting to impede the tracking of firearms will often obliterate the serial numbers on firearms they transfer or possess. I have personally interviewed multiple sources of illegal firearms who either obliterated the serial number themselves or instructed others to obliterate the serial number of firearms involved in illegal trafficking. They all stated the same reason: to make it more difficult for law enforcement to identify the source of the firearm(s). While the possession of a firearm with an obliterated serial number is a crime in and of itself, I focused on these guns as indicators of firearms trafficking. As such, I implemented a program in Washington, D.C. in which I attempted to restore every obliterated serial number on recovered crime guns.  Firearms made from partially milled receivers negates the need to obliterate serial numbers, saving traffickers a step in their attempt to conceal illegal activity thus making them attractive to the criminal element.

18. I have also interviewed numerous firearms traffickers, who have told me of the premium placed on firearms identified as "new-in-box".  I frequently heard of the desire for firearms "without any bodies on them", or more plainly stated—that have not already been used to shoot someone.

19.     Traffickers attempting to maintain a steady supply of new firearms frequently raise red flags either through multiple purchase notification requirements or firearm traces with a short time-to-crime. Licensed gun dealers are required to notify ATF if they sell two or more handguns (and in some cases rifles) to the same individual within five business days.  Additionally, trafficking networks are often identified through short time-to-crime traces.  Time-to-crime is the time period from when a firearm was sold at the retail level until the time it was recovered in a crime. Almost all of the firearms trafficking cases I investigated had one, if not both of these two elements present.

20.     Introducing the ability to make an unlimited supply of new firearms without serial numbers undermines the ability of law enforcement to be notified of multiple purchases or determine time-to-crime characteristics.

21.     In addition, the ability to track these firearms back to the source is extremely difficult given the absence of a serial number.

22.     In a semiautomatic pistol such as a Glock 17, the frame is the lower portion of the firearm that contains the magazine well and houses the trigger.  The frame provides the foundation for the slide and barrel, parts that allow a bullet to be expelled and the shell casing to be ejected.  In an AR-15 style semiautomatic rifle, the lower receiver contains the magazine well

and houses the trigger. The barrel attaches to the upper receiver which also contains the bolt carrier. The upper receiver attaches to the lower receiver via the pivot pin and takedown pin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Kennewick, WA, on this _8_th day of December 2020.

Joseph L. Bisbee

9