# Exhibit 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :

CITY OF SYRACUSE, NY, et al.,         :

                                            :    No. 1:20-CV-06885-GHW

                Plaintiffs,        :

                                            :

           v.                  :    DECLARATION OF
                                            :    JUSTIN MCFARLIN
                                            :    IN SUPPORT OF PLAINTIFFS'
                                            :    MOTION FOR SUMMARY

BUREAU OF ALCOHOL, TOBACCO,    :    JUDGMENT
FIREARMS AND EXPLOSIVES, et al.,   :

                                            :

                Defendants.        :

-----------------------------------------------------------X

I, Justin McFarlin, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 as follows:

1.      The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2.      I submit this sworn declaration in support of Plaintiffs' motion for summary judgment in the case listed above.

3.      I am a founding member of Everytown For Gun Safety's Veterans Advisory Council.

4.      I was first introduced to basic rifle marksmanship and training as a Cadet at the United States Military Academy at West Point from 2001-2005. I received additional firearms training and handled weapons while serving in the United States Army from 2005-2010. I was honorably discharged on October 1, 2010, at the rank of Captain (O-3).

5. Because of my experience at West Point and in the Army, I am familiar with firearm field assembly and disassembly, cleaning and maintenance, and marksmanship.

6. I am a gun owner.

7. In 2014, I taught myself how to build an AR-15 from a stripped lower receiver and a complete upper receiver. I thought building a firearm with my own hands as opposed to buying one already assembled would be an enjoyable and educational project. I bought the stripped lower receiver from a local federal firearms license holder, and parts and an upper receiver, from Palmetto State Armory. It took me a few hours of trial and error and watching instructional YouTube videos to complete the firearm. Since then, I have built multiple other firearms, a mix of AR pistols and rifles; those subsequent builds went more quickly. All of my previous firearm builds have been with finished, stripped receivers purchased from federal firearms license holders, involved a background check, and included a serial number on the frames/receivers; these builds have only required parts assembly, no drilling. Before now, I have never attempted to build a firearm using an unfinished frame or receiver (the latter often referred to as "80% lowers").

8. On September 26, 2020, at the request of counsel, I purchased a Polymer 80 PF940V2 "Buy, Build, Shoot Kit" online from Durkin Tactical (https://www.durkintactical.com/). Durkin Tactical is a third- party website that sells licensed Polymer80 projects. I purchased the "Buy, Build, Shoot" kit from a third-party vendor because when I reviewed Polymer80's website on September 25, 2020, they were

sold out of this product. The kit allows you to build your own unserialized glock-style pistol. I purchased this kit using a credit card and was not required to submit to any background check, waiting period or any other verification measure before purchasing it.

9. I have reviewed a 2017 letter from the ATF to Jason Davis dated January 18, 2017, bearing the numbers ATF0253-0259, relating to a determination as to whether an unfinished Polymer80 PF940C Glock-type frame was or was not considered a firearm under federal law. I believe the unfinished frame described in this ATF letter is the same or substantially similar to the unfinished frame that came with the Polymer80 pistol kit that I purchased.

10. On, September 27, 2020, I watched instructional videos on *YouTube* for thirty minutes to familiarize myself with the necessary steps to convert the kit into a firearm.

11. I received the kit on October 1, 2020. Between October 27, 2020, and October 28, 2020, I built a complete pistol from the Polymer80 handgun kit in 86 minutes. I did the frame preparation, which included drilling and sanding, on October 27, 2020, and I did the parts installation on October 28, 2020.

12. In order to fully complete the pistol, I used the following tools: power hand drill, punch set, Dremel multifunctional tool, Dremel tool attachment, and pliers. None of these tools are industry-specific or professional construction tools. All of these tools are commonly available at most hardware stores and on Amazon.com.

13. First, I used a hand drill to drill four pin holes on the side of the pistol frame (indicated in the image below with red circles). This step took six minutes.

14.     Next, I used a Dremel tool (which is a drill-like hand tool used to cut, grind or sand materials) to remove the two front and two rear plastic tabs on the pistol frame (indicated in the image below with green rectangles). This step took twenty minutes.



15.     Next, I used pliers and a Dremel tool to remove the plastic interior barrel block area (indicated with a red square in the image below). This step took 30 minutes. At this point, the frame, as shown in the image below, was now a "stripped" lower frame The total process, at this point, took 56 minutes.



16.     Next, I installed the locking block rail system, the magazine catch/spring,

the trigger housing mechanism, the trigger and the rear rail module. This step took 30

minutes.



17.     At the end of the last step (step 5), the frame was complete and ready for

slide installation, as shown in the images below.






18.    Next, I installed the slide and inserted the magazine to complete the pistol, as shown in the image below. A "Polymer80" logo is visible on the bottom of the handle.




19.    The total time it took me to finish and build this pistol from start to end was 86 minutes.

20. On approximately November 8, 2020, I successfully test fired two magazines from the completed pistol to ensure functionality. I confirmed the pistol I had built in under two hours was fully functional.



Executed in Melbourne, FL on this 8th day of December 2020.

Justin McParlin