**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND, | |
|         Plaintiffs, | No. 1:20-cv-06885-GHW |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice, | |
|         Defendants. | |

**NOTICE OF MOTION OF BRADY UNITED AGAINST GUN VIOLENCE AND**
**GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE**
**FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

PLEASE TAKE NOTICE that non-parties Brady United Against Gun Violence and

Giffords Law Center to Prevent Gun Violence, by the accompanying motion, shall move this

Court, before the Honorable Gregory H. Woods, United States District Judge for the Southern

District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York

10007, at a date and time to be determined by this Court, for leave to file the attached Brief of

Amici Curiae Brady United Against Gun Violence and Giffords Law Center to Prevent Gun

Violence.  Amici asked Defendants for their position regarding the relief sought and Defendants

replied that they take no position.

Dated:  December 16, 2020                    Respectfully submitted,


                                             /s/ Roberta L. Horton
                                             Roberta L. Horton
                                             *Pro hac vice application pending*
                                             Arnold & Porter Kaye Scholer LLP
                                             601 Massachusetts Ave., NW
                                             Washington, D.C.  20001
                                             202-942-5000
                                             Roberta.Horton@arnoldporter.com

                                             Lucy S. McMillan
                                             Arnold & Porter Kaye Scholer LLP
                                             250 West 55th Street
                                             New York, NY 10019
                                             212-836-8000
                                             Lucy.McMillan@arnoldporter.com