# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CITY OF SYRACUSE, NY, *et al.*,

                    Plaintiffs,

        v.

BUREAU OF ALCOHOL, TOBACCO, AND
FIREARMS, *et al.*,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CIVIL ACTION
DOCKET NO.: 1:20-cv-06885-GHW

**DECLARATION OF Seattle Police Detective Kevin M Jones #6294**

I, Kevin M Jones, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a detective in the Seattle Police Department. This Declaration is based on my personal knowledge and best recollection. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      In my role as the Firearms Specialist Detail detective, I test-fire semi-automatic handguns and rifles recovered by the Seattle Police Department during police investigations to obtain fired cartridge casings to enter into NIBIN (National Integrated Ballistic Information Network) to determine if any of those firearms have been used in previous shootings. I have

1

been in this position for approximately four years.  As part of my examination of recovered

firearms, I document identifying information about those firearms (make, model, caliber, serial

number, country of origin if made outside US and importer).  If a firearm lacked such markings

and it was not a firearm made prior to the Gun Control Act of 1968 it may be considered

homemade.  As part of its regular course of business, the Seattle Police Department maintains

records of any firearms collected in connection with an arrest, execution of a search warrant,

investigation, or any other related law enforcement activity.

3.      Beginning in 2017, the Seattle Police Department began also collecting data

regarding which collected firearms were homemade.

4.      In these records, a homemade, or un-serialized gun, is defined as a "firearm that

lacks commercial serial numbers or other identifying marks."

5.      If a homemade firearm contains any markings indicating that the frame originated

from Polymer80, the records state as such.

6.      Attached hereto as Exhibit A is a true and correct copy of the Seattle Police

Department's records regarding the recovery of homemade firearms.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: November 24, 2020
          Seattle, Washington

Kevin Jones #6294

2

# EXHIBIT A

**Homemade firearm -** From Wikipedia

**A homemade firearm (un-serialized gun)** is a term for a [firearm](#) that lacks commercial [serial numbers](#) or other identifying marks. (The term "Ghost Gun" referred to a gun that cannot be detected by a metal detector and/or x-ray machine.) A homemade firearm doesn't have a serial number because adding a one would count as manufacturing a firearm with intent to sell. The term is used mostly in the United States by [gun control](#) advocates, [gun rights](#) advocates, law enforcement, and some in the firearm industry.[1][2][3][4] Un-serialized guns are in general legal.[1] By making guns themselves, owners are usually not subject to federal or state commercial [background check](#) regulations.[5] Yet, if a prohibited person manufactures one they will have committed a felony with a 10 year jail sentence. Manufacturing a true, undetectable "ghost gun" is illegal.

From 10/05/2017 to 10/05/2020, seventeen homemade firearms were submitted to the SPD Evidence Unit. Nine were used in the commission of crimes including: two Drive-By Shootings, two Armed Robberies, one DV Assault, one Harassment, one Auto Theft, and two Unlawful Possessions (CCW, VUFA). They are highlighted below. Seven of the remaining eight guns were not used as a weapon in the crime at hand. No "Ghost Guns" as defined above were submitted to the Evidence Unit.

| CASE # | DESCRIPTION | LOCATION | OFFENSE/INCIDENT |
|---|---|---|---|
| 2017-365130 | Unk make AR-15 type 300 Blackout cal rifle | Burned | Suspicious/Found |
| 2017-469373 | Unk make AR-15 type 5.56 cal semi-auto rifle w/suppressor | D29D12 | Anonymous turn-in |
| 2018-418807 | Polymer 80 Glock-type 9mm semi-auto pistol | D01B | Auto Theft – Susp's possession |
| 2018-445513 | Unk make, unk model semi-auto pistol | D01B | Narcotics - Search Warrant |
| 2019-344186 | Polymer 80 .40 cal semi-auto pistol | D01B | DV Assault – Search Warrant |
| 2019-352558 | Polymer 80 9mm semi-auto pistol | D01B | CCW - Possession |
| 2019-359722 | Unk make AR-15 type 5.56 cal semi-auto rifle w/scope | D04A24 | Court Ordered Surrender - ERPO |
| 2020-019402 | FAB Israel AG43 .223 AR-15 type semi-auto rifle | D06A48 | Drive-By Shooting – Gun Used |
| 2020-069955 | Polymer 80 9mm semi-auto pistol | D01B | Armed Robbery – Gun Used |
| 2020-079499 | Unk make P80 9mm semi-auto pistol | D01B | Narcotics – Unk (No report in Mark43) |
| 2020-142288 | Polymer 80 9mm semi-auto pistol | D01B | DV Assault – Gun Used |
| 2020-146791 | Polymer 80 9mm semi-auto pistol | D01B | Drive-By Shooting – Gun Used |
| 2020-150755 | Red AR-15 rifle w/scope | D03A42 | Narcotics – Search Warrant |
| 2020-185170 | Polymer 80 .40 cal semi-auto pistol | D01B | VUFA - Possession |
| 2020-202480 | Polymer 80 9mm semi-auto pistol | D01B | Armed Robbery – Gun Used |
| 2020-237672 | Polymer 80 9mm semi-auto pistol | D01B | Harassment – Gun Used |
| 2020-243814 | Polymer 80 9mm semi-auto pistol | D01B | Forgery – Recovered in hotel room |