# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF SYRACUSE, NY, *et al.*,

                        Plaintiffs,

             v.

BUREAU OF ALCOHOL, TOBACCO, AND
FIREARMS, *et al.*,

                      Defendants.

CIVIL ACTION
DOCKET NO.: 1:20-cv-06885-GHW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF PATRICK BEATH IN SUPPORT OF AMICUS BRIEF OF MUNICIPALITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Patrick Beath, hereby declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.       I am deputy corporation counsel in the City of Rochester Law Department. I submit this Declaration in support of the amicus brief of municipalities in support of Plaintiffs' Motion for Summary Judgment. This Declaration is based on my review of city records. If called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.       In my role, I liaise with the law enforcement and criminal justice organizations of

1

the City of Rochester and Monroe County.

3.      As part of its regular course of business, the Monroe County Crime Lab maintains records of any firearms collected in connection with an arrest, execution of a search warrant, investigation, or any other related law enforcement activity for a variety of agencies including the Rochester Police Department and the federal Drug Enforcement Administration.

4.      Beginning in 2018, the Monroe County Crime Lab also began collecting data regarding which collected firearms were ghost guns.

5.      In these records, a ghost gun is defined as a homemade firearm without a serial number.

6.      Attached hereto as Exhibit A is a true and correct copy of the Monroe County Crime Lab's records regarding the recovery of ghost guns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 10, 2020
        Rochester, New York

_____
Patrick Beath

2

# EXHIBIT A

# "Ghost" guns received at MCCL

| BRAND | MODEL | CALIBER | SERIAL # | Case # | Agency | CR# | notes |
|---|---|---|---|---|---|---|---|
| Polymer80 | PF940C | 9mm Luger | None | 0225-18 | RPD | 2018015349 | |
| Polymer80 | PF940 | 40 S&W | None | 0488-18 | RPD | 2018040987 | |
| Polymer 80 | PF940SC | 9mm Luger | None | 1890-18 #4 | RPD | 2018192694 | |
| Unknown | PF940C | 40 S&W | None | 2309-18 | RPD | 2018239575 | |
| Polymer 80 | PF940V2 | 40 S&W | none | 0082-19 | NYSP | 8642911 | |
| Unknown | PF940 | 40 S&W | none | 0210-19 | RPD | 2019029020 | |
| Polymer80 | PF940C | 9mm Luger | None | 2624-18 | RPD | 2018282409 | |
| Unknown | PF940 | 9mm Luger | None | 0279-19 | RPD | 201901142 | |
| Polymer 80 | PF940SC | 9mm Luger | None | 1072-19 | RPD | 2019151329 | |
| Polymer 80 | PF940V2 | 9mm Luger | None | 0684-19 | DEA | C9-18-0025 | Functioning Full auto switch |
| Polymer80 | PF940V2 | 9mm Luger | None | 2183-19 | NYSP | 19-294984 | |
| Polymer80 | PF940C | 9mm Luger | None | 1546-19 | RPD | 2019207049 | |
| Unknown | PF940C | 40 S&W | None | 0675-19 | RPD | 2019092212 | |
| Polymer80 | PF940C | 9mm Luger | None | 2086-19 | RPD | 2019278745 | |
| Polymer80 | PF940C | 9mm Luger | None | 1905-19 | ATF | 765080-19-0057 | |
| Unknown | Unknown | 40 S&W | None | 1561-19 | RPD | 2019210614 | |
| Unknown | AR style | 223 Rem | None | 0056-18 | RPD | 2018000651 | |
| Polymer80 | PF940C | 9mm Luger | None | 0682-19 | RPD | 2019093374 | |
| Unknown | AR style | 223 Rem | None | 2169-19 | RPD | 2019292730 | |
| Unknown | AR style | 223 Rem | None | 0430-19 | RPD | 2019049435 | |
| unknown | AR style | 300ACC Black | None | 0123-20 | RPD | 2020013391 | |
| Polymer80 | PF940sc | 40 S&W | None | 0137-20 | NYSP | 20-014931 | |
| Polymer 80 | PF940SC | 9mm Luger | None | 0453-20 | RPD | 2020051750 | |
| Polymer80 | PF940C | 40 S&W | None | 0703-20 | RPD | 2020079471 | |
| Polymer80 | PF9SS | 9mm Luger | None | 0846-20 | RPD | 2020092340 | |
| Polymer80 | Unknown | 40 S&W | None | 0975-20 | RPD | 2020106570 | Glock slide/barrel Defaced manufacturer on frame |
| Polymer80 | PF940C | 9mm Luger | None | 0944-20 | RPD | 2020102719 | |
| Polymer80 | PF940C | 9mm Luger | None | 0544-20 | MCSO | 20-049680 | |