# EXHIBIT 5

# Boston Police
### D E P A R T M E N T

One Schroeder Plaza, Boston, MA 02120-2014

To:         Director Jennifer Maconochie, Strategic Initiatives and Policies
            Office of the Police Commissioner

Through:    Deputy Superintendent Sharon Dottin
            Office of the Chief, Bureau of Investigative Services

From:       Sergeant Detective Lanita Cullinane, ID #10930
            Commander, Firearms Analysis Unit

Subject:    Information regarding unserialized firearms, commonly referred to as "ghost
            guns"

Date:       October 2, 2020

Ma'am/Ma'am;

I have compiled the following information in response to the request for information regarding the following two questions:

1.  First, we are looking for statistics and information concerning ghost guns, specifically, how many you have recovered compared to how many guns your police have recovered overall, whether the number of recovered ghost guns is going up, and how many of these guns have been used in crimes. In particular, we would be interested to know if your department has collected any weapons created by the company Polymer80. If your department collects any other information on ghost guns, we would be interested in that as well.

Attached is a spreadsheet with specific information relative to the unserialized firearms ("ghost guns") that have come into the custody of the Boston Police Department, to include manufacturer and some info regarding crimes charged (not all charges are listed).

Below is information regarding the overall number of crime guns during calendar years 2019 and 2020 (to present date), the two years for which we have statistics on these unserialized firearms ("ghost guns"). The crime gun numbers are taken from the stats posted into the data collection document that posts to the dashboard.

2019: 549
2020: 415

Mayor Martin J. Walsh

 GCC/IBT 48N

2.  Second, we are interested in whether your officers have reported cases where missing serial numbers of firearms or the presence of ghost guns made it harder to do your jobs or catch people committing crimes or alternatively, if there are cases where serial numbers were particularly important to solving cases and preventing crime.  Case studies like these would be of interest to us as well.

If the Boston Police Department collects info regarding the difficulty in prosecuting cases involving the use of unserialized firearms and the impact firearm serial numbers plays in the solvability of a case, that information is not collected by the Firearms Analysis Unit.  The Boston Regional Intelligence Center (BRIC) may be able to provide assistance with that request.

Respectfully submitted,

Sergeant Detective Lanita Cullinane
ID #10930

Contents Noted & Approved

Paul R. Donovan,
Superintendent
Bureau of investigative Services

| Incident # | Incident Date | Incident Type | Make | Model | Caliber | Serial Number | Type | Charges |
|---|---|---|---|---|---|---|---|---|
| 192002456 | 01/09/19 | Unlawful Possession of a Firearm | Polymer80, aftermarket Glock 19 slide and barrel | PF940C | 9mm Luger | BFPA383 (slide and barrel) | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192022779 | 03/28/19 | Possession of a Firearm | Polymer80 Inc., Glock 23 slide and barrel | Unk | 40 S&W | BFTE253 (slide and barrel) | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192033085 | 05/05/19 | Unlawful Possession of a Firearm | Unk | Unk | 9mm Luger | None | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192035140 | 05/11/19 | Unlawful Possession of a Firearm | Polymer80 Inc., Glock 17 slide and barrel | Unk | 9mm Luger | BHRA195 (slide and barrel) | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192039367 | 05/26/19 | Unlawful Possession of a Firearm | Polymer80 Inc/Rock Slide | Unk | 9mm Luger | None | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192049268 | 06/28/19 | Weapon Violation- Firearm - Carrying/Posessing, Etc | Polymer80 Inc, Glock 27 slide and barrel | Unk | 40 S&W | BFFV040 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192050656 | 07/02/19 | Unlawful Possession of a Firearm | Polymer 80, Glock 23 aftermarket slide and barrel | PF940C | 40 S&W | BTM550 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192065781 | 08/20/19 | Firearm/Weapon - Possesion of Dangerous | Polymer80, Glock type slide and barrel | PF940C | 9mm Luger | None | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192072860 | 09/11/19 | Unlawful Possession of a Firearm | Polymer80, Glock type slide and barrel | PF940SC | 9mm Luger | None | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192079617 | 10/02/19 | Firearm/Weapon - Found or Confiscated | Polymer80 | PF940C | 9mm Luger | None | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 192081189 | 10/07/19 | Assault D/W - Gun | Polymer80, Glock 23 slide | PF940C | 40 S&W | AAEV458 (slide) | semi-automatic pistol | Ac265,s15B Assault By Means of Dangerous Weapon |
| 192094883 | 11/23/19 | Firearm/Weapon - Possesion of Dangerous | Polymer80 Inc., Glock 23 slide and barrel | PF940C | 40 S & W | LLM070 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192095802 | 11/26/19 | Person Shot | Polymer80 Inc., unk slide and barrel | PF940C | 9mm | none | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192095842 | 11/26/19 | Firearm/Weapon - Possesion of Dangerous | Frame consistent with Polymer80, slide consistent with Glock slide | PF940SC | 9mm Luger | none | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 192096123 | 11/27/19 | Firearm/Weapon - Carry - Sell - Rent | Polymer80, Glock 17 slide and barrel | Unk | 9mm Luger | BCPF801 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202003163 | 01/12/20 | Firearm/Weapons - Carry - Sell - Rent | Polymer80 Inc., Glock 27 slide and barrel | PF940SC | 40 S&W | BGBX450 (slide and barrel) | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 202007355 | 01/28/20 | Firearms/Weapon - Possession of Dangerous | Polymer80 Inc., Glock 19 slide and barrel | PF940C | 9mm Luger | BGAS870 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |

