USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF SYRACUSE, NY, *et al.*,   :
:
                Plaintiffs,   :
   -against-   :   1:20-cv-6885-GHW
:
BUREAU OF ALCOHOL, TOBACCO,   :   <u>ORDER</u>
FIREARMS AND EXPLOSIVES, *et al.*,   :
:
                Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On December 30, 2020, Polymer80, Inc. moved to intervene in this action. Dkt. No. 78. The briefing schedule for that motion is as follows: any oppositions are due no later than January 22, 2021. Replies, if any, are due no later than January 29, 2021.

    SO ORDERED.

Dated: December 31, 2020

                                                _____
                                                  GREGORY H. WOODS
                                            United States District Judge