UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND,

                    Plaintiffs,

        v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,

                    Defendants.

------------------------------------- X

No. 1:20-cv-06885-GHW

**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that going forward Plaintiffs will no longer be represented by Elizabeth B. Prelogar. Because Plaintiffs will continue to be represented by attorneys from Everytown for Gun Safety and Cooley LLP, Plaintiffs do not expect that withdrawal of Ms. Prelogar will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, Plaintiffs respectfully request that the Court order the withdrawal of Ms. Prelogar and no longer send her docketing notifications via the ECF System.

Ms. Prelogar is not retaining or charging a lien.

1

| | |
|---|---|
| Dated: New York, New York<br>January 19, 2021 | Respectfully Submitted,<br><br>COOLEY LLP<br><br>By:   */s/Stephanie Schuyler*<br>          Stephanie Schuyler<br><br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6000<br><br>*Attorneys For Plaintiffs* |