UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
: 
CITY OF SYRACUSE, NY, CITY OF SAN :
JOSE, CA, CITY OF CHICAGO, IL, CITY OF :
COLUMBIA, SC, EVERYTOWN FOR GUN :
SAFETY ACTION FUND and EVERYTOWN :
FOR GUN SAFETY SUPPORT FUND, :
:
              Plaintiffs, :
: No. 1:20-cv-06885-GHW
      v. :
:
BUREAU OF ALCOHOL, TOBACCO, :
FIREARMS AND EXPLOSIVES, REGINA :
LOMBARDO, in her official capacity as Acting :
Director of the Bureau of Alcohol, Tobacco, :
Firearms, and Explosives, UNITED STATES :
DEPARTMENT OF JUSTICE, and WILLIAM :
BARR, in his official capacity as ATTORNEY :
GENERAL, U.S. Department of Justice, :
:
             Defendants. :
:
------------------------------------- X

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that going forward I, Elizabeth B. Prelogar, will no longer be employed at Cooley LLP and will no longer be representing Plaintiffs City of Syracuse, NY; City of San Jose, CA; City of Columbia, SC; Everytown for Gun Safety Action Fund; and Everytown for Gun Safety Support Fund. Because Plaintiffs will continue to be represented by attorneys from Everytown for Gun Safety and Cooley LLP, I do not expect that my withdrawal will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, I respectfully request that the Court order my withdrawal and no longer send me docketing notifications via the ECF System.

1

I am not retaining or charging a lien.

Dated: New York, New York  　　　　　　　　Respectfully Submitted,
　　　　January 22, 2021

　　　　　　　　　　　　　　　　　　　　　　By:   /s/Elizabeth B. Prelogar
　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth B. Prelogar