# Exhibit C
# (Polymer80 FAQ)





Looking for a P80 product? We ship all items to our dealer networks every week. Please visit OUR DEALERS page for a list of all retailers.

(/)

# FAQ

**Q: What is your return policy?**
A: After receiving the product, our customers have up to 14 days to contact our Customer Support by emailing support@polymer80.com (mailto:support@polymer80.com) or calling 800-517-1243 option 4 to initiate a return. Once we receive the product back we will issue a full credit card refund, provided the product is undamaged and ready for restock/re-sale.

**Q: I just want to talk to someone about the product and concept!**
A: It would be an honor to talk to you. Email: support@polymer80.com (mailto:support@polymer80.com). Our industry leading customer service is one of the things that sets us apart!

**Q: May I lawfully make a firearm for my own personal use, provided it is not being made for resale?**
A: A: The following is taken from the ATF Website (http://www.atf.gov/files/firearms/industry/0501-firearms-top-10-qas.pdf): "Firearms may be lawfully made by persons who do not hold a manufacturer's license under the GCA provided they are not for sale or distribution and the maker is not prohibited from receiving or possessing firearms." However, firearms are regulated by federal, state, and local laws, regulations, rules, and case law interpretations. And, we are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction.

**Q: Does the Polymer80 80% lower receiver require transfer or registration through an FFL?**
A: It is important to note that the G150 AR15 80% Receiver Kit, .308 80% Receiver Kit, & the PF940C™ 80% Pistol Frame Kits (https://www.polymer80.com/CMS-Images/ATF-DetLetters.pdf) were classified by the Bureau of Alcohol, Tobacco, Firearms and Explosives as not falling within the federal definition of "firearm" or "frame or receiver." All other Polymer80 80% lower receivers are dimensional based on the designs classified by the Bureau of Alcohol, Tobacco, Firearms and Explosives as not being "firearms" or "frames or receivers," under federal law. Firearms are regulated by federal, state, and local laws, regulations, rules, and case law interpretations. We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction.

NOTE: *See the How To (http://polymer80.production.na3.netsuitestaging.com/how-to-manuals) section on our website for detailed instructions. This unit requires special tools and skills to complete.*

**Q: Can I build and then transfer a finished firearm to another individual?**
A: We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction. Protect yourself and don't put a completed firearm in anyone's hands unless you have gone through proper channels and background checks. Following the proper channels will protect us, our family, and our friends, it's also the best way to ensure you can come back to this site again and again as you finish your project. For any firearm transfer it is your responsibility to understand the federal and local laws and how they apply.

**Q: Can I use separate shipping and billing addresses?**
A: No, unfortunately we do not accept separate shipping and billing addresses. This is to protect you, the customer, and Polymer80, Inc. from potential fraudulent transactions.

**Q: Can you ship an order outside of United States?**
A: We do not currently ship any orders outside of the continental U.S. We do have international dealers that are happy to ship out of the country. Check out Brownells (https://www.brownells.com/) and Rainier Arms (https://www.rainierarms.com/).

**Q: Is it legal to assemble a firearm from commercially available parts kits that can be purchased via internet or shotgun news?** (From the ATF website: http://www.atf.gov/firearms/faq/firearms-technology.html)
A: We are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local counsel to obtain an opinion letter specific to your jurisdiction. We can, however, reference the ATF website which addresses this question as it relates to federal law generally: http://www.atf.gov/firearms/faq/firearms-technology.html (http://www.atf.gov/firearms/faq/firearms-technology.html): "For your information, per provisions of the Gun Control Act (GCA) of 1968, 18 U.S.C. Chapter 44, an unlicensed individual may make a firearm as defined in the GCA for his own personal use, but not for sale or distribution." For further information on rulings and classifications go to the ATF Firearms (http://www.atf.gov/content/Firearms/firearms-industry) website.

**Q: Are felons restricted from owning a firearm that was built from an 80% receiver?**
According to the ATF website at https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download (https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download) (https://www.atf.gov/resource-center/docs/0813-firearms-top-12-qaspdf/download) Felons are restricted from owning and receiving a firearm. We have a strict policy against selling 80% lower receivers to persons known to us to be convicted felons or otherwise prohibited persons. However, we are not lawyers and cannot provide legal advice. Moreover, firearm laws are dynamic and vary from state-to-state and county-to-county. As such, it is advised that you consult with local legal counsel to obtain an opinion letter for your jurisdiction.

Q: **Are you storing my credit card information?**

A: No, our payment gateway system passes the credit card information directly through to the credit card processor. This protects all of us. Send us your request to support@polymer80.com (mailto:support@polymer80.com)

Q: **I need to add something to an order I just sent.**

A: If you need to add something to your order, send us a quick email support@polymer80.com (mailto:support@polymer80.com) and we'll contact you via phone to add it to your order. At that time we'll need to take your credit card info directly over the phone. Please do not email us any credit card information.

NOTE: *Not finding an answer for your question? Go to our Contact page (https://www.polymer80.com/contact/) and send us your question. Or send an **Email** to:* support@polymer80.com (mailto:support@polymer80.com)

^
Back to Top


(/)

/Polymer80/138959999623430)   (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)   (https://www.instagram.com/polymer80inc/)   (https://www

Customer Support (/customer-support)
How-To Manuals (/how-to-manuals)
FAQs (/faqs)
Our Dealers (/our-dealers)

About Us (/about-us)
Contact Us (/contact-us)

ATF Determination Letter (/CMS-Images/ATF-DetLetters.pdf)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2021 Polymer80. Inc All rights reserved.