| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>----------------------------------------- X<br><br>CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>                      Plaintiffs,<br><br>      v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,<br><br>                      Defendants.<br>----------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/22/2021<br><br><br><br><br>No. 1:20-cv-06885-GHW |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that going forward I, Elizabeth B. Prelogar, will no longer be employed at Cooley LLP and will no longer be representing Plaintiffs City of Syracuse, NY; City of San Jose, CA; City of Columbia, SC; Everytown for Gun Safety Action Fund; and Everytown for Gun Safety Support Fund.  Because Plaintiffs will continue to be represented by attorneys from Everytown for Gun Safety and Cooley LLP, I do not expect that my withdrawal will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, I respectfully request that the Court order my withdrawal and no longer send me docketing notifications via the ECF System.

1

I am not retaining or charging a lien.

Dated: New York, New York            Respectfully Submitted,
       January 22, 2021

                                              By:   */s/Elizabeth B. Prelogar*
                                                       Elizabeth B. Prelogar

Elizabeth B. Prelogar is granted leave to withdraw as counsel for Plaintiffs.
The Clerk of Court is instructed to terminate Ms. Prelogar from the list of active counsel in this case.
SO ORDERED.

Dated: January 22, 2021

                                        GREGORY H. WOODS
                                   United States District Judge

2