UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN, SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>      Plaintiffs,<br> vs.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,<br><br>      Defendants. | CIVIL ACTION<br>DOCKET NO.: 1:20-cv-06885-GHW<br><br>MOTION FOR ADMISSION<br><br>PRO HAC VICE |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, Matthew A. Goldstein hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Second Amendment Foundation, Inc., which intends to seek leave to file a brief as *amicus curiae* in support of the Defendants in the above-captioned action.

  I am in good standing of the bar(s) of the state of Arizona and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 29, 2021		Respectfully Submitted,

FARHANG & MEDCOFF PLLC

By: */s/Matthew A. Goldstein*
Matthew A. Goldstein
FARHANG & MEDCOFF PLLC
4801 E. Broadway Boulevard, Suite 311
Tucson, AZ 85711
Tel: 520.214.2000 / Fax: 520.214.2001
mgoldstein@farhangmedcoff.com

## CERTIFICATE OF SERVICE

I, Matthew A. Goldstein, hereby certify that on January 29, 2021, I filed the foregoing Motion for Admission Pro Hac Vice using the court's electronic filing system, causing it to be served on all counsel of record.

By: */s/Matthew A. Goldstein*