UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN, SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND,<br><br>      Plaintiffs,<br>  vs.<br><br>BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,<br><br>      Defendants. | CIVIL ACTION<br>DOCKET NO.:  1:20-cv-06885-GHW |

## DECLARATION OF MATTHEW A. GOLDSTEIN IN SUPPORT OF HIS MOTION FOR ADMISSION *PRO HAC VICE*

MATTHEW A. GOLDSTEIN, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, declares as follows:

1. I am a partner with the law firm of Farhang & Medoff, PLLC. My business address is 4801 E. Broadway Blvd., Suite 311 Tucson, Arizona 85711. I submit this Declaration in support of my application for admission *pro hac vice* for purposes of

appearing on behalf of Second Amendment Foundation, Inc., which intends to seek leave to file a brief as *amicus curiae* in support of the Defendants in the above-captioned action.

2. I earned my J.D. from the Arizona State University (Sandra Day O'Connor) College of Law in 2002, and I am a member in good standing of the Bar of the highest court of the State of Arizona and the Bar of District of Columbia. I am a resident of the State of Arizona where I practice law.

3. The office and address of the official maintaining the role of the members of the Bar of the State of Arizona is: Arizona State Bar 4201 N. 24th Street Suite 100, Phoenix, AZ 85016-6266.

4. I understand that I have a continuing obligation to notify the Court of any matter affecting my standing to the Bar of the State of Arizona or of any other court in which I am admitted to practice.

5. Our law firm is co-counsel for the Second Amendment Foundation, Inc., which intends to seek leave to file a brief as *amicus curiae* in support of the Defendants in the above-captioned action, and I accordingly seek *pro hac vice* admission for this purpose.

6. I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction. I also certify that I have never been convicted of a felony or censured, suspended, disbarred or denied admission or readmission by any court.

7. I understand that if I am admitted pro hac vice I will be subject to the disciplinary jurisdiction of the United States District Court for the Southern District of New York and will comply with the Rules of Professional Conduct of the New York Supreme Court, the requirements of the Rules Governing the Courts of the State of New York regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the Southern District of New York, particularly the requirements of Local Rule 1.3.

8.    I will make a payment of $200 to the Clerk of the Court, SDNY pursuant to L. Civ. R. 1.3.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated January 29, 2021                    By: _____

                                              Matthew A. Goldstein


The state of Arizona        )
                            ) ss
The county of Pima          )

Subscribed, sworn to, and acknowledged before me by Matthew A. Goldstein this 29th day of January 2021.


                                        Notary Public

DEANNA L THOMPSON
Notary Public - Arizona
Pima County
Commission # 574908
My Comm. Expires Nov 2, 2023