UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF SYRACUSE, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>                    Defendants. | No. 20 Civ. 6885 (GHW) |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law Defendants, by their attorney, Audrey Strauss, United States Attorney for the Southern District of New York, hereby move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: January 29, 2021
       New York, New York

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney for the
                                        Southern District of New York

                                        By:  /s/ Alexander J. Hogan
                                              ALEXANDER J. HOGAN
                                              TALIA KRAEMER
                                              Assistant United States Attorneys
                                              86 Chambers Street, Third Floor
                                              New York, New York 10007
                                              Tel.: (212) 637-2799/2822
                                              Fax: (212) 637-2686/2702
                                              E-mail: alexander.hogan@usdoj.gov
                                                                 talia.kraemer@usdoj.gov