UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CITY OF SYRACUSE, NY; CITY OF SAN
JOSE, CA; CITY OF CHICAGO, IL; CITY OF
COLUMBIA, SC; EVERYTOWN FOR GUN
SAFETY ACTION FUND; and EVERYTOWN
FOR GUN SAFETY SUPPORT FUND,

                *Petitioners*,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES; REGINA
LOMBARDO, in her official capacity as Acting
Deputy Director of Bureau of Alcohol, Tobacco
Firearms and Explosives; UNITED STATES
DEPARTMENT OF JUSTICE; and WILLIAM
BARR, in his official capacity as ATTORNEY
GENERAL, U.S. Department of Justice,

                *Defendants*,

    and

ZACHARY FORT; FREDERICK BARTON;
BLACKHAWK MANUFACTURING GROUP,
INC.; and FIREARMS POLICY COALITION,
INC.,

            *Applicants in Intervention*.

No. 1:20-cv-06885-GHW

**NOTICE OF APPEAL**

---

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that

Applicants in Intervention Zachary Fort; Frederick Barton; BlackHawk Manufacturing Group,

Inc., d/b/a 80% Arms; and Firearms Policy Coalition, Inc. ("Applicants") appeal to the United

States Court of Appeals for the Second Circuit from this Court's Memorandum Opinion and Order

denying Applicants intervention as of right, pursuant to Federal Rule of Civil Procedure 24(a), or

in the alternative, permissive intervention, pursuant to Federal Rule of Civil Procedure 24(b) in the above-captioned matter, dated and entered January 2, 2021.  ECF No. 83.

DATED this 29th day of January 2021.

Respectfully Submitted,

/s/ Cody J. Wisniewski
Cody J. Wisniewski*
*Admitted *Pro Hac Vice*
David C. McDonald
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado  80227
(303) 292-2021
cody@mslegal.org
dmcdonald@mslegal.org

David D. Jensen
DAVID JENSEN PLLC
33 Henry Street
Beacon, New York  12508
(212) 380-6615
david@djensenpllc.com

*Attorneys for Applicants in Intervention*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record, pursuant to Fed. R. Civ. P. 5 and Local Civil Rule 5.2.

Attorneys for Petitioners:

Eric Tirschwell
Len Hong Kamdang
Aaron Esty
Krystan Hitchcock
EVERYTOWN LAW
450 Lexington Avenue, P.O. #4184
New York, New York  10024
Telephone: (646) 324-8222

Stephanie Schuyler
COOLEY LLP
55 Hudson Yards
New York, New York  10001
sschuyler@cooley.com
Telephone: (212) 479-6747

Daniel Grooms
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 776-2042

Kathleen Hartnett
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone: (415) 693-2000

Attorneys for Defendants:

Audrey Strauss
Acting United States Attorney for the Southern District of New York

Alexander J. Hogan
Talia Kraemer
U.S. ATTORNEY'S OFFICE
Southern District of New York
86 Chambers Street, Third Floor
New York, New York  10007
Telephone: (212) 637-2799

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski
MOUNTAIN STATES LEGAL FOUNDATION