UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

CITY OF SYRACUSE, NY, CITY OF SAN JOSE, CA, CITY OF CHICAGO, IL, CITY OF COLUMBIA, SC, EVERYTOWN FOR GUN, SAFETY ACTION FUND and EVERYTOWN FOR GUN SAFETY SUPPORT FUND,

               Plaintiffs,

  vs.

BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as ATTORNEY GENERAL, U.S. Department of Justice,

               Defendants.

**MEMORANDUM ENDORSED**

CIVIL ACTION
DOCKET NO.: 1:20-cv-06885-GHW

**REQUEST FOR LEAVE TO WITHDRAW APPEARANCE**

    Pursuant to Local Civil Rule 1.4, Matthew A. Goldstein, undersigned counsel for Amicus Curiae the Second Amendment Foundation, Inc. ("SAF"), requests leave to withdraw as counsel for SAF in this action. Mr. Goldstein will soon be changing law firms and is unable to continue representing SAF as Amicus Curiae in this action once at the new law firm. SAF consents to this withdrawal.

    This action is pending the parties' cross-motions for summary judgment. SAF is not a party to this action. It is an Amicus Curiae and the Court accepted SAF's Amicus Curiae brief for filing on February 3, 2021. SAF will remain represented in this action by attorney David T. Hardy, who has previously appeared in this action and his contact information is set forth below. Considering the above, counsel does not expect that withdrawal will cause any disruption in this action.

Withdrawing counsel is not retaining or charging a lien in this action.

A supporting affidavit of counsel accompanies this request.

DATED:  February 23, 2021

FARHANG & MEDCOFF PLLC

By: */s/Matthew A. Goldstein*
Matthew A. Goldstein (admitted Pro Hac Vice)
FARHANG & MEDCOFF PLLC
4801 E. Broadway Boulevard, Suite 311
Tucson, AZ 85711
Tel: 520.214.2000 / Fax: 520.214.2001
mgoldstein@farhangmedcoff.com

David T. Hardy (admitted Pro Hac Vice)
8987 E. Tanque Verde No. 265
Tucson, AZ 85749
Tel:  (520) 749-0241
dthardy@mindspring.com

*Attorneys for Amicus Curiae*

Matthew A. Goldstein is granted leave to withdraw as counsel for the Second Amendment Foundation, Inc. The Clerk of Court is instructed to terminate Mr. Goldstein from the list of active counsel in this case. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 110.
SO ORDERED.

Dated:  February 24, 2021

_____
GREGORY H. WOODS
United States District Judge