# GreenspoonMarder LLP

James J McGuire
New York Managing Partner
IBM Building
590 Madison Avenue, Suite 1800
New York, NY 10022
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5040
Direct Fax:
Email: james.mcguire@gmlaw.com

March 26, 2021

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Room 2260
New York, New York 10007

> Re: *City of Syracuse, NY, et al. v. Bureau of Alcohol,*
> *Tobacco, Firearms and Explosives, et al.*
> Case No. 1:20-cv-06885-GHW

Your Honor:

Having filed its Notice of Appearance earlier today, this Firm serves as counsel to intervenor Polymer80, Inc. ("Polymer80") in the above-referenced action.

As the Court directed in its Memorandum Opinion and Order, dated March 19, 2021, (ECF 113), and pursuant to Rule 1. A of Your Honor's Individual Rules Of Practice In Civil Cases, we are writing to advise that counsel to Polymer80 has conferred with counsel to plaintiffs and counsel to defendants and reached the following agreement for Your Honor's review:

- Polymer80 will file all of its papers in support of its envisioned motion for summary judgment on or before April 15, 2021;

- Plaintiffs and defendants will file all of their opposition/responding papers upon that motion on or before May 5, 2021; and

- Polymer80 will file all of its reply papers upon said motion on or before May 14, 2021.

Boca Raton  Denver  Edison  Ft. Lauderdale  Las Vegas  Los Angeles  Miami  Naples
New York  Orlando  Portland  Scottsdale  Tallahassee  Tampa  West Palm Beach

Honorable Gregory H. Woods, Jr.
March 26, 2021
Page No. 2


            We await further direction from the Court and appreciate its attention and consideration.

                                                    Respectfully,

                                                    GREENSPOON MARDER LLP

                                                    James J. McGuire

JM:wm
cc:     Michael R. Patrick, Esq.
        Mark A. Berube,  Esq.
        Eric Tirschwell, Esq.
        Len Hong Kamdang, Esq.
        Aaron Esty,  Esq.
        Krystan Hitchcock, Esq.
        Kathleen Hartnett, Esq.
        Daniel Grooms, Esq.
        Elias S. Kim, Esq.
        Alexander Hogan, Esq.
        Talia Kraemer, Esq.