U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 14, 2022

BY ECF

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *City of Syracuse, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, 20-CV-06885-GHW

Dear Judge Woods:

      This Office represents the Government Defendants in the above-captioned action and provides the below update on behalf of all parties. On June 21, 2021, the Court granted the parties' application to stay this matter in light of a proposed rule to be issued by Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") concerning the subject matter of this litigation. At that time, the Court also deemed the parties' cross-motions for summary judgment withdrawn and ordered that the parties provide a status update by February 21, 2022, which they did. *See* Dkt. No. 128.

      On February 23, 2022, the Court ordered the parties to promptly tell the Court when the new rule was issued. The parties write to inform the Court that this new rule was issued on April 11, 2022.

      The parties propose that they provide the Court with a status update by April 29, 2022, setting forth their respective positions with respect to next steps in this litigation.

      We thank the Court for its attention to this matter.

        Sincerely,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   /s/ Alexander J. Hogan
        ALEXANDER J. HOGAN
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2799
        Fax.: (212) 637-2686
        E-mail: alexander.hogan@usdoj.gov