**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**CITY OF SYRACUSE, NY,** *et al.,*

      **Plaintiffs,**

**v.**

**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES,** *et al.,*

      **Defendants.**

_____/

**CASE NO. 1:20-cv-06885-GHW**

**NOTICE OF MOTION OF**
**JAMES J. McGUIRE, ESQ. FOR**
**LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon his accompanying Declaration, dated April 19, 2022, James J. McGuire, Esq. of Greenspoon Marder LLP will move this Court, pursuant to Local Civil Rule 1.4, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, for leave to withdraw as counsel to Intervenor Polymer80, Inc. in this action.

PLEASE TAKE FURTHER NOTICE that other attorneys at Greenspoon Marder LLP will continue to serve as counsel of record to said Intervenor herein.

Dated:  New York, New York
      April 19, 2022

Respectfully submitted,

*/s/ James J. McGuire*
**GREENSPOON MARDER LLP**
James J. McGuire
S.D.N.Y. No. JM5390
Michael R. Patrick
S.D.N.Y. No. MP7726
Mark A. Berube
S.D.N.Y. No. MB7200
590 Madison Ave., Suite 1800
New York, NY 10022
Tel: (212) 524-5000
Fax: (212) 524-5050
james.mcguire@gmlaw.com
michael.patrick@gmlaw.com
mark.berube@gmlaw.com
*Counsel to Intervenor Polymer80, Inc.*