UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CITY OF SYRACUSE, NY, *et al.*,

    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

    Defendants.

CASE NO. 1:20-cv-06885-GHW

**DECLARATION OF
JAMES J. McGUIRE, ESQ.
IN SUPPORT OF MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL**

I, **James J. McGuire**, pursuant to 28 U.S.C. 1746 and subject to penalties of perjury, declare that the following is true and correct:

1. I am an attorney licensed to practice in the State of New York and Managing Partner of the New York Office of Greenspoon Marder LLP ("GM"), 590 Madison Avenue, Suite 1800, New York, New York 10022. In this action, I have served and currently am listed as counsel of record to Intervenor Polymer80, Inc. I respectfully submit this Declaration in support of my motion for leave to withdraw as counsel of record to said Intervenor herein.

2. I wish to withdraw as counsel to Intervenor Polymer80, Inc. in this action.

3. Should the instant motion be granted, Mark A. Berube, Esq. of GM will continue to represent said Intervenor herein.

4. Since, if this motion is granted, I will have no involvement in this action hereafter, I respectfully request that the Court remove me from being listed as counsel of record to said Intervenor on the docket sheet and in any and all other documents filed hereafter in this action so listing me.

Dated: New York, New York
      April 19, 2022                                       */s/ James J. McGuire*
                                                                  **James J. McGuire**