# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand twenty-two.

Before:     Guido Calabresi,
               Susan L. Carney,
               Beth Robinson,
                  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 24 2022

Everytown for Gun Safety Support Fund, City of Syracuse, NY, City of San Jose, CA, City of Chicago, IL, City of Columbia, SC, Everytown for Gun Safety Action Fund,

          *Plaintiffs-Appellees*,

v.

Zachary Fort, Frederick Barton, Blackhawk Manufacturing Group, Inc., Firearms Policy Coalition, Inc.,

          *Intervenors-Appellants*,

Bureau of Alcohol, Tobacco, Firearms and Explosives, Marvin Richardson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, Merrick B. Garland, in his official capacity as Attorney General, U.S. Department of Justice,

          *Defendants*.

**ORDER**

21-191

The parties are hereby advised that this appeal will continue to be held in abeyance while the district court proceedings remain administratively closed. It is ORDERED that the parties shall jointly apprise this Court of any decision by the district court to change the status of the proceedings no later than ten days after issuance of such a decision.

                                  FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/23/2022