AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| City of Syracuse, NY, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-06885-GHW |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Polymer80, Inc.

Date: 11/04/2022

/s/ Michael Marron
*Attorney's signature*

Michael Marron, Esq. / 5146352
*Printed name and bar number*

Greenspoon Marder LLP
590 Madison Avenue, Suite 1800
New York, NY 10022
*Address*

michael.marron@gmlaw.com
*E-mail address*

(212) 524-5000
*Telephone number*

(212) 524-5050
*FAX number*