UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022
```

------------------------------------------------------------------X
CITY OF SYRACUSE, NY, *et al.*,                            :
                                                          :
                                        Plaintiffs,       :
        -against-                                         :            1:20-cv-6885-GHW
                                                          :
BUREAU OF ALCOHOL, TOBACCO,                               :              ORDER
FIREARMS AND EXPLOSIVES, *et al.*,                        :
                                                          :
                                        Defendants.       :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        As stated on the record during the November 18, 2022 telephone conference, Plaintiffs'

request in the joint letter filed on October 3, 2022 (Dkt. No. 138) is granted in part and denied in

part.  Plaintiffs' request to reopen this case administratively is granted.  Plaintiffs' request for leave to

file an Amended Complaint is denied.  If Plaintiffs wish to file an Amended Complaint, they must

file a motion for leave to amend, along with their proposed Amended Complaint, no later than

December 9, 2022.  Defendants' opposition is due no later than January 9, 2023.  Plaintiffs' reply, if

any, is due two weeks after the date of service of Defendants' opposition.

        The Clerk of Court is directed to restore this case to the Court's active docket.

        SO ORDERED.

Dated:  November 18, 2022                      _____
New York, New York                                    GREGORY H. WOODS
                                                    United States District Judge