# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand twenty-two.

Before:     Guido Calabresi,
            Susan L. Carney,
            Beth Robinson,
                    *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 01 2022
```

Everytown for Gun Safety Support Fund, City of Syracuse, NY, City of San Jose, CA, City of Chicago, IL, City of Columbia, SC, Everytown for Gun Safety Action Fund,

                    *Plaintiffs-Appellees,*                    **ORDER**

            v.                                                 21-191

Zachary Fort, Frederick Barton, Blackhawk Manufacturing Group, Inc., Firearms Policy Coalition, Inc.,

                    *Intervenors-Appellants,*

Bureau of Alcohol, Tobacco, Firearms and Explosives, Marvin Richardson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, Merrick B. Garland, in his official capacity as Attorney General, U.S. Department of Justice,

                    *Defendants.*

———————

The parties are hereby advised that this appeal will continue to be held in abeyance pending the district court's consideration of a potential motion for leave to amend filed by Plaintiffs pursuant to District Court Dkt. No. 142 and any related proceedings. It is ORDERED that the parties shall jointly apprise this Court of any decision by the district court on any such motion no later than ten days after issuance of such a decision.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 12/01/2022