UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CITY OF SYRACUSE, NY, et al.,

        Plaintiffs,

        v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, et al.,

        Defendants.

-------------------------------------------------------------X

No. 1:20-CV-06885-GHW

## STIPULATION OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties through their respective undersigned counsel, that this action is dismissed without prejudice, with each party to bear its own costs and fees.

STIPULATED AND AGREED:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

*Attorney for Government Defendants*

By: _____
    Lucas Issacharoff
    Assistant United States Attorney
    86 Chambers Street
    New York, NY 10007
    Telephone: (212) 637-2737

Dated December __8__, 2022

By: _____
    Eric Tirschwell (ET-3023)
    Len Kamdang (LK-3895)
    Aaron Esty (4793329)
    Krystan Hitchcock (5270202)
EVERYTOWN LAW
450 Lexington Avenue, P.O. #4184
New York, New York 10024
Telephone: (646) 324-8222

Dated December __8__, 2022

<table>
<tr><td>

By: _____
    Michael S. Marron (5146352)
    GREENSPOON MARDER LLP
    590 Madison Avenue, Suite 1800
    New York, NY 10022
    Telephone: (212) 524-5000

Dated December __8__, 2022

*Attorney for Intervenor Polymer80, Inc.*

</td><td>

Kathleen R. Hartnett
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2071

Daniel Grooms
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2042

*Attorneys For Plaintiffs*

</td></tr>
</table>

2