**MANDATE**

N.Y.S.D. Case # 20-cv-6885(GHW)

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand twenty-two.

Before:      Guido Calabresi,
                Susan L. Carney,
                Beth Robinson,
                     *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 10 2023

---

Everytown for Gun Safety Support Fund, City of Syracuse, NY, City of San Jose, CA, City of Chicago, IL, City of Columbia, SC, Everytown for Gun Safety Action Fund,

                     *Plaintiffs-Appellees*,

                     v.

Zachary Fort, Frederick Barton, Blackhawk Manufacturing Group, Inc., Firearms Policy Coalition, Inc.,

                     *Intervenors-Appellants*,

Bureau of Alcohol, Tobacco, Firearms and Explosives, Marvin Richardson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, Merrick B. Garland, in his official capacity as Attorney General, U.S. Department of Justice,

                     *Defendants*.

**ORDER**

21-191

---

       The underlying action in this appeal has been dismissed pursuant to the parties' stipulation. *See City of Syracuse v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, No. 20-CV-6885, Dkt. No. 145. The parties to this appeal agree the dismissal of the underlying action moots this appeal. *See* Dkt. No. 119 (Letter). The appeal is accordingly DISMISSED as moot.

                                                   FOR THE COURT:
                                                   Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/10/2023