| Incident # | Date | Category | Description | Model | Caliber | Serial | Type | Charge |
|---|---|---|---|---|---|---|---|---|
| 202010701 | 02/08/20 | Firearm/Weapon - Found or Confiscated | SS80, Glock slide and barrel | Unk | 9mm Luger | ADCH139 slide and barrel | semi-automatic pistol | c269, 12E Discharging a Firearm within 500 Feet of a Dwelling |
| 202013024 | 02/17/20 | Firearm/Weapon - Possession of Dangerous | Polymer80 Inc., unk slide and barrel | PF940C | 9mm Luger | none | semi-automatic pistol | c269,s10m Unlawful Possession of a Firearm |
| 202013588 | 02/19/20 | Firearm/Weapon - Carry - Sell - Rent | Polymer | PF940CL | 9mm Luger | none | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202015947 | 02/27/20 | Firearm/Weapon - Found or Confiscated | Polymer80 Inc., Glock 26 slide and barrel | PF940SC | 9mm Luger | BEUL489 (slide and barrel) | semi-automatic pistol | c269,s10(h) Unlawful Possession of a Firearm |
| 202017885 | 03/05/20 | Firearm/Weapon - Carry - Sell - Rent | Polymer80 Inc., unk slide and barrel | PF940V2 | 9mm Luger | none | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202033374 | 05/14/20 | Weaon Violation - Carry/Possessing/Sale/ Trafficking/Other | Polymer80 Inc., Glock 26 style slide and barrel | PF940SC | 9mmLuger | none | semi-automatic pistol | c269,s12D(a) Unlawful Possession of a Firearm |
| 202037073 | 05/28/20 | Firearm/Weapon - Found or Confiscated | Polymer frame unkown, Glock 22 slide and barrel | Unk | 40 S&W | ADM328 (slide and barrel) | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202040109 | 06/09/20 | Firearm/Weapon - Found or Confiscated | SS80, Glock 43 type slide and barrel | Unk | 9mm Luger | none | semi-automatic pistol | Found - no charges |
| 202040679 | 06/11/20 | Firearm/Weapon - Found or Confiscated | Polymer80 Inc., Glock 26 type slide and barrel | PF940SC | 9mm Luger | none | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202048328 | 07/09/20 | Firearm/Weapon Found or Confiscated | Polymer80 Inc | PF940C | 9mm Luger | None | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202048499 | 07/09/20 | Firearm/Weapon Found or Confiscated | Polymer80 Inc | PF940SC | 9mm Luger | None | semi-automatic pistol | c269,s10(a)Unlawful Possession of a Firearm |
| 202055462 | 08/04/20 | Assault - Simple | Polymer80 Inc, Glock 21 slide | P45 | 45 calibre | AAEA706 (slide and barrel) | semi-automatic pistol | c265,s13M A&B on Family/Household member, c269,s10(h) Unlawful Possession of a Firearm |
| 202061586 | 08/25/20 | Weapon Violation- Firearm - Carrying/Posessing, Etc | Polymer80 Inc | PF940C | 9mm | None | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |
| 202065913 | 09/10/20 | Weapon Violation- Firearm - Carrying/Posessing, Etc | Polymer80 Inc | PF940V2 | 9mm | None | semi-automatic pistol | c269,s10(a) Unlawful Possession of a Firearm |